John J. Kane (SBN 24066794)
R. Hale Neilson (SBN 24116820)
**KANE RUSSELL COLEMAN LOGAN PC**
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
t: 214.777.4200
f: 214.777.4299

**COUNSEL FOR HNGH TURTLE CREEK, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-HDH11** |
| | § | |
| **DEBTOR.** | § | **CHAPTER 11** |

## NOTICE OF APPEARANCE

Please take notice that John J. Kane, R. Hale Neilson and the law firm of Kane Russell Coleman Logan PC, hereby enter an appearance as counsel of record, subject to Court approval, in the above-captioned case for HNGH Turtle Creek, LLC ("**HNGH**"), and hereby request that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given to and served upon:

John J. Kane
R. Hale Neilson
KANE RUSSELL COLEMAN LOGAN PC
901 Main Street, Suite 5200
Dallas, Texas 75202
E-mail: jkane@krcl.com
E-mail: hneilson@krcl.com

This request encompasses all notices, copies, and pleadings contemplated or referred to in Title 11 of the United States Code, and the Bankruptcy Rules, including without limitation copies of

any order, motions, demands, complaints, petitions, notices, pleadings or requests, applications and any other documents filed with or brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects or seeks to affect the above case or affects or seeks to affect the HNGH.

Please take notice that the undersigned intends that neither this notice nor any later appearance, pleading, claim, or suit shall waive (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the HNGH are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the HNGH expressly reserve.

Dated: November 1, 2021

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: */s/ John J. Kane*
**John J. Kane**
State Bar No. 24066794
**R. Hale Neilson**
State Bar No. 24116820

Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: (214) 777-4200
Telecopier: (214) 777-4299
E-mail: jkane@krcl.com
E-mail: hneilson@krcl.com

**COUNSEL FOR HNGH Turtle Creek, LLC**

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that on November 1, 2021, true and correct copies of the foregoing Notice were forwarded to all parties receiving electronic notification in this case from the Court's electronic case filing (ECF) system.

*<u>/s/John J. Kane</u>*
John J. Kane