**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **2999TC Acquisitions, LLC**

CASE NO **21-31954-hdh**

CHAPTER **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 11/1/2021

Signature **/s/ Tim Barton**
***Tim Barton***
***President***

Date ____________________

Signature ____________________

Attorney General of Texas
Bankruptcy Division
P O Box 12548
Austin, TX 78711-2548

Bluefrog Plumbin+Drain
9101 Lyndon B Johnson Freeway
Suite 300
Dallas, TX 75243

Dallas County Tax Office
PO Box 139066
Dallas, TX 75313

Dorsey & Whitney LLP
300 Crescent Court
Suite 400
Dallas, TX 75201

FAB Studio
5005 Greenville Ave
Suite 155
Dallas, TX 75206

Greenburg Traurig
2101 L Street NW
Washington, DC 20037

HNGH Turtle Creek, LLC
c/o Rusty O'Kane
Wick Phillips
3131 McKinney Ave., Suite 100
Dallas, TX 75204

HR Sterling LLC
13901 Midway Rd
Suite 102
Dallas, TX 75244

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas  75242-1100

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Jackson Walker, LLP
P.O. Box 130989
Dallas, TX 75313-0989

John Dowdall
2299 Lone Star Drive
Suite 330
Sugar Land, TX 77479

L. Allen Hodges III
306 W. 7th Street
Suite 701
Fort Worth, TX 76102

Law Office of Bruce K Thomas
12900 Preston Rd
Suite 590
Dallas, Texas 75230

Law Office of K. Walji P.C.
10701 Corporate Drive
Suite 350
Stafford, TX 77477

Lawn Helpers LLC
4026 Abilene Street
Dallas, TX 75212

Linebargar Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

McMurry Law, PLLC
508 W. Lookout Drive
Suite 14-74
Richardson, TX 75080

Metzger Law PLLC
3626 N. Hall Street
Suite 800
Dallas, TX 75219-5133

Moss Construction
6950 TPC Drive
Suite 300
McKinney, TX 75070

Nitya Capital
8901 Gaylord
Suite 100
Houston, TX 77024

Pacheco Koch
7557 Rambler Road
Suite 1400
Dallas, TX 75231

Palisades Capital Realty Advisors
11601 Wilshire Blvd.
Suite 1820
Los Angeles, CA 90025

Quick Moves Resources
6810 Parkdale Dr.
Dallas, TX 75227

Reed Smith Law
2850 Harwood Street
Suite 1500
Dallas, TX 75201

Richards, Layton & Finger
508 W. Lookout Dr
Suite 14-74
Richardson, TX 75080

Robert Kemp Law
2815 Valley View Lane
Suite 202
Dallas, TX 75234

Texas Comptroller of Public Accounts
Revenue Accting Div - Bankr Section
PO Box 13528
Austin, TX 78711-3528

Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001

The Marx Firm
2999 Turtle Creek Blvd.
Dallas, TX 75219

U. S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242