Steven C. Metzger
State Bar No. 13982500
Metzger Law PLLC
3626 N. Hall Street, Suite 800
Dallas, Texas 75219-5133
Tel: 214-740-5030
Fax: 214-224-7555
Email: smetzger@pmklaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **2999 TC ACQUISITIONS, LLC,** | § | |
| | § | |
| **Debtor.** | § | **CASE NO. 21-31954-hdh11** |

**NOTICE OF APPEARANCE AND REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002 AND PLEADINGS PURSUANT TO BANKRUPTCY RULES 3017 AND 9007**

COME NOW STEVEN C. METZGER AND METZGER LAW PLLC (formerly, METZGER & MCDONALD PLLC), pursuant to Bankruptcy Rules 9010(b), 2002, 3017(a) and 9007, and file this Notice of Appearance and request for service of documents as counsel for **TIM BARTON**, an interested party in the captioned proceeding.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith and all papers served or required to be served in this case, any Adversary Proceedings and any cases consolidated with either be given to and served upon the following at the office, postal address, telephone numbers and email listed below:

Steven C. Metzger, Esq.
Metzger Law PLLC
3626 N. Hall Street, Suite 800
Dallas, Texas 75219-5133
Telephone: 214-740-5030
Facsimile: 214-224-7555
Email: smetzger@pmklaw.com

The request encompasses all notices, copies of pleadings referred to in Section 1109(b) of Title 11, United States Code, or in Rules 2002, 3017 or 9007 of the Bankruptcy Rules, including, without limitation, notices of Orders, Motions, Demands, Complaints, Petitions, Pleadings or Requests, Applications and any other documents brought before this Court in this case, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, facsimile, email or otherwise, which:

(a) affects or seeks to affect the above case or the rights or interests of (i) JMJ Development, LLC or (ii) the Debtor or (iii) property in which the Debtor may claim an interest or (iv) property in the possession, custody or control of the Debtor; or

(b) seeks to require any act or conduct by the Debtor or Tim Barton, as the manager of the Debtor or individually or JMJ Development, LLC.

This Notice of Appearance shall not be construed as authorization to serve counsel for Tim Barton with any summons and complaint or any service of process under Bankruptcy Rules 7001, *et seq.* The undersigned additionally requests that the Debtor, U. S. Trustee and Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

Dated this 4th day of November, 2021.

Respectfully submitted,

/s/ Steven C. Metzger

Steven C. Metzger
Texas State Bar No. 13982500
METZGER LAW PLLC
3626 N. Hall Street, Suite 800
Dallas, Texas 75219-5133
Telephone: 214-740-5030
Facsimile: 214-224-7555
Email: smetzger@pmklaw.com

ATTORNEY FOR TIM BARTON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for all Copies was served by electronic transmission on all ECF users authorized to receive electronic notice in this case on November 4, 2021.

/s/ Steven C. Metzger
Steven C. Metzger