**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**ORDER GRANTING DEBTOR'S EXPEDITED MOTION TO ENFORCE AUTOMATIC STAY AND FOR SANCTIONS PURSUANT TO 11 U.S.C. SECTION 362**

Came on for hearing the Expedited Motion to Enforce Automatic Stay and for Sanctions Pursuant to 11 U.S.C. Section 362 (the Motion") filed by 2999TC Acquisitions, LLC, debtor herein ("Debtor"), and the Court having considered the pleadings, evidence and arguments of counsel, and finding that HNGH Turtle Creek, LLC (the "Lender") violated the automatic stay under 11 U.S.C. Section 362 by filing and recording a deed in lieu of foreclosure (the "Deed in Lieu") without court approval during the pendency of this case, thereby asserting possession and control over property of the estate, i.e. the Debtor's real property as described in the Motion (the

"Property"), and concluding that the Court has the power to award sanctions for this stay violation pursuant to 11 U.S.C. Section 105(a); it is hereby

ORDERED, ADJUDGED AND DECREED that the Lender shall, within ____ days of the date of this order, take all actions necessary to rescind the Deed in Lieu and restore full fee simple ownership of the Property to the Debtor, and it is further

ORDERED, ADJUDGED AND DECREED that the Lender shall, within ____ days of the date of this order, pay to the Debtor the sum of $__________ cash to compensate the Debtor for its attorney fees incurred in filing and prosecuting the Motion.

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Proposed Attorneys for Debtor