Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Proposed Attorneys for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 8, 2021, a true and correct copy of the *Notice of Chapter 11 Bankruptcy Case* [Docket No. 13] was served via United States first class mail, postage prepaid, upon the parties on the attached service list.

Dated: November 8, 2021.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: 972-503-4033
Facsimile: 972-503-4034
Email: joyce@joycelindauer.com
*Proposed Counsel for the Debtor*

Label Matrix for local noticing
0539-3
Case 21-31954-hdh11
Northern District of Texas
Dallas
Mon Nov 8 10:38:15 CST 2021

2999TC Acquisitions, LLC
13901 Midway Rd.
Suite 102
Dallas, TX 75244-4388

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o Sherrel K Knighton
2777 N. Stemmons Frwy Ste 1000
Dallas, TX 75207-2328

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

Attorney General of Texas
Bankruptcy Division
P O Box 12548
Austin, TX 78711-2548

Bluefrog Plumbin+Drain
9101 Lyndon B Johnson Freeway
Suite 300
Dallas, TX 75243-1900

Dallas County Tax Office
PO Box 139066
Dallas, TX 75313-9066

Dorsey & Whitney LLP
300 Crescent Court
Suite 400
Dallas, TX 75201-7847

FAB Studio
5005 Greenville Ave
Suite 155
Dallas, TX 75206-4043

Greenburg Traurig
2101 L Street NW
Washington, DC 20037-1526

HNGH Turtle Creek, LLC
c/o Rusty O'Kane
Wick Phillips
3131 McKinney Ave., Suite 100
Dallas, TX 75204-2430

HR Sterling LLC
13901 Midway Rd
Suite 102
Dallas, TX 75244-4388

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas 75242-1100

Jackson Walker, LLP
P.O. Box 130989
Dallas, TX 75313-0989

John Dowdall
2299 Lone Star Drive
Suite 330
Sugar Land, TX 77479-1292

L. Allen Hodges III
306 W. 7th Street
Suite 701
Fort Worth, TX 76102-4906

Law Office of Bruce K Thomas
12900 Preston Rd
Suite 590
Dallas, Texas 75230-1353

Law Office of K. Walji P.C.
10701 Corporate Drive
Suite 350
Stafford, TX 77477-4091

Lawn Helpers LLC
4026 Abilene Street
Dallas, TX 75212-1013

Linebargar Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

McMurry Law, PLLC
508 W. Lookout Drive
Suite 14-74
Richardson, TX 75080-2176

Metzger Law PLLC
3626 N. Hall Street
Suite 800
Dallas, TX 75219-5133

Moss Construction
6950 TPC Drive
Suite 300
McKinney, TX 75070-1334

Nitya Capital
8901 Gaylord
Suite 100
Houston, TX 77024-3042

Pacheco Koch
7557 Rambler Road
Suite 1400
Dallas, TX 75231-2388

Palisades Capital Realty Advisors
11601 Wilshire Blvd.
Suite 1820
Los Angeles, CA 90025-1754

Quick Moves Resources
6810 Parkdale Dr.
Dallas, TX 75227-5828

Reed Smith Law
2850 Harwood Street
Suite 1500
Dallas, TX 75201-2640

Richards, Layton & Finger
508 W. Lookout Dr
Suite 14-74
Richardson, TX 75080-2176

Robert Kemp Law
2815 Valley View Lane
Suite 202
Dallas, TX 75234-4966

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001

The Marx Firm
2999 Turtle Creek Blvd.
Dallas, TX 75219-6247

U. S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242-1011

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202-4042

Tim Barton
1755 Wittington, Suite 340
Dallas, TX 75234-1930

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Texas Comptroller of Public Accounts
Revenue Accting Div - Bankr Section
PO Box 13528
Austin, TX 78711-3528

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)HNGH Turtle Creek, LLC

(u)JMJ Development LLC

End of Label Matrix
Mailable recipients 38
Bypassed recipients 2
Total 40