# EXHIBIT A

**From:** Coover, Mindy <MCoover@OldRepublicTitle.com>
**Sent:** Monday, November 1, 2021 3:28 PM
**To:** Isaac J. Brown <isaac.brown@wickphillips.com>
**Subject:** RE: [External] recorded deed -

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6583118 | 5141004595 | TX | Dallas | ORTDFWPreseton-<br><br>MCoover@oldrepublictitle.com | 10/29/2021 4:18 PM | 11/1/2021 2:55 PM | 1 | Recorded |

This is a screenshot from my electronic submission page.
It shows we submitted on 10/29/2021 at 4:18pm and recorded on 11/01/2021 at 2:55pm

**Mindy Coover**
Vice President | Old Republic National Title Insurance Company
Sr. Commercial Escrow Officer/Manager, Dallas National Commercial Division
8201 Preston Road, Suite 450, Dallas, Texas 75225
T: 214.239.6400 / F: 800.470.8719 / Shoretel: 16415 / Direct: 214.239.6415
**mcoover@oldrepublictitle.com / www.oldrepublictitle.com/texas/dfw**