John J. Kane (TX Bar No. 24066794)
R. Hale Neilson (TX Bar No. 24116820)
**KANE RUSSELL COLEMAN LOGAN PC**
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299

***Counsel for HNGH Turtle Creek, LLC***

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 21-31954-HDH-11** |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CHAPTER 11** |
| | § | |
| **DEBTOR.** | § | |
| | § | |

# NOTICE OF HEARING

PLEASE TAKE NOTICE that the Court has set a hearing for **Thursday, December 9, 2021 at 9:00 a.m.** Central Time (the "Hearing") to consider the *HNGH Turtle Creek, LLC's Motion to Dismiss Debtor's Bankruptcy Case or, in the Alternative, for Relief from the Automatic Stay, With Incorporated Brief in Support* [Docket Nos. 9 and 10] before the Honorable Harlin D. Hale, Bankruptcy Judge for the Northern District of Texas, Dallas Division, at Earle Cabell Federal Building, 1100 Commerce St., 14th Floor, Dallas, TX 75242-1496.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted in a "hybrid" format. Parties wishing to appear may attend in person, via WebEx or by phone. For those wishing to attend in person, the Hearing will be held at the Earle Cabell Federal Building, 1100 Commerce St., Dallas, Texas 75242 Courtroom #3. Those wishing to participate remotely can do so by WebEx using the following link and telephone information:

**For WebEx Video Participation/Attendance:**
Link: https://us-courts.webex.com/meet/hale

**For WebEx Telephonic Only Participation/Attendance:**
Dial-In: 1-650-479-3207
Access code: 476 420 189

**PLEASE TAKE FURTHER NOTICE** that a copy of the WebEx Hearing Instructions for the Hearing is attached hereto as Exhibit A; alternatively, the WebEx Hearing Instructions for the Hearing may be obtained from Judge Hale's hearing/calendar site at:

https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-hales-hearing-dates

All parties in interest wishing to appear at the Hearing should review, prior to the hearing.

DATED: November 9, 2021

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: */s/ John J. Kane*
John J. Kane (TX Bar No. 24066794)
R. Hale Neilson (TX Bar No. 24116820)
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
E-mail: jkane@krcl.com
E-mail: kwoodard@krcl.com
E-mail: hneilson@krcl.com

***Counsel to HNGH Turtle Creek, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 9, 2021, a true and correct copy of the foregoing document was filed with the Court and served (i) via the Court's electronic case filing system (ECF) upon all parties receiving such electronic service in this proceeding, and (ii) via e-mail on the parties listed below.

Joyce W. Lindauer
JOYCE W. LINDAUER ATTORNEY, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
E-mail: joyce@joycelindauer.com

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202
E-mail: ustpregion06.da.ecf@usdoj.gov

*/s/ John J. Kane*
John J. Kane