Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Proposed Attorneys for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**MOTION TO EXTEND TIME FOR FILING SCHEDULES AND OTHER REQUIRED DOCUMENTS**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW 2999TC Acquisitions, LLC, Debtor in the above entitled and numbered case ("Debtor"), and requests that this Court extend the time for Debtor to file its Schedules and Statement of Financial Affairs and other required documents (collectively the "Schedules"), and in support thereof show:

1. The Debtor filed this case under Chapter 11 of the Bankruptcy Code on October 29, 2021. The Schedules and Statement of Financial Affairs were to be filed within 14 days, or by November 12, 2021.

2. It is taking longer than anticipated to complete the Schedules, Statement of Financial Affairs and related documents. The Debtor requests an extra seven (7) days to file the Schedules.

3. The Debtor requests that the Court extend the time for filing the required documents until November 19, 2021.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that the Court enter its order granting the relief requested, and that the Court grant such other and further relief as it may deem just and proper.

Dated: November 12, 2021.

Respectfully Submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Proposed Attorneys for Debtor

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on November 12, 2021, my paralegal emailed Asher Bublick in the Office of the United States Trustee regarding the extension requested herein. At the time of filing this Motion, we have not received a response from Mr. Bublick.

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 12, 2021, a true and correct copy of the foregoing *Motion to Extend Time to File Schedules and Other Required Documents* was served via email pursuant to the Court's ECF system upon the parties receiving electronic notice in this case listed below.

John J. Kane on behalf of Creditor HNGH Turtle Creek, LLC
jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com

Sherrel K. Knighton on behalf of Creditor Dallas County
Sherrel.Knighton@lgbs.com,
Dallas.Bankruptcy@lgbs.com;Sean.French@lgbs.com;Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com

Joyce W. Lindauer on behalf of Debtor 2999TC Acquisitions, LLC
joyce@joycelindauer.com,
dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com

Steven C. Metzger on behalf of Interested Party JMJ Development LLC
smetzger@pmklaw.com

Steven C. Metzger on behalf of Interested Party Tim Barton
smetzger@pmklaw.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer