**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**ORDER GRANTING MOTION TO EXTEND TIME FOR FILING SCHEDULES AND OTHER REQUIRED DOCUMENTS**

CAME ON FOR CONSIDERATION the Motion to Extend Time for Filing Schedules and Other Required Documents filed by 2999TC Acquisitions, LLC ("Debtor"), the Debtor in the above-styled and numbered case, and the Court having considered same finds good cause to grant same. It is, therefore

**ORDERED, ADJUDGED AND DECREED** that the deadline for Debtor to file its Schedules and related documents be and hereby is extended to November 19, 2021.

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 50
Dallas, Texas 75202
Telephone: (972) 503-4033
ATTORNEYS FOR DEBTOR