**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 21-31954-HDH-11** |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CHAPTER 11** |
| | § | |
| **DEBTOR.** | § | |
| | § | |

**ORDER GRANTING EMERGENCY MOTION OF HNGH TURTLE CREEK, LLC TO COMPEL PRODUCTION BY DEBTOR IN CONNECTION WITH HNGH TURTLE CREEK LLC'S FIRST REQUESTS FOR PRODUCTION AND INTERROGATORIES TO 2999TC ACQUISTIIONS, LLC**

CAME BEFORE THE COURT HNGH Turtle Creek, LLC's ("**HNGH**") *Emergency Motion to Compel Production by Debtor* (the "**Motion**"). After consideration of the Motion and hearing arguments of the Parties, and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** that:

1. The Motion is GRANTED;

2. 2999TC Acquisitions, LLC is ordered to produce all responsive documents to HNGH's Requests no later than 12:00 p.m. (noon) on December 2, 2021; and

3. This Court retains jurisdiction to hear and interpret all matters pertaining to interpretation and enforcement of this Order.

**### End of Order ###**

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: */s/ John J. Kane*
John J. Kane (TX Bar No. 24066794)
R. Hale Neilson (TX Bar No. 24116820)
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
E-mail: jkane@krcl.com
E-mail: hneilson@krcl.com

***Counsel to HNGH Turtle Creek, LLC***