John J. Kane (TX Bar No. 24066794)
R. Hale Neilson (TX Bar No. 24116820)
**KANE RUSSELL COLEMAN LOGAN PC**
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299

***Counsel for HNGH Turtle Creek, LLC***

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 21-31954-HDH-11** |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CHAPTER 11** |
| | § | |
| **DEBTOR.** | § | |
| | § | |

**MOTION FOR EMERGENCY HEARING ON EMERGENCY MOTION OF HNGH TURTLE CREEK, LLC TO COMPEL PRODUCTION BY DEBTOR IN CONNECTION WITH HNGH TURTLE CREEK LLC'S FIRST REQUESTS FOR PRODUCTION AND INTERROGATORIES TO 2999TC ACQUISITIONS, LLC**

HNGH Turtle Creek, LLC ("**HNGH**"), file this *Motion for Emergency Hearing* (the "**Emergency Hearing Motion**") on their *Emergency Motion to Compel Production by Debtor in Connection with HNGH Turtle Creek LLC's First Requests for Production and Interrogatories to 2999TC Acquisitions, LLC* (the "**Motion to Compel**") [Dkt. No. 39] and in support thereof, respectfully state as follows:

## JURISDICTION & VENUE

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

3. As further detailed in the Motion to Compel, the Debtor has failed to comply with the Scheduling Order [Docket No. 37] and failed to timely produce responsive documents to HNGH. Meanwhile, the December 9 hearing on multiple contested matters fast approaches.

## MOTION TO EXPEDITE

4. An emergency hearing is unlikely to prejudice the Debtors or other parties in interest in any way—the filing of this Emergency Hearing Motion is necessitated by the Debtor's failure to comply with the Scheduling Order. By this Emergency Hearing Motion, HNGH requests a hearing on its Motion to Compel on December 2, 2021 at 9:00 a.m., so as to be heard with the Court's other matters and to afford HNGH sufficient time to review produced documents in advance of the hearing on the contested matters. HNGH does not expect the hearing to last more than 30 minutes.

**WHEREFORE**, HNGH respectfully requests that the Court enter the proposed order attached as **Exhibit 1**, (a) setting the Motion to Compel for hearing on December 2, 2021, at 9:00 a.m., and (b) granting HNGH such other and further relief to which they may be justly entitled.

DATED: December 1, 2021

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: */s/ John J. Kane*
John J. Kane (TX Bar No. 24066794)
R. Hale Neilson (TX Bar No. 24116820)
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
E-mail: jkane@krcl.com
E-mail: hneilson@krcl.com

***Counsel to HNGH Turtle Creek, LLC***

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 1st day of December, 2021, served a copy of the foregoing, by ECF upon all parties in interest and by e-mailing the same, upon counsel of record as follows:

Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Tel: (972) 503-4033
Fax : (972) 503-4034
Email: joyce@joycelindauer.com

*/s/ R. Hale Neilson*
R. Hale Neilson

## CERTIFICATE OF CONFERENCE

I do hereby certify that I contacted Debtor's counsel, Joyce Lindauer, on December 1, 2021 at approximately 4:30. At approximately 5:40, Mrs. Lindauer informed me that the Debtor might produce some document at night on December 1, but after 6:00 p.m., and "others in the morning." Given the Debtor's position to date, HNGH lacks confidence that the Debtor will provide complete production. Debtor opposes the Motion.

*/s/ John J. Kane*
John J. Kane