**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 21-31954-HDH-11** |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CHAPTER 11** |
| | § | |
| **DEBTOR.** | § | |
| | § | |

**ORDER GRANTING MOTION FOR EMERGENCY HEARING ON EMERGENCY MOTION OF HNGH TURTLE CREEK, LLC TO COMPEL PRODUCTION BY DEBTOR IN CONNECTION WITH HNGH TURTLE CREEK LLC'S FIRST REQUESTS FOR PRODUCTION AND INTERROGATORIES TO 2999TC ACQUISTIIONS, LLC**

ON THIS DATE the Court considered the request for emergency hearing (the "**Emergency Hearing Motion**") filed by HNGH Turtle Creek, LLC ("**HNGH**") in conjunction with the *Emergency Motion to Compel Production by Debtor in Connection With Hngh Turtle Creek LLC's First Requests for Production and Interrogatories to 2999TC Acquisitions, LLC* (the "**Motion to Compel**") [Dkt. No. 39], filed on December 1, 2021. The Court finds that the Emergency Hearing Motion complies with the Local

Rules and demonstrates that sufficient cause exists for shortening the normal response time. Accordingly,

**IT IS THEREFORE ORDERED** that responses or objections to the Motion to Compel shall be filed by no later than **December 2, 2021 at 9:00 a.m.**

**IT IS FURTHER ORDERED** that the request for expedited hearing is **GRANTED** and that a hearing on the *Motion to Compel* shall be held on **December 2, 2021, at 9:00 a.m.** before the Honorable Harlin DeWayne Hale, Chief U.S. Bankruptcy Judge for the Northern District of Texas via WebEx Video Participation/Attendance:

Link: https://us-courts.webex.com/meet/hale
**For WebEx Telephonic Only Participation/Attendance:**
Dial-In: 1.650.479.3207
Meeting ID: 476 420 189

**IT IS FURTHER ORDERED** that HNGH or its counsel shall give notice of this emergency hearing by forwarding a copy of this Order by the most expedient means available, including electronic or telephonic transmission, or otherwise by First Class United States Mail, to all parties listed in the certificate of service contained in the Motion and shall evidence such service by the filing of a Certificate of Service with the Court prior to the scheduled hearing.

**### End of Order ###**

Prepared and Submitted by:

**KANE RUSSELL COLEMAN LOGAN PC**

By: */s/ R. Hale Neilson*
John J. Kane (TX Bar No. 24066794)
R. Hale Neilson (TX Bar No. 24116820)
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
E-mail: jkane@krcl.com
E-mail: hneilson@krcl.com

***Counsel to HNGH Turtle Creek, LLC***