Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Proposed Attorneys for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**DEBTOR'S AMENDED WITNESS AND EXHIBIT LIST**

Comes now 2999TC Acquisitions, LLC, debtor in the above-styled and numbered bankruptcy case ("Debtor"), and files this its Amended Witness and Exhibit List for the hearings scheduled on December 9, 2021.

**Witnesses**

At the hearing, the Debtor may call the following persons to testify as witnesses:

1. Tim Barton
2. Larry Martin
3. Jeff Worley
4. Kevin Donahue
5. Bipin Nambiar
6. Vance McMurry
7. Michael Matthews
8. Designated Representative of CBRE
9. Designated Representative of Lincoln Properties

10. Jacob Sudhoff with Douglas Elliman

11. Tom McElroy with Lincoln Properties

12. Winston Puig

13. Any witness designated by any other party

**Exhibits**

At the hearing the Debtor may present one or more of the following exhibits:

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Docket Sheet | | |
| 2 | HNGH Turtle Creek, LLC's Motion to Dismiss Debtor's Bankruptcy Case or, in the Alternative, for Relief from the Automatic Stay, with Incorporated Brief in Support [Docket Nos. 9 and 10] | | |
| 3 | Debtor's Response to HNGH Turtle Creek, LLC's Motion to Dismiss Debtor's Bankruptcy Case or, in the Alternative, for Relief from the Automatic Stay [Docket No. 34] | | |
| 4 | HNGH Turtle Creek, LLC's Reply in Support of Its Motion to Dismiss Debtor's Bankruptcy Case or, in the Alternative, for Relief from the Automatic Stay [Docket No. 38] | | |
| 5 | Debtor's Expedited Motion to Enforce Automatic Stay and for Sanctions Pursuant to 11 U.S.C. Section 362 [Docket Nos. 14 and 15] | | |
| 6 | HNGH Turtle Cree, LLC's Objections to Debtor's Expedited Motion to Enforce Automatic Stay and for Sanctions [Docket No. 19] | | |
| 7 | Debtor's Reply to Objection to Expedited Motion to Enforce Automatic Stay and for Sanctions Pursuant to 11 U.S.C. Section 362 [Docket No. 22] | | |
| 8 | Schedules of Assets and Liabilities [Docket No. 29] | | |
| 9 | Statement of Financial Affairs [Docket No. 30] | | |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 10 | HNGH Turtle Creek LLC's Rule 30(b)(6) Notice of Deposition to 2999TC Acquisitions, LLC [Docket No. 41] | | |
| 11 | HNGH Turtle Creek LLC's First Requests for Production and Interrogatories to 2999TC Acquisitions, LLC | | |
| 12 | Debtor's Objections and Responses to HNGH Turtle Creek LLC's First Requests for Production and Interrogatories to 2999TC Acquisitions, LLC | | |
| 13 | Stipulation and Agreed Scheduling Order with Respect to (I) HNGH Turtle Creek, LLC's Motion to Dismiss and (II) Motion for R elief from Stay, and (III) Debtor's Motion for Sanctions and (IV) Motion to Enforce Automatic Stay [Docket No. 37] | | |
| 14 | Complaint to Avoid and Recover Preferential and/or Fraudulent Transfer Pursuant to 11 U.S.C. §§ 548 and 550 [Docket No. 1 in Adversary No. 21-03085] | | |
| 15 | Limited Liability Company Agreement of MO 2999TC, LLC | | |
| 16 | Forbearance and Payoff Agreement between 2999TC Acquisitions, LLC, Timothy Lynch Barton, and HNGH Turtle Creek, LLC | | |
| 17 | 2999 Turtle Creek Preconstruction Package #2 | | |
| 18 | Terms and Contingent Commitment Letter dated March 27, 2020 from Axiom Financial, LLC | | |
| 19 | Draft Limited Liability Company Agreement | | |
| 20 | Advisory and Consulting Agreement between 2999TC Acquisitions, LLC and JPA Fund, LLC dated August 7, 2020 | | |
| 21 | Term Sheet of $55,000,000 Preferred Equity Investment by Tall Ship Management LLC in 2999TC Acquisitions LLC Project developing the Mandarin Oriental Hotel and Private Residences at 2999 Turtle Creek Road, Dallas, Texas | | |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 22 | Amended and Restated Company Agreement of 2999TC Acquisitions, LLC dated April 16, 2021 | | |
| 23 | Funding Agreement between Nitya Capital, LLC and 2999 TC Acquisitions MZ, LLC dated July 30, 2021 | | |
| 24 | Tim Barton Text Messages from October 18, 2021 through October 29, 2021 | | |
| 25 | 2999 Turtle Creek Broker Opinion of Value prepared for HN Capital Partners by Newmark | | |
| 26 | 2999 Turtle Creel Blvd. Broker Opinion of Value dated November 2021 prepared for HN Capital Partners by JLL | | |
| 27 | $32,500,000.00 Secured Promissory Note dated September 20, 2019 between MO 2999T | | |
| 28 | Escrow Agent Acknowledgment of Receipt | | |
| 29 | First Amendment to the Forbearance and Payoff Agreement | | |
| 30 | HNGH Turtle Creek, LLC's Objections and Responses to 2999TC Acquisitions, LLC's First Requests for Production and Interrogatories to HNGH Turtle Creek LLC | | |
| 31 | Wick Phillips letter dated October 29, 2021 | | |
| 32 | Madison Loan Payoff Calculation | | |
| 33 | All documents produced by HNGH Turtle Creek as part of discovery (to be provided) | | |
| 34 | Deed in Lieu of Foreclosure (to be provided) | | |
| 35 | Letter of Intent for the Villas at the Mansion located at 3424 Gillespie Drive, Dallas, Texas 75219 | | |
| | Any exhibits identified by any other party | | |

Debtor reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserves the right to call additional witnesses and introduce additional exhibits in rebuttal. Debtor further reserves the right to supplement this list prior to the hearing.

Dated: December 6, 2021.

Respectfully Submitted

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR 2999TC ACQUISITIONS, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 6, 2021, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF filing system upon the parties receiving electronic notice in this case listed below.

John J. Kane
jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com

Sherrel K. Knighton
Sherrel.Knighton@lgbs.com, Dallas.Bankruptcy@lgbs.com; Sean.French@lgbs.com; Dora.Casiano-Perez@lgbs.com; Olivia.Salvatierra@lgbs.com

Joyce W. Lindauer
joyce@joycelindauer.com, dian@joycelindauer.com; deann@joycelindauer.com; 12113@notices.nextchapterbk.com

Steven C. Metzger
smetzger@pmklaw.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer