**REFORM, DsclsDue**

# U.S. Bankruptcy Court
# Northern District of Texas (Dallas)
# Bankruptcy Petition #: 21-31954-hdh11

*Date filed:* 10/29/2021
*341 meeting:* 12/07/2021
*Deadline for filing claims:* 03/07/2022
*Deadline for filing claims (govt.):* 06/05/2022

*Assigned to:* Harlin DeWayne Hale
Chapter 11
Voluntary
Asset

***Debtor***
**2999TC Acquisitions, LLC**
13901 Midway Rd.
Suite 102
Dallas, TX 75244
DALLAS-TX
Tax ID / EIN: 84-2586835

represented by **Joyce W. Lindauer**
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202
(972) 503-4033
Fax : (972) 503-4034
Email: joyce@joycelindauer.com

***U.S. Trustee***
**United States Trustee**
1100 Commerce Street
Room 976
Dallas, TX 75202
214-767-8967

| Filing Date | Docket Text |
|---|---|
| 10/29/2021 | 1 (6 pgs) Non-individual Chapter 11 Voluntary Petition. Fee Amount $1738 Filed by 2999TC Acquisitions, LLC Chapter 11 Plan due by 02/26/2022. Disclosure Statement due by 02/26/2022. (Lindauer, Joyce) |
| 10/29/2021 | Receipt of filing fee for Voluntary petition (chapter 11)( 21-31954-11) [misc,volp11a] (1738.00). Receipt number A29092092, amount $1738.00 (re: Doc# 1). (U.S. Treasury) |
| 11/01/2021 | 2 (2 pgs) Notice of deficiency. Schedule A/B due 11/12/2021. Schedule D due 11/12/2021. Schedule E/F due 11/12/2021. Schedule G due 11/12/2021. Schedule H due 11/12/2021. Declaration Under Penalty of Perjury for Non-individual Debtors due 11/12/2021. Summary of Assets and Liabilities and Certain Statistical Information due 11/12/2021. Statement of Financial Affairs due 11/12/2021. Creditor matrix due 11/3/2021. 20 Largest Unsecured Creditors due 11/3/2021. (Ward, J) |
| 11/01/2021 | 3 (1 pg) Notice of Appearance and Request for Notice by Sherrel K. Knighton filed by Creditor Dallas County. (Knighton, Sherrel) |
| 11/01/2021 | 4 (3 pgs) Notice of Appearance and Request for Notice *R. Hale Neilson and* by John J. Kane filed by Creditor HNGH Turtle Creek, LLC. (Kane, John) |
| 11/01/2021 | 5 (5 pgs) Creditor matrix . Filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)2 Notice |



**EXHIBIT "1"**

| | |
|---|---|
| | of deficiency). (Lindauer, Joyce) |
| 11/01/2021 | 7 (4 pgs) Chapter 11 or Chapter 9 Cases Non- Individual List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders . Filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)2 Notice of deficiency). (Lindauer, Joyce) |
| 11/03/2021 | 8 (3 pgs) BNC certificate of mailing. (RE: related document(s)2 Notice of deficiency. Schedule A/B due 11/12/2021. Schedule D due 11/12/2021. Schedule E/F due 11/12/2021. Schedule G due 11/12/2021. Schedule H due 11/12/2021. Declaration Under Penalty of Perjury for Non-individual Debtors due 11/12/2021. Summary of Assets and Liabilities and Certain Statistical Information due 11/12/2021. Statement of Financial Affairs due 11/12/2021. Creditor matrix due 11/3/2021. 20 Largest Unsecured Creditors due 11/3/2021.) No. of Notices: 1. Notice Date 11/03/2021. (Admin.) |
| 11/04/2021 | 9 (209 pgs; 10 docs) Motion to dismiss case *[Motion to Dismiss Debtor's Bankruptcy Case or, in the Alternative, for Relief from the Automatic Stay, with Incorporated Brief in Support]* Filed by Creditor HNGH Turtle Creek, LLC (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Proposed Order) (Kane, John) |
| 11/04/2021 | 10 (209 pgs; 10 docs) Motion for relief from stay *[Motion to Dismiss Debtor's Bankruptcy Case or, in the Alternative, for Relief from the Automatic Stay, with Incorporated Brief in Support]* Fee amount $188, Filed by Creditor HNGH Turtle Creek, LLC Objections due by 11/26/2021. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Proposed Order) (Kane, John) |
| 11/04/2021 | Receipt of filing fee for Motion for relief from stay( 21-31954-hdh11) [motion,mrlfsty] ( 188.00). Receipt number A29106355, amount $ 188.00 (re: Doc# 10). (U.S. Treasury) |
| 11/05/2021 | 11 (3 pgs) Notice of Appearance and Request for Notice by Steven C. Metzger filed by Interested Party JMJ Development LLC. (Metzger, Steven) |
| 11/05/2021 | 12 (3 pgs) Notice of Appearance and Request for Notice by Steven C. Metzger filed by Interested Party Tim Barton. (Metzger, Steven) |
| 11/05/2021 | 13 (3 pgs) Meeting of creditors 341(a) meeting to be held on 12/7/2021 at 11:00 AM by TELEPHONE. Proofs of Claims due by 3/7/2022. Government Proof of Claim due by 6/5/2022. (Neary, William) |
| 11/05/2021 | 14 (7 pgs; 2 docs) Motion for leave */Debtor's Expedited Motion to Enforce Automatic Stay and for Sanctions Pursuant to 11 U.S.C. Section 362* Filed by Debtor 2999TC Acquisitions, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 11/05/2021 | 15 (7 pgs; 2 docs) Motion for sanctions for violation of automatic stay 11 USC 362 amount to be determined against HNGH Turtle Creek, LLC Filed by Debtor 2999TC Acquisitions, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 11/08/2021 | 16 (3 pgs) Certificate of service re: Meeting of Creditors filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)13 Meeting of creditors Chapter 11). (Lindauer, Joyce) |
| 11/08/2021 | 17 (6 pgs; 2 docs) Motion for expedited hearing(related documents 14 Motion for leave, 15 Motion for sanctions) Filed by Debtor 2999TC Acquisitions, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) (GRANTED ORALLY; DE #14 AND #15 SET FOR STATUS CONFERENCE ON 11/12/21 AT 9:00 AM VIA WEBEX) Modified on 11/8/2021 (Bergreen, J.). |
| 11/08/2021 | 18 (5 pgs) Expedited Notice of hearing*/Expedited Notice of Status Conference* filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)14 Motion for leave */Debtor's Expedited Motion to Enforce Automatic Stay and for Sanctions Pursuant to 11 U.S.C. Section 362* Filed by Debtor 2999TC Acquisitions, LLC (Attachments: # 1 Proposed Order), 15 Motion for sanctions for violation of automatic |

| | |
|---|---|
| | stay 11 USC 362 amount to be determined against HNGH Turtle Creek, LLC Filed by Debtor 2999TC Acquisitions, LLC (Attachments: # 1 Proposed Order)). Status Conference to be held on 11/12/2021 at 09:00 AM at https://us-courts.webex.com/meet/hale. (Lindauer, Joyce) |
| 11/08/2021 | 19 (9 pgs; 2 docs) Objection to (related document(s): 14 Motion for leave */Debtor's Expedited Motion to Enforce Automatic Stay and for Sanctions Pursuant to 11 U.S.C. Section 362* filed by Debtor 2999TC Acquisitions, LLC, 15 Motion for sanctions for violation of automatic stay 11 USC 362 amount to be determined against HNGH Turtle Creek, LLC filed by Debtor 2999TC Acquisitions, LLC) filed by Creditor HNGH Turtle Creek, LLC. (Attachments: # 1 Exhibit A) (Kane, John) |
| 11/09/2021 | 20 (6 pgs; 2 docs) Notice of hearing filed by Creditor HNGH Turtle Creek, LLC (RE: related document(s)9 Motion to dismiss case *[Motion to Dismiss Debtor's Bankruptcy Case or, in the Alternative, for Relief from the Automatic Stay, with Incorporated Brief in Support]* Filed by Creditor HNGH Turtle Creek, LLC (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Proposed Order), 10 Motion for relief from stay *[Motion to Dismiss Debtor's Bankruptcy Case or, in the Alternative, for Relief from the Automatic Stay, with Incorporated Brief in Support]* Fee amount $188, Filed by Creditor HNGH Turtle Creek, LLC Objections due by 11/26/2021. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Proposed Order)). Hearing to be held on 12/9/2021 at 09:00 AM at https://us-courts.webex.com/meet/hale for 9 and for 10, (Attachments: # 1 Exhibit A) (Kane, John) |
| 11/10/2021 | 21 (5 pgs) BNC certificate of mailing - meeting of creditors. (RE: related document(s)13 Meeting of creditors 341(a) meeting to be held on 12/7/2021 at 11:00 AM by TELEPHONE. Proofs of Claims due by 3/7/2022. Government Proof of Claim due by 6/5/2022.) No. of Notices: 1. Notice Date 11/10/2021. (Admin.) |
| 11/11/2021 | 22 (11 pgs) Reply to (related document(s): 19 Objection filed by Creditor HNGH Turtle Creek, LLC) filed by Debtor 2999TC Acquisitions, LLC. (Lindauer, Joyce) |
| 11/11/2021 | 23 (16 pgs) Adversary case 21-03085. Complaint by 2999TC Acquisitions, LLC against HNGH Turtle Creek, LLC, Vipin Nambiar, HN Green Hollow Capital Partners, LLC. Fee Amount $350. Nature(s) of suit: 13 (Recovery of money/property - 548 fraudulent transfer). 14 (Recovery of money/property - other). (Lindauer, Joyce) |
| 11/12/2021 | 24 Hearing held on 11/12/2021. (RE: related document(s)14 Motion for leave */Debtor's Expedited Motion to Enforce Automatic Stay and for Sanctions Pursuant to 11 U.S.C. Section 362* Filed by Debtor 2999TC Acquisitions, LLC (Attachments: # 1 Proposed Order) (TO BE SET ON 12/9 WITH OTHER MATTERS.), 15 Motion for sanctions for violation of automatic stay 11 USC 362 amount to be determined against HNGH Turtle Creek, LLC Filed by Debtor 2999TC Acquisitions, LLC (Attachments: # 1 Proposed Order)) (TO BE SET ON 12/9 WITH OTHER MATTERS.) (Green, Shanette) |
| 11/12/2021 | 25 (4 pgs; 2 docs) Motion to extend time to file schedules or new case deficiencies, excluding matrix Filed by Debtor 2999TC Acquisitions, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 11/15/2021 | 26 (1 pg) Order granting 25 Motion to extend time. (Re: related document(s) 2 Notice of deficiency) Schedule A/B due 11/19/2021 for 2, Schedule D due 11/19/2021 for 2, Schedule E/F due 11/19/2021 for 2, Schedule G due 11/19/2021 for 2, Schedule H due 11/19/2021 for 2, Statement of Financial Affairs due 11/19/2021 for 2, Summary of Assets and Liabilities and Certain Statistical Information due 11/19/2021 for 2, Declaration Under Penalty of Perjury for Non-individual Debtors due 11/19/2021 for 2, Entered on 11/15/2021. (Okafor, Marcey) |
| 11/18/2021 | 27 (11 pgs) Adversary case 21-03089. Complaint by 2999TC Acquisitions, LLC against L. Allen Hodges III. Fee Amount $350. Nature(s) of suit: 13 (Recovery of money/property - 548 fraudulent transfer). 14 (Recovery of money/property - other). (Lindauer, Joyce) |
| 11/19/2021 | 28 (5 pgs) Notice of hearing filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)15 Motion for sanctions for violation of automatic stay 11 USC 362 amount to be determined against HNGH |

| | |
|---|---|
| | Turtle Creek, LLC Filed by Debtor 2999TC Acquisitions, LLC (Attachments: # 1 Proposed Order)). Hearing to be held on 12/9/2021 at 09:00 AM at https://us-courts.webex.com/meet/hale for 15, (Lindauer, Joyce) |
| 11/19/2021 | 29 (20 pgs) Schedules: Schedules A/B and D-H with Summary of Assets and Liabilities (with Declaration Under Penalty of Perjury for Non-Individual Debtors,). Filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)2 Notice of deficiency). (Lindauer, Joyce) |
| 11/19/2021 | 30 (7 pgs) Statement of financial affairs for a non-individual . Filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)2 Notice of deficiency). (Lindauer, Joyce) |
| 11/19/2021 | 31 (4 pgs) Chapter 11 or Chapter 9 Cases Non- Individual List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders / *AMENDED*. Filed by Debtor 2999TC Acquisitions, LLC. (Lindauer, Joyce) |
| 11/19/2021 | 32 (2 pgs) Creditor matrix amended to add additional creditor(s). Fee Amount $32. Filed by Debtor 2999TC Acquisitions, LLC. (Lindauer, Joyce) |
| 11/19/2021 | Receipt of filing fee for Matrix( 21-31954-hdh11) [misc,matrix] ( 32.00). Receipt number A29139891, amount $ 32.00 (re: Doc# 32). (U.S. Treasury) |
| 11/26/2021 | 34 (20 pgs) Response opposed to (related document(s): 9 Motion to dismiss case *[Motion to Dismiss Debtor's Bankruptcy Case or, in the Alternative, for Relief from the Automatic Stay, with Incorporated Brief in Support]* filed by Creditor HNGH Turtle Creek, LLC, 10 Motion for relief from stay *[Motion to Dismiss Debtor's Bankruptcy Case or, in the Alternative, for Relief from the Automatic Stay, with Incorporated Brief in Support]* Fee amount $188, filed by Creditor HNGH Turtle Creek, LLC) filed by Debtor 2999TC Acquisitions, LLC. (Lindauer, Joyce) |
| 11/29/2021 | 35 (2 pgs) Disclosure of compensation of attorney for debtor . Filed by Debtor 2999TC Acquisitions, LLC. (Lindauer, Joyce) |
| 11/29/2021 | 36 (13 pgs; 2 docs) Application to employ Joyce W. Lindauer Attorney, PLLC as Attorney Filed by Debtor 2999TC Acquisitions, LLC (Attachments: # 1 Proposed Order)Objections due 12/20/21 (Lindauer, Joyce) Modified on 11/30/2021 (Kerr, S.). |
| 12/01/2021 | 37 (3 pgs) Stipulation and Agreed Order setting hearing (RE: related document(s)9 Motion to dismiss case filed by Creditor HNGH Turtle Creek, LLC, 10 Motion for relief from stay filed by Creditor HNGH Turtle Creek, LLC, 14 Motion for leave filed by Debtor 2999TC Acquisitions, LLC, 15 Motion for sanctions filed by Debtor 2999TC Acquisitions, LLC). Hearing to be held on 12/9/2021 at 09:00 AM Dallas Judge Hale Ctrm for 14 and for 15 and for 9 and for 10, Entered on 12/1/2021 (Okafor, Marcey) |
| 12/01/2021 | 38 (12 pgs) Reply to (related document(s): 34 Response filed by Debtor 2999TC Acquisitions, LLC) *[HNGH Turtle Creek, LLC's Reply in Support of Its Motion to Dismiss Debtor's Bankruptcy Case or, in the Alternative, for Relief from the Automatic Stay]* filed by Creditor HNGH Turtle Creek, LLC. (Kane, John) |
| 12/01/2021 | 39 (11 pgs; 3 docs) Motion to compel re: discovery [EMERGENCY MOTION OF HNGH TURTLE CREEK, LLC TO COMPEL PRODUCTION BY DEBTOR IN CONNECTION WITH HNGH TURTLE CREEK LLC'S FIRST REQUESTS FOR PRODUCTION AND INTERROGATORIES TO 2999TC ACQUISTIIONS, LLC] Filed by Creditor HNGH Turtle Creek, LLC (Attachments: # 1 Exhibit 1 # 2 Proposed Order) (Kane, John) |
| 12/01/2021 | 40 (6 pgs; 2 docs) Motion for expedited hearing(related documents 39 Motion to compel re: discovery) *[MOTION FOR EMERGENCY HEARING ON EMERGENCY MOTION OF HNGH TURTLE CREEK, LLC TO COMPEL PRODUCTION BY DEBTOR IN CONNECTION WITH HNGH TURTLE CREEK LLC'S FIRST REQUESTS FOR PRODUCTION AND INTERROGATORIES TO 2999TC ACQUISITIONS, LLC]* Filed by Creditor HNGH Turtle Creek, LLC (Attachments: # 1 Proposed Order) (Kane, John) |

| | |
|---|---|
| 12/02/2021 | 41 (2 pgs) Notice to take deposition of 2999TC Acquisitions, LLC through its President and corporate representative, Timothy J. Barton filed by Creditor HNGH Turtle Creek, LLC. (Kane, John) |

---

## PACER Service Center

### Transaction Receipt

12/06/2021 16:47:35

| | | | |
|---|---|---|---|
| **PACER Login:** | joycelindauer | **Client Code:** | 2999TC Acquisitions |
| **Description:** | Docket Report | **Search Criteria:** | 21-31954-hdh11 Fil or Ent: filed From: 1/1/2021 To: 12/6/2021 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |