Case 21-31954-hdh11 Doc 41 Filed 12/02/21 Entered 12/02/21 12:10:34 Page 1 of 2

John J. Kane (TX Bar No. 24066794)
R. Hale Neilson (TX Bar No. 24116820)
KANE RUSSELL COLEMAN LOGAN PC
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299

*Counsel for HNGH Turtle Creek, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 21-31954-HDH-11** |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CHAPTER 11** |
| | § | |
| **DEBTOR.** | § | |
| | § | |

**HNGH TURTLE CREEK LLC'S RULE 30(B)(6) NOTICE OF DEPOSITION TO 2999TC ACQUISTIIONS, LLC**

TO: 2999TC Acquisitions, LLC, by and through its counsel of record, Joyce W. Lindauer, 1412 Main Street, Dallas, Texas 75202.

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, as incorporated by the Federal Rules of Bankruptcy Procedure and any applicable local rules, HNGH Turtle Creek, LLC, by and through its undersigned counsel, will take the oral deposition of 2999TC Acquisitions, LLC (the "**Debtor**") through its President and corporate representative, Timothy J. Barton on **December 3, 2021 at 8:30 a.m.** (CST) at the offices of KANE RUSSELL COLEMAN LOGAN PC, 901 Main Street, Suite 5200, Dallas, Texas, 75202, or at such other time and place agreed to by the parties. The deposition will continue from day-to-day thereafter, or as otherwise agreed to by the parties, until completed, but shall not last longer than six hours.

Pursuant to Rule 30(b)(6), the Debtor has agreed to designate Mr. Barton to testify on the Debtor's behalf about information known or reasonably available to it regarding the sub;

**EXHIBIT "10"**

Case 21-31954-hdh11 Doc 41 Filed 12/02/21 Entered 12/02/21 12:10:34 Page 2 of 2

of and allegations contained in the Contested Matters, as that term is defined in the Stipulation and Agreed Scheduling Order set forth at Docket No. 37, and HNGH's First Requests for Production and Interrogatories to 2999TC Acquisitions, LLC, served on counsel for the Debtor on November 12, 2021.

The deposition will be recorded by a reporter authorized by law to report depositions and may also be videotaped. The deposition will be taken for all purposes and uses authorized by the Federal Rules of Civil Procedure, as made applicable by the Federal Rules of Bankruptcy Procedure and any local rules.

DATED: December 2, 2021

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: */s/ John J. Kane*
John J. Kane (TX Bar No. 24066794)
R. Hale Neilson (TX Bar No. 24116820)
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
E-mail: jkane@krcl.com
E-mail: hneilson@krcl.com

***Counsel to HNGH Turtle Creek, LLC***

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 2nd day of December, 2021, served a copy of the foregoing, by e-mailing the same in accordance with the Federal Rules of Civil Procedure, as applied by the Federal Rules of Bankruptcy Procedure, upon counsel of record as follows:

Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Tel: (972) 503-4033
Email: joyce@joycelindauer.com

Steven C. Metzger
Metzger Law PLLC
3626 N. Hall St, Suite 800
Dallas, Texas 75219
E-mail: smetzger@pmklaw.com

*/s/ John J. Kane*
John J. Kane