**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

**ENTERED**

**THE DATE OF ENTRY IS ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 30, 2021**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 21-31954-HDH-11** |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CHAPTER 11** |
| | § | |
| **DEBTOR.** | § | |
| | § | |

---

**STIPULATION AND AGREED SCHEDULING ORDER WITH RESPECT TO (I) HNGH TURTLE CREEK, LLC'S MOTION TO DISMISS AND (II) MOTION FOR RELIEF FROM STAY, AND (III) DEBTOR'S MOTION FOR SANCTIONS AND (IV) MOTION TO ENFORCE AUTOMATIC STAY**

---

The Court finds that cause exists to enter this agreed scheduling order (the "**Scheduling Order**") with respect to *HNGH Turtle Creek, LLC's Motion to Dismiss Debtor's Bankruptcy Case or, in the Alternative, for Relief from the Automatic Stay, with Incorporated Brief in Support* (the "**HN Motions**") [Dkt. Nos. 9, 10] and *Debtor's Expedited Motion to Enforce Automatic Stay and for Sanctions Pursuant to 11 U.S.C. Section 362* (the "**Debtor Motions**") [Dkt. Nos. 14, 15], which collectively give rise to the "**Contested Matters**". Given the allegations contained in the HN Motions and Debtor Motions, the agreement of the HNGH Turtle Creek, LLC ("**HN**") and the Debtor (collectively, the



**EXHIBIT "13"**

**"Parties"**), and the December 9, 2021 hearing date set for the resolution of the Contested Matters, it is hereby **ORDERED** that the following dates and deadlines shall apply to the Contested Matters:

1. **Hearing Date**: A hearing on the Contested Matters will be held on December 9, 2021 at 9:00 a.m. before the Honorable Harlin D. Hale at 1100 Commerce St., 14th Floor, Courtroom #1, Dallas, TX 75242, and electronically by Webex in a hybrid proceeding before the Court (the "Hearing Date").

2. **Written Discovery**: All written discovery shall be served in the Contested Matters not later than November 17, 2021 at 5:00 p.m. Parties responding to written discovery shall have until November 23, 2021 at 5:00 p.m. to respond to written discovery, and shall produce all documents responsive to any requests for production not later than November 30, 2021 at 5:00 p.m.

3. **Depositions**: All depositions related to the Contested Matters must be taken not later than December 5, 2021 at 5:00 p.m.

4. **Witnesses/Exhibits:** All exhibits, except impeachment documents, shall be marked with exhibit labels and exchanged with opposing counsel on or December 6, 2021 at 5:00 p.m.

5. **Meet and Confer**: The Parties shall meet and confer not later than December 8, 2021 at 12:00 p.m. noon to engage in good faith attempts to determine the admissibility of the Parties' exhibits and stipulations to facts not in dispute. At the commencement of the hearing on the Contested Matters, the Parties shall present to the Court their stipulation to the admissibility of exhibits and stipulation to facts not in dispute.

6. **Modifications by Agreement**: The Parties may agree among themselves to modify any deadlines in this Scheduling Order, except the deadlines for (1) the exchange of Witness and Exhibit lists; (2) the deadline to meet and confer, and (3) the Hearing Date, which shall not be changed except by further agreement of the Court with notice provided to all appropriate parties.

Case 21-31954-hdh11 Doc 37 Filed 12/01/21 Entered 12/01/21 16:35:18 Page 3 of 3

**### END OF ORDER ###**

AGREED AND SUBMITTED TO BY:

**KANE RUSSELL COLEMAN LOGAN PC**

By: */s/ John J. Kane*
John J. Kane (TX Bar No. 24066794)
R. Hale Neilson (TX Bar No. 24116820)

Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: 214.777.4200
Fax: 214.777.4299
E-mail: jkane@krcl.com
E-mail: kwoodard@krcl.com
E-mail: hneilson@krcl.com

***Counsel to HNGH Turtle Creek, LLC***

**JOYCE W. LINDAUER ATTORNEY, PLLC**

By: /s/ Joyce W. Lindauer
Joyce W. Lindauer
State Bar No. 21555700

1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: 972-503-4033
Facsimile: 972-503-4034
Email: joyce@joycelindauer.com

***Proposed Attorneys for the Debtor***