AXIOM FINANCIAL
An FFC Capital Ventures Trusted Partner

## Terms and Contingent Commitment Letter

**RE: MO 2999TC, LLC ("Company")**

**March 27, 2020**

To Whom It May Concern,

**MO 2999TC, LLC and Tim Barton ("Client") is PRE-APPROVED for funding via non-recourse, asset-backed Line of Credit ("LOC") with Axiom Financial, LLC ("Provider") to be used at the Company's discretion within the scope of the agreement. Funds to be used for the construction and development of the Project and funding to be used as a capital contribution into a newly formed, special purpose entity (SPE), as a limited partner ("LP") per the terms of the agreement.**

**DEBT:**

| | | |
|---|---|---|
| LOC Amount | $366,000,000 | |
| Interest Credit Accout (ICA): | $73,200,000 | |
| Term: | 60 (months) + 5x 12mo extensions | |
| Rate: | 5% I/O | |
| Points: | 3% | |
| PPP: | None | |

**EQUITY:**

| | | |
|---|---|---|
| Equity Partner Contribution: | $73,200,000 | *Pre-Paid Interest* |
| Preferred Rate: | 8% (deferred) | |
| Equity/Ownership: | 70/30 (LP/GP) | |

**FEES:**

| | |
|---|---|
| Success Fee: | $4,392,000 |
| Points: | $10,980,000 |

**SCHEDULE:**

| | |
|---|---|
| Funding Date: | LOC will be available within 45-90 days of receipt of deposit & contract execution. |
| Estimated Funding Date: | Jun-20 |
| Delivery: | Tranche/Draw Schedule (TBD) |

***Est. Repayment Calculation:***

| | |
|---|---|
| ***LOC:*** | *$366,000,000* |
| ***ICA Deposit:*** | *$73,200,000* |
| ***Success Fee:*** | *$4,392,000* |
| ***Points:*** | *$10,980,000* |
| ***Est. Total Repayment:*** | ***$381,372,000*** |

**EXHIBIT "18"**

*This approval expires on **April, 8th 2020, 5pm ET** and is subject to the following:

- Client Information Summary (CIS) completion in full and this terms and contingent commitment letter, both signed by
- All soft costs, including by not limited to appraisals, due diligence, insurance etc., to be paid by Client.
  Funding is subject to our complete review of the transaction and collateral.
- Provider reserves the right to amend or add any requirements or LOC conditions at its sole discretion.

**Terms & Conditions**
This Letter is intended solely as a basis for negotiation between Lender and Borrower of mutually satisfactory definitive documentation relating to a potential LOC (LOC) by Provider to Client (the "Line of Credit" is subject to the foregoing the parties agree as follows:

1. **Definitive Documentation**. As promptly as reasonably practicable following the execution and delivery of this Letter, the parties (and their respective legal counsel, if necessary) will commence preparation of definitive documents for the LOC. The definitive agreements and other documentation for the LOC (collectively, the "LOC Documents") will be based upon the terms set forth in this document.

2. **Due Diligence**. Lender will continue to engage in underwriting and due diligence of Borrower and the scope related to the LOC. Borrower shall provide information to Lender relevant to the LOC in order that Lender may have the opportunity to conduct customary and appropriate underwriting and due diligence as Lender may deem necessary or desirable in connection with its evaluation of the LOC. In the event that information contained in this letter is found to be inaccurate, the Lender at its sole discretion may update the terms or void this letter completely.

3. **Non-Binding**. This Letter has been prepared and executed to serve as an aid to the negotiation, preparation and execution of the LOC Documents. Borrower and Lender have mutually discussed the proposed terms of the LOC Documents without Lender's benefit of complete underwriting and due diligence investigation. Therefore, the terms and conditions of s Letter are subject to, among other things, further due diligence investigation by Lender. Except for the provisions of Sections 2, 3, 4, and, hereof (which are intended to be legally binding on the parties hereto), this Letter is not intended to constitute a binding contract on either party, and neither party will be liable to the other party due to any failure to enter into any LOC Document. No past or future action, course of conduct or failure to act relating to the LOC, or relating to the negotiation of the terms of the LOC or the LOC Documents will give rise to or serve as a basis for any obligation or other liability on the part of either party.

4. **Governing Law**. This Letter is governed by the laws of the State of Texas, in Dallas County without regard to its conflicts of law rules.

5. **Legal Authority**. Borrower and Lender each represents that the respective person executing this Letter on its behalf has the legal authority to enter into this Letter based on the relevant governing documents of each party.

Please contact your representative if you have any questions regarding this approval.

Regards,

Kenneth Alexander
rector of Business Development
Axiom Financial, LLC

Name: ______________________
Title: ______________________
Company: ______________________

30 N Gould St | Sheridan, WY | 82801 16990 Dallas Pkwy | Dallas, TX | 75248