February 15, 2021 Confidential

**TALL SHIP MANAGEMENT LLC**

**MANDARIN ORIENTAL HOTEL AND PRIVATE RESIDENCES**

**DALLAS, TEXAS**

**DEVELOPMENT PROJECT**

**PREFERRED EQUITY INVESTMENT**

**$55,000,0000**

**TERM SHEET**

This Term Sheet outlines the terms and conditions of a $55,000,000 preferred equity investment ("Investment") by Tall Ship Management LLC ("Investor") in 2999 TC Acquisitions LLC ("Project Owner" or "Project") developing the Mandarin Oriental Hotel and Private Residences at 2999 Turtle Creek Road in Dallas, Texas.

With the exception of the binding terms and conditions outlined in the "Binding Terms" and "Survival" sections of the Term Sheet, the proposed terms and conditions outlined in the Term Sheet are non-binding. The Term Sheet is only intended to provide an outline for the negotiation of the Investment and the documents to evidence and secure the Investment. Either party may elect at any time to terminate this Term Sheet and all negotiations, for any reason or for no reason, in the sole discretion of the terminating party. Until both parties approve and execute final definitive and binding investment documents, neither the Investor nor the Sponsor shall have any obligation to accept or enter into an Investment on the terms stated in this Term Sheet.

Accordingly, the terms and conditions described below do not define all of the terms and conditions of this proposed Investment and the complete set of detailed terms and conditions will be outlined in a subsequent and forthcoming set of binding and definitive legal documents describing the Investment.

| | |
|---|---|
| Project Owner | 2999 TC Acquisitions LLC |
| Project Name | Mandarin Oriental Hotel and Private Residences |
| Project Address | 2999 Turtle Creek Road, Dallas, Texas 75219 |



EXHIBIT "21"

| | |
|---|---|
| Tax Parcel No. | Tax Parcel No.: 00-10310-00A-004-0000 |
| Project Site | The Sponsor owns the 2.47-acre property, which consists of approximately ±107,424 square feet of land and improvements inclusive of a two-story Class A office building and parking garage as required by applicable code. |
| Entitlements | The Project site is fully approved and entitled. It has a 320 ft. height restriction and a permitted density of a 5.25:1 floor area ratio that equates to 563,976 of developable square feet. |
| Development Program | A 27-story single tower with a total of 563,976 square feet containing a five-star Mandarin Oriental Hotel and Privates Residences that includes 176 ultra-luxury hotel rooms, 85 ultra-luxury private residences, full-service food and beverage operations, luxury spa, fitness area, recreational facilities with separate guest and resident pools and amenity decks, and a parking garage. |
| Total Development Cost | $387,241,651 estimated. |
| Capital Structure | Senior Loan $251,707,073 65.0%<br>Mezzanine Loan $72,607,810 18.8%<br>Equity $62,926,768 16.3%<br>Total Capital $387,241,651 100.0% |
| Hotel Brand and Management - | Mandarin Oriental Hotel Group. ("MOHG").<br><br>Per Sponsor, there is an existing binding and definitive brand and management agreement with Mandarin Oriental Hotel Group ("MOHG").<br><br>. |
| Sponsor | 2999 TC Acquisitions MZ LLC. |
| Co-Developer | The Sponsor and the Investor will form a special-purpose, bankruptcy-remote, limited liability company formed exclusively for the purpose of |

| | |
|---|---|
| | acting as the Co-Developer of the Project. Through their respective affiliated entities, the Sponsor and the Investor will be Co-Developers of the Project. |
| Investor | The Investor will be Tall Ship Management LLC a special-purpose, bankruptcy-remote, limited liability company formed exclusively for the purpose of providing the Investment to the Sponsor. |
| Tall Ship Management LLC | Tall Ship Management LLC will be the entity managing the relationship with the Sponsor, Limited Members of the Investor, and the Land Loan Lender. |
| Land Loan Lender and Land Loan | 2999 Turtle Creek LLC is the original lender of the Land Loan which had an initial loan amount of $32,500,000. The Land Loan was purchased by HNGH Turtle Creek LLC ("Lender"), The Land Loan is in default and the total amount due, including penalty interest, legal costs and an exit fee is estimated to be $40,073,071. |
| Investor Investment Amount | The Investor will fund Preferred Equity investment of $55,000,000. |
| Use of Proceeds | The use of proceeds of the $55,000,000 Investment is as follows.<br>• Purchase or Pay off existing Land Loan: $40,000,000 at closing.<br>• Provide remaining predevelopment funds: $15,000,000. |
| Lender and Land Loan Negotiations and Legal Documentation | On the effective date of this term sheet, the Investor will begin working with Lender of the Land Loan to negotiate the terms of a purchase or pay off of the existing Land Loan. Based on the outcome of this negotiation with the Lender, the Investor will develop a binding and definitive legal agreement to effect the transaction among the Lender, Investor, and the Sponsor. As part of this negotiation, the Investor will release Sponsor from any liabilities and guarantees associated with the Land Loan. |
| Proof of Funds | Investor shall provide Lender and Sponsor with a proof of funds or will escrow funds of the negotiated amount agreed to with the Lender to purchase or pay off the Land Loan. The proof of funds will be provided to the Sponsor the week of February 21st or before. The proof of funds will be provided to Lender once the loan purchase or pay off amount of the Land Loan has been negotiated and the Parties have executed definitive and binding Loan purchase or pay off agreements. |
| Closing | March 29, 2021. |
| Land Loan Repayment | At closing, the Investor will pay the negotiated amount to purchase or |

| | |
|---|---|
| | pay off the Land Loan, which is estimated to be approximately $35,000,000 to $42,000,000. At which time, the first deed of trust securing the Land Loan on the Property will be released. |
| Predevelopment Funding | At closing, Investor will invest in the Project the $15,000,000 of funds required for the predevelopment costs in the development of the Project. |
| Initial Project Equity | Based on the Investor's $55,000,000 preferred equity investment and the Sponsor's $20,000,000 preferred equity investment, the total equity in the Project during the predevelopment phase will be $75,000,000. |
| Investor Equity | Based on the Investor's preferred equity investment of $55,000,000, the Investor will initially own 73.33 % equity ownership interest in the Sponsor. |
| Sponsor Equity | Based on the Sponsor's equity investment of $20,000,000, which must be supported by documentation and approved by the Investor, the Sponsor will initially own 26.67% equity ownership interest in the Project.<br><br>At the closing of the Construction Loan, the Sponsor will be repaid $14,000,000 of its invested equity from the proceeds of the Construction Loan.<br><br>The Sponsor will be required to invest a minimum of 10.00% of the total equity invested in the Project. |
| Investor Preferred Rate of Return | The Investor will receive a 10.00% annual preferred rate of return on its Investment which will be accrued and compounded annually. |
| Sponsor Preferred Rate of Return | The Sponsor will receive a 10.00% annual preferred rate of return which will be accrued and compounded annually. |
| Priority of Cash Flow Distributions to Equity | The priority of any equity cash flow distributions to the Investor and Sponsor will be as follows:<br><br>i) First, to repay any and all accumulated and accrued Preferred Equity Returns associated with the Investor Equity.<br><br>ii) Second, to repay the outstanding amount of any Preferred |

| | |
|---|---|
| | Equity invested by the Investor.<br><br>iii) Third, to repay any and all accumulated and accrued Preferred Equity Returns associated with the Sponsor,<br><br>iv) Fourth, to repay the outstanding amount of any Preferred Equity invested by the Sponsor.<br><br>v) Fifth, to be paid as profits based on the Investor and Sponsor profits sharing program and schedule outlined below ("Sponsor Incentive Profit Sharing Program"). |
| Sponsor Incentive Profit Sharing Program | As an incentive to the Sponsor to maximize the equity returns to the Investor, the Sponsor will receive a portion of the profits of the Investor based on the Investor receiving the following total annual equity returns on its invested equity: |
| | i) Investor Return of 0% - 10.00%. In the event that the Investor receives a total annual equity return on its invested equity of 0% - 10%, the Sponsor will receive 0% of the Investor's profits;<br><br>ii) Investor Return 10.01% - 15.00%. In the event that the Investor receives a total annual equity return of 10.01% to 15.00% on its invested equity, the Sponsor will receive 10.00% of the Investor's profits;<br><br>iii) Investor Return 15.01%-20.00%. In the event that the Investor receives a total annual equity return of 15.01% - 20.00%, on its invested equity, the Sponsor will receive 20.00% of the Investor's profits;<br><br>iv) Investor Return > 20.00%. In the event that the Investor receives a total annual equity return of greater than 20.00% on its invested equity, the Sponsor will receive 30.00% of the Investor's profits. |
| Capital Calls | In the event that the Investment requires additional capital above the currently contemplated estimated Total Capital Costs, the Parties will use their best efforts to fund the additional capital required with debt. In the event that debt is not available or is available but with terms and conditions that are not acceptable to both Parties, then each Party will be issued an Equity Capital Call for an amount respective to each Party's share of the total equity required to fund the additional capital costs.<br><br>Each Party's respective share of the total equity associated with the Equity Capital Call will be based on that Party's respective Equity Ownership Interest in the investment. |

| | |
|---|---|
| | In the event that one Party does not fund its share of the total equity associated with the Capital Call, then that Party's Equity Ownership Interest will be diluted based on the required, yet unfunded equity amount associated with that Party. |
| Additional Funding | Investor is willing to provide additional capital or facilitate additional capital through guarantees and/or by meeting net worth and/or liquidity requirements of capital sources providing funding. |
| First Right of Refusal on any Additional Funding Proposals | Investor shall have a first right of refusal on all prospective funding proposals received by Sponsor to develop the Project. |
| Co-Managing Member | The Investor or an affiliate of the Investor will act as Co-Managing Member with the Managing Member of the Sponsor. The Managing Members will manage the Project and having fiduciary duty to the Members Any and all major project decisions would require the approval of the Managing Member. Investor will not be unreasonably withholding approvals if it conforms and is consistent with the approved Project Plan and Development Budget as set forth. |
| Origination Fee | The Origination Fee will be 1.00% of the $55,000,000 Investment Amount. The Origination Fee will be paid at the closing of the Investment to Investor. |
| Due Diligence Fee | A Due Diligence Fee of $75,000 will be paid to Tall Ship Management LLC upon the execution and effective date of this Term Sheet for the transaction(s) described herein.<br><br>The Due Diligence Fee will be paid via funds wire transfer using the banking information and wire instructions provided on the last page of the Term Sheet.<br><br>The $75,000 Due Diligence Fee will be reimbursed to the Sponsor at the closing of the preferred equity investment. |
| Asset Management Fee | Upon completion of the Project and beginning on the date the Property commences operations, the Investor will receive an Asset Management Fee that is a market rate for a Property of this size and nature. |
| Operating Agreement | The Operating Agreement of the ownership legal entity – 2999 TC Acquisitions LCC – shall be reviewed and approved in form and substance by the Investor and Sponsor. |

| | |
|---|---|
| Development Agreement and Fees | The Development Agreement between the Co-Developer ("Developer") which includes affiliates of the Sponsor and the Investor are Co-Developer shall be reviewed and approved by the Investor, Sponsor, and the Co-Developer. The Developer shall receive a total development fee of 5.00% based on total hard and soft costs excluding land and financing costs.<br><br>The Development Fee will be paid as follows:<br><br>• 65% of the Development Fee will be paid to the Co-Developer affiliated with the Sponsor.<br><br>• 35% to the Development Fee will be paid to the Co-Developer affiliated with Investor. |
| | During the Due Diligence Period, Sponsor and Investor will review and agree on all fees in the Development Budget to be paid to Sponsor, Co-Developer and other internal and external parties. Any and all fees must be supported by binding and definitive service agreements between the service provider and the Project owner. |
| General Contractor | Moss Construction will be the General Contractor on the Project. |
| GMP Contract | Project Owner will shall enter into a General Contractor Agreement with the General Contractor approved by the Investor. The General Contractor Agreement will be a maximum price contract for the total direct hard construction costs as defined in the approved Development and Construction Budget. |
| Completion Guaranty | The General Contractor shall provide a completion guaranty for the lien-free completion of the Project and its improvements in accordance with the approved plans, specifications, and budgeted and approved hard costs. The GMP shall be approved with an accompanying GMP Bonding provided by insurance company with an A rating better. |
| Contractor Surety | The Project shall be bonded through a Subcontractor Default Insurance program which shall cover all subcontracts greater than $50,000 from an A-rated insurance company. The Investor shall approve the insurance company providing the surety bonds and the form and substance of the surety bonds. |
| Development Budget | The Development Budget including soft costs, hard costs, financing costs and appropriate contingencies for soft costs, hard costs, financing costs and a general total budget contingency equal to a percentage of total development budget shall be approved by the Investor and Sponsor. |

| | |
|---|---|
| Development and Construction Documents | The Investor shall review and approve all other development-related agreements, including the Development Agreement, the GMP Contract and other general contractor agreements, architect agreements, construction management agreements, major subcontractor agreements and any other similar agreements prepared and to be utilized in connection with the development and construction of the Project. |
| Project Architecture and Design Consultants | If mutually agreed to by Sponsor, Investor and Co-Developer, Portman Architects will provide architecture and design advisory and consulting services on the Project. |
| Construction Manager | If mutually agreed to by the Sponsor, Investor and the Co-Developer Portman Architects and DCK Worldwide will be the Co-Construction Managers on the Project. |
| | |
| Debt-to-Equity Ratio | The capital structure of the Project will have a debt-to-equity ratio of 65% debt and 35% equity.<br><br>Equity is defined as common equity, preferred equity, and mezzanine debt in the capital structure. |
| Due Diligence Period | The Investor will have a 30-dayperiod to conduct its due diligence on the Project or any other entities or areas that the Investor, in its sole discretion, deems relevant and necessary ("Due Diligence Period"). |
| Due Diligence Information | The Investment shall be predicated upon the Investor's satisfaction and approval of the Due Diligence Information. |
| Legal Documentation | The Parties will use their best efforts to draft, review, complete and execute any and all binding and definitive legal agreements required to affect an Investment in the Project and establish and record the Investor's corresponding Equity Ownership in the Investment. The "Legal Documentation Period" is expected to require fifteen (15) days. |
| Investment Documents | The Investment shall be consummated by all or a subset of the following documents and such other documents that may be required to give effect to the Investment in the Project (collectively the "Investment Documents"):<br><br>i) Investment Term Sheet;<br><br>ii) Investment Agreement;<br><br>iii) Articles of Organization; |



2999TC000582

| | |
|---|---|
| | iv) Certificate of Good Standing;<br><br>v) IRS Employer Identification Number;<br><br>vi) Limited Liability Company Operating Agreement;<br><br>vii) Project plan and Development Budget approved by Sponsor and Investor, and;<br><br>viii) Co-Development Agreement |
| JPA Fund LLC Success Fees: | Sponsor has executed an "Exclusive Advisory and Consulting Agreement" with JPA Fund LLC("Advisor") to secure the equity and debt required to fund the Project.<br><br>In the event that a registered capital source of Advisor provides funding to Sponsor, the Advisor will be paid the following Success Fees: |
| | i) Equity Success Fee of 2.75% of the total amount of equity secured and funded to acquire, improve, and manage the Investment;<br><br>ii) Mezzanine Debt Success Fee of 1.75% of the total amount of Mezzanine Debt secured and funded to acquire, improve, and manage the Investment; and,<br><br>iii) Senior Debt Success Fee of 1.00% of the total amount of Senior Debt secured and funded to acquire, improve, and manage the Investment.<br><br>The Success Fees will be paid to Advisor at closing from the proceeds of the Investment. The $25,000 consulting fee paid to Advisor by Sponsor will be deducted from any Success Fees.<br><br>In the event a capital source of Advisor is referred to Advisor by the Sponsor or related parties then any Success Fee will be split and paid 50% to Advisor and 50% to Sponsor.<br><br>All Success Fees will be paid at the respective closing of the funding. |
| Representations and Warranties | This Investment is predicated on Investor and Developer providing full, complete, and true disclosure on all matters related to the Sponsor, Developer, Principals of the Sponsor and Developer, the Project and any other matters deemed necessary by the Investor in its sole discretion.<br><br>Sponsor and Developer will provide the standard and customary. representations and warranties for an equity investment of this size and nature including, but not limited to, the following: |

| | |
|---|---|
| | i) Sponsor and Developer shall disclose to the Investor any existing or threatened litigation against the Sponsor, its subsidiaries, or affiliates;<br><br>ii) While the Investor is conducting its Due Diligence, Sponsor shall not enter into negotiations or make any agreements with any other party on behalf of the Sponsor outside of the normal course of business;<br><br>iii) While the Investor is conducting its Due Diligence, Sponsor shall not enter into any negotiations or make any agreement that may result in a material change to the business or financial condition of the Sponsor;<br><br>iv) Sponsor shall disclose to the Investor any material changes regarding the business, including any changes to applicable laws or regulations, or the financial condition of the Sponsor that may occur between the date hereof and the Closing Date;<br><br>v) Sponsor shall provide to the Investor full, true, and plain disclosure of all material information relating to the Sponsor, Developer the Property, and the Project whether or not specifically requested by the Investor and,<br><br>vi) Sponsor shall execute and deliver all such further documents as may, in the reasonable opinion of the Investor, be necessary or desirable in order to give full effect to the Investor's Investment. |
| Expenses | Both the Investor and Sponsor will be responsible for their respective expenses associated with the negotiation, due diligence, legal documentation and closing of the proposed Investment.<br><br>These expenses will be reimbursed to both parties at closing. |
| Terms Non-Binding and Not Final: | With the exception of the binding terms and conditions outlined in the "Binding Terms" and "Survival" sections of the Term Sheet, this Term Sheet outlines the non-binding terms and conditions associated with the Investment. Such proposed terms and conditions reflect Investor's current perception of market conditions and the current state of Investor's due diligence of the Sponsor, the Developer, the principals of the Sponsor and the Developer, and the Project in its entirety.<br><br>The terms and conditions outlined in this Term Sheet are contingent on Investor completing to its satisfaction all financial, business, and legal due diligence with respect to the Sponsor, the Developer, the principals of the Sponsor, the Project in its entirety and the continued commitment of the Mandarin Oriental Hotel Group.<br>The terms and conditions described above do not define all of the terms and conditions of this Investment and the complete set of detailed terms and conditions will be outlined in the forthcoming binding and definitive legal documents describing the Investment. |

| | |
|---|---|
| | The Parties will develop and execute binding and definitive legal documents describing in detail the terms and condition outlined in this Term Sheet. |
| Binding Terms | The following terms and conditions are binding in this Term Sheet:<br>• Investment Amount;<br>• Proof of Funds;<br>• Investor Preferred Rate of Return;<br>• Sponsor Equity;<br>• Sponsor Preferred Rate of Return;<br>• Sponsor Incentive Profit Sharing Program;<br>• Capital Calls;<br>• Co=Developer;<br>• Development Agreement and Fees;<br>• JPA Fund LLC Success Fees;<br>• Expenses;<br>• Confidentiality and Nondisclosure;<br>• Governing Law;<br>• Dispute;<br>• Execution and Expiration Date; and,<br>• Due Diligence Fee Wire Transfer |
| Confidentiality and Nondisclosure | The Parties mutually agree to keep confidential and not disclose any information which is given by one Party (the "Disclosing Party") to the other Party (the "Receiving Party") during the course of these investment discussions. This information shall be used solely during these investment discussions between the Investor and the Sponsor and shall be treated confidentially by the Receiving Party for so long as it remains non-public information. Except as contemplated herein or as otherwise required by law or by applicable regulators or by judicial or regulatory process, the |

| | |
|---|---|
| | Receiving Party shall not disclose such information to a third party without the consent of the Disclosing Party (which consent shall not be unreasonably withheld) and the execution of a confidentiality agreement between the Receiving Party and such third party. Except as required by applicable law or legal process or pursuant to any legal, regulatory, or self-regulatory body requests for information or documents, the Parties and any of their respective affiliates and principals agree to maintain the confidentiality of the terms and conditions of this Term Sheet. |
| Governing Law | This Term Sheet shall be governed by and construed in accordance with the laws of the State of Illinois. The courts located in Cook County shall be the exclusive venue for the resolution of all disputes between the Parties and such Parties accept the jurisdiction of such courts. |
| Dispute | IN THE EVENT OF LITIGATION OR BINDING ARBITRATION RELATED TO THIS TERM SHEET, THE PREVAILING PARTY SHALL BE ENTITLED TO RECOVER COSTS AND REASONABLE ATTORNEY FEES. ADDITIONALLY, INVESTOR AND SPONSOR HEREBY KNOWINGLY, VOLUNTARILY, AND INTENTIONALLY WAIVE THE RIGHT EITHER MAY HAVE TO A TRIAL BY JURY IN RESPECT TO ANY LITIGATION BASED HEREON, OR ARISING OUT OF, UNDER OR IN CONNECTION WITH THIS TERM SHEET, OR ANY COURSE OF CONDUCT, COURSE OF DEALING, STATEMENTS (WHETHER VERBAL OR WRITTEN) OR ACTIONS OF EITHER PARTY. THIS PROVISION IS A MATERIAL INDUCEMENT FOR INVESTOR IN OFFERING THIS TERM SHEET. |
| No Broker | Except as set forth in "Advisor and Success Fees" section above there are no claims for brokerage commissions or finder's fees or similar compensation in connection with the transactions contemplated by this Term Sheet based on any arrangement made by or on behalf of the Sponsor or the Investor. |
| No Prior Agreements | The Term Sheet summarizes all agreements and understandings of the Parties concerning the matters set forth herein. There are no other verbal or written agreements or understandings between Investor and the Sponsor concerning the Term Sheet or any other matters herein. |
| No Assignment | This Term Sheet shall not be assignable by the Sponsor without the prior consent of the Investor, which consent may be withheld by Investor in its sole discretion. |

| | |
|---|---|
| Survival | The sections of "Confidentiality", "No Prior Agreements", "Governing Law", "No Assignment," and "Execution and Expiration Date" of this Term Sheet shall remain in full force and effect regardless of this Term Sheet being fully executed nor notwithstanding the termination of this Term Sheet. |
| Term Sheet Form and Effective Transmission | This Term Sheet may be executed in counterparts, which shall be an original, and all of which, when taken together, shall constitute one agreement. Delivery of an executed signature page of this Term Sheet by facsimile or electronic transmission shall be as effective as delivery of a manually executed counterpart hereof. |
| Execution and Expiration Date: | This Term Sheet must be executed by the Sponsor and returned to Investor no later than February 15, 2021 at 5:00 p.m. CST; otherwise, this Term Sheet and the terms and conditions herein will expire on February 15, 2021 at 5:01 p.m. CST. |
| Due Diligence Fee Wire Transfer | Assuming the Term Sheet is executed by the and returned to Investor by 5:00 p.m. on February 15, 2021 CST., the $75,000 due diligence fee must be wired per the wire instructions outlined on the last page of this Term Sheet and received on February 16, 2021 by 4:00 p.m. CST. The Term Sheet will be effective upon the receipt of the due diligence fee by Investor. |

This Term Sheet may be withdrawn at any time, for any reason whatsoever, prior to the Expiration Date and Time, without any penalty, costs or claims against the Investor.

Please indicate your acceptance of this Term Sheet by signing in the space provided on the following page and returning an executed original of the Term Sheet to the undersigned.

Sincerely,

INVESTOR

By: Carlos X. Montoya

Name: Carlos X. Montoya

Its: Managing Member

Agreed and accepted this 15th day of February 2021.

SPONSOR: 2999TC Acquisitions MZ LLC

By: ____________________

Name (Printed): Timothy Barton

Its: President

TALL SHIP MANAGEMENT LLC

BANK INFORMATION AND WIRE TRANSFER INSTRUCTIONS

| | |
|---|---|
| **Bank Name:** | **Bank of America N.A.** |
| **Corporate Bank Address:** | **100 N. Tryon St. Charlotte, NC 28255.** |
| **Branch Address:** | **835 8th Ave., New York, NY 10019** |
| **Account Name:** | **Tall Ship Management LLC** |
| | |
| **Account Address:** | **100 West 58th Street, Suite 5E,<br>New York, NY 10019** |
| **Account Number:** | **4830 7604 5629** |
| **ABA Bank Routing Number<br>(Wire Instructions)** | **026009593** |
| **Tall Ship Management Organizational Address** | **1309 Coffeen Ave., Suite 1200<br>Sheridan, WY 82801** |
| **Contact:** | **Christopher Green - (949) 274-6721<br>cgreen@tallshipdevelopment.com** |

**DUE DILIGENCE LIST**

## I. LAND

### A. Land Acquisition (Not Applicable - Land Acquired)

- Executed and binding Purchase and Sale Agreement to acquire Land for Project Site
- Land Appraisal 'As Is" and "As Entitled" by certified MAI appraiser.
- Deposit amount, due date and date non-refundable
- Escrow Agreement;
- Escrow account information and title company
- Due Diligence items required and date to be received.
- Due Diligence period and proceed or not proceed notification date to Property Seller.
- Closing Date
- List and Confirmation of all Parties and amounts related to each Party to be paid at Closing.
- Land Acquisition Plan, Budget and Schedule

### B. Land Zoning, Survey and Title

- Current Zoning Report (PZR)
- Current Approvals, Permits, and Rights
- Property Survey (ALTA)
- Preliminary Title Report (PTR)
- Policy of Title Insurance

### C. Land Third Party Reports

- Environmental Site Assessment (ESA - Phase I)
- Soils Report
- Archaeological Report
- Geotechnical Report
- Topographic Survey and Report
- Flood Map
- Wetlands Report
- Protected Wildlife and Vegetation Report
- Traffic Study

### D. Land Financials and Taxes

- Historical Property Financials (3 years)
- Property Tax Returns (3 years)
- Real Property and Personal Property Ad Valorem Tax Statements (3 years)

## II. OWNER

### A. Owner Organization and Financial Information

- Certificate of Organization
- "In Good Standing" Certificate
- IRS Employer Identification Number
- Operating Agreement and By-Laws
- Managing Member and List of Members
- Financial Statements (3 Years)

- Tax Returns (3 Years)
- Banking Information
- Confirmation of Developer Equity Investment

## III. PROJECT DEVELOPMENT, FINANCING, OPERATIONS AND INVESTMENT

### A. Land and Project Entitlements and Approvals

- Land Use and Site Plan
- Land and Project Entitlements Required
- Project Entitlement Process, Deliverables, Major Meetings and Hearings, and Schedule
- Due Diligence Items and Third-Party Reports Required for Land and Project

### B. Conceptual Project Overview

- Project Summary
- Site Plan,
- Major Access Roads and Ingress/Egress Plan
- On-Site Roadways, Parking, and Traffic Plan
- Infrastructure Plan
- Utilities Plan
- Conceptual Improvements Plan (e.g., Buildings, Massing)
- Conceptual Building Architecture and Design

### C. Project Development Organization

- Project Development Organization and Staffing
- Third-Party Contractors and Consultants, and Agreements
- Existing and Proposed Consulting and Professional Service Agreements
- Executed Development Services and Construction Management Agreement (Developer)

### D. Project Development Plan – Hotel and Private Residences

- Project Development Plan
- Project Schedule and Timing
- Project Deliverables and Milestones

### E. Project Development Budget – Land, Hotel and Private Residences

- Total Project Development Budget (Summary)
- Land Costs Budget
  - Land Acquisition Cost
  - Legal Costs
  - Title Costs
  - Closing Costs
  - Land Entitlement Cost
- Predevelopment Budget (Soft Costs)
  - Architecture and Design
  - Engineering

- Feasibility Study
- Hotel Market Report
- Private Residences
- Appraisal
- Third Party Reports – e.g., Survey, Environmental Report
- Permits and Fees.
- Legal Costs
- Project Planning and Management
- Marketing and Sales Costs
- Travel, Overhead & Working Capital
- Insurance
- Taxes
- Developer Fees
- Construction Management Fees
- Soft Cost Contingency

- Construction Budget (Hard Costs)
  - Off Site Budget
  - On Site Budget
  - Hard Construction Costs
  - General Contractor Fee
  - General Contractor General Conditions
  - Inspection and Testing
  - Hard Cost Contingency

- FF&E Budget
  - Furniture
  - Fixtures
  - Equipment

- Pre-Opening Budget

- Financing Costs Budget
  - Investment Banking Fees
  - Lender Origination Points and Fees
  - Construction Interest (Interest Reserve)

**F. Residences Unit Mix, Sales Prices, Sale Schedule and Sale Revenue**

- Residence Unit Mix – Building, Floor, and Unit Type
- Residence Unit Sales Prices by Unit Type
- Residence HOA Fees by Unit Type
- Residence Sales Schedule and Projections
- Residence Sales Revenue and Cost Projections
- Residence HOA Revenue and Cost Projections
- Total Residence Sales and Operating Projections

- Residences Sales To-Date
- Condominium Purchase and Sale Agreement

**G. Hotel Operating and Financial Projections**

- Hotel Operating Plan and Budgets
- Hotel Pro Forma Operating and Financial Projections
- Project and Hotel Feasibility Study by HVS, PKF, or CBRE
- "As Developed" Project and Hotel Appraisal by Certified MAI Appraiser
- Hotel Management Agreement

**H. Consolidated Hotel and Private Residences Operating Projections**

- Project Operating Plan and Budgets Plan
- Project Operating and Financial Projections

**H. Project Capital Structure and Financing**

- Project Capital Plan and Structure
- Project Financing Plan (Equity and Debt)
- Project Financing Process and Schedule

**I. Project Investment Strategy and Estimated Returns**

- Project Investment Strategy
- Capital Structure
- Project Investors, Investment Amounts and Terms
- Major Capital Events
- Investment Cash Flow Schedule
- Projected Investment Returns (e.g., IRR)