
6:27
5G
TB
Tim
Mon, Oct 18, 2:12 PM
Just finished IC. Any update on lender to refi us out?
Bank working thru DD will update you traveling be back tomorrow
Tue, Oct 19, 4:15 PM
Check in tomorrow ran to miaimi for meet and now flying back
Ok thanks
Can we touch base this morning
Not a lot of time left and I want to get counsel working ASAP if refi not happening
Thu, Oct 21, 1:41 PM
Text Message
Pay

**EXHIBIT "24"**


6:27
5G E
TB
Tim
to get counsel working ASAP if refi not happening
Thu, Oct 21 1:41 PM
Working on banks two in motion and meeting Brad Saturday.
Brad?
Phillips
I think we need to start working on the listing
There won't be time otherwise to button up documents
I am pulling few brokers together to discuss with you if you want do same we can review tomorrow
Yes We can figure out brokers, but need to get all the documents done.
Text Message
Pay


6:28
TB
Tim
Tim, can we touch base please?
I'll return your call shortly.
Yes be free in hour
Sorry been working as your number one employee to get you paid. No loi from banks but no No's yet either. Brad Phillips important tomorrow and also have a Developer that wants to meet and discuss buying note. I around for a bit or we can talk after Brad meet in say around 12
Call me after your meeting with Brad
Hey Tim, tried you back


6:28
5G
TB
Tim
Hey Tim, tried you back Saturday
Around to chat?
On phone with investor be free in a bit
Please call
Let talk in am I have one bank at committee Thursday,and a developer looking the the note with his committee 12 tomorrow Dinner tonight with a local check writer so let see the progress in am. Also have Mission Capital Equity ready to sign up and sell,new loan. They did the Proper deal in Austin and the Hawthorne. Douglas elliman really like them. They are ready to speak with you as
Pay


6:28
TB
Tim
are ready to speak with you as well.
Tue, Oct 26, 11:34 AM
Tim? Need to speak
Be out of court by 12:30 to 1 will call you then and might be good to meet end day as well if you not to busy so we can get clear what lawyer will need to work up
Can you meet at 5:45 at the W? I'm hosting a dinner there at 6, but can be 15 min late. I'll ask Nate to join so he can direct lawyers
Certainly
Tue, Oct 26, 5:44 PM
In loBby bar
On way
Text Message


6:28
TB
Tim >
We interviewed a couple of brokers today. Please call me so we can release lawyers
Thu, Oct 28, 1:33 PM
Tim?
Call you shortly we have the Douglas elliman agreement that is executed which requires if a sale happens they are bound to be the sales team. I work on solving that. Also we signed with Mission Capital to get us new debt and go forward capital. So once I get Douglas elliman cleared I will set a call for later today with you and mission
Jordan Ray
Mission Capital
JR
We need JLL or Newmark hired and start the prep for the listing
Text Message


6:29
5G
TB
Tim
Jordan Ray
Mission Capital
JR
We need JLL or Newmark hired and start the prep for the listing process in parallel
Swaldi or Chris Murphy are right guys
Mission can raise capital in parallel as listing is ongoing. You control HMA and design
I have another structure in mind that we should discuss
Fri, Oct 29, 10:11 AM
U free at 10:30 to catch up or when ever works
On a zoom presentation until 1:30. Can I call you then? Been trying to get a hold of you the last few days. Any update/lick on payoff?
Text Message