# 2999 TURTLE CREEK

BROKER OPINION OF VALUE




PREPARED BY: NEWMARK

PREPARED FOR: HN CAPITAL

**EXHIBIT "25"**

| # | Sale Date | Tract | Address | Seller | Buyer | Acres | Land SF | Purchase Price / Contribution Value | Price PSF | Max FAR @ Sale | FAR PSF | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Pending | The Triton / El Fenix Site | 1601 McKinney Avenue | Firebird Restaurant Group | Stonelake Capital Partners | 3.96 | 172,498 SF | $95,000,000 | $551 | 10.0:1 | $55 | Current zoning would allow more than 1.7 million square feet of construction on the tract which is the last developable city block in Uptown; the site is expected to attract interest from office, hotel, residential and retail users. |
| 2 | Pending | Greenway Uptown Block | Corner of Cedar Springs & Routh Street | Greenway Investment Company | Pending | 3.98 | 173,369 SF | $78,000,000 | $450 | 6.5:1 | $69 | The 4-acre project includes architect GFF's existing building on Fairmount Street. The remainder of the block will be redeveloped with an 18-story office tower, a 22-story residential high-rise, a luxury hotel and retail space. The plan includes placing all parking underground and building a park in the center of the high rises. GFF's current office building will remain and the first floor will be converted into retail. Next to the building will be several small restaurants. |
| 3 | Jan-20 | Maple Terrace Site | 3001 Maple Avenue | Exxir Capital | Hines | 3.37 | 146,884 SF | $30,000,000 | $204 | 4.5:1 | $45 | Hines purchased with plans to re-use some of the existing buildings and add office / residential uses as well; existing structure has a historic designation adding to cost of re-development. |
| 4 | Dec-19 | ReelFX Site | 301 N. Crowdus Street | Asana Partners | Sterling Bay / JPMorgan Asset Management | 2.67 | 116,392 SF | $32,000,000 | $275 | 4.0:1 | $69 | Vacant 70k SF building formerly occupied by animation firm Reel FX; plans for new development include rough;ly 450k SF of creative office and ground floor retail as part of a revitalization plan. |
| 5 | Nov-18 | Old Warsaw Site | 2610 Maple Avenue | Holt Lunsford Commercial | Kairoi Residential | 1.06 | 46,312 SF | $18,500,000 | $399 | 4.5:1 | $89 | The site has frontage along the northwest line of Mahon Street and the northeast line of Maple Avenue, and is across Maple Avenue from The Crescent; the site is one of only a few vacant high-rise development sites in the area near The Crescent and is planned for roughly 180 units of multi-family; site achieved an upzone after closing to roughly 6.0:1. |
| 6 | Oct-18 | The Link | 2601 Olive Street | Firebird Restaurant Group | Kaizen Development Partners | 0.69 | 30,056 SF | $12,000,000 | $399 | 10.0:1 | $40 | This was the sale of 2 adjacent tracts of land bordered by Akard Street on the west, Olive Street on the north, Harry Hines Boulevard on the east, and Ashland Street to the south in Uptown. The site was purchased for the development of a speculative 24-story office building, "The Link at Uptown", which began construction in April 2019; consideration also included an additional $1mm in TIA to seller as part of new restaurant in ground floor. |
| 7 | Oct-18 | McKinney & Boll | 2702 McKinney Avenue | AJP Properties | Endeavor Real Estate Group | 1.14 | 49,798 SF | $12,500,000 | $251 | 4.5:1 | $56 | Aggregation of 4 separate parcels that will be developed into a mixed-use development including 270k SF / 290 units of multi-family, 60k SF of boutique office and 15k SF of ground floor retail. |
| | Totals | | | | | | 735,309 SF | $278,000,000 | | | | |
| | Averages | | | | | 2.41 | 105,044 SF | $39,714,286 | $378 | 6.4:1 | $61 | |

# AREA LAND SALE COMPARABLES



# VALUATION CONCLUSION

| PROPERTY | |
|---|---|
| **Land (AC)** | **2.47 Acres** |
| Land (SF) | 107,711 SF |
| Zoning | PD-193: O-2 Office District / PDS-147 |
| Max FAR (Office) | 4.75:1 |
| Maximum Height | 325' |
| Total Office SF | 491,627 SF |
| Total Retail SF | 20,000 SF |
| **Total Gross SF** | **511,627 SF** |
| Office Rent NNN | $42.00 |
| Retail Rent NNN | $50.00 |
| **Avg. Rents** | **$42.31** |
| Office Operating Expenses | $25.00 |
| Retail Operating Expenses | $25.00 |
| Parking Income (PSF) | $4.00 |
| Signage & Advertising Income (PSF) | $0.00 |
| Vacancy Factor | 5.0% |
| TI/LC Reserves | $0.50 |
| Replacement Reserves (PSF) | $0.10 |

**The maximum FAR is 4.75:1 which may be increased to 5.25:1 where the total floor area of residential uses is equal to or greater than the size of the lot.*

| PRO FORMA ASSUMPTIONS | Annual PSF | Amount |
|---|---|---|
| Office Rental Income | $40.36 | $20,648,345 |
| Retail Rental Income | $1.95 | $1,000,000 |
| **Total Rental Income** | **$42.31** | **$21,648,345** |
| Office Expense Recoveries | $22.82 | $11,676,147 |
| Retail Expense Recoveries | $0.93 | $475,000 |
| **Total Expense Recoveries** | **$23.75** | **$12,151,147** |
| Parking Income | $4.00 | $2,046,509 |
| Vacancy Factor | ($2.12) | ($1,082,417) |
| **Effective Gross Income** | **$67.95** | **$34,763,583** |
| Office Expenses | $24.02 | $12,290,681 |
| Retail Expenses | $0.98 | $500,000 |
| **Total Expenses** | **$25.00** | **$12,790,681** |
| TI/LC Reserves | $0.50 | $255,814 |
| Reserves | $0.10 | $51,163 |
| **Total Expenses & Reserves** | **$25.60** | **$13,097,658** |
| **Net Operating Income** | **$42.35** | **$21,665,926** |

| DEVELOPMENT COSTS | Per Bldg SF | Total |
|---|---|---|
| Hard Costs | $340 | $173,950,000 |
| Soft / Carry Costs | $50 | $25,580,000 |
| Financing Costs | $15 | $7,670,000 |
| TI Costs | $80 | $40,930,000 |
| LC Costs | $30 | $15,300,000 |
| **Total Development Cost less Land** | **$515** | **$263,430,000** |
| **Total Development Cost with Land** | **$584** | **$298,840,000** |

| LAND CONTRIBUTION COST | PSF | Total |
|---|---|---|
| Return on Cost | | **7.20%** |
| **Implied Land Value** | **$348 per LAND SF** | **$37,470,000** |
| Total Development Cost | $588 per FAR | $300,900,000 |
| Return on Cost | | **7.25%** |
| **Implied Land Value** | **$329 per LAND SF** | **$35,410,000** |
| Total Development Cost | $584 per FAR | $298,840,000 |
| Return on Cost | | **7.30%** |
| **Implied Land Value** | **$310 per LAND SF** | **$33,360,000** |
| Total Development Cost | $580 per FAR | $296,790,000 |

| UNDEVELOPED LAND VALUE | | |
|---|---|---|
| **ROC** | **Value** | **PSF** |
| 7.20% | $37,470,000 | $348 per LAND SF<br>$73 per FAR |
| **7.25%** | **$35,410,000** | **$329 per LAND SF**<br>**$69 per FAR** |
| 7.30% | $33,360,000 | $310 per LAND SF<br>$65 per FAR |

## CONTACTS

**Chris Murphy**
Vice Chairman
469-467-2016
chris.murphy@nmrk.com

**Robert Hill**
Vice Chairman
469-467-2008
robert.hill@nmrk.com

**Chase Tagen**
Director
203-451-1222
chase.tagen@nmrk.com

**Chad Lavender**
Vice Chairman
469-467-2064
chad.lavender@nmrk.com

**Brian O'Boyle, Jr.**
Executive Managing Director
214-420-3114
bj.oboyle@nmrk.com

NEWMARK

Broker will physically inspect any property for which a broker opinion of value is requested but makes no representations regarding the inspection. Broker is not an appraiser, and Broker's opinion given under this Agreement does not constitute an appraisal. Broker shall not advise Client with regard to the Americans with Disabilities Act, hazardous materials, ground lease, legal, engineering, appraisal, or tax issues, Interest rate predictions, or deposits.