HN CAPITAL PARTNERS



# 2999 TURTLE CREEK BLVD
# BROKER OPINION OF VALUE

November 2021



JLL

This Broker Opinion of Value document ("BOV") is JLL's broker opinion of the estimated sale value for the real property identified herein. This BOV is based upon JLL's preliminary review of the property, its existing use, current zoning and other restrictions in place, the surrounding neighborhood, current economic and real estate market conditions, and, as applicable, sales of other comparable properties. It is subject to change due to changes in the local and national real property markets, changes in the credit and money markets, changes in the laws and regulations impacting the property and lawful uses thereof, and changes in any other facts regarding the property. JLL has not made a survey or analysis of the property to determine whether it complies with any law, including the Americans with Disabilities Act, Stark law or any anti-kickback laws, and this BOV renders no opinion regarding any such compliance.

This opinion is not an appraisal of the market value of the property and may not be used in lieu of an appraisal. If an appraisal is desired, the services of a licensed or certified appraiser shall be obtained. This opinion may not be used by any party as the primary basis to determine the value of a parcel of or interest in real property for a mortgage loan origination, including first and second mortgages, refinances, or equity lines of credit.

JLL expressly disclaims any liability to any party for any reliance on this BOV for any purpose unless otherwise provided in a separate written agreement between such party and JLL.

**EXHIBIT "26"**

JLL

## HIGH LEVEL VALUATION – PROPERTY

| | |
|---|---|
| Address: | 2999 Turtle Creek Blvd<br>Dallas, TX 75219 |
| Ownership: | MO 2999TC LLC |
| Lot Size: | 2.4727 Acres (107,709 SF) |
| Zoning: | PD-193 (PDS-147)<br>Underlying Zoning O-2 |
| Building Size | 29,177 SF |
| Stories: | 2 |
| Year Built: | 2004 |
| Class: | A |

JLL

## HIGH LEVEL VALUATION – MARKET & PROPERTY SUMMARY

In reviewing the market, following is a summary of the market conditions used in estimating the value of the Property located at 2999 Turtle Creek Blvd in Dallas, Texas:

**Market Summary:**

The Turtle Creek area has long been considered one of the most prestigious and sophisticated addresses in Dallas. Today the Turtle Creek corridor is nicknamed Dallas' Front Yard and remains a showplace for the City. 2999 Turtle Creek is in a unique pocket, the site sits on the edge of Uptown a short walk from the Katy Trail, one of Dallas' most popular amenities. The neighborhood includes The Perot Family headquarters, The Mansion and Old Parkland Campus. JLL has been very successful in this submarket having been involved in transactions at 2505 Turtle Creek, 3001 Turtle Creek, 2727 Turtle Creek, 3503 Fairmount and 3104/3230 N Hall.

**perty Summary:**

..e subject property is currently zoned PD-193 (PDS-147) which allows for the development of Hotel and Residential uses permitted under O-2, the PDS further allows for additional building height up to 325' and a maximum FAR of 5.25:1 under set conditions. Due to evolving market conditions, JLL would recommend marketing the property to developers/investors that are capable of delivering variety of product types including, but not limited to, hotel, multifamily (for sale and market rate rental) and office.

**Valuation Conclusion**

JLL Capital Markets utilized market comparable property data and generated development return on cost models to estimate a sale value. While market data is useful in understanding historical trends and how properties are currently being marketed, JLL puts more value on financial models assuming realistic development assumptions. JLL developed these models utilizing market returns that would be acceptable to investment committees and considers the impact of latest construction costs and trends.

**Based on all factors, we would establish a market pricing guidance of $400/SF ($43,083,600)**

## HIGH LEVEL VALUATION – VACANT SITE ASSUMING REDEVELOPMENT

In reviewing the subject property as a vacant site for potential redevelopment, JLL Capital Markets generated a Comparative Market Analysis ("CMA") and return on cost ("ROC") analysis assuming the site was developed utilizing the existing zoning ("Special Hotel Project"), Multifamily or Office. The CMA reports the performance of market transactions and current offerings; the ROC's demonstrate what a typical developer can afford to pay for land assuming established project and return parameters. JLL Capital Markets utilized both the CMA and ROC's to establish an estimated asking/purchase price for the subject property.

The CMA identified three land/redevelopment properties recently sold that range in price from $200/SF to $375/SF and three properties available for purchase from $375/SF to $400/SF. Each of the sites that have been sold are generally situated in the subject properties' submarket, but they vary in size and specific block location (i.e., mid-block or hard corner) . Considering only the CMA data, the estimated pricing guidance would be $400/SF ($43,083,600) with a strike range between $365/SF ($39,313,785) and $385/SF ($41,467,965).

The Special Hotel Project ROC analysis assumes the density and use established by the existing zoning which is 180 Keys and 85 Residences. With targeted Return on Cost of 7.75% and Cap Rate of 6%, this analysis indicates that a developer can pay $368/SF ($39,657,079) for the land. The Multifamily ROC assume use of the underlying O-2 zoning, maximizing the FAR of 4.5:1, with 350 Residences averaging 1,200SF each at a $3.50/SF rental rate . This model yields a mid-point price for the land of $375/SF ($40,390,875) assuming a Return on Cost of 5.94% Lastly, the Office ROC assumes a 300,000 SF development at $44/SF NNN and assuming a 7.03% Return on Cost, a developer can pay $325/SF ($35,010,261) for the land.

Ultimately, the market would determine the highest and best use for the property but considering the CMA and ROC's, and assuming a typical market, JLL would provide market pricing guidance of approximately $400/SF ($43,083,600) and anticipate a strike range of $365/SF ($39,313,785) and $385/SF ($41,467,965).

## HIGH LEVEL VALUATION – VACANT SITE ASSUMING REDEVELOPMENT (No COVID-19 Factor)

JLL

| PROPERTY OVERVIEW | |
|---|---|
| Address | 2999 Turtle Creek Blvd<br>Dallas, TX 752191 |
| Product Type | Class A (Existing Building) |
| Land (AC) | 2.473 |
| Land SF | 107,709 |
| Building SF | 29,177 +/- |

| SALE PROCESS | |
|---|---|
| Timeline | 3 – 6 Months |
| Pricing | Prospective Buyers would be guided towards $400/SF, with likely sale occurring in the range of $365/SF to $385/SF. |
| JLL Feedback | This assumes identifying a purchaser that will redevelop the site, free of encumbrances, for a use permitted under the existing zoning. Any changes to the entitlement will extend the transaction timeline. |



# HIGH LEVEL VALUATION – VACANT SITE ASSUMING REDEVELOPMENT - CMA

JLL

## Property Overview



| | |
|---|---|
| Address: | [illegible] Turtle Creek Dallas, TX 75219 |
| Land Gross Acres: | 2.473 |
| Land SF: | 107,726 |
| Land Submarket: | Turtle Creek |
| Flood Plain: | No |
| Commercial Utilities: | Yes |
| Topo: | [illegible] |
| Zoning: | PD-193 (PDS 147) |
| | O-2 Underlying Zoning |
| | |
| Note: [illegible] | |

## Market Data

**SELECT LAND SALE COMPARABLES**

| 3001 Turtle Creek Dallas, TX | | 2520 Maple Dallas, TX | | 2505 Turtle Creek Dallas, TX | |
|---|---|---|---|---|---|
| Sale Date | Jun-18 | Sale Date | Dec-18 | Sale Date | Aug-21 |
| Size Acres | 3.30 | Size Acres | 1.06 | Size Acres | 1.37 |
| Size SF | 130,724 | Size SF | 46,174 | Size SF | 59,677 |
| Price | $26,144,712 | Price | $17,316,100 | Price | $19,[illegible] |
| Price PSF | $200.00 | Price PSF | $375.00 | Price PSF | $325.00 |
| [illegible] | | [illegible] Development | | [illegible] | |

**SELECT AVAILABLE LAND FOR SALE**

| 2512 Cedar Springs Dallas, TX | | 2727 Turtle Creek Dallas, TX | | 3737 Turtle Creek Dallas, TX | |
|---|---|---|---|---|---|
| Size Acres | 4.00 | Size Acres | 2.10 | Size Acres | 1.91 |
| Size SF | 174,240 | Size SF | 91,476 | Size SF | 83,112 |
| Price | $69,696,000 | Price | $34,303,500 | Price | $33,244,992 |
| Price PSF | $400.00 | Price PSF | $375.00 | Price PSF | $400.00 |
| [illegible] | | Zoned Retail Site | | Zoned Multifamily Site | |

## Market Summary

**SELECT LAND SALE COMPARABLES**

| Land Address | Land Size | Price/ SF |
|---|---|---|
| 3001 Turtle Creek | 3.30 | $200.00 |
| 2520 Maple | 1.06 | $375.00 |
| 2505 Turtle Creek | 1.37 | $325.00 |
| Average Comparable Land Sale Value (PSF) | | $300.00 |
| Adjustment: Market knowledge related to 3001 Turtle Creek | | [illegible] |
| Comparable Average Land Sale Value (PSF) | | [illegible] |

**SELECT AVAILABLE LAND FOR SALE**

| Land Address | Land Size | Price/ SF |
|---|---|---|
| 2512 Cedar Springs | 4.00 | $400.00 |
| 2727 Turtle Creek | 2.10 | $375.00 |
| 3737 Turtle Creek | 1.91 | $400.00 |
| Average Comparable Land Sale Value (PSF) | | $391.67 |
| Adjustment: 2520 Maple [illegible] | | $0.00 |
| Comparable Average Land Asking Price (PSF) | | $391.67 |

| Approach | Value PSF | | | Value | | |
|---|---|---|---|---|---|---|
| List Price | $400 | | | $43,083,600 | | |
| [illegible] Range | $[illegible] | to | $[illegible] | $[illegible] | to | $41,[illegible] |

## HIGH LEVEL VALUATION – VACANT SITE ASSUMING REDEVELOPMENT – SPECIAL HOTEL PROJECT

JLL

*RevPAR Positioning*

| Prop | Keys | '19 RevPAR | Pen |
|---|---|---|---|
| Ritz Carlton | 218 | $350.95 | 1.00 |
| Subject Hotel | 180 | $350.00 | - |
| Hotel Crescent Court | 220 | $251.29 | 1.39 |
| Mansion at TC (2018) | 143 | $238.13 | 1.47 |
| Hotel ZaZa | 167 | $167.00 | 2.10 |

*NOI Margin*

| Property | RevPAR | NOI Margin |
|---|---|---|
| Crescent | $226.67 | 31.4% |
| Driskill | $250.68 | 29.6% |
| [illegible]HTX | $181.36 | 28.6% |
| [illegible]t Hotel | $350.00 | 28.5% |
| [illegible]n SA (Stabilized) | $177.33 | 27.8% |
| Four Seasons Austin | $282.58 | 20.3% |

*Other Revenue Comp*

| Other Rev | POR |
|---|---|
| Four Seasons Austin | $367 |
| Subject Hotel | $350 |
| Hotel Crescent Court | $322 |
| The Driskill | $232 |
| W Austin | $227 |
| The Highland Dallas | $145 |
| W Dallas | $142 |

| Hotel | |
|---|---|
| Rooms Rev | $22,995,000 |
| Other Revenue | $17,016,300 |
| Total Revenue | $40,011,300 |
| NOI | $11,403,221 |
| | |
| Cap Rate | 6.0% |
| Exit Value | $190,053,675 |
| Per Key | $1,055,854 |
| | |
| Return on Cost | 7.75% |

| Hotel (180 Keys) | |
|---|---|
| Total Hotel Cost | $147,138,329 |
| Land Cost Allocation | $12,138,329 |
| Dev Cost | $135,000,000 |
| Per Key | $750,000 |

| Condo (85 Dwellings) | |
|---|---|
| Total Condo Cost | $133,875,000 |
| Land Cost Allocation | $27,518,750 |
| Dev Cost | $106,356,250 |
| Per Condo | $1,251,250 |

| Total | | |
|---|---|---|
| Total Costs | $281,013,329 | $2,609 |
| Total Land Costs | $39,657,079 | $368 |
| Total Development Costs | $241,356,250 | $2,241 |

JLL

# HIGH LEVEL VALUATION – VACANT SITE ASSUMING REDEVELOPMENT – MULTIFAMILY ROC

**Property Specifications**

| | |
|---|---|
| Units | 350 |
| Density | 141.55 |
| AVG Unit Size | 1,200 |
| RSF Square Footage | 420,000 |
| GSF (15% efficiency) | 483,000 |
| Maximum FAR: | 4.5:1 |

| | |
|---|---|
| Rent Per Square Foot | $3.50 |
| Rent Per Month | $4,200 |
| Acreage | 2.473 |
| Millage Rate (85%) | 2.31% |

**Pro-Forma**

| INCOME | Total | Per Unit |
|---|---|---|
| **Effective Rental Income** | | |
| Current Market Rents | $17,640,000 | $50,400 |
| Loss / Gain to Lease | $0 | 0.0% |
| **Gross Potential Income** | $17,640,000 | $50,400 |
| Vacancy | -$705,600 | -4.0% |
| Bad Debt | -$35,280 | -0.2% |
| Model / Office / Employee Units | -$88,200 | -0.5% |
| Concessions | -$352,800 | -2.0% |
| **Effective Rental Income** | $16,458,120 | $47,023 |
| **Other Income** | | |
| Parking Income | $840,000 | $200 |
| Other Income | $525,000 | $1,500 |
| **Total Other Income** | $1,365,000 | $3,900 |
| **EFFECTIVE GROSS INCOME** | $17,823,120 | $50,923 |

| EXPENSES | Total | Per Unit |
|---|---|---|
| **Controllable Expenses** | | |
| Payroll & Burden | $525,000 | $1,500 |
| Contract/Landscape | $122,500 | $350 |
| Repairs & Maintenance | $87,500 | $250 |
| Utilities | $245,000 | $700 |
| Advertising & Marketing | $105,000 | $300 |
| Administrative | $96,250 | $275 |
| **Total Controllable Expenses** | $1,181,250 | $3,375 |
| **Non-Controllable Expenses** | | |
| Management Fee | $445,578 | 2.50% |
| Real Estate Taxes | $4,043,282 | $11,552 |
| Property/Liability Insurance | $113,750 | $325 |
| Franchise Tax | $58,995 | 0.331% |
| **Total Non-Controllable Expenses** | $4,661,604 | $13,319 |
| **TOTAL EXPENSES** | $5,842,854 | $16,694 |
| Expense Ratio | 32.8% | |
| **NET OPERATING INCOME** | $11,980,266 | $34,229 |
| **CAPITAL EXPENDITURES** | | |
| Capital Replacement/Capital Reserves | $70,000 | $200 |
| **CASH FLOW FROM OPERATIONS** | $11,910,266 | $34,029 |

| Pro Forma Summary | Total | Per Unit |
|---|---|---|
| Total Income | $17,823,120 | $50,923 |
| Total Expenses | $5,912,854 | $16,894 |
| Cash Flow From Operations | $11,910,266 | $34,029 |

| COST ESTIMATES | Total | Per Unit | PRSF |
|---|---|---|---|
| Land Costs (per FAR): | $40,390,875 | $115,403 | $96.17 |
| Parking Costs: | $13,125,000 | $37,500 | $31 |
| Hard Costs: (Includes On-Site Costs) | $121,800,000 | $348,000.00 | $290 |
| Soft Costs: | $25,200,000 | $72,000.00 | $60 |
| Total Cost less Land: | $160,125,000 | $457,500 | $381.25 |

*Assumes Average Rents Per Square Foot of $3.50*

| Land Price | Land/Unit | Land PSF | Return on Cost |
|---|---|---|---|
| $35,006,425 | $100,018 | $325.00 | 6.10% |
| $37,698,150 | $107,709 | $350.00 | 6.02% |
| $40,390,875 | $115,403 | $375.00 | 5.94% |
| $43,083,600 | $123,096 | $400.00 | 5.86% |
| $45,776,325 | $130,790 | $425.00 | 5.78% |

| | | Per Unit |
|---|---|---|
| Return on Cost | 5.94% | |
| Total Development Cost | $200,515,875 | $572,903 |
| Total Land Cost | $40,390,875 | $115,403 |
| Value of Land per Unit | $115,403 | |
| Land Price Per Foot | [illegible] | |

| Market Apartments (Year) | Market Rent | Units | Occupancy |
|---|---|---|---|
| The McKenzie (2018) | $4.02 | 193 | 100% |
| Residences at Park District (2018) | $4.30 | 228 | 95% |
| Victor (2021) | $3.46 | 344 | 40% |
| The Brady (2015) | $3.15 | 299 | 93% |
| Average | $3.73 | 264 | 82% |

# HIGH LEVEL VALUATION – VACANT SITE ASSUMING REDEVELOPMENT – 300KSF OFFICE ROC

JLL

**Property Specifications**

| | |
|---|---|
| Total Square Footage | 300,000 |

| | |
|---|---|
| Rent Per Square Foot (NNN) | $44.00 |
| Leased SF | 285,000 |
| Occupancy | 95% |
| Developable Acreage | 2.473 |

Pro-Forma

| INCOME | Total | PSF |
|---|---|---|
| **Effective Rental Income** | | |
| Base Rental Revenue | $13,200,000 | $44.00 |
| **Gross Potential Income** | $13,200,000 | $44.00 |
| Absorption & Turnover Vacancy | ($660,000) | ($2.20) |
| **…ctive Rental Income** | $12,540,000 | $41.80 |
| **…r Income** | | |
| …ing Revenue | $600,000 | $2.00 |
| Reimbursable Revenue | $4,237,000 | $14.12 |
| **Total Other Income** | $4,837,000 | $16.12 |
| **EFFECTIVE GROSS INCOME** | $17,377,000 | $57.92 |

| EXPENSES | | |
|---|---|---|
| CAM | $1,500,000 | $5.00 |
| Electricity | $450,000 | $1.50 |
| Taxes | $2,325,000 | $7.75 |
| Insurance | $60,000 | $0.20 |
| Management Fee | $125,000 | $0.42 |
| **TOTAL EXPENSES** | $4,460,000 | $14.87 |
| *Expense Ratio* | 25.7% | |
| **NET OPERATING INCOME** | $12,917,000 | $43.06 |

HIGH END

| COST ESTIMATES | Total | PSF |
|---|---|---|
| **Land Costs** | $35,010,261 | $325.00 |
| **Hard Costs** | | |
| *- Core & Shell* | *$75,000,000* | *$250.00* |
| *- Parking** | *$18,000,000* | *$60.00* |
| *- Sitework* | *$2,400,000* | *$8.00* |
| **Total Hard Costs** | $95,400,000 | $318.00 |
| **Soft Costs/Carry** | $22,500,000 | $75.00 |
| **Tenant Improvements** | $25,500,000 | $85.00 |
| **Leasing Commissions** | $5,400,000 | $18.00 |
| **Total:** | $183,810,261 | $612.70 |

| | |
|---|---|
| Return on Cost | 7.03% |
| Total Development Costs | $183,810,261 |

*3/1,000 parking ratio at $20,000/space structured parking

MID RANGE

| COST ESTIMATES | Total | PSF |
|---|---|---|
| **Land Costs** | $32,317,164 | $300.00 |
| **Hard Costs** | | |
| *- Core & Shell* | *$75,000,000* | *$250.00* |
| *- Parking** | *$18,000,000* | *$60.00* |
| *- Sitework* | *$2,400,000* | *$8.00* |
| **Total Hard Costs** | $95,400,000 | $318.00 |
| **Soft Costs/Carry** | $22,500,000 | $75.00 |
| **Tenant Improvements** | $25,500,000 | $85.00 |
| **Leasing Commissions** | $5,400,000 | $18.00 |
| **Total:** | $181,117,164 | $603.72 |

| | |
|---|---|
| Return on Cost | 7.13% |
| Total Development Cost | $181,117,164 |

*3/1,000 parking ratio at $20,000/space structured parking

LOW END

| COST ESTIMATES | Total | PSF |
|---|---|---|
| **Land Costs** | $29,624,067 | $275.00 |
| **Hard Costs** | | |
| *- Core & Shell* | *$75,000,000* | *$250.00* |
| *- Parking** | *$18,000,000* | *$60.00* |
| *- Sitework* | *$2,400,000* | *$8.00* |
| **Total Hard Costs** | $95,400,000 | $318.00 |
| **Soft Costs/Carry** | $22,500,000 | $75.00 |
| **Tenant Improvements** | $25,500,000 | $85.00 |
| **Leasing Commissions** | $5,400,000 | $18.00 |
| **Total:** | $178,424,067 | $594.75 |

| | |
|---|---|
| Return on Cost | 7.24% |
| Total Development Cos | $178,424,067 |

*3/1,000 parking ratio at $20,000/space structured parking