**Acknowledgement of Receipt**

The undersigned confirms receipt of fully executed Deed which is to be held in escrow by the Escrow Agent under this Escrow Agreement in conunction with the Forbearance Agreement and undersigned has reviewed and understands the terms herein agrees and consents to hold the Deed in escrow and otherwise abide by this Escrow Agreement as of March 5, 2021.

Old Republic Title Company ("Escrow Agent")

By: ______________________ 3/10/2021

Name: Richard Icklan

Its: ______________________



EXHIBIT "28"