# FIRST AMENDMENT TO THE FORBEARANCE AND PAYOFF AGREEMENT

This FIRST AMENDMENT TO THE FORBEARANCE AND PAYOFF AGREEMENT (this "**Amendment**"), made effective as of this 1[stt] day of July, 2021 (the "**Effective Date**"), is executed by and among **2999TC ACQUISITIONS, LLC**, a Delaware limited liability company f/k/a MO 2999TC, LLC ("**Borrower**"), **TIMOTHY LYNCH BARTON**, an individual (the "**Guarantor**" and together with Borrower, the "**JMJ Parties**"), and **HNGH TURTLE CREEK, LLC**, a Delaware limited liability company ("**Lender**"). Borrower, Guarantor, and Lender are collectively referred to as the "**Parties**" with each being a "**Party**."

## RECITALS

A. The Parties entered into a Forbearance and Payoff Agreement effective as of March 1, 2021 (the "**Agreement**") whereby Lender agreed to forebear from exercising remedies based on the Specified Defaults pursuant to the terms and conditions set forth therein.

B. The Parties wish to amend certain terms in the Agreement as set forth herein.

## AGREEMENT

NOW, THEREFORE, for and in consideration of the sum of $10.00 in hand paid to Lender by Borrower before the execution, sealing and delivery hereof, and for other good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, the Parties hereby agree as follows:

1. Interest.

a) Section "2. Loan Modification" subsection "(d) Interest" is amended so that the Interest Reserve less all paid Partial Interest payments made under Section 2(e) of the Agreement, shall be paid by Borrower into the Escrow Account on or before the Initial Maturity Date.

b) The Parties acknowledge and agree that upon deposit of the Interest Reserve pursuant to the Agreement, as amended hereby, such amounts shall be applied by Lender as a payment by Borrower to Lender on the accrued but unpaid interest owed by Borrower to Lender.

2. Payments. Nothing herein modifies the continued obligation of Borrower to pay Partial Interest Payments as stated in the Agreement with the next such payment being due on July 1, 2021, if such payment has not otherwise been delivered upon execution of this Amendment.

3. Binding. Except as modified by this Amendment, the Agreement shall continue to be in full force and effect and binding on the Parties and the JMJ Parties represent to Lender that no Forbearance Default has occurred and no other default under the Agreement exists as of the Effective Date.

4. Capitalized Terms. Capitalized terms not defined in this Amendment shall have the meaning as set forth in the Agreement.

5. Indemnification and Release. The JMJ Parties acknowledge and agree that the representations set forth in Section 11.a)i. and Section 12.a) of the Agreement are hereby remade as of the Effective Date and that the reference in Section 11.a)ii. of the Agreement to the "Effective Date" shall be extended to mean the Effective Date of this Amendment.

6. Guaranty. The Guarantor hereby acknowledges and agrees that the Guaranty is in full force and effect as of the Effective Date and will continue to be in full force and effect with respect to the obligations described therein.

7. Joint Drafting of Amendment. The language used in this Amendment is chosen jointly



**EXHIBIT "29"**

by the Parties to express their mutual intent and no rule of construction will be applied against any Party, including any rule of draftsmanship. The Parties hereby expressly agree that any uncertainty or ambiguity existing herein shall not be interpreted against any of them, except as expressly limited by this Section, and that all of the applicable rules of interpretation of contract shall govern the interpretation of any uncertainty or ambiguity.

8. Recitals/Exhibits. The recitals and exhibits to this Agreement constitute an integral part of this Agreement and are incorporated herein by reference with the same force and effect as if fully set forth herein as agreements of the parties hereto.

9. Counterparts. This Agreement may be signed by the Parties in counterparts, and each signed counterpart shall become part of the final Forbearance Agreement and shall have the same force and effect thereof. A copy of any signature on a signature page shall be as valid and binding as an original signature.

*[END OF DOCUMENT; SIGNATURE PAGES FOLLOW]*

**BORROWER:**

2999TC ACQUISITIONS, LLC,
a Delaware limited liability company
formerly known as MO 2999TC, LLC

By: ______________________________
Name: Timothy Barton
Title: President

**GUARANTOR:**

______________________________
TIMOTHY LYNCH BARTON

**LENDER:**

HNGH TURTLE CREEK, LLC,
a Delaware limited liability company

By: HN Green Hollow Capital Partners LLC,
its authorized signatory

By: ______________________________
Name: Vipin Nambiar
Title: Managing Member

**BORROWER:**

2999TC ACQUISITIONS, LLC,
a Delaware limited liability company
formerly known as MO 2999TC, LLC

By: ______________________________
Name: Timothy Barton
Title: President

**GUARANTOR**:

________________________________________
TIMOTHY LYNCH BARTON

**LENDER**:

HNGH TURTLE CREEK, LLC,
a Delaware limited liability company

By: HN Green Hollow Capital Partners LLC,
its authorized signatory

By: ______________________________
Name: Vipin Nambiar
Title: Managing Member