WP Wick Phillips
ATTORNEYS & COUNSELORS

**Isaac Brown**
**214.740.4037 | Direct Dial**
Isaac.brown@wickphillips.com
www.wickphillips.com

October 29, 2021

*Via Email:* RIcklan@OldRepublicTitle.com
*Via Fax:* 212-983-2791
*Via Hand Delivery:* 8201 Preston Rd., Suite 450, Dallas, TX 75225

Old Republic Title Company
Attn: Richard Icklan, Senior Vice President
521 Fifth Avenue, 23rd Floor
New York, New York 10175

Re: Notice of Forbearance Default and exercise of rights regarding loan documents between 2999TC Acquisitions, LLC f/k/a MO 2999TC, LLC ("Borrower") and HNGH Turtle Creek, LLC ("Lender")

Dear Mr. Icklan:

As representatives of Lender, this letter is formal notice to Escrow Agent to record that certain Special Warranty Deed in Escrow Agent's possession pursuant to the terms of that certain Deed in Escrow Agreement dated as of March 5, 2021 by and among Borrower, Timothy Lynch Barton, as guarantor, Lender, and Escrow Agent (the "Escrow Agreement"), which agreement is enclosed herein.

In addition to the Escrow Agreement, this correspondence references the following loan documents between Borrower and Lender (collectively, the "Loan Documents"):

- Forbearance and Payoff Agreement dated March 1, 2021, by and among 2999TC Acquisitions, LLC f/k/a MO 2999TC, LLC, as Borrower, Timothy Lynch Barton, as Guarantor, and HNGH Turtle Creek, LLC, as Lender (the "Forbearance Agreement"; capitalized terms not otherwise defined herein shall have the meaning given in the Forbearance Agreement); and

- Secured Promissory Note dated September 20, 2019, by and between Borrower and 2999 Turtle Creek LLC, as original lender, in the amount of $32,500,000 (the "Secured Note").

Borrower has failed to pay the full amount due under the Secured Note as required by Section 2(c) of the Forbearance Agreement by 1:00 p.m. New York time on this day, October 29, 2021, which is the Extended Maturity Date.



**EXHIBIT "31"**

Because of this failure, Lender hereby instructs Escrow Agent to immediately record the Special Warranty Deed in its possession pursuant to the following language from Paragraph 9 of the Forbearance Agreement: "If (i) **the Modified Loan is not paid in full on or before the Initial Maturity Date or, if applicable, the Extended Maturity Date**, or (ii) a Forbearance Default otherwise occurs and is continuing (a 'Transfer Event'), **Lender shall have the right to elect in Lender's sole discretion to record the Deed in the real property records of Dallas County, Texas to effect the transfer of the Property to Lender**."

Please acknowledge receipt of this correspondence by e-mail to Isaac Brown (isaac.brown@wickphillips.com) and forward the recorded Special Warranty Deed immediately upon receipt.

This letter is not, and shall not be deemed to be, a waiver of, or a consent to, any default, noncompliance, Forbearance Default or Event of Default now existing or hereafter arising under the Secured Note, Forbearance Agreement, or any of the other Loan Documents. Nothing contained in this letter or any delay by Lender in exercising any rights, powers, privileges, or remedies under the Loan Documents or applicable law with respect to any Forbearance Default or Event of Default now existing or hereafter arising under the Loan Documents shall be construed as a waiver or modification of such rights, powers, privileges, or remedies. Lender may elect to exercise any or all of its rights, at its option, at any time hereafter, without the necessity of any further notice, demand, or other action on the part of Lender, except as expressly provided under the Loan Documents. This letter shall not entitle the Borrower to any other or further notice or demand.

Except as explicitly set forth herein, nothing in this letter alters, revises, or amends, or is intended to alter, revise, or amend, the agreements between the Parties set forth in the previously executed Forbearance Agreement. The Loan Documents, including the Forbearance Agreement, are expressly reaffirmed and incorporated fully by reference, and shall remain in full force and effect and continue to govern and control the relationship between the parties.

Please let me know if you have questions or would like to discuss.

Sincerely,

Isaac Brown

Isaac Brown

Encl.