| | | |
|---|---|---|
| **As of 12/31/20** | | |
| **2999 Turtle Creek Loan Acquisition*** | | |
| Original Loan Balance | $ | 32,500,000.00 |
| **Total Oustanding Balance** | **$** | **32,500,000.00** |
| | | |
| Nominal Interest (1/1 - 12/31) (12.4%) | $ | 4,097,167.00 |
| Default interest (2/1 - 12/31) (24% LESS 12.4%) | $ | 3,508,194.00 |
| Default interest (6/1 - 12/31) (24% LESS 12.4%) | | |
| Interest Reserve (applied) | $ | (1,690,361.00) |
| Yield Maintenance | | |
| Tax Advance | $ | 345,908.00 |
| Default Interest on Advance (4/6 - 12/31) | $ | 62,263.00 |
| ~~Paid 100K~~ | | |
| **Interest and Advances Due** | **$** | **6,323,171.00** |
| Exit Fee (1.0%) | $ | 325,000.00 |
| | | |
| **Loan Payoff Amount** | **$** | **39,148,171.00** |
| Legal Fees Incurred** | $ | 925,000.00 |
| **Total Payoff Amount** | **$** | **40,073,171.00** |
| **With Waiver of Exit Fee** | **$** | **39,748,171.00** |

*subject to accounting approved by all parties

**subject to verification of applicable invoices

| | | |
|---|---|---|
| **As of 12/31/20** | | |
| **2999 Turtle Creek Loan Payoff*** | | |
| Original Loan Balance | $ | 32,500,000.00 |
| **Total Oustanding Balance** | **$** | **32,500,000.00** |
| | | |
| Nominal Interest (1/1 - 12/31) (12.4%) | $ | 4,097,167.00 |
| Default interest (2/1 - 12/31) (24% LESS 12.4%) | $ | 3,508,194.00 |
| Default interest (6/1 - 12/31) (24% LESS 12.4%) | | |
| Interest Reserve (applied) | $ | (1,690,361.00) |
| Yield Maintenance | | |
| Tax Advance | $ | 345,908.00 |
| Default Interest on Advance (4/6 - 12/31) | $ | 62,263.00 |
| ~~Paid 100K~~ | | |
| **Interest and Advances Due** | **$** | **6,323,171.00** |
| Exit Fee (1.0%) | $ | 325,000.00 |
| | | |
| **Loan Payoff Amount** | **$** | **39,148,171.00** |

**EXHIBIT "32"**

| | | |
|---|---|---|
| Legal Fees Incurred** | $ | 925,000.00 |
| **Total Payoff Amount** | **$** | **40,073,171.00** |
| **With Waiver of Exit Fee** | **$** | **39,748,171.00** |

8%

6 mos interest

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| $ 32,500,000.00 | $ 32,500,000.00 | $ 32,500,000.00 | | |
| **$ 32,500,000.00** | **$ 32,500,000.00** | **$ 32,500,000.00** | | |
| | | | | |
| $ 4,030,000.00 | $ 4,030,000.00 | $ 4,030,000.00 | | |
| $ 3,455,833.33 | | | | 11.6 |
| | $ 2,199,166.67 | | | |
| $ (1,690,361.00) | $ (1,690,361.00) | $ (1,690,361.00) | | -5.033333002 |
| $ - | $ - | | | |
| $ 345,908.00 | $ 345,908.00 | $ 345,908.00 | | |
| $ 62,263.00 | $ 62,263.00 | | | |
| | | | | |
| **$ 6,203,643.33** | **$ 4,946,976.67** | **$ 2,685,547.00** | | |
| $ 325,000.00 | $ 325,000.00 | | | |
| | | | | |
| **$ 39,028,643.33** | **$ 37,771,976.67** | **$ 35,185,547.00** | | |
| $ 925,000.00 | $ 925,000.00 | $ 925,000.00 | | |
| **$ 39,953,643.33** | **$ 38,696,976.67** | **$ 36,110,547.00** | $ | 1,444,421.88 |
| **$ 39,628,643.33** | **$ 38,371,976.67** | | $ | 1,589,926.84 |

$784,074

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| $ 32,500,000.00 | $ 32,500,000.00 | | |
| **$ 32,500,000.00** | **$ 32,500,000.00** | $ | 267,154.47 |
| | | $ | 288,884.40 |
| $ 4,030,000.00 | $ 4,030,000.00 | $ | 261,358.00 |
| $ - | | | |
| | $ - | | |
| $ (1,690,361.00) | $ (1,690,361.00) | | |
| $ - | $ - | | |
| $ 345,908.00 | $ 345,908.00 | | |
| $ 62,263.00 | $ 62,263.00 | | |
| | | | |
| **$ 2,747,810.00** | **$ 2,747,810.00** | | |
| $ 325,000.00 | $ 325,000.00 | | |
| | | | |
| **$ 35,572,810.00** | **$ 35,572,810.00** | | |

| | |
|---|---|
| $ 925,000.00 | $ 925,000.00 |
| **$ 36,497,810.00** | **$ 36,497,810.00** |
| **$ 36,172,810.00** | **$ 36,172,810.00** |

| | | | |
|---|---|---|---|
| | | $ 36,110,547.00 | $ 240,736.98 |
| $ - | $ - | $ 36,110,547.00 | $ 36,351,283.98 |
| $ - | $ - | | $ 36,592,020.96 |
| | | | $ 36,832,757.94 |
| | | | $ 37,073,494.92 |
| | | | $ 37,314,231.90 |
| | | | $ 37,554,968.88 |
| | | | $ 37,795,705.86 |
| | | | $ 38,036,442.84 |
| | | | $ 38,277,179.82 |
| | | | $ 38,517,916.80 |
| | | | $ 38,758,653.78 |
| | | | $ 38,999,390.76 |
| | | | $ 39,240,127.74 |
| | | | $ 39,480,864.72 |
| | | | $ 39,721,601.70 |

| | | | | |
|---|---|---|---|---|
| | $ 3,455,833.33 | | | |
| | $ 335,833.33 | | | |
| | $ 1,343,333.33 | | | |
| | $ 11,194.44 | | | 4/6/2020 |
| | $ 230.61 | | | 12/31/2020 |
| | | | | 269 |
| | | | | $ 62,032.83 |
| $ 361,105.47 | $ 240,736.98 | $ 2,888,843.76 | 0.08 | |
| $ 3,205,853.68 | $ 267,154.47 | | | |
| $261,358 | | | | |