**JMJ Acquisitions, LLC**

July ~~08~~ 15, 2021

Winston Puig
3424 Gillespie Street, #8
Dallas, Texas 75219

Re: ***Letter of Intent for The Villas at the Mansion located at 3424 Gillespie Drive. Dallas, Texas 75219***

Dear Mr. Puig:

This letter of intent ("LOI") serves to communicate the non-binding intent of Seller (defined below) to sell and the non-binding intent of Purchaser (defined below) to purchase the real property and any improvements of the ***Villas at the Mansion,*** generally in accordance with the terms set forth herein. If Seller accepts the terms as set forth in this LOI, please so indicate by executing the signature block below.

| | |
|---|---|
| PURCHASER: | JMJ Acquisitions, LLC and/or assigns |
| SELLER: | ~~Winston A. Puig~~ A. Winston Puig |
| PURCHASE PRICE: | ~~$19,410,750~~ $27,500,000.00 USD, Seller shall deliver the property free and clear of all encumbrances. |
| PROPERTY: | Villas at the Mansion consisting of Blk 1031 Lot 1A, consisting of .9967 acres and .2216 acres *and all improvements and development rights thereon as presented on Exhibit A attached hereto (the* "Property"). |
| CONVEYANCE: | The Property shall be conveyed to Purchaser by Special Warranty Deed. Any and all rights held by the Seller or affiliates that directly pertain to the Property as well as all mineral rights and any rights to development plans completed for the property shall transfer to Purchaser. |
| EARNEST MONEY: | Within five (5) calendar days of the execution of the contract, Purchaser shall place in escrow, to be held by the title company, the "Earnest Money Deposit", to ~~Sendera Title~~ Republic Title Uptown |



EXHIBIT "34"

(hereinafter "Escrow" and the "Title Company"), an earnest money deposit (the "Deposit") in the amount of ~~FIFTY THOUSAND DOLLARS ($50,000.00)~~ FIVE HUNDRED THOUSAND DOLLARS ($500,000.00) under the terms of the Contract. The Deposit shall be nonrefundable upon termination of the Contract at any time prior to the expiration of the Feasibility Period (hereinafter defined). The Deposit shall be applied towards the Purchase Price.

TITLE COMPANY: ~~Sendera Title. 1800 Valley View Ln., Suite 160. Farmers Branch, Texas 75234~~ Republic Title 2626 Howell Street, 10th Floor, Dallas, TX 75204
Attn: Linda Williams 214.855.8888

TITLE AND SURVEY: Seller shall furnish to Purchaser within ten (10) days following the full execution of a Contract and the payment of the Deposit, at ~~Seller's~~ Purchaer's sole cost and expense, a Commitment for Title Insurance (the "Title Commitment") and an existing survey of the Property (the "Survey"). Purchaser shall have ~~thirty~~ fifteen (~~30~~ 15) days following the date of receipt of the Title Commitment and the Survey (the "Title Review Period") in which to review the state of Seller's title to the Property. If the Title Commitment and/or Survey reflect or disclose any defect, exception or other matter affecting the Property that is unacceptable to Purchaser for any reason whatsoever then, prior to the end of the Title Review Period, Purchaser shall provide Seller with written notice of its objections (the "Title Defect Notice"). Seller shall have no obligation to remove or cure such objections. If within ten (10) days following Seller's receipt of the Title Defect Notice the Seller fails to notify Purchaser in writing that it will cure all of the matters contained in the Title Defect Notice (the "Title Cure Notice"), then Purchaser may terminate the Contract at any time prior to (i) five (5) days after the date of the Title Cure Notice, (ii) the end of the Feasibility Period and/or Extended Feasibility Period~~, or (iii) the end of the Entitlement Period~~. If any or all of the exceptions are not approved and accepted by the Purchaser, Purchaser shall be entitled to a full refund of all Deposits. Property will be sold "as-is". Seller shall have no expenses during Purchaser's diligence periods or at closing.

FEASIBILITY PERIOD: Purchaser shall have a period of ~~one hundred and eighty~~ Sixty (~~180~~ 60) day(s) after the date of the full execution of a Contract in which to inspect the property, perform studies, ~~rezone the property~~, and generally determine if the property is suitable for Purchaser's needs (the "Feasibility Period"). Prior to the end of the Feasibility Period,

Purchaser may declare, in its sole discretion, the contract null and void, whereupon neither Seller nor Purchaser shall have any further obligations or liabilities to the other in connection with the transaction contemplated hereby. Purchaser shall have the right to extend the Feasibility Period for one thirty ~~ninety~~ (~~90~~ 30) day(s) period by delivering to Title Company the extension fee of $~~250,000~~ $1,000,000.00 for the ~~ninety~~ thirty (~~90~~ 30) day extension ~~three~~ seven (~~3~~ 7) days prior to the scheduled closing date. The extension fee shall be applicable to the Purchase price at closing. ~~Upon zoning approval, Purchaser shall deliver an additional $500,000 to the Title Company, which shall be applied to the Purchase Price.~~

CLOSING: Closing shall occur at the offices of the Title Company on that date which is ~~sixty~~ fifteen (~~60~~ 15) days after the expiration of the Feasibility Period, unless extended. Purchaser shall have the right to extend the closing date for ~~three~~ one ~~thirty~~ fifteen (~~30~~ 15) day period~~s~~ by delivering to Title Company the non-refundable extension fee of $3,000,000.00 ~~100,000~~ for ~~each~~ such ~~thirty~~ fifteen (~~30~~ 15) day extension ~~three~~ seven (~~3~~ 7) days prior to the scheduled closing date. The extension fee shall be applicable to the Purchase price at closing. Closing to occur prior to December 31, 2021.

Seller's Right to Occupy: Seller shall have the right to occupy Villas 1, 2 and 8 for up to one year following the closing date. Seller shall have this right at no expense.

Non-Refundable Deposit: Purchaser shall deliver $200,000.00 in non-refundable monies to Seller within 12 hours after the execution date of the fully executed Purchase and Sale Agreement.

Purchase and Sale Agreement: Buyer and Seller to fully negotiate and execute a Purchase and Sale Agreement prior to 5:00 PM CST on July 30, 2021.

REMEDIES UPON DEFAULT: In the event Seller defaults, Purchaser's sole remedy is to enforce specific performance of the Contract.

In the event Purchaser defaults, Seller may elect, in its sole discretion, to terminate the Contract by giving written notice thereof to Purchaser, whereupon neither party shall have any further rights or obligations under the Contract, and Seller shall retain the Earnest Money, free of any claims by Purchaser, as liquidated damages,

COUNTERPARTS: The parties agree that this letter agreement may be executed in multiple counterparts and that facsimile transmitted copies will be acceptable as if executed as original.

This Letter of Intent shall terminate without liability to any party upon the occurrence of any one of the following events: (a) all parties are unable to agree upon all terms, representations, covenants, warranties, conditions and provisions of the Contract, as to both form and substance, or evidenced by the execution of a definitive purchase and sale agreement (the "Contract") by the parties; or (b) either Purchaser or Seller submits, at any time prior to execution of a definite contract, written notification of its intent to abandon the proposed transaction.

The foregoing merely constitutes a possible structure for a potential transaction and does not constitute a binding agreement because it does not contain all matters upon which agreement must be reached in order for such a transaction to be consummated. A binding commitment with respect to the potential transaction outlined herein will result only from the mutual execution of a Contract.

Upon acceptance and approval of this Letter of Intent, along with final definition of the Property, Purchaser shall cause a draft Contract to be prepared and delivered to Seller by Buyer and both parties agree to move in good faith to execute a final agreement.

Sincerely,

Timothy Barton
President

AGREED AND ACCEPTED as of
the __ day of _______, 2021:

~~Winston A. Puig~~ A. Winston Puig

_________________________________
By:

EXHIBIT A

**LEGAL TO BE ADDED**