John J. Kane (TX Bar No. 24066794)
R. Hale Neilson (TX Bar No. 24116820)
**KANE RUSSELL COLEMAN LOGAN PC**
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299

***Counsel for HNGH Turtle Creek, LLC***

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 21-31954-HDH-11** |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CHAPTER 11** |
| | § | |
| **DEBTOR.** | § | |
| | § | |

---

**HNGH TURTLE CREEK, LLC'S WITNESS AND EXHIBIT LIST**
**FOR HEARING ON DECEMBER 9, 2021**

---

HNGH Turtle Creek, LLC ("**HNGH**") files this Witness and Exhibit List for the hearing scheduled for December 9, 2021, at 9:00 a.m., prevailing central time, before the Harlin DeWayne Hale at the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, 1100 Commerce Street, 14th Floor, Courtroom No. 3, Dallas, TX, 75242 (the "**Hearing**").

## WITNESSES

HNGH may call any of the following witnesses at the Hearing:

1. Vipin Nambiar – HNGH Turtle Creek, LLC;
2. Hayden Littlefield – Newmark;
3. Mindy Coover – Old Republic Title;
4. Any witness called or designated by any other party;
5. Any witness necessary to impeach the testimony of any witness called or designated by any other party;

6. Any witness necessary to rebut the testimony of any witness called or designated by any other party.

## EXHIBITS

HNGH may offer into evidence any one or more of the following exhibits:

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 1. | Secured Promissory Note, dated 9.20.2019 | | | |
| 2. | Note Allonge, dated 12.7.2020 | | | |
| 3. | Deed of Trust, Security Agreement, and Fixture Filing, dated 9.20.2019 | | | |
| 4. | Guaranty by Timothy Lynch Barton, dated 9.20.2019 | | | |
| 5. | Deed in Escrow Agreement, dated 3.1.2021 | | | |
| 6. | Forbearance and Payoff Agreement, dated 3.1.2021 | | | |
| 7. | Assignment of Deed of Trust - Recorded | | | |
| 8. | Termination of Notice of Collateral Assignment - Recorded | | | |
| 9. | Assignment and Assumption – Green Hollow – 2999 Turtle Creek | | | |
| 10. | UCC3 - Recorded | | | |
| 11. | UCC3 – Assignment – Recorded | | | |
| 12. | Correspondence between Wick Philips & Escrow Agent regarding recording. | | | |
| 13. | Correspondence between Wick Philips & Escrow Agent regarding 2999TC Acquisitions' bankruptcy filing. | | | |
| 14. | Letter of Default | | | |
| 15. | Recorded Deed in Lieu | | | |
| 16. | Accounting of Petition Date Secured Claim | | | |
| 17. | Newmark Appraisal (CONFIDENTIAL) | | | |

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 18. | Newmark Broker Opinion of Value (CONFIDENTIAL) | | | |
| 19. | JLL Broker Opinion of Value (CONFIDENTIAL) | | | |
| 20. | Cushman & Wakefield Appraisal | | | |
| 21. | Tall Ship Note Purchase Offer (CONFIDENTIAL) | | | |
| 22. | NexPoint NDA (CONFIDENTIAL) | | | |
| 23. | First Texas Homes Foreclosure Purchase Agreement (CONFIDENTIAL) | | | |
| 24. | Petition - 2999TC Acquisitions, LLC as Doc No. 1 (No. 21-31954) | | | |
| 25. | Original List of 20 Largest Unsecured Creditors as Doc No. 7 (In re 2999TC Acquisitions, No. 21-31954) | | | |
| 26. | Amended List of 20 Largest Unsecured Creditors as Doc No. 31 (In re 2999TC Acquisitions, No. 21-31954) | | | |
| 27. | Debtor's Schedules as Doc No. 29 (In re 2999TC Acquisitions, No. 21-31954) | | | |
| 28. | Debtor's Statement of Financial Affairs as Doc No 30 (In re 2999TC Acquisitions, No. 21-31954) | | | |
| 29. | Disclosure of Compensation as Doc. No. 35 (In re 2999TC Acquisitions, No. 21-31954) | | | |
| 30. | HNGH's Motion to Dismiss as Doc No. 9 (In re 2999TC Acquisitions, No. 21-31954) | | | |
| 31. | HNGH's Reply in Support of Motion to Dismiss as Doc No. 38 (In re 2999TC Acquisitions, No. 21-31954) | | | |
| 32. | Debtor's Motion to Enforce Automatic Stay and for Sanctions as Doc No. 14 (In re 2999TC Acquisitions, No. 21-31954) | | | |
| 33. | Debtor's Adversary Complaint against HNGH as Doc No. 1 filed 11.11.21 (2999TC Acquisitions v HNGH, No. 21-03085) | | | |

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 34. | Agreed Scheduling Order as Doc No. 37 (In re 2999TC Acquisitions, No. 21-31954) | | | |
| 35. | HNGH's Request for Production and Interrogatories served 11.12.2021 (In re 2999TC Acquisitions, No. 21-31954) | | | |
| 36. | Debtor's Objections and Responses to HNGH's Production Requests served 11.24.21 (In re 2999TC Acquisitions, No. 21-31954) | | | |
| 37. | Email from John Kane to Joyce Lindauer dated 11.26.2021 | | | |
| 38. | HNGH's Motion to Compel Production as Doc No. 39 (In re 2999TC Acquisitions, No. 21-31954) | | | |
| 39. | Moss Pre-Construction Package (CONFIDENTIAL) | | | |
| 40. | Nitya Funding Agreement (CONFIDENTIAL) | | | |
| 41. | Axiom Capital Terms and Contingent Commitment Letter dated March 27, 2020 (CONFIDENTIAL) | | | |
| 42. | Tall Ship Management LLC Equity Deal Term Sheet dated February 15, 2021 (CONFIDENTIAL) | | | |
| 43. | Debtor Company Agreement | | | |
| 44. | Text Messages between Vipin Nambiar and Timothy Barton from 10.21.2021 to 10.29.2021 | | | |
| 45. | Timothy Barton Deposition Excerpts | | | |
| 46. | State Court Pleadings - Barton v. 2999TC (No. 3:20-cv-3229) | | | |
| 47. | State Court Pleadings - 2999TC v HNGH (No. DC-20-5864) | | | |
| 48. | Petition – 2999TC LP (No. 20-43204). | | | |
| 49. | Debtor's 3rd Amended Plan of Reorganization dated 07.19.2021 as Doc No. 96 (In re 2999TC LP, No. 20-43204) | | | |

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 50. | 3rd Amended Disclosure Statement to Debtor's 3rd Amended Plan of Reorganization dated 07.19.2021 as Doc No. 97 (In re 2999TC LP, No. 20-43204) | | | |
| 51. | Petition - Dallas Real Estate Investors, LLC (No. 21-41488) | | | |
| 52. | State Court Pleadings – Five Star MM (No. DC-20-05960) | | | |
| 53. | State Court Pleadings – Palisades TC (No. DC-20-06005) | | | |
| 54. | Petition - D4MC, LLC (No. 21-41371) | | | |
| 55. | State Court Pleadings – Arbor Agency (No. 612542/2020) | | | |
| 56. | Petition - Mansions Apartment Homes at Marine Creek, LLC (No. 20-43643) | | | |
| 57. | State Court Pleadings - Happy State Bank v Mansions (No. 342-321533-20) | | | |
| 58. | Petition - AVG West, LLC (No. 20-43414) | | | |
| 59. | State Court Pleadings – GSM of Polk v JMJ Acquisitions (2020CA-0003838) | | | |
| 60. | Petition - 2999TC LP, LLC (No. 20-43204) | | | |
| 61. | State Court Pleadings – Hodges v 2999TC, JMJ and Barton (No. 141-316567-20) | | | |
| 62. | Petition - LDG001, LLC (No. 20-43110) | | | |
| 63. | State Court Pleading – LDG001 v Southern Star Capital (No. 10-20-00257-CV) | | | |
| 64. | State Court Pleading – LDG001 v Southern Star Capital (No. 10-20-00258-CV) | | | |
| 65. | State Court Pleading – LDG001 v Southern Star Capital (No. DC-C202000421) | | | |
| 66. | Petition - BM318, LLC (No. 20-42789) | | | |

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 67. | Petition - JMR100, LLC (No. 20-42790) | | | |
| 68. | State Court Pleading – JMR 100, LLC, BM318, LLC v Southern Star (No. CV20-0923) | | | |
| | Any pleading or document filed with the Court in the above-captioned adversary proceeding | | | |
| | Any exhibit listed by any other party. | | | |
| | Any exhibit necessary for rebuttal purposes | | | |

HNGH reserves the right to further amend or supplement this Exhibit List at any time prior to or during the hearing.

DATED: December 6, 2021

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: */s/ John J. Kane*

John J. Kane (TX Bar No. 24066794)
R. Hale Neilson (TX Bar No. 24116820)
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
E-mail: jkane@krcl.com
E-mail: hneilson@krcl.com

***Counsel to HNGH Turtle Creek, LLC***

**CERTIFICATE OF SERVICE**

This is to certify that on the 6th day of December, 2021, a true and correct copy of the foregoing document was served via the Court's CM/ECF notification system, which will send notice of electronic filing to all counsel of record.

*/s/John J. Kane*
John J. Kane