# ALLONGE

ENDORSEMENT to that certain Secured Promissory Note dated as of September 20, 2019, by and from MO 2999TC, LLC in favor of 2999 Turtle Creek LLC, in the original principal sum of $32,500,000.00.

Pay to the order of **HNGH TURTLE CREEK, LLC,** a Delaware limited liability company ("**Assignee**"), without recourse, representation or warranty, express or implied, except as otherwise provided in that certain Assignment and Assumption of Assigned Rights and Obligations dated on or about the date hereof by and between Assignee and the signatory hereto.

DATE: As of December 7, 2020

**2999 TURTLE CREEK LLC**

By: ______________________
Name: Joshua Zegen
Title: Authorized Signatory

**THIS NOTE ALLONGE SHOULD BE PERMANENTLY AFFIXED TO THE PROMISSORY NOTE DESCRIBED ABOVE**