---

**From:** Isaac J. Brown <isaac.brown@wickphillips.com>
**Sent:** Monday, November 1, 2021 3:35 PM
**To:** Coover, Mindy
**Subject:** RE: [External] recorded deed -

Yes. Should be interesting.

**Isaac Brown**
**Partner** | Wick Phillips
**Direct**: 214.740.4037
**Mobile**: 281.732.0470
**Email:** Isaac.brown@wickphillips.com

---

**From:** Coover, Mindy <MCoover@OldRepublicTitle.com>
**Sent:** Monday, November 1, 2021 3:34 PM
**To:** Isaac J. Brown <isaac.brown@wickphillips.com>
**Subject:** RE: [External] recorded deed -

Oh wow. Interesting.

**Mindy Coover**
Vice President | Old Republic National Title Insurance Company
Sr. Commercial Escrow Officer/Manager, Dallas National Commercial Division
8201 Preston Road, Suite 450, Dallas, Texas 75225
T: 214.239.6400 / F: 800.470.8719 / Shoretel: 16415 / Direct: 214.239.6415
**mcoover@oldrepublictitle.com / www.oldrepublictitle.com/texas/dfw**

---

**From:** Isaac J. Brown <isaac.brown@wickphillips.com>
**Sent:** Monday, November 01, 2021 3:30 PM
**To:** Coover, Mindy <MCoover@OldRepublicTitle.com>
**Subject:** [EXTERNAL] RE: [External] recorded deed -

Yes – they filed Friday night later on.

**Isaac Brown**
**Partner** | Wick Phillips
**Direct**: 214.740.4037
**Mobile**: 281.732.0470
**Email:** Isaac.brown@wickphillips.com

---

**From:** Coover, Mindy <MCoover@OldRepublicTitle.com>
**Sent:** Monday, November 1, 2021 3:30 PM

**To:** Isaac J. Brown <isaac.brown@wickphillips.com>
**Subject:** RE: [External] recorded deed -

Do you think they filed BK?

**Mindy Coover**
Vice President | Old Republic National Title Insurance Company
Sr. Commercial Escrow Officer/Manager, Dallas National Commercial Division
8201 Preston Road, Suite 450, Dallas, Texas 75225
T: 214.239.6400 / F: 800.470.8719 / Shoretel: 16415 / Direct: 214.239.6415
**mcoover@oldrepublictitle.com / www.oldrepublictitle.com/texas/dfw**

---

**From:** Isaac J. Brown <isaac.brown@wickphillips.com>
**Sent:** Monday, November 01, 2021 3:29 PM
**To:** Coover, Mindy <MCoover@OldRepublicTitle.com>
**Subject:** [EXTERNAL] RE: [External] recorded deed -

Great, thanks Mindy.

**Isaac Brown**
**Partner** | Wick Phillips
**Direct**: 214.740.4037
**Mobile**: 281.732.0470
**Email:** Isaac.brown@wickphillips.com

Wick Phillips
ATTORNEYS & COUNSELORS

---

**From:** Coover, Mindy <MCoover@OldRepublicTitle.com>
**Sent:** Monday, November 1, 2021 3:28 PM
**To:** Isaac J. Brown <isaac.brown@wickphillips.com>
**Subject:** RE: [External] recorded deed -

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6583118 | 5141004595 | TX | Dallas | ORTDFWPreseton-MCoover@oldrepublictitle.com | 10/29/2021 4:18 PM | 11/1/2021 2:55 PM | 1 | Recorded |

This is a screenshot from my electronic submission page.
It shows we submitted on 10/29/2021 at 4:18pm and recorded on 11/01/2021 at 2:55pm

**Mindy Coover**
Vice President | Old Republic National Title Insurance Company
Sr. Commercial Escrow Officer/Manager, Dallas National Commercial Division
8201 Preston Road, Suite 450, Dallas, Texas 75225
T: 214.239.6400 / F: 800.470.8719 / Shoretel: 16415 / Direct: 214.239.6415
**mcoover@oldrepublictitle.com / www.oldrepublictitle.com/texas/dfw**

---

**From:** Isaac J. Brown <isaac.brown@wickphillips.com>
**Sent:** Monday, November 01, 2021 3:24 PM
**To:** Coover, Mindy <MCoover@OldRepublicTitle.com>
**Subject:** [EXTERNAL] RE: [External] recorded deed -

Mindy – is there something that has a date stamp showing the time you filed on Friday? We can always use the e-mail traffic, but it would be nice to have something on hand.

Thanks!

**Isaac Brown**
**Partner** | Wick Phillips
**Direct**: 214.740.4037
**Mobile**: 281.732.0470
**Email:** Isaac.brown@wickphillips.com

Wick Phillips
ATTORNEYS & COUNSELORS

---

**From:** Coover, Mindy <MCoover@OldRepublicTitle.com>
**Sent:** Monday, November 1, 2021 3:19 PM
**To:** Isaac J. Brown <isaac.brown@wickphillips.com>; Icklan, Richard <RIcklan@OldRepublicTitle.com>; Atkins, Michael <MAtkins@OldRepublicTitle.com>
**Cc:** Rusty O'Kane <rusty.okane@wickphillips.com>; Scott Lawrence <Scott.Lawrence@wickphillips.com>
**Subject:** [External] recorded deed -

The deed has recorded in Dallas County. Please see the attached.

Thank you

**Mindy Coover**
Vice President | Old Republic National Title Insurance Company
Sr. Commercial Escrow Officer/Manager, Dallas National Commercial Division
8201 Preston Road, Suite 450, Dallas, Texas 75225
T: 214.239.6400 / F: 800.470.8719 / Shoretel: 16415 / Direct: 214.239.6415
**mcoover@oldrepublictitle.com / www.oldrepublictitle.com/texas/dfw**

---

**From:** Isaac J. Brown <isaac.brown@wickphillips.com>
**Sent:** Sunday, October 31, 2021 8:49 PM
**To:** Coover, Mindy <MCoover@OldRepublicTitle.com>
**Cc:** Rusty O'Kane <rusty.okane@wickphillips.com>; Scott Lawrence <Scott.Lawrence@wickphillips.com>
**Subject:** RE: [EXTERNAL] RE:

No problem, thanks Mindy

**Isaac Brown**
**Partner** | Wick Phillips
**Direct**: 214.740.4037
**Mobile**: 281.732.0470
**Email:** Isaac.brown@wickphillips.com

Wick Phillips
ATTORNEYS & COUNSELORS

---

**From:** Coover, Mindy <MCoover@OldRepublicTitle.com>
**Sent:** Sunday, October 31, 2021 5:34 PM
**To:** Isaac J. Brown <isaac.brown@wickphillips.com>

**Cc:** Rusty O'Kane <rusty.okane@wickphillips.com>; Scott Lawrence <Scott.Lawrence@wickphillips.com>
**Subject:** Re: [EXTERNAL] RE:

Isaac meant to say anyone running an update will not see that I have submitted a document for recording.

Sent from my iPhone

On Oct 31, 2021, at 3:58 PM, Isaac J. Brown <isaac.brown@wickphillips.com> wrote:

Mindy – one question – if they ran a title search on Friday after we "filed" but before it shows up as recorded would they have seen the filing?

Thanks,

**Isaac Brown**
**Partner** | Wick Phillips
**Direct**: 214.740.4037
**Mobile**: 281.732.0470
**Email:** Isaac.brown@wickphillips.com

WP Wick Phillips
ATTORNEYS & COUNSELORS

---

**From:** Isaac J. Brown
**Sent:** Sunday, October 31, 2021 3:30 PM
**To:** Coover, Mindy <MCoover@OldRepublicTitle.com>
**Cc:** Rusty O'Kane <rusty.okane@wickphillips.com>; Scott Lawrence <Scott.Lawrence@WickPhillips.com>
**Subject:** RE: [EXTERNAL] RE:

Mindy – will you check status on recordation Monday mid-morning and let me know if they have been able to record? Understanding that it may take longer.

Thanks!

**Isaac Brown**
**Partner** | Wick Phillips
**Direct**: 214.740.4037
**Mobile**: 281.732.0470
**Email:** Isaac.brown@wickphillips.com

WP Wick Phillips
ATTORNEYS & COUNSELORS

---

**From:** Coover, Mindy <MCoover@OldRepublicTitle.com>
**Sent:** Friday, October 29, 2021 3:47 PM
**To:** Icklan, Richard <RIcklan@OldRepublicTitle.com>; Atkins, Michael <MAtkins@OldRepublicTitle.com>
**Cc:** Isaac J. Brown <isaac.brown@wickphillips.com>; Bick, Halle <HBick@OldRepublicTitle.com>
**Subject:** RE: [EXTERNAL] RE:

Richard / Michael

I can help get the deed submitted for recording if you have the original.

Let me know.

**Mindy Coover**
Vice President | Old Republic National Title Insurance Company
Sr. Commercial Escrow Officer/Manager, Dallas National Commercial Division
8201 Preston Road, Suite 450, Dallas, Texas 75225
T: 214.239.6400 / F: 800.470.8719 / Shoretel: 16415 / Direct: 214.239.6415
**mcoover@oldrepublictitle.com / www.oldrepublictitle.com/texas/dfw**

---

**From:** Isaac J. Brown <isaac.brown@wickphillips.com>
**Sent:** Friday, October 29, 2021 3:30 PM
**To:** Icklan, Richard <RIcklan@OldRepublicTitle.com>; Coover, Mindy <MCoover@OldRepublicTitle.com>
**Cc:** Atkins, Michael <MAtkins@OldRepublicTitle.com>
**Subject:** RE: [EXTERNAL] RE:

Richard – copying in Mindy. Do you know where the original Deed is and can you submit for recording today?

Thanks,

**Isaac Brown**
**Partner** | Wick Phillips
**Direct**: 214.740.4037
**Mobile**: 281.732.0470
**Email:** Isaac.brown@wickphillips.com

Wick Phillips
ATTORNEYS & COUNSELORS

---

**From:** Isaac J. Brown
**Sent:** Friday, October 29, 2021 2:27 PM
**To:** Icklan, Richard <RIcklan@OldRepublicTitle.com>
**Cc:** Atkins, Michael <MAtkins@OldRepublicTitle.com>
**Subject:** RE: [EXTERNAL] RE:

Richard,

Attached is a notice that was sent by facsimile this afternoon, as well as by courier to your office here in Dallas. Please acknowledge receipt and let me know if you have any questions.

Regards,

**Isaac Brown**
**Partner** | Wick Phillips
**Direct**: 214.740.4037
**Mobile**: 281.732.0470
**Email:** Isaac.brown@wickphillips.com

Wick Phillips
ATTORNEYS & COUNSELORS

---

**From:** Icklan, Richard <RIcklan@OldRepublicTitle.com>
**Sent:** Wednesday, March 10, 2021 4:56 PM

**To:** vance@mcmurrylegal.com; Isaac J. Brown <isaac.brown@wickphillips.com>
**Cc:** 'Tim Barton' <tbarton@jmjdevelopment.com>; 'Ashley Mines' <Ashley.Mines@jmjdevelopment.com>; 'Krista Vassallo' <KVassallo@jmjdevelopment.com>; Zachary Farrar <Zachary.Farrar@WickPhillips.com>; Atkins, Michael <MAtkins@OldRepublicTitle.com>; 'Vipin Nambiar' <vnambiar@hncapitalpartners.com>; Icklan, Susan <SIcklan@OldRepublicTitle.com>; Parker, Erin <eparker@OldRepublicTitle.com>; Cupo, Crystal <CCupo@OldRepublicTitle.com>; Ali, Sally <SAli@OldRepublicTitle.com>
**Subject:** RE: [EXTERNAL] RE:
**Importance:** High

Attached signed and dated copy of "Acknowledgement of Receipt" with respect to the Deed.

Richard M. Icklan
Senior Vice President
Old Republic Title
National Commercial Title Services (NCTS)
521 Fifth Avenue – 23RD Floor
New York, NY 10175
(T-Office) 212-599-1300 – Ext. 19674
(T-Direct) 212-551-2220
(T-Mobile) 201-320-3502

---

**From:** Icklan, Richard
**Sent:** Tuesday, March 9, 2021 10:33 AM
**To:** vance@mcmurrylegal.com; 'Isaac J. Brown' <isaac.brown@wickphillips.com>
**Cc:** 'Tim Barton' <tbarton@jmjdevelopment.com>; 'Ashley Mines' <Ashley.Mines@jmjdevelopment.com>; 'Krista Vassallo' <KVassallo@jmjdevelopment.com>; 'Zachary Farrar' <Zachary.Farrar@WickPhillips.com>; Atkins, Michael <MAtkins@OldRepublicTitle.com>; 'Vipin Nambiar' <vnambiar@hncapitalpartners.com>; Icklan, Susan <SIcklan@OldRepublicTitle.com>; Parker, Erin <eparker@OldRepublicTitle.com>; Cupo, Crystal <CCupo@OldRepublicTitle.com>; Ali, Sally <SAli@OldRepublicTitle.com>
**Subject:** RE: [EXTERNAL] RE:
**Importance:** High

Attached please find a copy of the "Deed In Escrow Agreement" (fourth attachment) which I have signed and dated. I will acknowledge receipt of the Deed after receipt. I understand it will be sent to my NJ office. Please also send me a copy of the Forebearance Agreement. The three attachments on your e-mail are all copies of the Escrow Agreement. Stay positive , test negative.

Richard M. Icklan
Senior Vice President
Old Republic Title
National Commercial Title Services (NCTS)
521 Fifth Avenue – 23RD Floor
New York, NY 10175
(T-Office) 212-599-1300 – Ext. 19674
(T-Direct) 212-551-2220
(T-Mobile) 201-320-3502

---

**From:** vance@mcmurrylegal.com <vance@mcmurrylegal.com>
**Sent:** Friday, March 5, 2021 5:18 PM
**To:** 'Isaac J. Brown' <isaac.brown@wickphillips.com>
**Cc:** 'Tim Barton' <tbarton@jmjdevelopment.com>; 'Ashley Mines' <Ashley.Mines@jmjdevelopment.com>; 'Krista Vassallo' <KVassallo@jmjdevelopment.com>; 'Zachary Farrar' <Zachary.Farrar@WickPhillips.com>; Atkins, Michael <MAtkins@OldRepublicTitle.com>; Icklan, Richard <RIcklan@OldRepublicTitle.com>; 'Vipin Nambiar' <vnambiar@hncapitalpartners.com>; vance@mcmurrylegal.com
**Subject:** RE: [EXTERNAL] RE:

Isaac, attached is the updated forbearance agreement for the new escrow agent. Ashley (in Borrower's office) spoke with Michael Atkins and he asked that Richard Icklan be the point of contact for Old Republic. The agreement has been updated accordingly which I've attached (redline to the last agreement, clean word version, and assuming this is agreeable, clean version executed by Borrower).

It looks like Old Republic's office is in New Jersey so I will have to FedEx the original deed there instead of having a courier deliver it once I get the executed agreement back from Lender and Old Republic. If you have any comments or revisions, please let me know. Otherwise can you please have lender execute the attached and return it to me. Thanks.

Vance McMurry
Attorney at Law
McMurry Law, PLLC
508 W. Lookout Dr., Ste. 14-74
Richardson, Texas 75080
972-746-9656
888-388-0561 Fax
vance@mcmurrylegal.com

The information contained in this message is for the personal and confidential use by the designated

recipients named above which may only be used and disclosed as necessary for purpose for which the information was sent. Your retention and/or use of this information acknowledges your agreement to keep this information confidential. If you are not in agreement, reply with your non-acceptance and delete all copies of this email and the information contained herein. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at 972-746-9656 and return the message to us by email (vance@mcmurrylegal.com). Thank you.

---

**From:** Isaac J. Brown <isaac.brown@wickphillips.com>
**Sent:** Friday, March 5, 2021 11:42 AM
**To:** vance@mcmurrylegal.com
**Cc:** 'Tim Barton' <tbarton@jmjdevelopment.com>; 'Ashley Mines' <Ashley.Mines@jmjdevelopment.com>; 'Krista Vassallo' <KVassallo@jmjdevelopment.com>; Zachary Farrar <Zachary.Farrar@WickPhillips.com>
**Subject:** RE: [EXTERNAL] RE:

Vance – I think it's going to be Michael Atkins. Here is his info:

**Michael Atkins**
C: 646.546.3138
matkins@oldrepublictitle.com

**Isaac Brown**
**Partner** | Wick Phillips
**Direct**: 214.740.4037
**Mobile**: 281.732.0470
**Email:** Isaac.brown@wickphillips.com

Wick Phillips
ATTORNEYS & COUNSELORS

---

**From:** vance@mcmurrylegal.com <vance@mcmurrylegal.com>
**Sent:** Friday, March 5, 2021 10:26 AM
**To:** Isaac J. Brown <isaac.brown@wickphillips.com>
**Cc:** 'Tim Barton' <tbarton@jmjdevelopment.com>; 'Ashley Mines' <Ashley.Mines@jmjdevelopment.com>; 'Krista Vassallo' <KVassallo@jmjdevelopment.com>; Zachary Farrar <Zachary.Farrar@WickPhillips.com>; vance@mcmurrylegal.com
**Subject:** RE: [EXTERNAL] RE:

One other thing – can you please send me the contact information for the agent at Old Republic/Fidelity? Thanks.

Vance McMurry
Attorney at Law
McMurry Law, PLLC
508 W. Lookout Dr., Ste. 14-74
Richardson, Texas 75080

972-746-9656
888-388-0561 Fax
vance@mcmurrylegal.com

The information contained in this message is for the personal and confidential use by the designated recipients named above which may only be used and disclosed as necessary for purpose for which the information was sent. Your retention and/or use of this information acknowledges your agreement to keep this information confidential. If you are not in agreement, reply with your non-acceptance and delete all copies of this email and the information contained herein. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at 972-746-9656 and return the message to us by email (vance@mcmurrylegal.com). Thank you.

---

**From:** vance@mcmurrylegal.com <vance@mcmurrylegal.com>
**Sent:** Friday, March 5, 2021 10:24 AM
**To:** 'Isaac J. Brown' <isaac.brown@wickphillips.com>
**Cc:** 'Tim Barton' <tbarton@jmjdevelopment.com>; 'Ashley Mines' <Ashley.Mines@jmjdevelopment.com>; 'Krista Vassallo' <KVassallo@jmjdevelopment.com>; 'Zachary Farrar' <Zachary.Farrar@WickPhillips.com>; vance@mcmurrylegal.com
**Subject:** RE: [EXTERNAL] RE:

Hey Isaac, sorry for not responding yesterday. Just got buried. I will take care of that today and have the original deed delivered to Old Republic. Thanks.

Vance McMurry
Attorney at Law
McMurry Law, PLLC
508 W. Lookout Dr., Ste. 14-74
Richardson, Texas 75080
972-746-9656
888-388-0561 Fax
vance@mcmurrylegal.com

The information contained in this message is for the personal and confidential use by the designated recipients named above which may only be used and disclosed as necessary for purpose for which the information was sent. Your retention and/or use of this information acknowledges your agreement to keep this information confidential. If you are not in agreement, reply with your non-acceptance and delete all copies of this email and the information contained herein. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at 972-746-9656 and return the message to us by email (vance@mcmurrylegal.com). Thank you.

---

**From:** Isaac J. Brown <isaac.brown@wickphillips.com>
**Sent:** Wednesday, March 3, 2021 10:50 PM
**To:** vance@mcmurrylegal.com
**Subject:** FW: [EXTERNAL] RE:

Vance – are you wanting to prep the Escrow Agreement to transfer services over to Old Republic?

**Isaac Brown**
**Partner** | Wick Phillips
**Direct**: 214.740.4037
**Mobile**: 281.732.0470
**Email:** Isaac.brown@wickphillips.com

---

**From:** Vipin Nambiar <vnambiar@hncapitalpartners.com>
**Sent:** Wednesday, March 3, 2021 6:30 PM
**To:** Atkins, Michael <MAtkins@OldRepublicTitle.com>; Icklan, Richard <RIcklan@OldRepublicTitle.com>
**Cc:** Isaac J. Brown <isaac.brown@wickphillips.com>; vance@mcmurrylegal.com; Zachary Farrar <Zachary.Farrar@WickPhillips.com>; sleitman@hngreenhollow.com; jglasgow@hngreenhollow.com
**Subject:** RE: [EXTERNAL] RE:

Michael & Richard,
See attached the executed forbearance agreement, and escrow agreement.

I am copying Isaac Brown (our/lender's counsel), and Vance McMurry (borrower's counsel). Vance is the temporary agent, and we would like to substitute Old Republic in.

Isaac & Vance, will you please coordinate with Michal and Richard.

Vipin

---

**From:** Atkins, Michael <MAtkins@OldRepublicTitle.com>
**Sent:** Wednesday, March 3, 2021 10:51 AM
**To:** Vipin Nambiar <vnambiar@hncapitalpartners.com>
**Cc:** Icklan, Richard <RIcklan@OldRepublicTitle.com>
**Subject:** Re: [EXTERNAL] RE:

We can be substituted in as escrow agent

Can you send the full set of documents (forbearance agreement, assignment docs etc) this won't hold anything up, we just need for file

**Michael Atkins**
C: 646.546.3138
matkins@oldrepublictitle.com