| **2999 Turtle Creek Loan Payoff** | |
|---|---|
| Original Loan Balance | $32,500,000 |
| **Modifed Loan Balance** | **$40,073,171** |
| | |
| Nominal Interest (1/1 - 10/29/21) | $0 |
| **Default Interest** | **$8,094,781** |
| Interest Reserve | $0 |
| **2021 Interest Paid** | **-$2,228,496** |
| **Interest Due** | **$5,866,285** |
| | |
| **Loan Payoff Amount** | **$45,939,456** |
| | |
| **Total Payoff Amount** | **$45,939,456** |

| ***Post-Petition Per Diem (Default Rate)**** | **$ 30,626.30** |
|---|---|

*Post-Petition Per Diem is calculated on Total Payoff Amount

| **Example: 363 Sale after 120 Days** | | |
|---|---|---|
| 120 Days of Default Interest | | **$3,675,156.44** |
| Fees | **5.00%** | **$2,296,973** |
| Total Claim at time of Sale | | **$51,911,584.76** |

| **Outstanding Loan Balance** | |
|---|---|
| Modified Loan Balance | $40,073,171 |
| Note Rate | 8.00% |
| Day Count | 360 |
| Daily Rate | 0.02222% |
| **Per Diem** | **$8,905.15** |
| | |
| Default Rate | 24.00% |
| Note Rate | 8.00% |

| **Post-Modification Accrual Period** | | |
|---|---|---|
| As of | **10/29/2021** | 12/31/2020 |
| Default Date | 10/29/2021 | **303** |

| **Default Interest O/S** | |
|---|---|
| Modified Loan Balance | $40,073,171 |
| Note Rate | 24.00% |
| Day Count | 360 |
| Daily Rate | 0.06667% |
| **Per Diem** | **$26,715.45** |
| Days O/S | 303 |
| **Default Interest Due** | **$8,094,780.54** |

**Interest Calculation**
**#4920-0000**

| Date | Interest income |
|---|---|
| 1/5/2021 | 100,000.00 |
| 2/2/2021 | 100,000.00 |
| 3/1/2021 | 100,000.00 |
| | |
| 4/12/2021 | 50,000.00 |
| 4/14/2021 | 50,000.00 |
| 5/10/2021 | 50,000.00 |
| 5/10/2021 | 50,000.00 |
| 6/1/2021 | 50,000.00 |
| 6/4/2021 | 50,000.00 |
| 7/1/2021 | 100,000.00 |
| 7/30/2021 | 1,528,496.00 |
| **Total** | **2,228,496.00** |