**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 21-31954-HDH-11** |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CHAPTER 11** |
| | § | |
| **DEBTOR.** | § | |
| | § | |

# Exhibit 19 to HNGH's Turtle Creek, LLC's Witness and Exhibit List for Hearing on December 9, 2021

Exhibit 19 - JLL Broker Opinion of Value (CONFIDENTIAL)

[To Be *Filed Under Seal*]