**Fill in this information to identify the case:**

Debtor name **2999TC Acquisitions, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) **21-31954-hdh**

☑ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Nitya Capital<br>8901 Gaylord<br>Suite 100<br>Houston, TX 77024 | | Business Debt | | | | $1,528,496.00 |
| 2 | West & Associates LLP<br>320 S. RL Thornton Freeway<br>Suite 300<br>Dallas, TX 75203 | | Business Debt | | | | $53,605.00 |
| 3 | Greenburg Traurig<br>2101 L Street NW<br>Washington, DC 20037 | | Attorney Fees | | | | $53,229.00 |
| 4 | SLS Consultants LLC<br>4222 Roseland Avenue<br>Suite 106<br>Dallas, TX 75204 | | Business Debt | | | | $50,266.67 |
| 5 | Dorsey & Whitney LLP<br>300 Crescent Court<br>Suite 400<br>Dallas, TX 75201 | | Attorney Fees | | | | $47,455.70 |

Debtor **2999TC Acquisitions, LLC** Case number (if known) **21-31954-hdh**
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim: If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | McMurry Law, PLLC<br>508 W. Lookout Drive<br>Suite 14-74<br>Richardson, TX 75080 | | Attorney Fees | | | | $42,000.00 |
| 7 | The Concord Group LLC<br>369 San Miguel Drive<br>Suite 265<br>Newport Beach, CA 92660 | | Business Debt | | | | $33,750.00 |
| 8 | HR Sterling LLC<br>13901 Midway Rd<br>Suite 102<br>Dallas, TX 75244 | | Business Debt | | | | $28,800.00 |
| 9 | Pacheco Koch<br>7557 Rambler Road<br>Suite 1400<br>Dallas, TX 75231 | | Business Debt | | | | $22,536.25 |
| 10 | Law Office of Bruce K Thomas<br>12900 Preston Rd<br>Suite 590<br>Dallas, Texas 75230 | | Attorney Fees | | | | $22,359.95 |
| 11 | Avingstone International<br>Leconfield House<br>Curzon Street<br>London W1J5JA<br>United Kingdom | | Business Debt | | | | $22,181.93 |
| 12 | Dallas County Tax Office<br>PO Box 139066<br>Dallas, TX 75313 | | Business Debt | | | | $21,808.00 |
| 13 | Jackson Walker, LLP<br>PO Box 130989<br>Dallas, TX 75313-0989 | | Attorney Fees | | | | $18,527.75 |

Debtor **2999TC Acquisitions, LLC**
Name

Case number (if known) **21-31954-hdh**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Talley Associates, Inc.<br>1925 San Jacinto<br>Suite 400<br>Dallas, TX 75201 | | Business Debt | | | | $18,441.04 |
| 15 | Richards, Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801 | | Attorney Fees | | | | $12,500.00 |
| 16 | FAB Studio<br>5005 Greenville Ave<br>Suite 155<br>Dallas, TX 75206 | | Business Debt | | | | $10,000.00 |
| 17 | Brockette Davis Drake Inc.<br>4144 N. Central Expressway<br>Suite 100<br>Dallas, TX 75204 | | Business Debt | | | | $10,000.00 |
| 18 | Morrelli Design Consultants LLC<br>1400 San Ysidro Drive<br>Beverly Hills, CA 90210 | | Business Debt | | | | $8,333.00 |
| 19 | BC Collaborations LLC<br>3101 Avondale Avenue<br>Fort Worth, TX 76109 | | Business Debt | | | | $4,070.00 |
| 20 | Metzger Law PLLC<br>3626 N. Hall Street<br>Suite 800<br>Dallas, TX 75219-5133 | | Attorney Fees | | | | $2,600.00 |

**Fill in this information to identify the case and this filing:**

Debtor Name **2999TC Acquisitions, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) **21-31954-hdh**

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule ____________
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/19/2021**
MM / DD / YYYY

X **/s/ Tim Barton**
Signature of individual signing on behalf of debtor

**Tim Barton**
Printed name

**President**
Position or relationship to debtor