**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 21-31954-HDH-11** |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CHAPTER 11** |
| | § | |
| **DEBTOR.** | § | |
| | § | |

# <u>Exhibit 40 to HNGH's Turtle Creek, LLC's Witness and Exhibit List for Hearing on December 9, 2021</u>

Exhibit 40 - Nitya Funding Agreement (CONFIDENTIAL)

[To Be *Filed Under Seal*]