


EXHIBIT
Blumberg No. 5119
15

**EXHIBIT 44**




EXHIBIT
Blumberg No. 5119
16

**EXHIBIT 44**

**PG 2**




**EXHIBIT 44**

EXHIBIT 17
Blumberg No. 5119
PG 3




EXHIBIT
18

# EXHIBIT 44




Blumberg No. 5119
EXHIBIT
19




EXHIBIT
Blumberg No. 5119
20




**EXHIBIT 44**

EXHIBIT 21
Blumberg No. 5119
PG 7