SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

| | |
|---|---|
| ARBOR AGENCY LENDING, LLC, | Index No.:<br>Date Purchased: |
| Plaintiff, | **SUMMONS** |
| - against - | Venue is proper in this Court under CPLR 501 and 503. Plaintiff designates Nassau County as the place of trial. |
| JMJD4, LLC; D4MC, LLC; and JMJ DEVELOPMENT, LLC, | |
| Defendants. | |

**TO THE ABOVE NAMED DEFENDANTS:**

**You are hereby summoned** to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the plaintiff's attorneys within twenty (20) days after the service of this summons, exclusive of the day of service, where service is made upon you personally within the state or within thirty (30) days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: Uniondale, New York
November 5, 2020

WESTERMAN BALL EDERER
MILLER ZUCKER & SHARFSTEIN, LLP

By: ______________________

Jeffrey A. Miller, Esq.
Daniel G. Lyons, Esq.
1201 RXR Plaza
Uniondale, New York 11556
(516) 622-9200
*Attorneys for Plaintiff*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

---------------------------------------------------------------X Index No.:

ARBOR AGENCY LENDING, LLC,

Plaintiff, **VERIFIED COMPLAINT**

- against -

JMJD4, LLC; D4MC, LLC; and JMJ DEVELOPMENT, LLC,

Defendants.

---------------------------------------------------------------X

Plaintiff, Arbor Agency Lending, LLC ("Plaintiff" or "Arbor"), by its attorneys, the firm of Westerman Ball Ederer Miller Zucker & Sharfstein, LLP, as and for its verified complaint against defendants, respectfully states as follows:

**PARTIES**

1. Arbor is a New York limited liability company engaged in the business of mortgage lending, which has a principal place of business in Nassau County.

2. Upon information and belief, defendant JMJD4, LLC ("JMJD4") is a Delaware limited liability company.

3. Upon information and belief, defendant D4MC, LLC ("D4MC") is a Texas limited liability company.

4. Upon information and belief, defendant JMJ Development, LLC ("JMJ Development") is a Delaware limited liability company.

**AS AND FOR A FIRST CAUSE OF ACTION**

**(Breach of the Engagement Agreement against JMJD4)**

5. On or about April 4, 2018, JMJD4 and Arbor entered into an engagement agreement (the "Engagement Agreement") with respect to a proposed mortgage loan to be

secured by the property known as the Mansions at Marine Creek in Fort Worth, Texas and insured by the U.S. Department of Housing and Urban Development, Federal Housing Administration ("HUD") pursuant to a Commitment for Insurance of Advances issued by HUD on November 20, 2019 (the "Loan").

6. Pursuant to the Engagement Agreement, JMJD4 is required to pay Arbor for all of its costs, fees and expenses related to the Loan. *See, e.g.,* Engagement Agreement at § 5(A) ("Client agrees that it is responsible for all costs and expenses associated with the processing and underwriting of the financing request, and with Arbor's submission of the Firm Application to HUD."); Engagement Agreement at § 5(B) ("Client shall pay the legal fees and costs of Arbor's counsel to assist Arbor in processing, closing and funding the Loan. Client recognizes that such fees may be higher than currently estimated and may include extraordinary legal services due to circumstances currently unforeseen. Client is absolutely obligated to pay legal fees and costs of Arbor's legal counsel without regard to whether the proposed Loan actually closes.").

7. JMJD4 decided to have Arbor discontinue the processing and underwriting of the Loan.

8. That decision, however, does not relieve JMJD4 of its obligation to pay Arbor for all of its costs, fees and expenses.

9. By letter dated October 8, 2020, Arbor provided defendants with a description of the outstanding amounts owed, which total the principal sum of $773,007.63.

10. Despite demand, JMJD4 has failed and refused to pay Arbor the amounts owed under the Engagement Agreement.

11. Thus, JMJD4 has breached the Engagement Agreement.

12. As a direct and proximate result, Arbor has suffered damages in the principal amount of $773,007.63, plus interest.

**AS AND FOR A SECOND CAUSE OF ACTION**

**(Breach of the Commitment against D4MC)**

13. Plaintiff incorporates the foregoing paragraphs of this Verified Complaint by reference as if the same were set forth at length herein.

14. On or about November 25, 2019, D4MC and Arbor entered into a commitment letter agreement (the "Commitment") with respect to the Loan.

15. Under the Commitment, D4MC is required to pay Arbor for all of its costs, fees and expenses related to the Loan. *See, e.g.,* Commitment at § 26 ("Borrower agrees promptly to pay all costs and expenses related to processing and underwriting the Loan, Initial Endorsement, and Final Endorsement, whether or not the Loan closes. Such costs and expenses include but are not limited to legal and settlement costs, title and recording expenses, title insurance premiums, survey expenses, FHA fees, GNMA fees, attorney fees, broker fees, Loan discounts, cost of real estate tax service, flood map search fees, hazard insurance premiums and Lender fees as set forth in Section 14 hereof."); *see also* Commitment at § 24 ("Should Borrower fail to make good faith efforts to achieve Initial Endorsement and/or Final Endorsement, then Borrower and Sponsor shall be fully liable for all actual damages sustained by both Lender and Investor as a result of such failure.").

16. D4MC decided to have Arbor discontinue the processing and underwriting of the Loan.

17. That decision, however, does not relieve D4MC of its obligation to pay Arbor for all of its costs, fees and expenses.

18. By letter dated October 8, 2020, Arbor provided defendants with a description of the outstanding amounts owed, which total the principal sum of $773,007.63.

19. Despite demand, D4MC has failed and refused to pay Arbor the amounts owed under the Commitment.

20. Thus, D4MC has breached the Commitment.

21. As a direct and proximate result, Arbor has suffered damages in the principal amount of $773,007.63, plus interest.

**AS AND FOR A THIRD CAUSE OF ACTION**

**(Breach of the Limited Engagement against JMJ Development)**

22. Plaintiff incorporates the foregoing paragraphs of this Verified Complaint by reference as if the same were set forth at length herein.

23. On or about January 17, 2018, JMJ Development and Arbor entered into a limited engagement agreement (the "Limited Engagement") with respect to the Loan.

24. Under the Limited Engagement, JMJ Development is required to pay Arbor for "all costs and expenses associated with the completion of a Market Study that satisfies HUD guidelines." Limited Engagement at § 3.

25. Despite demand, JMJ Development has failed and refused to pay Arbor all amounts owed under the Limited Engagement.

26. Thus, JMJ Development has breached the Limited Engagement.

27. As a direct and proximate result, Arbor has suffered damages in an amount to be proven at trial, plus interest.

**WHEREFORE,** Plaintiff respectfully demands judgment against defendants as follows:

(a) on the first cause of action, for an award of damages against JMJD4 in an amount

to be proven at trial but in no event less than $773,007.63, plus interest; and

(b) on the second cause of action, for an award of damages against D4MC in an amount to be proven at trial but in no event less than $773,007.63, plus interest; and

(c) on the third cause of action, for an award of damages against JMJ Development in an amount to be proven at trial, plus interest; and

(d) for an award of the costs, disbursements, attorney's fees and other expenses incurred by Plaintiff in this action, together with such other and further relief as the Court deems just and proper.

Dated: Uniondale, New York
November 5, 2020

WESTERMAN BALL EDERER
MILLER ZUCKER & SHARFSTEIN, LLP

By: ______________________________
Jeffrey A. Miller, Esq.
Daniel G. Lyons, Esq.
1201 RXR Plaza
Uniondale, New York 11556
(516) 622-9200
*Attorneys for Plaintiff*

## VERIFICATION

STATE OF NEW YORK )
) SS.:
COUNTY OF NASSAU )

William Connolly, being duly sworn, deposes and says:

I am an authorized representative of plaintiff in this action. I have read the foregoing Verified Complaint, know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters, I believe them to be true.

Sworn to before me this
5th day of November, 2020

Notary Public

2285458

CHRISTINA GRASSI
Notary Public, State of New York
Reg. No. 01AN6390706
Qualified In Nassau County
Commission Expires April 22, 2023