**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**NORTHERN DISTRICT OF TEXAS**

Case number (if known): ____________________ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy **04/20**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.**

**1. Debtor's name** — **Mansions Apartment Homes at Marine Creek, LLC**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**aka D4MC**

**3. Debtor's federal Employer Identification Number (EIN)** — **82-4924494**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4600 Shadydell Circle** (Number Street) | **1755 Wittington Place, Suite 340** (Number Street) |
| **5325 & 5224 Shadydell Drive** | P.O. Box |
| **Fort Worth** (City) **TX** (State) **76135** (ZIP Code) | **Dallas** (City) **TX** (State) **75243** (ZIP Code) |
| **Tarrant** (County) | |

**Location of principal assets, if different from principal place of business**

Number Street

City State ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: ____________

Case 20-43954-elm11 Doc 1 Filed 11/30/20 Entered 11/30/20 19:35:29 Page 2 of 10

Debtor **Mansions Apartment Homes at Marine Creek, LLC** Case number (if known) ____________

**7. Describe debtor's business**

*A. Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

*B. Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor **Mansions Apartment Homes at Marine Creek, LLC** Case number (if known) ____________

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District ____________ When ____________ (MM / DD / YYYY) Case number ____________
District ____________ When ____________ (MM / DD / YYYY) Case number ____________
District ____________ When ____________ (MM / DD / YYYY) Case number ____________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes. Debtor **See attached** Relationship ____________
District ____________ When ____________ (MM / DD / YYYY)
Case number, if known ____________

Debtor ____________ Relationship ____________
District ____________ When ____________ (MM / DD / YYYY)
Case number, if known ____________

**11. Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ____________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____________

**Where is the property?** ____________
Number Street
____________
____________ City ____________ State ____________ ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ____________
Contact name ____________
Phone ____________

Debtor **Mansions Apartment Homes at Marine Creek, LLC** Case number (if known) ______________

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/30/2020**
MM / DD / YYYY

**X /s/ Tim Barton**
Signature of authorized representative of debtor

**Tim Barton**
Printed name

**President**
Title



**EXHIBIT 56** **PG 4**

Debtor **Mansions Apartment Homes at Marine Creek, LLC** Case number (if known) ______________

**18. Signature of attorney**

**X /s/ Joyce Lindauer** Date **11/30/2020**
Signature of attorney for debtor MM / DD / YYYY

**Joyce Lindauer**
Printed name

**Joyce Lindauer**
Firm name

**Joyce W. Lindauer Attorney, PLLC**
Number Street

**1412 Main Street, Suite 500**

| | | |
|---|---|---|
| **Dallas** | **TX** | **75202** |
| City | State | ZIP Code |

**(972) 503-4033** | **joyce@joycelindauer.com**
Contact phone | Email address

**21555700** | **TX**
Bar number | State

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Mansions Apartment Homes at Marine Creek, LLC** CASE NO

CHAPTER **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 11/30/2020 Signature ***/s/ Tim Barton***
***Tim Barton***
***President***

Date ______________________ Signature ______________________

Attorney General of Texas
Bankruptcy Division
P O Box 12548
Austin, TX 78711-2548

Axia Contracting LLC
3435 56th Street S.
Suite 200
Fargo, ND 58104

Bohler Engineering
35 Technology Drive
Warren, NJ 07059

David Campbell
5060 SW Philomath Blvd.
Corvallis, OR 97333

ECS Southwest LLP
14026 Thunderbolt Place
Suite 8000
Chantilly, VA 20151

Enoch Investments
13901 Midway Road
Suite 102
Dallas, TX 75244

Happy State Bank and Trust
16633 N. Dallas Parkway
Suite 350
Dallas, TX 75001

HP Civil Engineering
5339 Alpha Road
Suite 300
Dallas, TX 75240

HR Sterling LLC
13901 Midway Road
Suite 102
Dallas, TX 75234

Humphreys & Partners Architects LP
5339 Alpha Road
Suite 300
Dallas, TX 75240

Integrated Environmental Solutions LLC
610 Elm Street
Suite 300
McKinney, TX 75069

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas 75242-1100

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

JMJ Development LLC
13901 Midway Road
Suite 102
Dallas, TX 75234

JMJD4 LLC
13901 Midway Road
Suite 102
Dallas, TX 75234

Linebargar Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

McMurry Law, PLLC
508 W. Lookout Drive
Suite 14-74
Richardson, TX 75080

Meeks Design Group Inc.
1755 N. Collins Blvd.
Suite 3000
Richardson, TX 75080

Summit Consultants
1300 S ummit Avenue
Suite 500
Fort Worth, TX 76102

Tarrant County Tax Assesor-Collector
100 E.Weatherford
Fort Worth, TX 76196

Texas Comptroller of Public Accounts
Revenue Accting Div - Bankr Section
PO Box 13528
Austin, TX 78711-3528

Texas Heritage Surveying LLC
10610 Metric Drive
Suite 124
Dallas, TX 75243

Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001

The Marx Firm LLC
127 Howell Street
Dallas, TX 75207

U. S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242

US-Eco Logic
PO Box 155049
Irving, TX 75015

Viewtech Inc.
4205 Beltway Drive
Addison, TX 75001