FILE COPY

THE STATE OF TEXAS

# TENTH COURT OF APPEALS

**Chief Justice**
*Tom Gray*

**Justices**
*Rex D. Davis*
*John E. Neill*

McLennan County Courthouse
501 Washington Avenue, Rm. 415
Waco, Texas 76701-1373
Phone: (254) 757-5200 Fax: (254) 757-2822

**Clerk**
*Nita Whitener*

October 2, 2020

Evan Lane Shaw
Law Offices of Van Shaw
2723 Fairmount St
Dallas, TX 75201-1912
* DELIVERED VIA E-MAIL *

Robert Doyle Wilson
Law Offices of Robt D. Wilson, P.C.
2701 Dallas Pkwy Ste 150
Plano, TX 75093-8772
* DELIVERED VIA E-MAIL *

Robert W. Buchholz
The Law Office of Robert W. Buchholz, P.C.
420 S Cesar Chavez Blvd Ste 300
Dallas, TX 75201-5817
* DELIVERED VIA E-MAIL *

**RE:** Court of Appeals Number: 10-20-00257-CV
Trial Court Case Number: DC-C202000421

**STYLE:** LDG001, LLC and DJD Land Partners, LLC
v.
Southern Star Capital, LLC d/b/a Reliance Mortgage Company, Mike Anderson, Mark Adams, Robert W. Buchholz, and Citizens Bank

Notice of appeal has been filed. This appeal will bear the number and style shown above.

Appellant must complete a docketing statement and return it to us within 21 days. TEX. R. APP. P. 32. A copy of the docketing statement must be served in accordance with the Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.5. The docketing statement may be obtained by accessing the court's website.

A **$205.00** filing fee is due from Appellant and should be paid within 10 days from the above date to prevent dismissal.

Sincerely,

Nita Whitener, Clerk

By: Lanette Sullins, Deputy Clerk

FILE COPY

CC: David Lloyd (DELIVERED VIA E-MAIL)
Robin S. Howe (DELIVERED VIA E-MAIL)
Jeremy Powell (DELIVERED VIA E-MAIL)
Kurt Hurley (DELIVERED VIA E-MAIL)
David Welch (DELIVERED VIA E-MAIL)

FILE COPY

# TENTH COURT OF APPEALS

**Chief Justice**
*Tom Gray*

**Justices**
*John E. Neill*
*Matt Johnson*

McLennan County Courthouse
501 Washington Avenue, Room 415
Waco, Texas 76701-1373
Phone: (254) 757-5200 Fax: (254) 757-2822

**Clerk**
*Nita Whitener*

February 24, 2021

Evan Lane Shaw
Law Offices of Van Shaw
2723 Fairmount St.
Dallas, TX 75201-1912
* DELIVERED VIA E-MAIL *

Scott A. Ritcheson
Ritcheson Lauffer & Vincent, PC
821 E. Southeast Loop 323, Suite 530
Tyler, TX 75701-9779
* DELIVERED VIA E-MAIL *

Robert Doyle Wilson
Law Offices of Robt D. Wilson, PC
2701 Dallas Parkway, Suite 150
Plano, TX 75093-8772
* DELIVERED VIA E-MAIL *

Robert W. Buchholz
The Law Office of Robert W. Buchholz, P.C.
420 S. Cesar Chavez Blvd., Suite 300
Dallas, TX 75201-5817
* DELIVERED VIA E-MAIL *

**RE:** Court of Appeals Number: 10-20-00257-CV
Trial Court Case Number: DC-C202000421

**STYLE:** LDG001, LLC and DJD Land Partners, LLC
v.
Southern Star Capital, LLC d/b/a Reliance Mortgage Company, Mike Anderson, Mark Adams, Robert W. Buchholz, and Citizens Bank

The Court this day issued an opinion in the above referenced cause. TEX. R. APP. P. 48.

Sincerely,

Nita Whitener, Clerk

By: Lanette Sullins, Deputy Clerk

CC: Hon. David L. Evans (DELIVERED VIA E-MAIL)
David Lloyd (DELIVERED VIA E-MAIL)
Hon. D. Wayne Bridewell (DELIVERED VIA E-MAIL)

**IN THE**
**TENTH COURT OF APPEALS**

---

**No. 10-20-00257-CV**

**LDG001, LLC AND**
**DJD LAND PARTNERS, LLC,**

**Appellants**

**v.**

**SOUTHERN STAR CAPITAL, LLC**
**D/B/A RELIANCE MORTGAGE COMPANY,**
**MIKE ANDERSON, MARK ADAMS,**
**ROBERT W. BUCHHOLZ, AND**
**CITIZENS BANK,**

**Appellees**

---

**From the 249th District Court**
**Johnson County, Texas**
**Trial Court No. DC-C202000421**

# MEMORANDUM OPINION

On October 29, 2020, the Court requested a status report regarding this appeal after having received notice on October 7, 2020 that one of the appellants, LDG001, LLC, had filed for bankruptcy protection. The status report filed by appellants indicated that the bankruptcy proceeding was still pending. Thus, further action in this appeal has been

automatically stayed. *See* 11 U.S.C. § 362.

The Court issued a Notice on December 9, 2020 informing the parties that this Court would await notice from the United States Bankruptcy Court that the Bankruptcy Proceeding had been closed and that the debt which is the subject of this proceeding was not discharged therein, or an Order from the United States Bankruptcy Court that this appellate proceeding may proceed. The parties were warned that if the described notice or order was not received by this Court within 60 days of the date of the Notice, this proceeding will be administratively closed. More than 60 days have passed and the Court has not received the described notice or order.

Accordingly, for administrative purposes, this appeal is suspended and will be treated as closed unless reinstated on a proper motion. Tex. R. App. P. 8.2. It may be reinstated on motion of any party showing that the stay has been lifted or modified and specifying what action, if any, is required from this Court upon reinstatement of the appeal. Tex. R. App. P. 8.3.

The Clerk of this Court is directed to transmit a copy of this opinion to the attorneys of record, the trial court judge, and the trial court clerk.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
Justice Neill, and
Justice Johnson
Appeal suspended; administratively closed
Opinion delivered and filed February 24, 2021
[CV06]