Skip to Main Content Logout My Account My Cases Search Menu New Civil Search Refine Search Back Location : All Courts Help

# Register of Actions
## Case No. DC-C202000421

### Party Information

| | | Lead Attorneys |
|---|---|---|
| **Defendant** | **Adams, Mark** | **Robert D Wilson**<br>*Retained*<br>214-637-8866(W) |
| **Defendant** | **Anderson, Mike** | **Robert W Buchholz**<br>*Retained*<br>214-754-5500(W) |
| **Defendant** | **Buchholz, Robert W.** | **Robert W Buchholz**<br>*Retained*<br>214-754-5500(W) |
| **Defendant** | **Citizens Bank** | **SCOTT A RITCHESON**<br>*Retained*<br>903-535-2900(W) |
| **Defendant** | **Southern Star Capital, LLC d/b/s Reliance Mortgage Company** | **Robert W Buchholz**<br>*Retained*<br>214-754-5500(W) |
| **Plaintiff** | **DJD Land Partners, LLC** | **Jeremy B. (Beau) Powell**<br>*Retained*<br>214-754-7110(W) |
| **Plaintiff** | **LDG001, LLC** | **Jeremy B. (Beau) Powell**<br>*Retained*<br>214-754-7110(W) |

### Events & Orders of the Court

**DISPOSITIONS**

10/29/2021 **Dismissed** (Judicial Officer: Bridewell, Wayne)

**OTHER EVENTS AND HEARINGS**

07/24/2020 **Original Petition (OCA)**
*- Plaintiff's Original Petition, Jury Demand and Request for Temporary and Permanent Injunction - Iss Cit(x4)*

07/24/2020 **Jury Fee Paid**

07/24/2020 **Citation Issued**
*- emailed to atty*

07/24/2020 **Citation Issued**
*- emailed to atty*

07/24/2020 **Citation Issued**
*- emailed to atty*

07/24/2020 **Citation Issued**
*- emailed to atty*

07/24/2020 **Citation**

| | |
|---|---|
| Southern Star Capital, LLC d/b/s Reliance Mortgage Company | Unserved |
| Anderson, Mike | Unserved |
| Adams, Mark | Unserved |
| Buchholz, Robert W. | Unserved |

07/27/2020 **Proposed Order**
*- Order Granting Temporary Restraining Order - sent to court via que*

07/27/2020 **Original Answer**
*Defendants Southern Star Capital, LLC d/b/a Reliance Mortgage Company, Mike Anderson, and Robert W. Buchholz Original Answer*

07/27/2020 **Notice of Hearing**
*- July 29, 2020 @1:30p - sent to court via que*

07/28/2020 **Exhibit List**
*- Defendants Exhibit List for Temporary Injunction Hearing Set July 29, 2020 @1:30p*

07/28/2020 **Exhibit List**
*- Plaintiff's Exhibit List for July 29, 2020 TRO Hearing*

07/28/2020 **Original Answer**
*- Defendant Mark Adams Original Answer*

07/29/2020 **Hearing** (1:30 PM) (Judicial Officer Bridewell, Wayne)

*Hearing on Request for Temporary and Permanent Injunction by Zoom 954 9612 2105*
Result: Held

07/29/2020 **Brief**
*- Plaintiff's Brief in Support of TRO*

07/29/2020 **Objections**
*Defts' Objections & Exceptions to Pltf's Original Petition & Request for Temp & Perm Injunction - Sent to court via que*

07/29/2020 **Proposed Order**
*Proposed Order Denying Temporary Injunction - Sent to court via que*

07/29/2020 **Supplemental Exhibit List**
*Plaintiff's First Supplemental Exhibit List for July 29, 2020 TRO Hearing - sent to court via que*

07/29/2020 **Letter**
*Letter from Citizen Bank*

07/30/2020 **Rule 11 Agreement**
*- sent to court via que*

08/07/2020 **Vacation Letter**
*Sent to court via que*

08/17/2020 **E-Mail Correspondence**
*RE: Defendant's Exhibits*

08/17/2020 **Exhibit List**
*- Defendants Exhibit List for Temporary Injunction Hearing Set August 18, 2020 @9:30 A.M.*

08/17/2020 **Motion**
*-Motion for Leave to Withdraw and Substitute Counsel-Sent to court via que*

08/17/2020 **Supplement**
*- Plaintiff's Second Supplemental Exhibit List for August 18,2020 TRO Hearing*

08/17/2020 **Supplement**
*- Plaintiff's First Supplemental Petition, Jury Demand and Request for Temporary and Permanent Injunction*

08/18/2020 **Hearing** (9:30 AM) (Judicial Officer Bridewell, Wayne)
*continuation of hearing begun 07/29/2020 ZOOM Rescheduled from 7/31/2020 to 08/18/2020 by agreement of attorneys Zoom 936 1181 3937*
Result: Held

08/18/2020 **Order on Motion**
*for leave to withdraw and substitute counsel*

08/18/2020 **Supplement**
*- Plaintiff's Third Supplemental Exhibit List for August 18. 2020 TRO Hearing*

08/18/2020 **Letter**
*- Letter Providing Authorities Requested - sent to court via que*

08/21/2020 **Motion**
*Plaintiff's Verified Motion for Emergency Relief*

08/24/2020 **Supplemental Petition**
*Plaintiff's Second Supplemental Petition, Jury Demand and Request for Temporary and Permanent Injunction*

08/24/2020 **Jury Fee Paid**

08/28/2020 **Order Granting Temporary Restraining Order**

08/28/2020 **Temporary Restraining Order Issued**
*Southern Star Capital, LLC d/b/a Reliance Mortgage Comany*

08/28/2020 **Temporary Restraining Order Issued**
*Mike Anderson*

08/28/2020 **Temporary Restraining Order**
*Mark Adams*

08/28/2020 **Temporary Restraining Order Issued**
*Robert W. Buchholz*

08/28/2020 **Temporary Restraining Order**

| | | |
|---|---|---|
| Southern Star Capital, LLC d/b/s Reliance Mortgage Company | Served | 08/31/2020 |
| | Returned | 09/02/2020 |
| Adams, Mark | Unserved | |
| Anderson, Mike | Served | 08/31/2020 |
| | Returned | 09/02/2020 |
| Buchholz, Robert W. | Served | 08/31/2020 |
| | Returned | 09/02/2020 |

09/02/2020 **Temporary Restraining Order Returned**
*- EXECUTED 8-31-2020*

09/02/2020 **Temporary Restraining Order Returned**
*- EXECUTED 8-31-2020*

09/02/2020 **Temporary Restraining Order Returned**
*- EXECUTED 8-31-2020*

09/10/2020 **Amended Answer**
*Defendant Mark Adams First Amended Original Answer*

09/10/2020 **Letter Requesting Issuance of Citation(s)**

09/10/2020 **Citation Issued**
*- emailed to atty*

09/10/2020 **Citation**

| | | |
|---|---|---|
| Citizens Bank | Served | 09/24/2020 |
| | Returned | 09/25/2020 |

09/10/2020 **E-Mail Correspondence Setting Hearing**

09/10/2020 **Notice of Hearing**
*- September 30, 2020 @10:00a - sent to court via que*

09/11/2020 *CANCELED* **Temporary Restraining Order** (10:00 AM) (Judicial Officer Bridewell, Wayne)
*Other*
*Zoom 955 7352 2477*

09/24/2020 **Motion**
*Defendant Robert W Buchholz Motion for Protective Order*

09/24/2020 **Motion**
*Defendant Mike Anderson Motion for Protective Order*

09/25/2020 **Citation Returned**
*- EXECUTED 9-24-2020*

| | |
|---|---|
| 09/29/2020 | **E-Mail Correspondence**<br>*RE: Exhibits* |
| 09/29/2020 | **Supplemental Petition**<br>*- Plaintiffs' Third Supplemental Petition, Jury Demand and Request for Temporary and Permanent Injunction* |
| 09/29/2020 | **Exhibit List**<br>*Defendants' Exhibit List for Temporary Injunction Hearing Set September 30, 2020 at 10:00 A.M.* |
| 09/29/2020 | **Supplemental Exhibit List**<br>*-Plaintiff's Fourth Supplemental Exhibit List for September 30, 2020 Injunction Hearing* |
| 09/29/2020 | **Brief**<br>*- Plaintiffs's Brief in Support of Injunction* |
| 09/30/2020 | **Hearing** (10:00 AM) (Judicial Officer Bridewell, Wayne)<br>*Continuation hearing from 7/29 and 8/18 Zoom 925 5159 3275*<br>Result: Held |
| 09/30/2020 | **Cover Letter**<br>*Re: Citizens Bank* |
| 09/30/2020 | **Letter to Court**<br>*RE: Statutes for Judge to review* |
| 10/01/2020 | **Letter from Court**<br>*RE: Courts ruling on Temp Injunction* |
| 10/01/2020 | **Proposed Order**<br>*-Order Denying Plaintiff's Request for Injunction Relief-Sent to court via que* |
| 10/02/2020 | **Notice of Appeal**<br>*-Plaintiffs' Notice of Accelerated Appeal-Gave to Carly* |
| 10/02/2020 | **Docket Entry**<br>*Notice of Appeal sent to The 10th Court of Appeals via TAMES trace #9970* |
| 10/05/2020 | **Letter**<br>*Letter from The 10th Court of Appeals - Notice of Appeal has been filed* |
| 10/05/2020 | **Designation**<br>*Designation Letter and case information sheet issued and emailed and mailed to Atty* |
| 10/07/2020 | **Notice of Bankruptcy**<br>*- Notice of Bankruptcy Filing of LDG001, LLC - sent to court via que* |
| 10/08/2020 | **Docket Entry**<br>*Notice of Bankruptcy sent to The 10th Court of Appeals via TAMES trace #9981* |
| 10/09/2020 | **Letter**<br>*Letter from The 10th Court of Appeals - Supplemental Clerk's Record filed* |
| 10/13/2020 | **Original Answer**<br>*-Defendant, Citizens Bank's Original Answer to Plaintiffs' Second Supplemental Petition* |
| 10/22/2020 | **Order of Case Closing** |
| 10/22/2020 | **Docket Sheet** |
| 11/30/2020 | **Docket Entry**<br>*Email from Atty in regards to the Appeal being on hold.* |
| 12/10/2020 | **Letter**<br>*Letter from The 10th Court of Appeals - Court rendered Notice* |
| 12/10/2020 | **Notice** |
| 02/25/2021 | **Letter**<br>*Letter from The 10th Court of Appeals - Court issued an opinion* |
| 02/25/2021 | **Memorandum Opinion** |
| 10/26/2021 | **Notice of Appearance**<br>*Notice of Appearance of Co-Counsel for Plaintiffs-sent to Court via queue* |
| 10/26/2021 | **Notice of Non-Suit**<br>*Plaintiff's Notice of Non-Suit-sent to Court via queue* |
| 10/27/2021 | **Order Granting Nonsuit** |
| 10/27/2021 | **Notice** |
| 10/27/2021 | **Docket Sheet** |

## Financial Information

| | | | | |
|---|---|---|---|---|
| | **Plaintiff** LDG001, LLC | | | |
| | Total Financial Assessment | | | 352.00 |
| | Total Payments and Credits | | | 352.00 |
| | **Balance Due as of 12/02/2021** | | | **0.00** |
| 07/24/2020 | Transaction Assessment | | | 344.00 |
| 07/24/2020 | E-File | Receipt # 2020-05251 | LDG001, LLC | (344.00) |
| 09/10/2020 | Transaction Assessment | | | 8.00 |
| 09/10/2020 | E-File | Receipt # 2020-06475 | LDG001, LLC | (8.00) |