# Register of Actions
## Case No. CV20-0923

**JMR 100, LLC, BM318, LLC vs. Southern Star Capital, LLC d/b/a Reliance Mortgage Company, Mike Anderson, Mark Adams and Robert W. Buchholz** § § § § §

Case Type: **Contract - Other**
Date Filed: **07/24/2020**
Location: **415th District Court**

### Party Information

| | | Attorneys |
|---|---|---|
| **Defendant** | **Adams, Mark** | **Robert D. Wilson**<br>*Retained*<br>214-637-8866(W) |
| **Defendant** | **Anderson, Mike** | **Robert W. Buchholz**<br>*Retained*<br>214-754-5500(W) |
| **Defendant** | **Buchholz, Robert W.** | **Robert W. Buchholz**<br>*Retained*<br>214-754-5500(W) |
| **Defendant** | **Southern Star Capital, LLC** ***Doing Business As*** **Reliance Mortgage Company** | **Robert W. Buchholz**<br>*Retained*<br>214-754-5500(W) |
| **Plaintiff** | **BM318, LLC** | **Evan "Van" Lane Shaw**<br>*Retained*<br>214-754-7110(W)<br><br>Vance McMurry<br>*Retained*<br>469-892-7200(W) |
| **Plaintiff** | **JMR 100, LLC** | **Evan "Van" Lane Shaw**<br>*Retained*<br>214-754-7110(W)<br><br>Vance McMurry<br>*Retained*<br>469-892-7200(W) |

### Events & Orders of the Court

**OTHER EVENTS AND HEARINGS**

| | | |
|---|---|---|
| 07/24/2020 | **Case Filed (OCA)** | |
| 07/24/2020 | **Letter** | |
| 07/24/2020 | **Plaintiff's Original Petition** | |
| 07/24/2020 | **Citation** | |
| | Southern Star Capital, LLC | Unserved |
| | Anderson, Mike | Unserved |
| | Adams, Mark | Unserved |
| | Buchholz, Robert W. | Unserved |
| 07/24/2020 | **Jury Fee Paid** | |
| 07/27/2020 | **Notice of Hearing** | |
| 07/29/2020 | **Amended Petition** | |
| 07/29/2020 | **Brief** | |
| 07/29/2020 | **Proposed Order** | |
| 07/30/2020 | **TEMPORARY INJUNCTION HEARING** (1:30 PM) (Judicial Officer Quisenberry, Graham)<br>Result: Reset | |
| 07/30/2020 | **Rule 11 Agreement** | |
| 08/07/2020 | **Letter** | |
| 08/24/2020 | **Original Answer** | |
| 08/25/2020 | **Motion** | |
| 08/25/2020 | **Certificate of Last Known Mailing Address** | |
| 08/25/2020 | **Proposed Order** | |
| 08/25/2020 | **Original Answer** | |
| 08/27/2020 | **TEMPORARY INJUNCTION HEARING** (1:30 PM) (Judicial Officer Quisenberry, Graham) | |

| | |
|---|---|
| | Result: Parties Appeared |
| 08/28/2020 | **Supplemental Petition** |
| 08/28/2020 | **Objection** |
| 08/31/2020 | **TEMPORARY INJUNCTION HEARING** (1:30 PM) (Judicial Officer Quisenberry, Graham) |
| 09/01/2020 | **Letter** |
| 09/01/2020 | **Letter** |
| 09/01/2020 | **Suggestion of Bankruptcy (OCA)** |
| 09/01/2020 | **Order** |
| 09/24/2020 | **Objection** |
| 11/30/2020 | **Exhibit Transmittal** |
| 10/26/2021 | **Appearance of Counsel** |
| 10/26/2021 | **Notice of Nonsuit** |
| 10/26/2021 | **Proposed Order** |
| 10/26/2021 | **Active (OCA)** |
| 10/27/2021 | **Order of Nonsuit** |

## Financial Information

| | | | | |
|---|---|---|---|---|
| | **Plaintiff** JMR 100, LLC | | | |
| | Total Financial Assessment | | | 344.00 |
| | Total Payments and Credits | | | 344.00 |
| | **Balance Due as of 12/02/2021** | | | **0.00** |
| 07/24/2020 | Transaction Assessment | | | 344.00 |
| 07/24/2020 | E-File Payment | Receipt # 2020-07555 | JMR 100, LLC | (344.00) |