Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Proposed Attorneys for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**DEBTOR'S SUPPLEMENT TO WITNESS AND EXHIBIT LIST**

Comes now 2999TC Acquisitions, LLC, debtor in the above-styled and numbered bankruptcy case ("Debtor"), and files this its Supplement to Witness and Exhibit List for the hearings scheduled on December 9, 2021.

**Witnesses**

At the hearing, the Debtor may call the following persons to testify as witnesses:

1. Tim Barton
2. Larry Martin
3. Jeff Worley
4. Kevin Donahue
5. Bipin Nambiar
6. Vance McMurry
7. Michael Matthews
8. Designated Representative of CBRE
9. Designated Representative of Lincoln Properties

10. Mike Reddell with Douglas Elliman

11. Tom McElroy with Lincoln Properties

12. Winston Puig

13. Any witness designated by any other party

**Exhibits**

At the hearing the Debtor may present one or more of the following exhibits:

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 33-A | Order Granting Plaintiff 2999TC Acquisitions, LLC f/k/a MO 2999TC, LLC"s Dismissal Without Prejudice | | |
| 33-B | Loan Purchase Order dated March 12, 2021 | | |
| 33-C | Appraisal of Real Property - Cushman & Wakefield dated August 13, 2019 | | |
| 33-D | 2999 Turtle Creek Hotel & Residences Executive Summary | | |
| 33-E | Loan Purchase Agreement dated April 13, 2021 | | |
| 33-F | Prepaid Interest Agreement dated September 20, 2021 | | |
| 33-G | Certification of Rent Roll dated September 20, 2019 | | |
| 33-H | Marketing Photos | | |
| 33-I | Belmont Place Marketing Photos | | |
| 33-J | License Agreement between 2999TC Acquisitions, LLC and Mandarin Oriental Hotel Company, Inc. | | |
| 33-K | Email from Vance McMurry to Vipin Nambiar dated July 30, 2021 | | |
| 33-L | Email from Tim Barton to Vipin Nambiar dated August 16, 2021 | | |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 33-M | Emails from Colin Fitzgibbons to Vipin Nambiar dated August 18, 2021 and August 20, 2021 | | |
| 33-N | Multi-Family Sales Comparables **[CONFIDENTIAL]** | | |
| 33-O | Mandarin Oriental Luxury Hotel & Residences - Investment Opportunity Prospectus | | |
| 33-P | Letter from HN Capital Partners to James Dondero (Nexpoint Advisors, LP) dated October 8, 2021 **[CONFIDENTIAL]** | | |
| 33-Q | Letter from HN Capital Partners to James Dondero (Nexpoint Advisors, LP) dated October 8, 2021 **[CONFIDENTIAL]** | | |
| 33-R | Email from Vance McMurry to Vipin Nambiar dated October 29, 2021 | | |
| 33-S | Second Amendment to the Forbearance and Payoff Agreement dated October 29, 2021 | | |
| 33-T | Email exchange among Michael Swaldi, Colin Fitzgibbons, and Vipin Nambiar dated October 28, 2021 | | |
| 33-U | Email exchange among Vipin Nambiar, James Dondero, DC Sauter, and Nate Christensen dated between October 8-18, 2021 **[CONFIDENTIAL]** | | |

Debtor reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserves the right to call additional witnesses and introduce additional exhibits in rebuttal. Debtor further reserves the right to supplement this list prior to the hearing.

Dated: December 8, 2021.

Respectfully Submitted

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR 2999TC ACQUISITIONS, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 8, 2021, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF filing system upon the parties receiving electronic notice in this case listed below.

John J. Kane
jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com

Sherrel K. Knighton
Sherrel.Knighton@lgbs.com, Dallas.Bankruptcy@lgbs.com; Sean.French@lgbs.com; Dora.Casiano-Perez@lgbs.com; Olivia.Salvatierra@lgbs.com

Joyce W. Lindauer
joyce@joycelindauer.com, dian@joycelindauer.com; deann@joycelindauer.com; 12113@notices.nextchapterbk.com

Steven C. Metzger
smetzger@pmklaw.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer