**CAUSE NO. DC-20-05864**

| | | |
|---|---|---|
| **2999TC ACQUISITIONS, LLC f/k/a MO 2999TC, LLC,** | § | **IN THE DISTRICT COURT** |
| ***Plaintiff,*** | § | |
| **vs.** | § | |
| **HNGH TURTLE CREEK, LLC, WILLIAM L. HUTCHINSON, VIPIN NAMBIAR, HN GREEN HOLLOW CAPITAL PARTNERS, LLC, 2999 TURTLE CREEK, LLC, AND MADISON REALTY CAPITAL, LP,** | § | **DALLAS COUNTY, TEXAS** |
| ***Defendants.*** | § | **14TH JUDICIAL DISTRICT** |

**ORDER GRANTING PLAINTIFF 2999TC ACQUISITIONS, LLC f/k/a MO 2999TC, LLC'S DISMISSAL WITHOUT PREJUDICE**

On this day came on to be heard and considered Plaintiff 2999TC Acquisitions, LLC f/k/a MO 2999TC, LLC's Notice of Nonsuit Without Prejudice ("Notice"), in the above-entitled and numbered cause, seeking nonsuit of said lawsuit without prejudice. The Court is of the opinion and finds that this Notice should be GRANTED.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED,** that this matter be dismissed without prejudice to the right of Plaintiff 2999TC Acquisitions, LLC f/k/a MO 2999TC, LLC to refile same or any part thereof.

All relief not expressly granted herein is hereby denied.

**SIGNED** this 30 day of November, 2020

Honorable Eric Moyè
14th District Court
Presiding Judge



EXHIBIT
A