

# 2999 TURTLE CREEK HOTEL & RESIDENCES

*Dallas, Texas*

JMJ DEVELOPMENT

HNGH000377

EXHIBIT

D

tabbies

# EXECUTIVE SUMMARY

**2999 Turtle Creek Hotel and Residences** (the "Project" or "Property") will be developed on a 2.47-acre site in the prestigious Turtle Creek neighborhood of Dallas, Texas.

Site work will begin in Q2 2020 with an anticipated completion schedule of 30 months. The Sponsor has executed an agreement with an internationally renown 5-star luxury hotel brand to manage and flag the Hotel and Residences. The Project will include 177 rooms and 97 residences, full-service food and beverage operations, luxury spa, fitness area and recreational facilities with guest and resident pools and amenity decks.

The Project will represent the only ultra-luxury hotel in Dallas that is internationally recognized and located in a highly desirable, irreplaceable location. Turtle Creek is the premier live/work/play submarket in Dallas- Fort Worth, attracting residents with its dynamic nightlife and booming office employment (13.3MM SF of office). The Property has convenient access to downtown Dallas, Arts District, Highland Park Village, Uptown, West Village and Klyde Warren Park.

The Sponsor, JMJ Development, LLC was founded by Timothy Barton in 1990 and is based in Dallas, TX. JMJ is a privately-owned, full service real estate development firm focused on the global acquisition and development of ultra-luxury hotels, resorts and branded residences. In recent years, JMJ has been responsible for closing over $2.5B in transactions and has produced several world-class projects for high- profile clients including the Rosewood Mayakobá and Cabo Pacifica in Mexico. JMJ has received the Five-Star Diamond award by The American Academy of Hospitality Sciences, a distinct honor that is recognized worldwide as a hallmark of excellence in the global travel and luxury services sector.

# EXECUTIVE SUMMARY

| PROJECT | 2999 TURTLE CREEK |
|---|---|
| Owner | JMJ Centre, LLC |
| Location | 2999 Turtle Creek, Dallas, Texas 75219 |
| Developer | JMJ Development, LLC |
| Net Acres | 2.47 Acres |
| Status | Predevelopment |
| **HOTEL** | |
| Hotel Rooms SF | 122,804 |
| Hotel GSF | 295,262 |
| Number of Hotel Keys | 177 |
| Number of Hotel Floors | 12 |
| Average Hotel Room Size | 694 |
| Stabilized ADR (Operating Year 3) | $478 |
| Stabilized Occupancy (Operating Year 3) | 77% |
| Hotel Exit Year | Operating Year 5 |
| Hotel Exit Year NOI | $14,634,689 |
| Hotel Exit Cap Rate | 5.75% |
| Hotel Exit Value | $254,516,330 |
| Exit Value per Key | $1,437,945 |
| Hotel Net Sale Proceeds | $251,334,876 |
| **BRANDED RESIDENCES** | |
| Residences Saleable SF | 266,930 |
| Residences GSF | 353,241 |
| Number of Residence Units | 97 |
| Residence Levels | 16 |
| Average SF per Residence | 2,752 |
| Average Residence Unit Price | $3,439,820 |
| Average Residence Price per SF | $1,250 |
| Residences Net Sale Proceeds | $300,296,250 |
| Residences Net Profit | $126,227,096 |
| Residences Net Margin | 42% |
| **TOTAL PROJECT** | |
| Total Capitalization | $361,446,586 |
| Senior Debt | $255,000,000 |
| Equity | $106,446,586 |
| Project Levered IRR | 22.80% |
| Project Levered Multiple | 3.01 |
| **TOTAL EQUITY** | |
| Total Equity | $106,446,586 |
| Sponsor Equity | $2,200,000 |
| GP Co-Equity | $19,800,000 |
| LP Equity | $84,446,586 |
| GP Co-Equity Multiple | 2.70 |
| LP Equity Multiple | 2.20 |





HNGH000379



# Dallas Market Overview

The emerging Trends in Real estate for 2019 report from Price Waterhouse Coopers and the Urban Land Institute ranked the Dallas-Fort Worth Metroplex as the number one market for overall real estate prospects in 2019 out of 78 other cities.

The Dallas-Fort Worth region has been a magnet for corporate headquarters and major company operations, attracting 22 Fortune 500 company headquarters and 42 headquarters among the Fortune 1000. A diverse group of household names such as ExxonMobil, Texas Instruments, AT&T, American Airlines, J.C. Penney, Kimberly-Clark, Toyota, and Dr Pepper call the region home. As the Southwest's leading business and financial center, the area boasts the largest wholesale market in the world.

allas-Fort Worth International Airport is an economic engine for the .egion, generating $37 billion in economic impact annually. It is the highest-capacity commercial airport in the world and one of two international gateway airports in Texas. Located just seven miles from downtown Dallas, and serves more than 15.7 million passengers in 2017.

The Dallas-Fort Worth region has major arts districts. The Dallas Arts District, anchored by the Dallas Museum of Art, Morton H. Meyerson Symphony Center, and AT&T Performing Arts Center, is nearly 70 acres—the largest contiguous urban arts district in the country.

The Dallas-Fort Worth region has a robust hospitality industry presence that can handle meeting and convention events of all sizes and types. Some major annual events include the Dallas Farmers Market, Toyota Dallas Holiday Parade, Addison Kaboom Town, BMW Dallas Marathon, AT&T Byron Nelson, Grapefest, Taste of Dallas, Dallas House of blues, and Dallas International Film Festival.

- ✓ Dallas ranks #7 for The Cities Creating The Most White-Collar Jobs by Forbes
- ✓ Business Insider ranks Dallas 4th for The 10 US cities that are growing fast, offering jobs, and presenting business opportunities
- ✓ Indeed ranks Dallas 3rd Among the 15 largest metros for highest salaries after adjusting for the cost of living
- ✓ Inc 5000 ranks Dallas 8th for The Top 10 business Hubs for Fast Growing Companies in 2017.

| Major Employers | Employees |
|---|---|
| AMR Corporation (American Airlines) | 24,700 |
| Bank of America Corp. | 20,000 |
| Texas Health Resources Inc | 19,230 |
| Dallas ISD | 18,314 |
| Baylor Health Care System | 17,097 |
| AT&T | 15,800 |
| Lockheed Martin Aeronautics Co. | 14,126 |
| JP Morgan Chase & Co. | 13,500 |
| UT- Southwestern Medical Center | 13,122 |

HNGH000381


AREA OVERVIEW
10

# TURTLE CREEK OVERVIEW



As the premier live/work/play submarket in Dallas-Fort Worth, the Uptown/Turtle Creek continues to attract residents with its dynamic nightlife and booming office employment growth. Turtle Creek is home to global institutions such as, PWC, WeWork, McKinsey & Company, Bain & Company, Clarion Partners, UBS, Holland & Knight LLP, Deutsche bank, Trammell Crow Company, Red Bull, Wells Fargo Advisors, and Prologis.

The subject site offers easy access to major job centers in Uptown, Turtle Creek. It is also a short DART or Trolley ride to culture (Arts District), shopping (Highland Park Village, West Village), nightlife (Deep Ellum, Oak Lawn, West Village, Knox-Henderson) and parks (Klyde Warren Park, Reverchon Park, the Katy Trail).

This property can also host visitors exploring the creative arts scene including The Ann & Gabriel Barbier-Mueller Museum, Perot Museum of Nature and Science, Dallas Chamber Orchestra, Kalita Humphreys Theater and Pan American Art Gallery.

Turtle Creek's existing hotel and residential market is outdated, many new residents will find that options for new, amenity rich product in the heart of the submarket are very hard to find. The market is in need of new, luxury product to accommodate the influx of high net worth individuals. Due to scarcity of land and the underserved market, developers are in a race to deliver luxury product in high demand.



HNGH000383


SURROUNDING AREA
RESIDENTIAL USES
1. Belmont Village Senior Living
2. The Renaissance
3. Gallery at Turtle Creek Apartments
4. 3435 Dickason Apartments
5. Mansion Residences
6. Monaco on the Trail Apartments
HOTEL USES
7. Rosewood Mansion
HIGHRISE OFFICES
8. Park Place on Turtle Creek
9. 3131 Turtle Creek
PARKS & RECREATION
10. Oak Lawn Park
11. Turtle Creek Park
1
2
3
4
5
6
7
8
9
10
11
2999 TURTLE CREEK
HOTEL & RESIDENCES
2999 TURTLE CREEK HOTEL & RESIDENCES
Area Overview | 13

## SITE PLAN






HNGH000385

## ROOF PLAN






HNGH000386



VIEW OF THE SECONDARY ENTRY LOOKING EAST



HNGH000387



VIEW FROM THE SOUTHWEST ALONG TURTLE CREEK



JMJ DEVELOPMENT

JMJ is a full service real estate development and management firm headquartered in Dallas, Texas.
JMJ principals possess in excess of 125 years of real estate
ownership, operational, and development experience.

Over the past 25 years of JMJ history, the principals have acquired, developed, and operated on some of the most renowned properties in both the United States and international markets.

JMJ possesses the unique management combination of hands on real estate entrepreneurial expertise combined with a long standing institutional pedigree and fiduciary responsibilities.



**TIM BARTON,** ***Founder & CEO of JMJ.*** Over the years, Tim has gained a reputation for completing world-class commercial projects on a timely basis without sacrificing elegance of detail or architectural integrity. From concept to finished project, Mr. Barton is a reliable source for financial advice and project management. The uncompromising standards associated with the companies under Mr. Barton's control have attracted some of the most significant names and brands in real estate that include the likes of Trump and John Paul Dejoria. Mr. Barton is responsible for closing over $2 billion in transactions and is known for his ability to seek out opportunities and structure deals in a manner that optimizes returns for the company and its investors.

## COMPANY DISCLAIMER

JMJ DEVELOPMENT

JMJ HOSPITALITY

Please direct inquiries to:

**TIMOTHY L. BARTON**
1755 Wittington Place, Suite 340
Farmers Branch, Texas 75244
TBarton@jmjdevelopment.net
Office: (972) 385-9934
Cell: (214) 673-8714

THIS BROCHURE CONTAINS VARIOUS PERFORMANCE ESTIMATES, TARGETS OR PROJECTS THAT ARE BASED UPON AND SUBJECT TO VARIOUS ASSUMPTIONS MADE AS OF THE DATE SUCH PROJECTIONS, ESTIMATES AND/OR TARGETS WERE DEVELOPED. ALL ESTIMATES ARE UNAUDITED AND CALCULATED ON A PRO FORMA BASISS. ESTIMATES ARE PROVIDED FOR INFORMATION-AL PURPOSES ONLY. WHILE SUCH PROJECTIONS, ESTIMATES AND TARGETS ARE BELIEVED TO BE REASONABLE APPROXIMATIONS BASED UPON AVAILABLE INFORMATION, NO GUARANTEE OR ASSURANCE CAN BE PROVIDED AS TO THEIR ACCURACY. CONSEQUENTLY, THE INCLUSION OF THE ESTIMATES, TARGETS OR PROJECTIONS HERIN SHOULD NOT BE REGARDED AS ANY REPRESENTATION BY JMJ DEVELOPMENT OR AFFILIATED COMPANIES THAT SUCH PROJECTIONS OR TARGETS WILL BE ACHIEVED.

THIS BROCHURE MAKES USE OF LINCENSED STOCK PHOTOGRAPHY. SOME PHOTOGRAPHY IS FOR ILLUSTRATIVE PURPOSES ONLY AND PERSONS/RENDERINGS DEPICTED ARE MODELS/ EXAM-PLES. THEY ARE REPRESENTATIVE IN NATURE AND SUBJECTED TO CHANGE.