# CERTIFICATION OF RENT ROLL

The undersigned, the Authorized Signatory of **MO 2999TC, LLC** (hereinafter, the "**Borrower**"), hereby certifies to **2999 TURTLE CREEK LLC**, its successors and/or assigns, as their interests may appear ("**Lender**"), that attached hereto and made a part hereof as Exhibit A is a current Rent Roll covering the tenancies at 2999 Turtle Creek, Dallas, Texas 75219 (the "**Premises**"), which is true, complete and accurate as of the date hereof.

This Certification is made to induce Lender to make a certain loan to the Borrower in the principal sum of $32,500,000.00 (the "**Loan**"), which Loan is secured by, among other things, a first (1st) mortgage encumbering the Premises, knowing Lender will place reliance hereon.

Dated: As of September 20, 2019

[SIGNATURE PAGE TO FOLLOW]

EXHIBIT
tabbies
G

The undersigned has executed this Certification of Rent Roll as of the day and year first written above.

TIMOTHY LYNCH BARTON

**Exhibit A**

(Rent Roll)

Borrower hereby represents that, as of the date of this Certification of Rent Roll, there are no individuals, partnerships (whether general or limited), limited liability companies, corporations, trusts, estates, associations, nominees or other entities, with any rights to use and occupy the Premises, whether via a lease or any other type of use and occupancy agreement, oral or written.