
EXHIBIT
H
tabbies


Rare Opportunity for One of the
Nicest Office Spaces in Dallas
2999 TURTLE CREEK
LINCOLN
PROPERTY
COMPANY









# first class amenities

## Dining

Twenty of the Top 50 Restaurants in Dallas are within 3 miles of 2999 Turtle Creek, according to D Magazine

## Hotels

- Rosewood Mansion on Turtle Creek
- Warwick Melrose
- Ritz-Carlton
- Hotel Zaza
- The W Dallas
- Rosewood Crescent

## Proximity to amenities and landmarks:

- Turtle Creek
- Katy Trail
- Turtle Creek Village (0.4 miles)
- West Village (<1 mile)
- The Shops of Highland Park (1.2 miles)
- Knox District (2.3 miles)
- Dallas CBD (2.5 miles)
- Highland Park Village (2.7 miles)
- Dallas Love Field Airport (3.6 miles)
- Preston Center (6 miles)

## property highlights

**Total Square Footage**
25,000 RSF

**Typical Floor Plate**
12,500 RSF

**Parking**
35 free surface spaces are available
3.00/1,000 Covered/Gated

**Year Built**
2004

## Ground Floor



## Second Floor




## Parking Garage




LINCOLN PROPERTY COMPANY

For more information and leasing opportunities contact:

Worthey Wiles
214.740.3332
wwiles@lpc.com

Jake Young
214.740.3436
jyoung@lpc.com





HNGH000797



HNGH000798



HNGH000799