# Belmont Place

Dallas, Texas

EXHIBIT
I

tabbles




2999
Belmont Place



Main Entry—custom bronze doors with a marble medallion floor.


Library/Guest Reception















Pavilion Building—Conference,
Dining, Fitness Facilities



















Reception Area





Rotunda Area—45-foot-high ceiling
with 18th-century Italian chandelier