**Date:** Fri, 30 Jul 2021 4:14:23 PM (UTC)
**Sent:** Fri, 30 Jul 2021 4:14:13 PM (UTC)
**Subject:** Re: HNGH Turtle Creek Forbearance
**From:** Tim Barton <tbarton@jmjdevelopment.com>
**To:** Vance McMurry <vance@mcmurrylegal.com>; Vipin Nambiar <vnambiar@hncapitalpartners.com>;
**CC:** Tim Barton <tbarton@jmjdevelopment.com>; Isaac J. Brown <isaac.brown@wickphillips.com>; Nathan Wilson <nwilson@hncapitalpartners.com>; Michael Matthews <MMatthews@jmjdevelopment.com>; nicole.gray@wickphillips.com;

---

Vance I got a text from Vipin the case will be handle Monday did not seem to be today focus on funding today
Sent from my BlackBerry 10 smartphone.

---

**From:** Vance McMurry
**Sent:** Friday, July 30, 2021 11:09 AM
**To:** Vipin Nambiar
**Cc:** Tim Barton; Isaac J. Brown; Nathan Wilson; Michael Matthews; nicole.gray@wickphillips.com
**Subject:** Re: HNGH Turtle Creek Forbearance

---

(Added Nicole Gray since Isaac is out of the office)
Vipin,
I wanted to confirm the amount of $1,528,496.00 that we will be wiring today. Although you provided your account information, the agreement apparently calls for the funds to be wired into an escrow account with a bank subject to your approval. (see below) Has that account been set up and if so, can you provide the wiring instructions? If not, do you want us to set that up?
Additionally according to Tim, the two of you had discussed non-suiting the current case but tolling the statute of limitations in the event it needed to be reasserted. Since Issac is out of the office, is there someone else that is filling in for him that I can discuss that with further and/or provide the necessary draft documents? The agreed order abating that case expires on 7/31. Thanks.

2. Loan Modification.

a) Loan Amount. Lender and the JMJ Parties hereby acknowledge and agree that as of December 31, 2020, the new principal balance of the Loan is $40,073,171.00 (the "**Modified Loan**"), provided that so long as no uncured Forbearance Default has occurred, the Modified Loan shall be $39,748,171.00 (including the existing legal fees equal to $925,000).

b) Term. The Modified Loan shall be due and payable on or before July 31, 2021 (the "**Initial Maturity Date**"), unless extended pursuant to Section 2(c) below.

c) Extension Option. At any time before the Initial Maturity Date, the JMJ Parties shall have the option to extend the Initial Maturity Date for a period of ninety (90) days (the "**Extended Maturity Date**") so long as the JMJ Parties have deposited the amount of $784,074 ("**Extension Deposit**") (in addition to the amount deposited under Section 2(d) of this Agreement) into an escrow account with a bank satisfactory to Lender in its sole discretion (the "**Escrow Account**"), to be applied by Lender to make monthly interest payments. The JMJ Parties hereby agree that the delivery of the Extension Deposit shall be deemed a ratification of the existing representations, covenants, and warranties of the JMJ Parties made herein and affirmation that such representations, covenants, and warranties remain true and correct as of the date the Extension Deposit is made. Upon the occurrence and continuance of an uncured Event of Default under the Loan Documents which occurs after the Effective Date of this Agreement or an uncured Forbearance Default under this Agreement, Lender may apply any amount in the Escrow Account to offset interest payments due under the Note.

Vance McMurry
Attorney at Law
McMurry Law, PLLC

EXHIBIT
tabbies
K

508 W. Lookout Dr., Ste. 14-74
Richardson, Texas 75080
972-746-9656
888-388-0561 Fax
vance@mcmurrylegal.com

The information contained in this message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or text at 972-746-9656, return the message to us by email ( vance@mcmurrylegal.com ) and confirm that you have deleted the email including all copies and attachments. Thank you.

On Thu, Jul 29, 2021 at 7:06 PM Vipin Nambiar <vnambiar@hncapitalpartners.com > wrote:

Let me read again. We read that interest payments starting March 1 was to be applied, given the discount to 8%.

Sent from my iPhone

On Jul 29, 2021, at 7:03 PM, Tim Barton <tbarton@jmjdevelopment.com > wrote:

□&#x0;&#x0;htmltag4
Paragraph 2 e states that delay payments are included in partial interest payments for a total of $700,000 credited to interest reserve
So add the two delay payments and we agree
Tb
ent from my BlackBerry 10 smartphone.

**From:** Vipin Nambiar
**Sent:** Thursday, July 29, 2021 6:47 PM
**To:** Tim Barton; vance@mcmurrylegal.com; Isaac J. Brown; Nathan Wilson
**Subject:** Fwd: HNGH Turtle Creek Forbearance

Tim, see calculation below.
Regards,
Vipin

Sent from my iPhone
Begin forwarded message:

**From:** Nathan Wilson <nwilson@hncapitalpartners.com >
**Date:** July 29, 2021 at 6:17:42 PM CDT
**To:** Vipin Nambiar <vnambiar@hncapitalpartners.com >
**Subject: HNGH Turtle Creek Forbearance**

□&#x0;&#x0;htmltag4

Hello Vipin,

Based off of the calculation below, created from data from forbearance agreement, HNGH Turtle Creed is owed $1,728,496.

<image001.png>

Please let me know if you have any questions or need additional information.

Thank you,

Nathan Wilson