| | |
|---|---|
| **Date:** | Mon, 16 Aug 2021 10:57:23 AM (UTC) |
| **Sent:** | Mon, 16 Aug 2021 10:57:10 AM (UTC) |
| **Subject:** | Fw: draft vipin |
| **From:** | Tim Barton <tbarton@jmjdevelopment.com> |
| **To:** | Vipin Nambiar <vnambiar@hncapitalpartners.com>; |
| **Attachments:** | Amended and Restated Forbearance Agreement REDLINE comparison to Forbearance Agreement.docx; AMENDED AND RESTATED Forbearance_Agreement11AUG2021.docx |

Vipin

As mentioned we are requesting extension of the loan so we can get construction loan with out having another bridge loan.

Call me with any questions and please make sure the abatment is done as the tolling agreement was signed

Thank you

Tim Barton

The information contained in this message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or text at 972-746-9656, return the message to us by email ( vance@mcmurrylegal.com ) and confirm that you have deleted the email including all copies and attachments. Thank you.

---------- Forwarded message ---------
From: **Vance McMurry** <vance@mcmurrylegal.com>
Date: Wed, Aug 11, 2021 at 1:45 PM
Subject: Re: draft vipin
To: larry martin <larry.martin1948@gmail.com>
Cc: Tim Barton <tbarton@jmjdevelopment.com>, Victoria Barton <vbarton.tx@gmail.com>

Attached is an amended and restated forbearance agreement which adds 2 options and which includes certain recitals such as we made the first option payment and exercised first extension, abated the lawsuit, executed deed in escrow and sent to escrow agent, executed a tolling agreement, and are currently in good standing - you may want to add others such as taxes were paid. Considering they would want to include all of the waivers and releases again I assumed that it was probably easiest to do an amended and restated agreement rather than a separate amendment. I've included redlined version that shows the revisions I made to the original agreement. Let me know if you have questions or revisions. Thanks.

Vance McMurry
Attorney at Law
McMurry Law, PLLC

EXHIBIT
tabbies
L

508 W. Lookout Dr., Ste. 14-74
Richardson, Texas 75080
972-746-9656
888-388-0561 Fax
vance@mcmurrylegal.com

The information contained in this message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or text at 972-746-9656, return the message to us by email ( vance@mcmurrylegal.com ) and confirm that you have deleted the email including all copies and attachments. Thank you.

On Tue, Aug 10, 2021 at 4:26 PM larry martin <larry.martin1948@gmail.com > wrote:

The only difference I added was 2 90 day extensions to be safe

Sent from my iPhone

On Aug 10, 2021, at 5:20 PM, Vance McMurry <vance@mcmurrylegal.com> wrote:

□Without looking at existing doc, Seems like you are basically wanting to do the same extension again? Yes? If so. What is different this time?

Vance McMurry
Attorney at Law
McMurry Law, PLLC
508 W. Lookout Dr., Ste. 14-74
Richardson, Texas 75080
972-746-9656
888-388-0561 Fax
vance@mcmurrylegal.com

The information contained in this message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at 972-746-9656and return the message to us by email ( vance@mcmurrylegal.com ). Thank you.

On Aug 10, 2021, at 3:53 PM, Tim Barton <tbarton@jmjdevelopment.com > wrote:

□&#x0;&#x0;htmltag4
Vance
Draft a loan ext to our current loan

Tb
Sent from my BlackBerry 10 smartphone.

**From:** larry.martin1948@gmail.com
**Sent:** Monday, August 9, 2021 12:56 PM
**To:** Tim Barton
**Subject:** draft vipin

Afternoon Vipin

In furtherance of our prior discussions ,I respectfully request an amendment to the Forbearance Agreement for an additional Loan Modification extending the Initial Maturity Date pursuant to paragraph 2c Pursuant to the terms therein -I would ask you to consider that 2999TC be granted 2 more extensions Options under the same terms and conditions as follows:

1 an interest payment of $784,074

2 paid any time prior to the current extension expiring

3 90 day extension per request

4 paid into an escrow account

5 all other terms remain the same

I truly appreciated your assistance and patience over the past year and I am hopeful; you can accommodate me on this request I believe strongly during this period requeste I will be able to complete the capital stack and pay the loan