Date: Wed, 18 Aug 2021 7:38:48 PM (UTC)
Sent: Wed, 18 Aug 2021 7:38:40 PM (UTC)
Subject: land comps
From: Colin Fitzgibbons <CFitzgibbons@huntrealty.com>
To: Vipin Nambiar <vnambiar@hncapitalpartners.com>;

Vipin –

Have you seen any land comps in Uptown / Turtle Creek in the $350/SF and up range, and/or $60/FAR SF and up range?

Thought there might be some data flying around in this regard for your Turtle Creek site.

Thanks,

colin

**Colin Fitzgibbons**
**President**
**Hunt Realty Investments, Inc.**
1900 North Akard Street
Dallas, Texas 75201
214.978.8230 o
917.488.9077 c
cfitzgibbons@huntrealty.com
http://www.huntrealty.com/

Hunt REALTY INVESTMENTS

EXHIBIT
M

| | |
|---|---|
| Date: | Fri, 20 Aug 2021 4:57:14 AM (UTC) |
| Sent: | Fri, 20 Aug 2021 4:57:17 AM (UTC) |
| Subject: | RE: land comps |
| To: | Colin Fitzgibbons <CFitzgibbons@huntrealty.com >; |
| Attachments: | Uptwon sale comps- Goodwin Advisors (002).pdf |

Colin, see attached. Hopefully this helps.

---

**From:** Colin Fitzgibbons <CFitzgibbons@huntrealty.com>
**Sent:** Wednesday, August 18, 2021 2:39 PM
**To:** Vipin Nambiar <vnambiar@hncapitalpartners.com>
**Subject:** land comps

Vipin –

Have you seen any land comps in Uptown / Turtle Creek in the $350/SF and up range, and/or $60/FAR SF and up range?

Thought there might be some data flying around in this regard for your Turtle Creek site.

Thanks,

colin

**Colin Fitzgibbons**
**President**
**Hunt Realty Investments, Inc.**
1900 North Akard Street
Dallas, Texas 75201
214.978.8230 o
917.488.9077 c
cfitzgibbons@huntrealty.com
http://www.huntrealty.com/

Hunt
REALTY INVESTMENTS