

# MANDARIN ORIENTAL LUXURY
## HOTEL & RESIDENCES

INVESTMENT OPPORTUNITY
DALLAS, TEXAS

JMJ
HOSPITALITY

HNGH001383

EXHIBIT
O

MANDARIN ORIENTAL
THE HOTEL GROUP




JMJ
HOSPITALITY

Timothy Barton
O:972.385.9934
M:214.673.8714
E:tbarton@jmjdevelopment.com

# CONTENTS

**PROJECT OVERVIEW**
EXECUTIVE SUMMARY .......... 3
MIXED-USE DEVELOPMENT PROFILE .......... 4
SITE PLAN .......... 5
CONCEPTUAL RENDERINGS .......... 6

**LOCATION OVERVIEW**
TURTLE CREEK OVERVIEW .......... 8
AERIAL VIEW .......... 9
CITY OF DALLAS .......... 10
TEXAS MARKET OVERVIEW .......... 11

**FINANCIAL OVERVIEW**
SOURCES AND USES OF FUNDS .......... 13
NET CASH FLOW .......... 13

**THE BRAND**
MANDARIN ORIENTAL .......... 15

**ABOUT JMJ DEVELOPMENT**
JMJ HOSPITALITY .......... 17
COMPANY PORTFOLIO .......... 18

# PROJECT OVERVIEW

MANDARIN ORIENTAL
THE HOTEL GROUP

## EXECUTIVE SUMMARY

The Mandarin Oriental Dallas Hotel and Residences (the "Project") will be developed on a 2.47-acre site in the prestigious Turtle Creek neighborhood of Dallas, Texas.

Site work will begin in the fall of 2021 with an anticipated completion schedule of 30 months. The Project will include 177 rooms and 85 residences, full-service food and beverage operations, luxury spa, fitness area, and recreational facilities with separate guest and resident pools and amenity decks.

The Project will represent the only ultra-luxury hotel in Dallas with an internationally recognized five-star brand and is well positioned at a highly desired and irreplaceable location.

Located between iconic Highland Park, Dallas' most prestigious residential neighborhood, and the revitalized Uptown istrict, Turtle Creek is the premier residential and office submarket in Dallas. The area attracts residents and visitors ith its luxury retailers, exclusive restaurants, and dynamic nightlife.

The Property also offers convenient access to the Central Business District, The Arts District, Highland Park Village, Uptown, West Village, and Klyde Warren Park which continues to help fuel unprecedented multifamily and office growth in the area.

JMJ Development was founded by Timothy Barton in 1990 and is based in Dallas, Texas. JMJ is a privately-owned, full-service real estate development firm focused on the global acquisition and development of ultra-luxury hotels, resorts, and branded residences.

In recent years, JMJ has been responsible for closing over $2.5B in transactions and has produced world- class projects for high-profile clients, including the Rosewood Mayakobá and Cabo Pacifica in Mexico.

JMJ has received the Five-Star Diamond award by The American Academy of Hospitality Sciences, a distinct honor recognized worldwide as a hallmark of excellence in the global travel and luxury services sector.



# PROJECT SUMMARY




| | |
|---|---|
| **Project** | |
| Owner | 2999TC Acquisitions, LLC |
| Location | 2999 Turtle Creek, Dallas, Texas 75219 |
| Developer | JMJ Development LLC |
| Net Acres | 2.47 Acres |
| Status | Predevelopment |
| Total Hotel & Residence Floors | 27 |
| | Hotel Floors: 11 |
| | Residence Floors: 16 |
| Underground Parking Levels | 5 |
| **Hotel** | |
| Net Room Square Feet | 123,224 |
| Gross Square Feet | 282,131 |
| Number of Keys | 177 |
| Number of Floors | 11 |
| Average Room Size | 696 |
| Stabilized ADR (Operating Year 3) | $627 |
| Stabilized Occupancy (Operating Year 3) | 76.00% |
| **Hotel Exit** | |
| Hotel Exit Year | Operating Year 5 |
| Hotel Exit Year NOI | $15,548,975 |
| Hotel Exit Cap Rate | 6.50% |
| Hotel Exit Value | $239,214,994 |
| Exit Value per Key | $1,351,497 |
| Hotel Net Sale Proceeds | $230,224,806 |

| | |
|---|---|
| **Branded Residences** | |
| Saleable Square Feet | 291,131 |
| Gross Square Feet | 369,519 |
| Number of Units | 85 |
| Number of Floors | 16 |
| Average Square Feet per Unit | 3,425 |
| Average Unit Price | $4,623,845 |
| Average Price per Square Foot | $1,350 |
| Net Sale Proceeds | $353,724,165 |
| Net Profit | $111,586,857 |
| Net Margin | 31.55% |
| **Total Project** | |
| Total Capitalization | $383,278,662 |
| Senior Debt | $249,131,130 |
| PACE Funding | $39,052,379 |
| Equity | $95,095,153 |
| Project Levered IRR | 30.16% |
| Project Levered Multiple | 3.48 |
| **Total Equity** | |
| Total Equity | $95,095,153 |
| Sponsor Equity | $8,089,408 |
| Investor Member Equity | $87,005,745 |

## SITE PLAN



## STACKING PLAN



MANDARIN ORIENTAL
THE HOTEL GROUP

# CONCEPT DESIGN



The expansive front lawn overlooks Turtle Creek Boulevard



The residential arrival court provides a private entrance for residents



View of the hotel arrival court



View of the pool deck.




The location offers expansive views of the Downtown Dallas skyline. (Image shown is recent drone imagery from property site.)

# LOCATION OVERVIEW

## Turtle Creek Boulevard

### The most prestigious address in Dallas

Located adjacent to Highland Park to the West and University Park to the North, Turtle Creek is the premier luxury residential and business address in Dallas. The southern boundary borders Uptown Dallas and Victory Park, two of the fastest growing multifamily and office districts in Dallas County. The area offers abundant shopping, restaurant and nightlife options as well as cultural and recreational amenities.

The site offers easy access to major job centers in Uptown, Turtle Creek, Preston Center and the neighboring Central Business District. It is also a short distance to Dallas' world-class cultural Arts District, exclusive shopping at Highland Park Village and West Village, nightlife at Deep Ellum, Oak Lawn, West Village and Knox-Henderson, and recreation such as Klyde Warren Park, Reverchon Park and the Katy Trail.

Residents and visitors can also explore the cultural district which includes the Dallas Museum of Art, Perot Museum of Nature and Science, Meyerson Symphony Center, Winspear Opera House and Nasher Sculpture Center.

Turtle Creek's existing luxury hotel and high-rise residential market is outdated. Most residential buyers find that options for new, amenity-rich product in the heart of the area are limited to non-existent. The market lacks new, luxury product to accommodate the demand generated from the influx of high-net-worth individuals from corporate relocations and Park Cities' residents downsizing from luxury homes. Due to scarcity of land and the underserved market, the Dallas Mandarin Oriental Hotel & Residences provides an excellent opportunity to fill a much-needed market niche.







MANDARIN ORIENTAL
THE HOTEL GROUP
MANDARIN ORIENTAL
DALLAS

2999 Turtle Creek is located just 18 miles southeast of Dallas-Fort Worth International Airport, affording easy access to national and international travelers.

Located in the Central Time Zone, Turtle Creek is only one hour behind the East Coast and two hours ahead of the West, extending the working day for companies doing business on both coasts.

With easy access to both north-south and east-west, national highways and Interstate corridors, the DFW metro is well positioned on the path of growth for corporate expansions.




**All major cities** within the continental U.S. are within a **4.5 hour** flight time of DFW Int'l Airport

# AERIAL OVERVIEW

MANDARIN ORIENTAL
THE HOTEL GROUP







PARK CITIES:
HIGHLAND PARK AND
UNIVERSITY PARK
DALLAS' MOST EXCLUSIVE NEIGHBORHOODS MEDIAN HH INCOME: $142K | MED HOME VALUE: $1M
N
TURTLE CREEK
UPTOWN
KATY TRAIL
2999 TURTLE CREEK
PEROT WORLD HQ
HOTEL CRESCENT COURT
THE RITZ-CARLTON
HOTEL ZAZA
AMERICAN AIRLINES CENTER
DALLAS MUSEUM OF ART
DALLAS
CENTRAL
BUSINESS
DISTRICT
DALLAS CONVENTION CENTER
TURTLE CREEK
CORRIDOR
HIGHLIGHTS
LOCATION
PARK-LIKE DESTINATION
ARCHITECTURAL IMPACT


The Amenity Deck Lounge showcases expansive views of Downtown Dallas.
Downtown Dallas
Turtle Creek Blvd.


The picturesque Turtle Creek Trail runs between Turtle Creek and Turtle Creek Boulevard.

# DFW MARKET OVERVIEW

The Emerging Trends in Real Estate for 2019 report from Price Waterhouse Coopers and the Urban Land Institute ranked the Dallas-Fort Worth Metroplex as the number one market for overall real estate prospects in 2019 out of 79 cities.

The Dallas-Fort Worth region has been a magnet for corporate headquarters and major company operations, attracting 22 Fortune 500 company headquarters and 42 headquarters among the Fortune 1000. A diverse group of household names such as ExxonMobil, Texas Instruments, AT&T, American Airlines, J.C. Penney, Kimberly-Clark, Toyota, and Dr Pepper call the region home. As the Southwest's leading business and financial center, the area boasts the largest wholesale market in the world.

Dallas-Fort Worth International Airport is an economic engine for the region, generating $37 billion in economic impact annually. It is the highest-capacity commercial airport in the world and one of two international gateway airports in Texas. Located just 20 miles from downtown Dallas, it served more than
15.7 million passengers in 2017.

The Dallas-Fort Worth region has several major arts districts. The Dallas Arts District, anchored by the Dallas Museum of Art, Morton H. Meyerson Symphony Center, and AT&T Performing Arts Center, is nearly 70 acres—the largest contiguous urban arts district in the country.

The Dallas-Fort Worth region has a robust hospitality industry presence that can handle meeting and convention events of all sizes and types. Some major annual events the draw national and international visitors include the Dallas International Film Festival, Dallas Arts Month, Deep Ellum Arts Festival, ATT Byron Nelson PGA Tour Stop, Taste of Dallas, Riverfront Jazz Festival, BMW Dallas Marathon, and the State Fair of Texas.

## RANKINGS

- Forbes ranks Dallas #7 for The Cities Creating The Most White-Collar Jobs
- Business Insider ranks Dallas 4th for The 10 US cities that are growing fast, offering jobs, and presenting business opportunities
- Indeed ranks Dallas 3rd Among the 15 largest metros for highest salaries after adjusting for the cost of living
- Inc 5000 ranks Dallas 8th for The Top 10 business Hubs for Fast Growing Companies In 2017

| Major Employers | # |
|---|---|
| AMR/American Airlines | 24,700 |
| Bank of America Corp. | 20,000 |
| Texas Health Resources | 19,230 |
| Dallas ISD | 18,314 |
| Baylor Health Care System | 17,097 |
| AT&T | 15,800 |
| Lockheed Martin | 14,125 |
| JP Morgan Chase | 13,500 |
| UT Southwestern Med. Center | 13,122 |
| City of Dallas | 12,836 |
| HCA North Texas | 12,000 |
| NAS Fort Worth JRB | 13,500 |
| US Postal Service | 10,439 |
| Fort Worth ISD | 10,129 |
| Kroger Co. | 10,097 |
| Texas Instruments | 9,100 |

# TEXAS MARKET OVERVIEW

If Texas were a nation, its GDP would place it number 13 among the world's largest economies with a personal income of over $1 trillion.



### Leader in economic growth

Texas leads all the other large states in economic growth thanks to strong employment and gross state product growth over the last five years.

### #2 state for business and growth

Forbes named Texas the #2 best state for business and growth prospects. Texas is the top state in the nation for contributions to state gross domestic product and jobs created/supported by commer- cial real estate development, NAIOP found.

### #3 state for job growth

Texas added 305,900 jobs in 2017, up 2.5% and ranking 3rd fastest among all states.

## Texas Ranks 3rd:

States with Most Fortune 500 Headquarters








HNGH001393




A Downtown Dallas skyline view is one of the most sought after amenities of Turtle Creek high-rise residents.

# FINANCIAL OVERVIEW

## Sources and Uses of Funds

| Project Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Sources of Funds** | | | | | | | | | |
| Sponsor Equity | 8,085,408 | - | - | - | - | - | - | - | 8,085,408 |
| Investor Equity | 67,005,745 | - | - | - | - | - | - | - | 67,005,745 |
| Mezzanine | - | - | - | - | - | - | - | - | - |
| PACE Funding | - | 30,029,086 | 8,973,293 | - | - | - | - | - | 39,002,379 |
| Senior Debt | 7,117,092 | 83,094,753 | 134,908,964 | 24,010,[illegible] | - | - | - | - | 249,131,131 |
| Hotel Net Cash Flow | - | - | - | 8,515,373 | 11,791,199 | 12,253,959 | 11,904,315 | 11,712,975 | 56,577,803 |
| Hotel Refinance Proceeds | - | - | - | - | 152,728,357 | - | - | - | 152,728,357 |
| Hotel Sale Proceeds | - | - | - | - | - | - | - | 236,224,806 | 236,224,806 |
| Parking Sales | - | - | - | 7,650,000 | 1,350,000 | - | - | - | 9,000,000 |
| Storage Rental Income | - | - | - | 54,163 | 138,510 | 145,800 | 145,800 | 145,800 | 630,073 |
| Net Residence Sales | - | - | - | 300,665,540 | 53,058,625 | - | - | - | 353,724,165 |
| **Total Sources** | 102,212,392 | 113,173,889 | 143,882,158 | 341,335,932 | 218,068,659 | 12,399,759 | 12,050,115 | 248,083,591 | 1,192,202,866 |
| **Uses of Funds** | | | | | | | | | |
| Land | 44,700,426 | - | - | - | - | - | - | - | 44,700,426 |
| [illegible] Costs | 6,137,969 | 95,102,736 | 119,220,002 | 9,333,590 | - | - | - | - | 230,794,077 |
| [illegible] | 21,667,289 | 11,968,004 | 17,682,566 | 2,208,822 | - | - | - | - | 53,476,821 |
| [illegible]ng Cash | 20,826,566 | 5,113,068 | 12,079,195 | 3,409,206 | - | - | - | - | 43,277,030 |
| Asset Management Fee | - | - | - | 251,650 | 326,800 | 347,529 | 359,288 | 369,025 | 1,653,212 |
| Senior Debt | - | - | - | 249,131,131 | - | - | - | - | 249,131,131 |
| Senior Interest | - | - | - | 1,551,256 | - | - | - | - | 1,551,256 |
| Senior Exit Fees | - | - | - | - | - | - | - | - | - |
| Senior Extension Fees | - | - | - | - | - | - | - | - | - |
| PACE Amortization | - | - | - | 2,062,989 | 2,736,909 | 2,736,909 | 2,736,579 | 2,736,915 | 13,000,363 |
| PACE Principal | - | - | - | - | - | - | - | 35,976,201 | 35,976,201 |
| Refinance Cost | - | - | - | - | 1,527,294 | - | - | - | 1,527,294 |
| Refinance Interest | - | - | - | - | - | 7,595,249 | 7,459,962 | 7,348,700 | 22,403,987 |
| Refinance Principal | - | - | - | - | - | 734,563 | 851,845 | 473,027 | 1,061,437 |
| Refinance Payoff | - | - | - | - | - | - | - | 151,666,920 | 151,666,920 |
| Sponsor Return Capital | - | - | - | 5,473,006 | 2,616,372 | - | - | - | 8,089,408 |
| Investor Return Capital | - | - | - | 38,865,319 | 28,140,426 | - | - | - | 67,005,745 |
| Net Cash Flow | - | - | - | - | 163,718,985 | 1,493,447 | 1,133,120 | 49,512,708 | 230,656,260 |
| **Total Uses** | 102,212,242 | 113,173,889 | 143,882,158 | 341,335,932 | 219,066,679 | 12,399,759 | 12,050,115 | 248,083,591 | 1,192,200,935 |

## Project Metrics

| Project Metrics | Project |
|---|---|
| Leveraged IRR | 30.16% |
| Leveraged Multiple | 3.48x |

## Net Cash Flow

| Project Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Cash In Flows** | | | | | | | | | |
| Hotel Net Cash Flow | - | - | - | 8,515,373 | 11,791,186 | 12,253,959 | 11,904,315 | 11,712,975 | 55,577,803 |
| Storage Rental | - | - | - | 54,163 | 138,510 | 145,800 | 145,800 | 145,800 | 630,073 |
| Parking Sales Revenue | - | - | - | 7,650,000 | 1,350,000 | - | - | - | 9,000,000 |
| Condo Sales Revenue | - | - | - | 300,665,540 | 53,058,625 | - | - | - | 353,724,165 |
| Hotel Refinance Proceeds | - | - | - | - | 152,728,357 | - | - | - | 152,728,357 |
| Hotel Sales Proceeds | - | - | - | - | - | - | - | 236,224,806 | 236,224,806 |
| **Net Cash In Flows** | - | - | - | 317,320,076 | 219,066,679 | 12,399,759 | 12,050,115 | 248,083,581 | 808,925,233 |
| **Cash Out Flows** | | | | | | | | | |
| Senior Principal | - | - | - | (249,131,131) | - | - | - | - | (249,131,131) |
| Senior Interest | - | - | - | (1,551,256) | - | - | - | - | (1,551,256) |
| Senior Extension & Exit Fees | - | - | - | - | - | - | - | - | - |
| Asset Management Fee | - | - | - | (251,650) | (326,800) | (347,529) | (359,288) | (369,025) | (1,653,812) |
| Mezzanine Principal | - | - | - | - | - | - | - | - | - |
| Mezzanine Accrued Interest | - | - | - | - | - | - | - | - | - |
| PACE Amortization | - | - | - | (2,062,989) | (2,736,909) | (2,736,909) | (2,736,579) | (2,736,915) | (13,000,303) |
| PACE Principal | - | - | - | - | - | - | - | (35,976,201) | (35,976,201) |
| Refinance Cost | - | - | - | - | (1,527,294) | - | - | - | (1,527,294) |
| Refinance Interest | - | - | - | - | - | (7,595,249) | (7,459,962) | (7,348,780) | (22,403,987) |
| Refinance Principal | - | - | - | - | - | (734,563) | (851,845) | (473,027) | (1,061,437) |
| Refinance Payoff | - | - | - | - | - | - | - | (151,666,920) | (151,666,920) |
| **Net Cash Out Flows** | - | - | - | (252,966,726) | (5,590,093) | (10,906,305) | (10,916,995) | (198,570,873) | (477,871,703) |
| **Net Cash Flow** | - | - | - | 64,353,351 | 214,475,787 | 1,493,447 | 1,133,120 | 49,512,708 | 330,963,413 |
| Return Equity | - | - | - | (64,338,351) | (50,756,802) | - | - | - | (75,095,153) |
| **Net Levered Profit** | - | - | - | - | 163,718,985 | 1,493,447 | 1,133,115 | 49,512,708 | 230,868,320 |





HNGH001395

MANDARIN ORIENTAL
THE HOTEL GROUP



HNGH001396

# MANDARIN ORIENTAL

Mandarin Oriental is the award-winning owner and operator of some of the world's most luxurious hotels, resorts and residences. Recognized for creating some of the world's most sought-after properties, the Group offers contemporary luxury with its signature oriental charm.

Above all, Mandarin Oriental is renowned for creating unique hotels through distinctive design and a strong sense of place. Mandarin Oriental's vision is to be recognised as the best luxury hotel group in the world. To achieve this the Group invests in its exceptional people and its facilities to maximize profitability and long-term value for all its stakeholders.

Industry and customer groups regularly recognize Mandarin Oriental for its outstanding, award-winning service, its exceptional design and architecture, its innovative dining, holistic spas and wellness facilities, and its quality management.

The Group was founded in 1963 with the opening of 'The Mandarin' in Hong Kong. In 1974, the Group acquired 49% of Bangkok's famous historic hotel, 'The Oriental', and the brand Mandarin Oriental was born. Over the past fifty-five years, the Group has grown from its Asian roots into a global brand, operating in major cities and resort destinations, with a strong pipeline of properties under development.

In addition to hotels and resorts, the Group operates The Residences at Mandarin Oriental, which offer discerning home owners a unique lifestyle with the best of both worlds: the comforts of a private residence combined with privileged access to the amenities and legendary service of the Group.



THE RESIDENCES AT MANDARIN ORIENTAL

## Why a Branded Residence?



The Residences at Mandarin Oriental Boca Raton



The Residences at Mandarin Oriental Mayfair, London

With presence in over 64 countries around the world, branded residences are becoming the number one choice for the most discerning buyers. This growth is largely attributed to their ever growing advantages to both developers and owners, according to Knight Frank's 2019 Branded Residences Report.

ADVANTAGES FOR A DEVELOPER
- Enhanced value for developers
- Five star brand affiliation
- Perception of higher quality and services lead to higher premiums
- Differentiation in market
- Maintain resale value

ADVANTAGES FOR AN OWNER
- Assistance of a global five-star hotel group
- Access to luxury hotel amenities at their doorstep
- 24/7 services such as concierge, maintenance, housekeeping and security
- Brand Prestige and Exclusivity
- Lock up and leave capability
- Ease of life
- Strong resale values

FUTURE OF BRANDED RESIDENCES
- Focus on technology
- Experience driven offerings
- Eco focused design
- Wellness components
- Increase in standalone residences
- Increase in mixed use developments

*Why Mandarin Oriental?*

Partnering with Mandarin Oriental Hotel Group provides significant advantages including impressive global brand recognition, a strong Asian heritage and culture, and strong financial resources. With a total of 25 Michelin stars, more Forbes Five Star Spa awards than any other hotel group in the world, and distinctive design, Mandarin Oriental provides residents with services and amenities that complement their lifestyle.



HNGH001397


ABOUT
JMJ




JMJ Development is engaged in commercial enterprises throughout the United States and worldwide.

JMJ is a reliable source of Trusted advice with precision adherence to timelines and Contractual commitments.

Today, an expanded portfolio of premium properties serves as a testament to JMJ Development's well-deserved reputation as one of the top development companies in the nation.

JMJ Hospitality develops luxury hotels, destination resorts and exclusive branded residences worldwide.

JMJ was awarded the Five-Star Diamond Award by the American Academy of Hospitality Sciences. This distinct honor is recognized worldwide as a hallmark of excellence in the global travel and luxury services sector.

JMJ is known for its consistently iconic hospitality projects. The company thrives in a highly competitive industry because of its extensive experience and unique insight.

JMJ HOSPITALITY



ROSEWOOD
MAYAKOBA

PUEBLO BONITO
PACIFICA
GOLF & SPA RESORT
Los Cabos

LAS VENTANAS



HNGH001399

# JMJ DEVELOPMENT

JMJ Development, founded in Dallas, Texas in 1990, has a track record for developing premium multifamily, hospitality and residential properties.

Today, the current JMJ team of professionals represent more than a century of experience working in a broad array of real estate markets both domestically and globally.

The company's mission is to deliver on its promise of being an industry innovator focused on providing the highest quality in real estate development.

## Corporate Vision

JMJ delivers on its promise to build upscale projects with service that satisfy the needs of its communities with an outstanding dedication to detail. With that in mind, the company's projects, and personnel have been recognized repeatedly by the industry's professional organizations and business peers worldwide.

Over the past 29 years, the principals have developed over 12 million square feet of real estate projects with a particular emphasis on the major metropolitan submarkets within the region. JMJ believes firmly in the aggressive pursuit of its investment needs. The company works continually to interpret and act upon economic forces in the marketplace.





## Expertise

JMJ Development is engaged in commercial enterprises throughout the United States and Worldwide. Although the company's projects are broad in scope, their common thread is a commitment to world-class excellence.

This includes both the architectural elegance of each development as well as the manner in which business is conducted.

Nothing but the highest level of architecture, craftsmanship and business acumen will suffice if the JMJ name is associated with the project.

## Capital Markets

JMJ Development has strong strategic capital partners including high-net-worth family offices and institutional equity capital investors. In addition to strong investor partnerships, long-term relationships with leading institutions throughout the country ensures JMJ receives cost effective capital at all times.

JMJ has delivered high returns for investors for over 28 years. The company works persistently to interpret and act upon economic forces in the marketplace, providing a wide range of investment opportunities throughout the U.S. At JMJ, the leadership is committed to delivering market-leading financial returns for its capital partners.

# JMJ TEAM



TIM BARTON
FOUNDER & CEO

As founder and CEO of JMJ Development, Mr. Barton leads JMJ in establishing a global presence as a premier real estate development company. He is responsible for the strategic planning and growth of the company and maintains oversight over all aspects of JMJ.

Prior to founding JMJ Development in 1990, Mr. Barton's distinguished career began with his family's real estate business in Connecticut. Mr. Barton's entrepreneurial ambition has spent the last 29 years supplying master-planned developments and driving market-leading financial returns for JMJ and its investment partners.

Today, JMJ is a diversified, full service real estate firm that is active in the development of hotel, residential and multifamily properties. The Company has developed nearly $2.5 billion in assets and over 12 million square feet, making it one of the largest privately held development companies in the United States.

JMJ
HOSPITALITY

For More Information, Contact
TIMOTHY BARTON Owner & CFO
O: 972-385-9934
C: 214-673-8714
tbarton@jmjdevelopment.com

DISCLAIMER

This offering is being furnished by JMJ Development on a confidential basis to prospective eligible investors and is being provided to the recipient for general informational purposes only, and may not disseminated, communicated, or disclosed by the recipient to any other person without the prior written consent of JMJ Development.

This presentation contains various performance estimates, targets or projections that are based upon and subject to various assumptions made of the date such projections, estimates and/or targets were developed. Actual realized returns on unrealized investments and proceeds will depend on various factors including, but not limited to, future operating results, the value of the assets and market conditions at the time of disposition, any related transaction costs and the time and manner of sale, all of some of which may differ from the assumptions on which any estimates, targets, or projections herein are based. All performance estimates, projections, or targets are [illegible] and calculated on a pro forma basis. Targets, projected [illegible], performance, and characteristics are provided for informational purposes only. While such projections, estimates and targets are believed to be reasonable [illegible] basis upon available information, no guarantee or assurance can be provided as to their accuracy. Consequently, the inclusion of the estimates, targets or projections herein should not be regarded as any representation by JMJ Development that such projections or targets will be achieved. Investors should rely on their own independent examination of this offering and the advisability of an investment therein making an investment decision with respect thereto.

This presentation includes forward-looking statements. All statements that are not historical facts are forward-looking statements, including any statements that relate to future market conditions, results, operations, strategies, or other future conditions or developments and any statements that relate to future market conditions, results, operations, strategies or other future conditions or developments and any statements regarding objectives, opportunities, positioning or prospects. Forward-looking statements are necessarily based upon speculations, expectations, estimates, and assumptions that are inherently unreliable and subject to significant business, economic, and competitive uncertainties and contingencies. Forward-looking statements are not a promise or guarantee about the future events.

Certain information set forth in this presentation is based upon the information obtained from various sources believed by the firm to be reliable. The sponsor nor any of its affiliates has independently verified any such information and they shall not have any liability associated with the inaccuracy or inadequacy thereof. The information in this presentation is not intended to provide, should not be relied upon for accounting, legal, or tax advice, or investment recommendations. Each recipient should consult its own tax, legal, accounting, financial, or other advisors about this offering and the issues discussed herein.

Ref. Date: 05.27.2021

HNGH001401