| | |
|---|---|
| **Date:** | Fri, 29 Oct 2021 4:53:30 PM (UTC) |
| **Sent:** | Fri, 29 Oct 2021 4:52:58 PM (UTC) |
| **Subject:** | Proposed Second Amendment to the Forbearance and Payoff Agreement (2999 Turtle Creek) |
| **From:** | Vance McMurry <vance@mcmurrylegal.com> |
| **To:** | Vipin Nambiar <vnambiar@hncapitalpartners.com >; |
| **CC:** | Tim Barton <tbarton@jmjdevelopment.com >; Rusty O'Kane <rusty.okane@wickphillips.com >; Nate Christensen <nchristensen@hncapitalpartners.com >; |
| **Attachments:** | 2021.10.29 Forbearance_Agreement - Second Amendment v1.docx |

Mr. Barton has asked that I forward the attached proposed second amendment to the forbearance agreement which would extend the current maturity date to Monday, November 8. Please let me know if the terms are acceptable and we will forward an executed copy to you. Otherwise, please let me know if you have any proposed revisions. Thank you.

Vance McMurry
Attorney at Law
McMurry Law, PLLC
508 W. Lookout Dr., Ste. 14-74
Richardson, Texas 75080
972-746-9656
888-388-0561 Fax
vance@mcmurrylegal.com

The information contained in this message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or text at 972-746-9656, return the message to us by email ( vance@mcmurrylegal.com ) and confirm that you have deleted the email including all copies and attachments. Thank you.

EXHIBIT
tabbies
R