# SECOND AMENDMENT TO THE FORBEARANCE AND PAYOFF AGREEMENT

This SECOND AMENDMENT TO THE FORBEARANCE AND PAYOFF AGREEMENT (this "**Second Amendment**"), made effective as of this 29th day of October, 2021 (the "**Effective Date**"), is executed by and among **2999TC ACQUISITIONS, LLC**, a Delaware limited liability company f/k/a MO 2999TC, LLC ("**Borrower**"), **TIMOTHY LYNCH BARTON**, an individual (the "**Guarantor**" and together with Borrower, the "**JMJ Parties**"), and **HNGH TURTLE CREEK, LLC**, a Delaware limited liability company ("**Lender**"). Borrower, Guarantor, and Lender are collectively referred to as the "**Parties**" with each being a "**Party**."

## RECITALS

A. The Parties entered into a Forbearance and Payoff Agreement effective as of March 1, 2021 (the "**Agreement**") whereby Lender agreed to forebear from exercising remedies based on the Specified Defaults pursuant to the terms and conditions set forth therein.

B. Under the Agreement, Borrower as owner of the Property that is subject to the Deed of Trust delivered a special warranty deed to Lender that is being held in escrow by a third party escrow agent ("Escrow Agent") to be effective, released, and recorded only upon a Forbearance Default.

C. The Agreement was amended by the First Amendment to the Forbearance and Payoff Agreement on or about July 1, 2021 which clarified certain terms related to section "2. Loan Modification" subsection "(d) Interest."

D. The JMJ Parties exercised the Extension Option as described in Section "2. Loan Modification" subsection "(c) Extension Option" upon which the JMJ Parties deposited the Extension Deposit as required therein in exchange for extending Maturity Date of July 31, 2021 by ninety (90) days to Friday, October 29, 2021.

E. The Parties wish to amend the Agreement in order to further extend the Extended Maturity Date as defined therein as upon the terms as agreed to by the Parties in this Second Amendment.

F. The Parties wish to amend certain terms in the Agreement as set forth herein.

## AGREEMENT

NOW, THEREFORE, for and in consideration of the sum of $10.00 in hand paid to Lender by Borrower before the execution, sealing and delivery hereof, and for other good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, the Parties hereby agree as follows:

1. <u>Loan Modification</u>. The Parties agree to extend the Extended Maturity Date, which is currently calculated to occur upon on Friday, October 29, 2021, to Monday, November 8, 2021.

2. <u>Marketing the Property</u>. Borrower as the Owner of the Property shall (i) list and market the Property for sale through a real estate listing agent and broker that is approved by Lender, and (ii) market the sale of the Loan and promissory note to a third party with the cooperation and consent of Lender but Lender shall have no obligation to either negotiate or enter into a proposed agreement to sell the Loan or enter into any related agreement.

3. <u>Binding</u>. Except as modified by this Second Amendment, the Agreement shall continue to be in full force and effect and binding on the Parties and the JMJ Parties represent to Lender that no Forbearance Default has occurred and no other default under the Agreement exists as of the Effective Date.



EXHIBIT
tabbies
S

HNGH001608

4. Capitalized Terms. Capitalized terms not defined in this Second Amendment shall have the meaning as set forth in the Agreement.

5. Indemnification and Release. The JMJ Parties acknowledge and agree that the representations set forth in Section 11.a)i. and Section 12.a) of the Agreement are hereby remade as of the Effective Date and that the reference in Section 11.a)ii. of the Agreement to the "Effective Date" shall be extended to mean the Effective Date of this Second Amendment.

6. Guaranty. The Guarantor hereby acknowledges and agrees that the Guaranty is in full force and effect as of the Effective Date and will continue to be in full force and effect with respect to the obligations described therein.

7. Joint Drafting of this Second Amendment. The language used in this Second Amendment is chosen jointly by the Parties to express their mutual intent and no rule of construction will be applied against any Party, including any rule of draftsmanship. The Parties hereby expressly agree that any uncertainty or ambiguity existing herein shall not be interpreted against any of them, except as expressly limited by this Section, and that all of the applicable rules of interpretation of contract shall govern the interpretation of any uncertainty or ambiguity.

8. Recitals/Exhibits. The recitals and exhibits to this Agreement constitute an integral part of this Agreement and are incorporated herein by reference with the same force and effect as if fully set forth herein as agreements of the parties hereto.

9. Counterparts. This Second Amendment may be signed by the Parties in counterparts, and each signed counterpart shall become part of the final Forbearance Agreement and shall have the same force and effect thereof. A copy of any signature on a signature page shall be as valid and binding as an original signature.

*[END OF DOCUMENT; SIGNATURE PAGES FOLLOW]*

**BORROWER:**

2999TC ACQUISITIONS, LLC,
a Delaware limited liability company
formerly known as MO 2999TC, LLC

By: ______________________________
Name: Timothy Barton
Title: President

**GUARANTOR:**

______________________________
TIMOTHY LYNCH BARTON

**LENDER:**

HNGH TURTLE CREEK, LLC,
a Delaware limited liability company

By: HN Green Hollow Capital Partners LLC,
its authorized signatory

By: ______________________________
Name: Vipin Nambiar
Title: Managing Member