**Date:** Fri, 29 Oct 2021 9:14:53 PM (UTC)
**Sent:** Fri, 29 Oct 2021 9:14:42 PM (UTC)
**Subject:** Fwd: Offering Preview - Uptown/Turtle Creek Development Sites
**From:** Vipin Nambiar <VNambiar@huntinvestment.com>
**To:** Vipin Nambiar <vnambiar@hncapitalpartners.com>;

---

Get Outlook for iOS

---

**From:** Colin Fitzgibbons <CFitzgibbons@huntrealty.com>
**Sent:** Thursday, October 28, 2021 9:27:41 AM
**To:** Vipin Nambiar <VNambiar@huntinvestment.com>
**Subject:** FW: Offering Preview - Uptown/Turtle Creek Development Sites

**Colin Fitzgibbons**
**Hunt Realty Investments, Inc.**
214.978.8230 o
917.488.9077 c

---

**From:** Swaldi, Michael <Michael.Swaldi@am.jll.com>
**Sent:** Thursday, October 28, 2021 9:26 AM
**To:** Colin Fitzgibbons <CFitzgibbons@huntrealty.com>
**Cc:** Carrier, Jonathan <Jonathan.Carrier@am.jll.com>
**Subject:** [EXT] Offering Preview - Uptown/Turtle Creek Development Sites

Colin,
This may be right down your alley, it may not. We still want to make sure we are showing you everything we are taking out to the market. We also know that Hunt Realty has been involved in several hotels in the past, and this site is an offering for a multi-family tower site, and a hotel site. If you were inclined to do something of the highest quality, this is where you'd do it. Let us know your thoughts on this one.

Good morning – We are pleased to share the below offering preview with you for two development sites located at 2727 Turtle Creek Blvd that are fully entitled for Multifamily/Residences and Hotel. Having the ability to control fully entitled Residential or Hotel sites in Dallas is incredibly rare and the submarket in which these sites are located only adds to the appeal. Please review the summary below and let us know if you have any questions, we anticipate that the full OM will be ready for distribution within the next week or so.

Best Regards,
Michael

Trouble reading this e-mail? View as a web page

[redacted]ts,
[redacted]@am.jll.com

EXHIBIT
T

HNGH001632

Although the information contained herein has been obtained from sources deemed reliable, neither JLL nor any of its clients make any guarantees or representations, expressed or implied, as to the completeness or accuracy of such information. Any projections, opinions, assumptions, or estimates used are for example only. Neither JLL nor any of its clients accept any liability for loss resulting from reliance on such information. There may be material differences between projected results and actual results. Any property offered for sale or lease may be withdrawn without notice. If the recipient of this information has signed a confidentiality agreement regarding this matter, this information is subject to the terms of that agreement. Copyright @2021 Jones Lang LaSalle IP, Inc. All rights reserved.

805 SW Broadway, Suite 2460, Portland, OR 97205

View Privacy Policy Unsubscribe from JLL Unsubscribe from this deal

**Michael Swaldi**
Senior Managing Director
JLL Capital Markets
8343 Douglas Avenue, Ste 100
Dallas, TX 75225
T +1 214 438 6219
Michael.Swaldi@am.jll.com

us.jll.com/capitalmarkets

Jones Lang LaSalle Americas, Inc.
a licensed real estate brokerage company.

One of the 2021 World's Most Ethical Companies®

Jones Lang LaSalle

For more information about how JLL processes your personal data, please click here.

This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.