Dee J. Kelly, Jr.
Tex. Bar I.D. 11217250
Nancy Ribaudo
Tex. Bar I.D. 24026066
Katherine T. Hopkins
Tex. Bar I.D. 24070737
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280
dee.kelly@kellyhart.com
nancy.ribaudo@kellyhart.com
katherine.hopkins@kellyhart.com

ATTORNEYS FOR L. ALLEN HODGES III, AS
INDEPENDENT EXECUTOR OF THE ESTATE OF LELAND
A. HODGES JR., TEJAS GROUP, LTD., LAH III FAMILY
SPECIFIC INTEREST, LTD., BLACKFOOT INTEREST, LTD.,
AND L. ALLEN HODGES III, INDIVIDUALLY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In Re: | § | CHAPTER 11 |
| | § | |
| 2999TC ACQUISITIONS, LLC, | § | CASE NO. 21-31954-HDH-11 |
| | § | |
| Debtor. | § | |
| | § | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PLEADINGS**

Please take notice that the undersigned counsel hereby give notice pursuant to Federal Rule of Bankruptcy Procedure 9010(b) of their appearance as counsel for L. Allen Hodges III, as Independent Executor of the Estate of Leland A. Hodges Jr., Tejas Group, Ltd., LAH III Family Specific Interest, Ltd., Blackfoot Interest, Ltd., and L. Allen Hodges III, Individually, parties in interest, in these proceedings and respectfully request that all notices given or required to be given in this case, and all papers served or required to be served in this matter, be given to and served upon:

Dee J. Kelly, Jr.
Nancy Ribaudo
Katherine T. Hopkins
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280
dee.kelly@kellyhart.com
nancy.ribaudo@kellyhart.com
katherine.hopkins@kellyhart.com

This request encompasses all notices required to be given under the Federal Rules of Bankruptcy Procedure, including, but not limited to, notices of any motions, orders, petitions, complaints, demands, applications or pleadings and requests, and any other documents brought before this Court in this matter which otherwise affect or seek to affect this matter.

Dated: December 8, 2021

Respectfully Submitted,

*__/s/ Katherine T. Hopkins__*

Dee J. Kelly, Jr.
Tex. Bar I.D. 11217250
Nancy Ribaudo
Tex. Bar I.D. 24026066
Katherine T. Hopkins
Tex. Bar I.D. 24070737
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280
dee.kelly@kellyhart.com
nancy.ribaudo@kellyhart.com
katherine.hopkins@kellyhart.com

ATTORNEYS FOR L. ALLEN HODGES III, AS INDEPENDENT EXECUTOR OF THE ESTATE OF LELAND A. HODGES JR., TEJAS GROUP, LTD., LAH III FAMILY SPECIFIC INTEREST, LTD., BLACKFOOT INTEREST, LTD., L. ALLEN HODGES III, INDIVIDUALLY

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document was served on December 8, 2021, on the persons/entities receiving service via ECF notification.

*/s/ Katherine T. Hopkins*
Katherine T. Hopkins