Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Proposed Attorneys for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | **§** | |
| | **§** | |
| **2999TC ACQUISITIONS, LLC,** | **§** | **CASE NO. 21-31954-hdh** |
| | **§** | |
| **Debtor.** | **§** | **Chapter 11** |

**CERTIFICATE OF NO OBJECTION**
[re: Docket No. 36]

THE UNDERSIGNED certifies that on November 29, 2021, Debtor filed its Debtor's Application to Employ Counsel [Docket No. 36] (the "Application"). Debtor's Counsel served the Application on November 29, 2021, as indicated on the Certificate of Service to the Application. The undersigned certifies that no party in interest filed and served an objection to the Application.

Dated: December 22, 2021.

Respectfully submitted,

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 22, 2021, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties listed below.

John J. Kane
jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com

Sherrel K. Knighton
Sherrel.Knighton@lgbs.com, Dallas.Bankruptcy@lgbs.com; Sean.French@lgbs.com; Dora.Casiano-Perez@lgbs.com; Olivia.Salvatierra@lgbs.com

Joyce W. Lindauer
joyce@joycelindauer.com, dian@joycelindauer.com; deann@joycelindauer.com; 12113@notices.nextchapterbk.com

Steven C. Metzger
smetzger@pmklaw.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer