CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 5, 2022**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-HDH** |
| | § | **CHAPTER 11** |
| **Debtor.** | § | |

**ORDER GRANTING DEBTOR'S APPLICATION TO EMPLOY COUNSEL**

CAME ON FOR CONSIDERATION the Application to Employ Counsel filed by 2999TC ACQUISITIONS, LLC ("Debtor") seeking approval of the Court to allow Joyce W. Lindauer Attorney, PLLC to serve as counsel of record for the Debtor, as more particularly set forth in the Application and Affidavit on file in this matter. No objections have been filed that have not been withdrawn. Debtor and Joyce W. Lindauer have represented to this Court that they have had no prior connections with the Debtor, its creditors or any other party-in-interest other than those disclosed in the Application; that they are not and have not been within the two (2) years prior to the filing of the petition a director, officer or employee of the Debtor; that they hold or represent

no interests adverse to the Debtor or its estate; that they are disinterested; and that their employment is in the best interest of the estate. It is therefore

**ORDERED** that Joyce W. Lindauer Attorney, PLLC and Joyce W. Lindauer are hereby approved as counsel of record for Debtor in accordance with the terms of the Application effective as of October 29, 2021; and it is further

**ORDERED** that the payment of all fees and expenses to Counsel will be subject to approval of the Court.

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Proposed Attorney for Debtor

United States Bankruptcy Court

Northern District of Texas

In re: Case No. 21-31954-hdh

2999TC Acquisitions, LLC Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-3 User: admin Page 1 of 2

Date Rcvd: Jan 05, 2022 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2022:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| aty | + | Joyce Lindauer, Joyce Lindauer Attorney, PLLC, 1412 Main Street, Ste. 500, Dallas, TX 75202-4042 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2022 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| John J. Kane | on behalf of Creditor HNGH Turtle Creek LLC jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com |
| Joyce W. Lindauer | on behalf of Debtor 2999TC Acquisitions LLC joyce@joycelindauer.com, dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com |
| Joyce W. Lindauer | on behalf of Plaintiff 2999TC Acquisitions LLC joyce@joycelindauer.com, dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com |
| Katherine T. Hopkins | on behalf of Interested Party LAH III Family Specific Interest Ltd. katherine.thomas@kellyhart.com |
| Katherine T. Hopkins | on behalf of Interested Party Blackfoot Interest Ltd. katherine.thomas@kellyhart.com |

| | |
|---|---|
| Katherine T. Hopkins | on behalf of Defendant L. Allen Hodges III katherine.thomas@kellyhart.com |
| Katherine T. Hopkins | on behalf of Interested Party L. Allen Hodges III Individually katherine.thomas@kellyhart.com |
| Katherine T. Hopkins | on behalf of Interested Party L. Allen Hodges III as Independent Executor of the Estate of Leland A. Hodges Jr. katherine.thomas@kellyhart.com |
| Katherine T. Hopkins | on behalf of Interested Party Tejas Group Ltd. katherine.thomas@kellyhart.com |
| Russell Hale Neilson | on behalf of Defendant HNGH Turtle Creek LLC rhaleneilson@gmail.com, hneilson@ecf.courtdrive.com |
| Sherrel K. Knighton | on behalf of Creditor Dallas County Sherrel.Knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| Steven C. Metzger | on behalf of Interested Party JMJ Development LLC smetzger@pmklaw.com |
| Steven C. Metzger | on behalf of Interested Party Tim Barton smetzger@pmklaw.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 14