Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**DEBTOR'S STATUS REPORT**

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:**

**COMES NOW** 2999TC Acquisitions, LLC ("Debtor"), the Debtor in the above-styled and numbered case and files this Status Report and in support thereof would respectfully show unto the Court as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue of the Chapter 11 case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. Debtor filed a voluntary petition under Chapter 11, Title 11, of the United States Bankruptcy Code on October 29, 2021 (the "Petition Date") in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division.

3. On December 10, 2021, this Court entered the Agreed Order Regarding Motion to Lift Stay (Doc. 10), Motion to Dismiss (Doc. 9), Motion for Sanctions (Doc. 15) and Motion to Enforce Stay (Doc. 14) [Docket No. 64]. This Order sets out the critical deadlines in this case as follows:

a. The automatic stay shall remain in full force and effect as to HNGH through 5:00 p.m. central time, March 15, 2022 (the "Payoff Deadline").

b. If the Debtor pays HNGH the Payoff Amount within the Payoff Period (the "Payoff Event"), then simultaneously with the Payoff Event, the Deed-in-Lieu filing, which was submitted for filing pre-petition but recorded on November 1, 2021, shall be deemed rescinded and avoided, and the Debtor shall retain all title to the Property.

c. Simultaneously with the occurrence of the Payoff Event, HNGH shall have and possess a $2,000,000 Allowed Claim against the Debtor and the Debtor's estate, which Debtor shall be obligated to satisfy in full within 12 months of the Payoff Event from the first proceeds of any sale of the Debtor's assets, from a construction loan, or any equity raised in excess of the New Equity Threshold as set forth on Exhibit A to this Order, which exhibit is filed under seal, and not from debt raised by the Debtor to exclusively satisfy or make the required Consideration Payments herein, the payment of taxes, and other costs and expenses of administration of this case (the "Allowed Claim").

d. Debtor shall pay or cause to be paid to HNGH $100,000 per month, commencing on the Petition Date through March, 2022, such that the Debtor shall owe to HNGH a total of $500,000, the payment of which shall be applied to reduce the Payoff Amount (the "Consideration Payments"). The Debtor shall owe HNGH the Consideration Payments as follows: $100,000 payable not later than December 14, 2021; plus $100,000 on December 31, 2021, and $100,000 on January 14, 2022, $100,000 on February 1, 2022, and $100,000 on March 1, 2022.

e. Debtor's failure to timely make any Consideration Payment, failure to pay ad valorem taxes and any related penalties and interest by no later than February 28, 2022, or failure to timely satisfy the Payoff Amount (each a "Default") shall result in the stay provided by 11 U.S.C. Section 362(a) automatically terminating as to HNGH, and HNGH shall have no obligation to provide Debtor with notice of any Default.

f. The Adversary Proceeding and all deadlines related thereto shall be abated through the Payoff Deadline, and that this Order and the agreement of the Parties shall otherwise resolve the Adversary Proceeding in the event of a Default or a Payoff Event.

4. The Debtor filed its Motion to Voluntarily Dismiss Debtor's Chapter 11 Bankruptcy Case [Docket No. 71] on February 9, 2022. HNGH Turtle Creek, LLC filed an

objection to the Motion to Dismiss. A hearing on the Motion to Dismiss is currently scheduled for March 23, 2022, at 2:00 p.m.

5. There are two (2) pending Adversary Cases:

a. 2999TC Acquisitions, LLC v. HNGH Turtle Creek LLC, et al., Adversary No. 21-03085; and

b. 2999TC Acquisitions, LLC v. L. Allen Hodges III, Individually, Adversary No. 21-03089.

Docket call for both Adversary Cases is currently scheduled for March 28, 2022, at 10:30 a.m. for trial the week of April 4, 2022. As part of the Agreed Order these matters are resolved.

6. The Debtor filed its Debtor's First Amended Plan of Reorganization [Docket No. 77] and Debtor's Disclosure Statement [Docket No. 78] on February 25, 2022. A hearing on the Disclosure Statement is currently scheduled for April 25, 2022, at 11:00 a.m.

7. The Debtor is in the current process of negotiating a possible sale of the Property and/or an extension of the current deadlines. The Debtor has made all required payments called for by the December 10 Order to date. The only pending monetary requirement is the March 15, 2022 payment.

Dated: March 10, 2022.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 10, 2022, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties receiving electronic notice in this case listed below.

Katherine T. Hopkins
katherine.thomas@kellyhart.com

John J. Kane
jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com

Sherrel K. Knighton
Sherrel.Knighton@lgbs.com, Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Dallas.Bankruptcy@lgbs.com

Joyce W. Lindauer
joyce@joycelindauer.com,
dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com

Steven C. Metzger
smetzger@pmklaw.com

Russell Hale Neilson
rhaleneilson@gmail.com, hneilson@ecf.courtdrive.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer