**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**ORDER GRANTING 2999TC ACQUISITIONS, LLC'S EMERGENCY MOTION TO EXTEND TIME FOR PAYMENT OF AMOUNTS DUE AND OWING TO HNGH TURTLE CREEK, LLC**

CAME ON FOR CONSIDERATION BY THE COURT *2999TC Acquisitions, LLC's Emergency Motion to Extend Time for Payment of Amounts Due and Owing to HNGH Turtle Creek, LLC* and ("Emergency Motion" and "HNGH," respectively) filed by the Debtor in the above-styled and numbered case ("Debtor"), and the Court, having been apprised of the agreement between the Debtor and Tall Ship Texas Partners, LLC ("Tall Ship") concerning Tall Ship's acquisition and development of certain property owned by Debtor finds good cause to GRANT said Emergency Motion ; it is therefore,

ORDERED, ADJUDGED AND DECREED that the deadline for payment of amounts due and owing to HNGH that was established in the *Agreed Order Regarding Motion to Lift Stay (Doc. 10), Motion to Dismiss (Doc. 9), Motion for Sanctions (Doc. 15) and Motion to Enforce Stay (Doc. 14)* [Docket No. 64] shall be, and hereby is, extended by ten (10) days to March 25, 2022

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Attorneys for Debtor