Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEY FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-HDH** |
| | § | **CHAPTER 11** |
| **Debtor.** | § | |

**MOTION FOR SETTING AND REQUEST FOR EXPEDITED HEARING ON 2999TC ACQUISITIONS, LLC'S EMERGENCY MOTION TO EXTEND TIME FOR PAYMENT OF AMOUNTS DUE AND OWING TO HNGH TURTLE CREEK, LLC**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. Debtor hereby requests that a hearing be set on 2999TC Acquisitions, LLC's Emergency Motion to Extend Time for Payment of Amounts Due and Owing to HNGH Turtle Creek, LLC ("HNGH") at the Court's earliest convenience.

2. Notice of the expedited hearing will be provided to counsel for HNGH.

3. An expedited hearing was not requested earlier because the Debtor has been working on closing a deal that would permit the payment of the amounts due and owing to HNGH in accordance with the terms of the *Agreed Order Regarding Motion to Lift Stay (Doc. 10), Motion to Dismiss (Doc. 9), Motion for Sanctions (Doc. 15) and Motion to Enforce Stay (Doc. 14)* [Docket No. 64] and that such a deal would have closed prior to the deadline articulated in said Agreed Order. That has not happened to date but is very close to being completed.

Dated: March 14, 2022.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
ATTORNEY FOR DEBTOR

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on March 14, 2022, I emailed John Kane, counsel for HNGH Turtle Creek, LLC, regarding the relief requested herein. Mr. Kane responded that he was opposed.

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 14, 2022, a true and correct copy of the foregoing document was served pursuant to the Court's ECF system upon the parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer