**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-HDH** |
| | § | **CHAPTER 11** |
| **Debtor.** | § | |

**ORDER GRANTING MOTION FOR SETTING AND REQUEST FOR EXPEDITED HEARING ON 2999TC ACQUISITIONS, LLC'S EMERGENCY MOTION TO EXTEND TIME FOR PAYMENT OF AMOUNTS DUE AND OWING TO HNGH TURTLE CREEK, LLC**

**ORDER REGARDING REQUEST FOR EXPEDITED HEARING**

The request for an expedited hearing on the Debtor's *Motion for Setting and Request for Expedited Hearing on 2999TC Acquisitions, LLC's Emergency Motion to Extend Time for Patment of Amounts Due and Owing to HNGH Turtle Creek, LLC* (the "Motion") filed by 2999TC Acquisitions, LLC ("Debtor") is **GRANTED**.

An expedited hearing will be held on the Motion on ______________________ before the Honorable Harlin D. Hale, United States Bankruptcy Court, 1100 Commerce Street, 14th Floor, Dallas, Texas 75242.

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
12720 Hillcrest Road, Suite 625
Telephone: (972) 503-4033
Dallas, Texas 75230