John J. Kane (TX Bar No. 24066794)
S. Kyle Woodard (TX Bar No. 24102661)
**KANE RUSSELL COLEMAN LOGAN PC**
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
Email: jkane@krcl.com
Email: kwoodard@krcl.com

***Counsel for HNGH Turtle Creek, LLC***

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **Case No. 21-31954-hdh11** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

# OBJECTION TO DEBTOR'S EMERGENCY MOTION TO EXTEND TIME FOR PAYMENT OF AMOUNTS DUE AND OWING TO HNGH TURTLE CREEK, LLC

**[Relates to Docket No. 85]**

HNGH Turtle Creek, LLC ("**HNGH**") hereby objects to 2999TC Acquisitions, LLC's (the "**Debtor**") *Emergency Motion to Extend Time for Payment of Amounts Due and Owing to HNGH Turtle Creek, LLC* [Dkt. #85] (the "**Motion**") and, in support thereof, respectfully states as follows:

1. Pursuant to the Court's *Agreed Order Regarding Motion to Lift Stay, Motion to Dismiss, Motion for Sanctions, and Motion to Enforce Stay* [Dkt. #64] (the "**Agreed Order**"),[1] which is incorporated herein by reference, the automatic stay of 11 U.S.C. § 362 shall automatically terminate as to HNGH if, *inter alia*, the Debtor fails to pay HNGH the full Payoff Amount before the Payoff Deadline of 5:00 p.m. central time on March 15, 2022, unless HNGH waives such Default in writing.

[1] Capitalized terms not defined herein have the meanings provided in the Agreed Order unless otherwise noted.

2. The Tall Ships Term Sheet attached to the Motion is a complete departure from the parties' agreements. HNGH in fact agreed with Tall Ships to an extension of the Payoff Deadline through May 30, 2022 in exchange for a $3.5 million payment to HNGH before the Payoff Deadline, among other things. HNGH circulated drafts of documents reflecting the terms of the parties' agreement on Friday morning, March 11, 2022, proposing language that HNGH believed would resolve the parties concerns. HNGH received no response until Monday afternoon.

3. The Debtor then attempted to materially alter the parties' agreement by extending the Payoff Deadline an additional day and requiring HNGH and other parties to provide material releases to Tim Barton and other entities, including the Debtor, which was never even a topic of negotiation nor at all within the spirit of the parties' negotiations.

4. The debtor, Tim Barton and his entities' counsel was present at Friday's hearing before this Court and knew to expect documents from HNGH ***that*** day. HNGH's counsel, John Kane, made clear to the Debtor's counsel and representatives that HNGH expected to finish negotiations over document terms ***that same day*** (Friday), which was obviously to no avail. HNGH's counsel also made clear to the Debtor and its representatives that: (i) HNGH's general counsel would be out of town this week on vacation; (ii) Mr. Kane would be out of town this week on vacation; and (iii) HNHG's representative, Vipin Nambiar, would be flying to Dubai today, March 14, 2022. Mr. Kane and Mr. Nambiar are currently in time zones fourteen (14) hours apart.

5. The Tall Ships proposal has numerous funding conditions and directly contravenes the Agreed Order and the Debtor's obligations thereunder. HNGH was not informed of the Tall Ships proposal until today, March 14, 2022, and the proposal contravenes the material deal terms that the Debtor agreed to and that were represented to the Court at the status conference on Friday, March 11, 2022. HNGH does not agree to the Tall Ships proposal or to any extension of the Payoff Deadline based on the proposal.

6. Now, on the eve of the Payoff Deadline, the Debtor seeks a 10-day extension of the Payoff Deadline in hopes of memorializing what is currently a conditional, non-binding proposal with Tall Ships. The Tall Ships proposal, however, will not result in payment of $3.5 million by the Payoff Deadline, nor will it result in any binding agreement prior to the Payoff Deadline. Tall Ships' proposal is conditioned upon HNGH's approval, among other things, which it does not have.

7. HNGH does not agree to any extension of the Payoff Deadline based on this *conditional* proposal from Tall Ships. If the Debtor fails to pay the Payoff Amount by the Payoff Deadline, HNGH will accept title to the Property under the Deed-in-Lieu as per the Agreed Order. The parties have an express agreement per the Agreed Order, and HNGH does not consent to the Debtor's requested departure from those terms.

WHEREFORE, HNGH respectfully requests that the Debtor's Motion be denied and that HNGH be granted such other and further relief to which it is justly entitled.

DATED: March 14, 2022

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: */s/ S. Kyle Woodard*

John J. Kane (TX Bar No. 24066794)
S. Kyle Woodard (TX Bar No. 24102661)
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
E-mail: jkane@krcl.com
E-mail: kwoodard@krcl.com

***Counsel to HNGH Turtle Creek, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2022, a true and correct copy of the foregoing Objection was filed with the Court and served via the Court's CM/ECF system upon all parties receiving such service in this bankruptcy case.

*/s/ S. Kyle Woodard*
S. Kyle Woodard