John J. Kane (TX Bar No. 24066794)
S. Kyle Woodard (TX Bar No. 24102661)
**KANE RUSSELL COLEMAN LOGAN PC**
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
Email: jkane@krcl.com
Email: kwoodard@krcl.com

***Counsel for HNGH Turtle Creek, LLC***

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **Case No. 21-31954-hdh11** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

# OBJECTION TO DEBTOR'S MOTION FOR SETTING AND REQUEST FOR EXPEDITED HEARING ON ITS EMERGENCY MOTION TO EXTEND TIME FOR PAYMENT OF AMOUNTS DUE AND OWING TO HNGH TURTLE CREEK, LLC

**[Relates to Docket No. 86]**

HNGH Turtle Creek, LLC ("**HNGH**") hereby objects to 2999TC Acquisitions, LLC's (the "**Debtor**") *Motion for Setting and Request for Expedited Hearing* [Dkt. #86] (the "**Request**") on the Debtor's *Emergency Motion to Extend Time for Payment of Amounts Due and Owing to HNGH Turtle Creek, LLC* [Dkt. #85] (the "**Motion**") and, in support thereof, respectfully state as follows:

1. As further set forth in HNGH's Objection to the Debtor's Motion (the "**Objection**"),[1] HGNH opposes the Motion and the Tall Ships proposal upon which it is predicated. The parties have a binary, self-executing agreement via the Agreed Order, and the automatic stay will automatically terminate pursuant to that agreement unless the Payoff Amount is remitted to HGNH in full prior to

[1] Capitalized terms not defined herein have the meanings provided in the Objection unless otherwise noted.

expiration of the Payoff Deadline on March 15, 2022. Tall Ships' conditional proposal, in addition to contravening the parties' agreements, will not prevent a Default under the Agreed Order, and HNGH does not consent to an extension of the Payoff Deadline as requested in the Debtor's Motion. Accordingly, HNGH also opposes the Debtor's Request for expedited consideration of the Motion.

2. Although the Debtor's Request is for an *expedited* hearing (not an emergency hearing on less than seven days' notice), HNGH also requests that the Court note the following scheduling conflicts to the extent it is inclined to hear the Motion on an emergency basis. HNGH's general counsel is out of town this week on vacation; John Kane is out of town this week on vacation; and HNGH's representative, Vipin Nambiar, traveled to Dubai today, March 14, 2022. Mr. Kane and Mr. Nambiar are currently in time zones fourteen (14) hours apart. HNGH's counsel, John Kane, apprised the Debtor and its counsel of these facts at the status conference before this Court on Friday, March 11, 2022. Additionally, the undersigned counsel, Kyle Woodard, is scheduled for an all-day deposition on March 15, 2022, and Mr. Kane's partner, Joseph M. Coleman, is unfamiliar with the facts of this case and is also unavailable. Mr. Woodard also has hearings in other unrelated cases during the afternoon of March 17, 2022.

WHEREFORE, for the foregoing reasons, HNGH requests that the Debtor's Request for expedited consideration of the Motion be denied and that HNGH be granted such other and further relief to which it is justly entitled.

DATED: March 14, 2022

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: */s/ S. Kyle Woodard*
John J. Kane (TX Bar No. 24066794)
S. Kyle Woodard (TX Bar No. 24102661)
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
E-mail: jkane@krcl.com
E-mail: kwoodard@krcl.com

***Counsel to HNGH Turtle Creek, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2022, a true and correct copy of the foregoing document was filed with the Court and served via the Court's CM/ECF system upon all parties receiving such service in this bankruptcy case.

*/s/ S. Kyle Woodard*
S. Kyle Woodard