Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Dallas, Texas 75230
Attorneys for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 11, 2022, a true and correct copy of the following documents was served via United States first class mail, postage prepaid, upon the parties on the attached service list.

1. Debtor's First Amended Plan of Reorganization [Docket No. 77];

2. Debtor's Disclosure Statement [Docket No. 78]; and

3. Notice of Hearing on Disclosure Statement [Docket No. 84].

Dated: March 15, 2022

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Dallas, Texas 75230
Attorneys for Debtors

**SERVICE LIST**

2999TC Acquisitions, LLC
13901 Midway Rd., Suite 102
Dallas, TX 75244

Office of the United States Trustee
1100 Commerce St., Room 976
Dallas, TX 75242

Securities and Exchange Commission
Fort Worth Regional Office
c/o Farol Parco, Bankruptcy Counsel
801 Cherry Street, 11th Floor
Fort Worth, TX 76012

Securities and Exchange Commission
Attn: Bankruptcy Unit
15th & Pennsylvania Avenue, N.W.
Washington, D.C. 20020

Dallas County
c/o Sherrel K. Knighton
Linebarger Goggan Blair & Sampson
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207

HNGH Turtle Creek, LLC
c/o John J. Kane
Kane Russell Coleman Logan PC
901 Main Street, Suite 5200
Dallas, TX 75202

JMJ Development, LLC
c/o Steven C. Metzger
Metzger Law PLLC
3626 N. Hall Street, Suite 800
Dallas, TX 75219

Tim Barton
c/ o Steven C. Metzger
Metzger Law PLLC
3626 N. Hall Street, Suite 800
Dallas, TX 75219

L. Allen Hodges III, as Independent Exeecutor
of the Estate of Leland A. Hodges Jr.
c/o Katherine T. Hopkins
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102

Tejas Group, Ltd.
c/o Katherine T. Hopkins
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102

LAH III Family Specific Interest, Ltd.
c/o Katherine T. Hopkins
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102

Blackfoot Interest, Ltd.
c/o Katherine T. Hopkins
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102

L. Allen Hodges III, Individually
c/o Katherine T. Hopkins
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102