**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 21-31954-HDH-11** |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CHAPTER 11** |
| | § | |
| **DEBTOR.** | § | |
| | § | |

**AGREED ORDER APPROVING JOINT MOTION FOR LEAVE TO FILE AMENDED EXHIBIT A TO AGREED ORDER REGARDING MOTION TO LIFT STAY, MOTION TO DISMISS, MOTION FOR SANCTIONS, AND MOTION TO ENFORCE STAY UNDER SEAL**

CAME ON to be considered the *Joint Motion for Leave to File Amended Exhibit A to Agreed Order Regarding Motion to Lift Stay, Motion to Dismiss, Motion for Sanctions, and Motion to Enforce Stay Under Seal* (the "**Motion** ")[a] filed on March 15, 2021 [Docket No. ____] seeking entry of an order granting leave to submit Amended Exhibit A attached the Agreed Order under seal, and the Court having the jurisdiction to consider the Motion to Seal and the requested relief being a core proceeding the Bankrutpcy Court can determine pursuant to 28 U.S.C. § 157(b)(2); the venue being proper before

[a] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

this Court pursuant to 28 U.S.C. §§ 1408 and 1409; considering the Debtor and HNGH jointly filed the Motion and agree to the relief requested, the Court finds good cause to grant the Motion to Seal; and due and proper notice of the Motion to Seal having been provided, the Court determines that good cause exists to grant the relief requested. Accordingly, it is hereby:

ORDERED, ADJUDGED AND DECREED, that the Motion is **GRANTED**; it is further

ORDERED that the Amended Exhibit A to the Agreed Order, as that term is defined in the Motion, is hereby submitted under seal.

**### END OF ORDER ###**

APPROVED AND AGREED:

/s/ Joyce Lindauer
Joyce W. Lindauer
State Bar No. 21555700
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Proposed Attorneys for Debtor

/s/ John Kane
John J. Kane
State Bar No. 24066794
Kane Russell Coleman Logan PC
Bank of America Plaza
901 Main Street, Suite 5200
Telephone: (214) 777-4200
Counsel for HNGH Turtle Creek, LLC