Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**MOTION TO EXTEND TIME TO CONFIRM
A PLAN OF REORGANIZATION**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

**COMES NOW** 2999TC Acquisitions, LLC, Debtor in the above entitled and numbered case ("Debtor"), and moves that this Court extend the time for Debtor to confirm a Plan of Reorganization, and in support thereof show:

1. The Debtor filed this case under Chapter 11 of the Bankruptcy Code on October 29, 2021.

2. On February 25, 2022, the Debtor filed *Debtor's First Amended Plan of Reorganization* (the "Plan") [Docket No. 77] and *Debtor's Disclosure Statement* (the "Disclosure Statement") [Docket No. 78].

3. The deadline for Debtor to confirm a Plan is April 27, 2022

4. The hearing on Debtor's Disclosure Statement is currently scheduled for April 25, 2022. Therefore, for the Debtor to maintain exclusivity, it needs a 60-day extension of the deadline to confirm its Plan.

5. 11 U.S.C. § 1121(b)-(c) provides the Debtor with the exclusive right to file a plan if it files a plan within 120 days from the petition date; and such plan is accepted by each class of claims or interests that is impaired under the plan before 180 days after the petition date.

6. The Debtor hereby requests that the Court extend the time to confirm a Plan for sixty (60) days.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that the Court enter its order granting the relief requested, and that the Court grant such other and further relief as it may deem just and proper.

Dated: April 13, 2022.

Respectfully Submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 13, 2022, a true and correct copy of the foregoing Motion was forwarded via email pursuant to the Court's CM/ECF system upon the parties receiving electronic notice in this case listed below.

Katherine T. Hopkins
katherine.thomas@kellyhart.com

John J. Kane
jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com

Sherrel K. Knighton
Sherrel.Knighton@lgbs.com, Dora.Casiano-Perez@lgbs.com;
Sean.French@lgbs.com;Dallas.Bankruptcy@lgbs.com

Joyce W. Lindauer
joyce@joycelindauer.com,
dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com

Steven C. Metzger
smetzger@pmklaw.com

Russell Hale Neilson
rhaleneilson@gmail.com, hneilson@ecf.courtdrive.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Kyle Woodard
kwoodard@krcl.com, KWoodard@ecf.courtdrive.com

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer