**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**ORDER GRANTING MOTION TO EXTEND TIME**
**TO CONFIRM A PLAN OF REORGANIZATION**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

**COME ON FOR CONSIDERATION** the *Motion to Extend Time to Confirm a Plan of Reorganization* filed by 2999TC Acquisitions, LLC, Debtor in the above-styled and numbered case ("Debtor"), and the Court having reviewed the pleadings and considered the arguments of counsel, finds that good cause exists to grant same. It is, therefore

ORDERED, ADJUDGED AND DECREED that the time for Debtor to confirm a Plan of Reorganization is hereby extended to June 27, 2022.

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Attorneys for Debtor