Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**MOTION FOR SETTING AND**
**REQUEST FOR EXPEDITED HEARING**

1. 2999TC Acquisitions, LLC (the "Debtor") hereby requests that an expedited hearing be held on the Motion to Extend Time to Confirm a Plan of Reorganization [the "Motion") [Docket No. 100] on **April 25, 2022, at 11:00 a.m.** along with the Disclosure Statement in this case.

2. Notice of the expedited hearing will be provided to all parties receiving electronic notice in this case via the Court's ECF system

3. A hearing was not requested earlier because the Motion was just filed on April 13, 2022.

Dated: April 14, 2022.

Respectfully submitted,

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: 972-503-4033
Facsimile: 972-503-4034
Email: joyce@joycelindauer.com
Attorneys for the Debtor

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on April 13, 2022, my paralegal emailed Asher Bublick in the Office of the U.S. Trustee regarding the foregoing Motion. At the time of filing this Motion, we have not received a response from Mr. Bublick.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 14, 2022, a true and correct copy of the foregoing Motion was forwarded via email pursuant to the Court's CM/ECF system upon the parties receiving electronic notice in this case listed below.

Katherine T. Hopkins
katherine.thomas@kellyhart.com

John J. Kane
jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com

Sherrel K. Knighton
Sherrel.Knighton@lgbs.com, Dora.Casiano-Perez@lgbs.com;
Sean.French@lgbs.com;Dallas.Bankruptcy@lgbs.com

Joyce W. Lindauer
joyce@joycelindauer.com,
dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com

Steven C. Metzger
smetzger@pmklaw.com

Russell Hale Neilson
rhaleneilson@gmail.com, hneilson@ecf.courtdrive.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Kyle Woodard
kwoodard@krcl.com, KWoodard@ecf.courtdrive.com

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer