**File a Motion:**

21-31954-hdh11 2999TC Acquisitions, LLC

| | | | |
|---|---|---|---|
| Type: bk | Chapter: 11 v | Office: 3 (Dallas) | Filed: 10/29/2021 Closed: Reopen: Dismissed: Dismissed(jdb): Converted: Discharged: Discharged(jdb): |
| Assets: y | Judge: hdh | Case Flag: REFORM, SealedDocument | |

Summary History Parties Filers Docket Sheet Deadlines/Hearings Status Pending Motions Creditors Claims Register

**U.S. Bankruptcy Court**

**Northern District of Texas**

Notice of Electronic Filing

The following transaction was received from Joyce W. Lindauer entered on 4/13/2022 at 2:34 PM CDT and filed on 4/13/2022

**Case Name:** 2999TC Acquisitions, LLC
**Case Number:** 21-31954-hdh11
**Document Number:** 100

**Docket Text:**
Motion to extend or limit the exclusivity period (RE: related document(s)[77] Chapter 11 plan) Filed by Debtor 2999TC Acquisitions, LLC (Attachments: # (1) Proposed Order) (Lindauer, Joyce)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Motion to Extend Deadline to Confirm Plan.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686615 [Date=4/13/2022] [FileNumber=47677971-0] [86249ae45a6ed75cd88eb29ffa8f8a45c457e310bd3eef179280653525ebf69abd5a282883b9d979a4be4b4ce2f95a67c8dbd658a36a227e503321e42ad18afa]]
**Document description:**Proposed Order
**Original filename:**C:\fakepath\Order.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686615 [Date=4/13/2022] [FileNumber=47677971-1] [12dd5a78b360402411f9c0ad310ef873566a4d2699356b0446ee472c485e074d8ee3f6a5205beea0fdc4a6b84412129ab75fac26e3d5abca0138df621fc2bb19]]

**21-31954-hdh11 Notice will be electronically mailed to:**

Katherine T. Hopkins on behalf of Defendant L. Allen Hodges, III
katherine.thomas@kellyhart.com

Katherine T. Hopkins on behalf of Interested Party Blackfoot Interest, Ltd.
katherine.thomas@kellyhart.com

Katherine T. Hopkins on behalf of Interested Party L. Allen Hodges III, Individually
katherine.thomas@kellyhart.com

Katherine T. Hopkins on behalf of Interested Party L. Allen Hodges III, as Independent Executor of the Estate of Leland A. Hodges Jr.
katherine.thomas@kellyhart.com

Katherine T. Hopkins on behalf of Interested Party LAH III Family Specific Interest, Ltd.
katherine.thomas@kellyhart.com

Katherine T. Hopkins on behalf of Interested Party Tejas Group, Ltd.
katherine.thomas@kellyhart.com

John J. Kane on behalf of Creditor HNGH Turtle Creek, LLC

**EXHIBIT "4"**

jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com

Sherrel K. Knighton on behalf of Creditor Dallas County
Sherrel.Knighton@lgbs.com, Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Dallas.Bankruptcy@lgbs.com

Joyce W. Lindauer on behalf of Debtor 2999TC Acquisitions, LLC
joyce@joycelindauer.com, dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com

Joyce W. Lindauer on behalf of Plaintiff 2999TC Acquisitions, LLC
joyce@joycelindauer.com, dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com

Steven C. Metzger on behalf of Interested Party JMJ Development LLC
smetzger@pmklaw.com

Steven C. Metzger on behalf of Interested Party Tim Barton
smetzger@pmklaw.com

Russell Hale Neilson on behalf of Defendant HNGH Turtle Creek, LLC
hneilson@parkinslee.com, hneilson@ecf.courtdrive.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Kyle Woodard on behalf of Creditor HNGH Turtle Creek, LLC
kwoodard@krcl.com, KWoodard@ecf.courtdrive.com

**21-31954-hdh11 Notice will not be electronically mailed to:**

Joyce Lindauer on behalf of Debtor 2999TC Acquisitions, LLC
Joyce Lindauer Attorney, PLLC
1412 Main Street, Ste. 500
Dallas, TX 75202

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**MOTION TO EXTEND TIME TO CONFIRM**
**A PLAN OF REORGANIZATION**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

**COMES NOW** 2999TC Acquisitions, LLC, Debtor in the above entitled and numbered case ("Debtor"), and moves that this Court extend the time for Debtor to confirm a Plan of Reorganization, and in support thereof show:

1. The Debtor filed this case under Chapter 11 of the Bankruptcy Code on October 29, 2021.

2. On February 25, 2022, the Debtor filed *Debtor's First Amended Plan of Reorganization* (the "Plan") [Docket No. 77] and *Debtor's Disclosure Statement* (the "Disclosure Statement") [Docket No. 78].

3. The deadline for Debtor to confirm a Plan is April 27, 2022

4. The hearing on Debtor's Disclosure Statement is currently scheduled for April 25, 2022. Therefore, for the Debtor to maintain exclusivity, it needs a 60-day extension of the deadline to confirm its Plan.

5. 11 U.S.C. § 1121(b)-(c) provides the Debtor with the exclusive right to file a plan if it files a plan within 120 days from the petition date; and such plan is accepted by each class of claims or interests that is impaired under the plan before 180 days after the petition date.

6. The Debtor hereby requests that the Court extend the time to confirm a Plan for sixty (60) days.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that the Court enter its order granting the relief requested, and that the Court grant such other and further relief as it may deem just and proper.

Dated: April 13, 2022.

Respectfully Submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 13, 2022, a true and correct copy of the foregoing Motion was forwarded via email pursuant to the Court's CM/ECF system upon the parties receiving electronic notice in this case listed below.

Katherine T. Hopkins
katherine.thomas@kellyhart.com

John J. Kane
jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com

Sherrel K. Knighton
Sherrel.Knighton@lgbs.com, Dora.Casiano-Perez@lgbs.com;
Sean.French@lgbs.com;Dallas.Bankruptcy@lgbs.com

Joyce W. Lindauer
joyce@joycelindauer.com,
dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com

Steven C. Metzger
smetzger@pmklaw.com

Russell Hale Neilson
rhaleneilson@gmail.com, hneilson@ecf.courtdrive.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Kyle Woodard
kwoodard@krcl.com, KWoodard@ecf.courtdrive.com

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**ORDER GRANTING MOTION TO EXTEND TIME**
**TO CONFIRM A PLAN OF REORGANIZATION**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

**COME ON FOR CONSIDERATION** the *Motion to Extend Time to Confirm a Plan of Reorganization* filed by 2999TC Acquisitions, LLC, Debtor in the above-styled and numbered case ("Debtor"), and the Court having reviewed the pleadings and considered the arguments of counsel, finds that good cause exists to grant same. It is, therefore

ORDERED, ADJUDGED AND DECREED that the time for Debtor to confirm a Plan of Reorganization is hereby extended to June 27, 2022.

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Attorneys for Debtor