Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**MOTION TO SHORTEN TIME FOR CONFIRMATION HEARING
FOR PLAN OF REORGANIZATION AND RELATED DEADLINES**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

**COMES NOW** 2999TC Acquisitions, LLC, Debtor in the above entitled and numbered case ("Debtor"), and moves that this Court to shorten the time for Debtor to hear confirmation of a Plan of Reorganization and related deadlines, and in support thereof show:

1. The Debtor filed this case under Chapter 11 of the Bankruptcy Code on October 29, 2021.

2. On February 25, 2022, the Debtor filed *Debtor's First Amended Plan of Reorganization* (the "Plan") [Docket No. 77] and *Debtor's Disclosure Statement* (the "Disclosure Statement") [Docket No. 78]. The Debtor has recently amended the Plan and Disclosure Statement to include changes related to the March 17, 2022, Agreed Order. That order requires a payoff to HNGH by May 30, 2022.

3. The hearing on Debtor's Disclosure Statement is currently scheduled for April 25, 2022. Therefore, for the Debtor to confirm a plan prior to May 30, 2022, a hearing on confirmation

needs to be set prior to that deadline. To meet the deadline of May 30, 2022, the Debtor requests the Court shorten the notice time by ten (10) days to fifteen (15) days plus the three (3) days for mailing allowing the Confirmation hearing to be heard on or after May 13, 2022.

4. The Debtor hereby requests that the Court shorten the time to have confirmation of the Plan heard to 18 days. Thus making ballot and objections to confirmation due by no later than May 10, 2022.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that the Court enter its order granting the relief requested, and that the Court grant such other and further relief as it may deem just and proper.

Dated: April 24, 2022.

Respectfully Submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 24, 2022, a true and correct copy of the foregoing Motion was forwarded via email pursuant to the Court's CM/ECF system upon the parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer