**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**ORDER GRANTING MOTION TO SHORTEN TIME FOR CONFIRMATION HEARING FOR PLAN OF REORGANIZATION AND RELATED DEADLINES**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

**CAME ON FOR CONSIDERATION** the *Motion to Shorten Time for Confirmation Hearing for Plan of Reorganization and Related Deadlines* filed by 2999TC Acquisitions, LLC, Debtor in the above-styled and numbered case ("Debtor"), and the Court having reviewed the pleadings and considered the arguments of counsel, finds that good cause exists to grant same. It is, therefore

ORDERED, ADJUDGED AND DECREED that the deadline for the confirmation hearing is __________________________________________. It is further

ORDERED that the objections to confirmation and ballots are due no later than ________ ________________________________.

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Attorneys for Debtor