CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 27, 2022**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**ORDER APPROVING DEBTOR'S SECOND**
**AMENDED DISCLOSURE STATEMENT**

CAME ON FOR CONSIDERATION BY THE COURT the Debtor's request for the Court to consider the approval of Debtor's Second Amended Disclosure Statement, and the Court having considered same orders as follows:

**ORDERED, ADJUDGED AND DECREED** that the Debtor's Second Amended Disclosure Statement is approved; and it is further

**ORDERED** that a hearing on Debtor's Third Amended Plan of Reorganization shall be held on **May 10, 2022, at 1:30 p.m.** before the Honorable Judge Harlin D. Hale, United States Bankruptcy Court, 1100 Commerce Street, 14th Floor, Dallas, Texas 75242.

Objections to the Confirmation of the Plan must be filed and served on counsel of record for the Debtor no later than **May 6, 2022.**

Ballots accepting or rejecting the Debtor's Plan of Reorganization shall be submitted to counsel of record for the Debtor, Joyce W. Lindauer, 1412 Main Street, Dallas, Texas 75242; (972) 503-4034 facsimile; joyce@joycelindauer.com. The deadline for submitting ballots is **May 6, 2022.**

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Debtor