Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Dallas, Texas 75230
Attorneys for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**NOTICE OF HEARING ON CONFIRMATION OF**
**DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION**

**PLEASE TAKE NOTICE** that the hearing to consider confirmation of the *Debtor's Third Amended Plan of Reorganization* (the "Plan") has been scheduled for **May 10, 2022, at 1:30 p.m.** before the Honorable Harlin D. Hale, United States Bankruptcy Court, 1100 Commerce Street, 14th Floor, Dallas, Texas 75242.

**PLEASE TAKE FURTHER NOTICE** that objections to confirmation of the Plan are due no later than **May 6, 2022.**

**PLEASE TAKE FURTHER NOTICE** that ballots accepting or rejecting the Plan must be received by the undersigned no later than **May 6, 2022.**

Dated: April 28, 2022.

Respectfully submitted,

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Dallas, Texas 75230
Attorneys for Debtors