Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Dallas, Texas 75230
Attorneys for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 28, 2022, a true and correct copy of the following documents was served via United States first class mail, postage prepaid, upon the parties on the attached service list.

1. Debtor's Third Amended Plan of Reorganization [Docket No. 108];

2. Debtor's Second Amended Disclosure Statement [Docket No. 110];

3. Order Approving Debtor's Second Amended Disclosure Statement [Docket No. 112];

4. Notice of Hearing on Confirmation of Debtor's Third Amended Plan of Reorganization [Docket No. 113]; and

5. Ballot.

Dated: April 29, 2022

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Dallas, Texas 75230
Attorneys for Debtors