Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Dallas, Texas 75230
Attorneys for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**DEBTOR'S WITNESS AND EXHIBIT LIST**

Comes now 2999TC Acquisitions, LLC, Debtor in the above-styled and numbered bankruptcy case ("Debtor") and files this its Witness and Exhibit List for the confirmation hearing scheduled on May 10, 2022.

**Witnesses**

At the hearing, the Debtor may call the following persons to testify as witnesses:

1. Timothy Barton
2. Any witness designated by any other party

**Exhibits**

At the hearing the Debtor may present one or more of the following exhibits:

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Docket Sheet | | |
| 2 | Debtor's Third Amended Plan of Reorganization [Docket No. 108] | | |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 3 | Debtor's Second Amended Disclosure Statement [Docket No. 110] | | |
| 4 | Claims Register | | |
| 5 | Monthly Operating Reports | | |
| 6 | Schedules of Assets and Liabilities, and any amendments | | |
| 7 | Statement of Financial Affairs, and any amendments | | |
| 8 | Ballot Tally [Docket No. 119] | | |
| 9 | Any exhibits identified by any other party. | | |

Debtor reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserves the right to call additional witnesses and introduce additional exhibits in rebuttal. Debtor further reserves the right to supplement this list prior to the hearing.

Dated: May 6, 2022.

Respectfully Submitted

*<u>/s/ Joyce W. Lindauer</u>*

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 6, 2022, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF filing system upon those parties listed below.

Katherine T. Hopkins
katherine.thomas@kellyhart.com

John J. Kane
jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com

Sherrel K. Knighton
Sherrel.Knighton@lgbs.com, Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Dallas.Bankruptcy@lgbs.com

Joyce W. Lindauer
joyce@joycelindauer.com,
dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com

Steven C. Metzger
smetzger@pmklaw.com

Russell Hale Neilson
hneilson@parkinslee.com, hneilson@ecf.courtdrive.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Kyle Woodard
kwoodard@krcl.com, KWoodard@ecf.courtdrive.com

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer