# Northern District of Texas
# Claims Register

21-31954-hdh11 2999TC Acquisitions, LLC

| | |
|---|---|
| **Judge:** Harlin DeWayne Hale | **Chapter:** 11 |
| **Office:** Dallas | **Last Date to file claims:** 03/07/2022 |
| **Trustee:** | **Last Date to file (Govt):** 06/05/2022 |

| | | |
|---|---|---|
| *Creditor:* (19541444)<br>Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Sherrel K. Knighton<br>2777 N. Stemmons Fwy. Ste. 1000<br>Dallas, TX 75207 | **Claim No: 1**<br>*Original Filed Date*: 11/09/2021<br>*Original Entered Date*: 11/09/2021 | *Status:* Withdraw 80<br>*Filed by:* CR<br>*Entered by:* Sherrel K. Knighton<br>*Modified:* |

Amount claimed: $382508.70
Secured claimed: $382508.70

*History:*

Details 1-1 11/09/2021 Claim #1 filed by Dallas County, Amount claimed: $382508.70 (Knighton, Sherrel)
80 03/09/2022 Withdrawal of claim(s) Claim has been satisfied. Claim: 1 Filed by Creditor Dallas County. (Knighton, Sherrel) Status: Withdraw

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (19606332)<br>Jackson Walker LLP<br>Suzan Kedron<br>2323 Ross Avenue<br>Suite 600<br>Dallas, TX 75201 | **Claim No: 2**<br>*Original Filed Date*: 03/07/2022<br>*Original Entered Date*: 03/07/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:*<br>*Modified:* |

Amount claimed: $18092.75

*History:*

Details 2-1 03/07/2022 Claim #2 filed by Jackson Walker LLP, Amount claimed: $18092.75 (Admin)

*Description:*

*Remarks:* (2-1) Account Number (last 4 digits):3814

| | | |
|---|---|---|
| *Creditor:* (19612163)<br>HNGH Turtle Creek, LLC<br>c/o John J. Kane<br>Kane Russell Coleman Logan PC<br>901 Main Street, Suite 5200<br>Dallas, Texas 75202 | **Claim No: 3**<br>*Original Filed Date*: 03/08/2022<br>*Original Entered Date*: 03/08/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* John J. Kane<br>*Modified:* |

Amount claimed: $45939456.00
Secured claimed: $45939456.00

*History:*

Details 3-1 03/08/2022 Claim #3 filed by HNGH Turtle Creek, LLC, Amount claimed: $45939456.00 (Kane, John)

*Description:*

*Remarks:*

## Claims Register Summary

**EXHIBIT "4"**

**Case Name:** 2999TC Acquisitions, LLC
**Case Number:** 21-31954-hdh11
**Chapter:** 11
**Date Filed:** 10/29/2021
**Total Number Of Claims:** 3

| | |
|---|---|
| **Total Amount Claimed*** | $46340057.45 |
| **Total Amount Allowed*** | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | **Claimed** | **Allowed** |
|---|---|---|
| **Secured** | $46321964.70 | |
| **Priority** | | |
| **Administrative** | | |

---

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/06/2022 15:49:45 | | | |
| **PACER Login:** | joycelindauer | **Client Code:** | 2999TC Acquisitions |
| **Description:** | Claims Register | **Search Criteria:** | 21-31954-hdh11 Filed or Entered From: 1/1/2020 Filed or Entered To: 5/6/2022 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |