REDACTED

Q Is the property generating any revenue?
A No.
Q Okay. Is -- are the improvements habitable that are on that property? In other words --
A Yes.
Q Let me clarify. Someone can move in and operate on this?

A Yes, sir.
Q Okay. Is anybody officing in that space?
A Yes.
Q Who is?
A JMJ Development.
Q Is it paying any rent to the Debtor?
A No.
Q Why not?
A Neither party required it or offered it.
Q So it's getting free use -- what is -- what would you say market rent would be for that space?
A I couldn't opine on that sitting here today, but it is very nice office space.
Q Do you think there's significant demand for that office space?
A Yes.
Q Do you think you could have a replacement tenant in that office space in short order?
A Yes.

REDACTED