**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 21-31954-HDH-11** |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CHAPTER 11** |
| | § | |
| **DEBTOR.** | § | |
| | § | |

# Exhibit A to Agreed Order Modifying Order on Motion to Dismiss and for Relief from Stay
# <u>filed at Docket No. 94</u>

Amended Exhibit A - Modified Payoff Amount
(CONFIDENTIAL)

[*Filed Under Seal Subject to Order – See Docket No. 93*]

**AMENDED EXHIBIT A**

MODIFIED PAYOFF AMOUNT: $40,882,500