**John J. Kane**

| | |
|---|---|
| **From:** | John J. Kane |
| **Sent:** | Tuesday, May 10, 2022 11:43 AM |
| **To:** | Julie Lyssy; 'k.walji@waljilaw.com' |
| **Cc:** | 'Joyce Lindauer'; Jeanie Acord; Lockette Manley; 'Bella Khusal' |
| **Subject:** | RE: 2201814-VVJA Closing of 2999 Turtle Creek (1035-14R) [IWOV-iManage.FID2137592] |

2999 TC Acquisitions LLC's counsel, Joyce Lindauer, will be seeking plan confirmation today at her 1:30 hearing on the matter. I've not seen a proposed confirmation order yet.

John

JOHN J. KANE
Director
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

**From:** Julie Lyssy <jlyssy@senderatitle.com>
**Sent:** Tuesday, May 10, 2022 11:34 AM
**To:** John J. Kane <jkane@krcl.com>; 'k.walji@waljilaw.com' <k.walji@waljilaw.com>
**Cc:** 'Joyce Lindauer' <joyce@joycelindauer.com>; Jeanie Acord <jacord@senderatitle.com>; Lockette Manley <lmanley@senderatitle.com>; 'Bella Khusal' <BKhusal@jmjdevelopment.com>
**Subject:** RE: 2201814-VVJA Closing of 2999 Turtle Creek (1035-14R) [IWOV-iManage.FID2137592]

John,

We are clear on the UW requirements for 1 and 2. We will need the following to clear all requirements from the Underwriter.

**Either (i) an Order permitting DIP Financing or (ii) the proceed to confirmation of the Ch. 11 Plan before closing and the Confirmed Plan provides for the takeout financing (in which case the Order Confirming the Plan will be sufficient**

Please send once you have the above information.

Thank you.

Julie Lyssy,
Escrow Officer
**SENDERA TITLE**
**1800 Valley View Ln. # 160**
**Farmers Branch, Texas 75234**
jlyssy@senderatitle.com
Tel 972-428-2855

Fax 972-428-2901

**WARNING – FRAUDULENT FUNDING INSTRUCTIONS: Email hacking and fraud are on the rise to fraudulently misdirect funds. Please call your escrow officer immediately using contact information found from an independent source, such as the sales contract or internet, to verify any funding instructions received. We are not responsible for any wires sent by you to an incorrect bank account.**

**CONFIDENTIALITY NOTICE:**
The information contained in this message is privileged and confidential; intended only for the use of the addressee(s). If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify me and you are hereby instructed to delete all electronic copies and destroy all printed copies.

---

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Tuesday, May 10, 2022 10:33 AM
**To:** Julie Lyssy <jlyssy@senderatitle.com>; 'k.walji@waljilaw.com' <k.walji@waljilaw.com>
**Cc:** 'Joyce Lindauer' <joyce@joycelindauer.com>; Jeanie Acord <jacord@senderatitle.com>; Lockette Manley <lmanley@senderatitle.com>; 'Bella Khusal' <BKhusal@jmjdevelopment.com>
**Subject:** RE: 2201814-VVJA Closing of 2999 Turtle Creek (1035-14R) [IWOV-iManage.FID2137592]

Julie,

Attached is the Payoff Amount, the confidential Exhibit A filed under seal, which I'd circulated and had approved by 2999TC's counsel on March 11, 2022, and which I'd previously provided to 2999TC's counsel again on April 29, 2022.

HNGH has a copy of the rescission deed ready to file in accordance with the applicable orders. HNGH's expectation is that it will file and record the rescission deed at closing when funds are wired into escrow for HNGH's payoff and the filing of the rescission deed is the only condition precedent to closing remaining.

Please let me know if there is any additional documentation you require from me, on HNGH's behalf.

Thank you

**JOHN J. KANE**
Director
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

---

**From:** Julie Lyssy <jlyssy@senderatitle.com>
**Sent:** Tuesday, May 10, 2022 8:40 AM
**To:** 'k.walji@waljilaw.com' <k.walji@waljilaw.com>
**Cc:** 'Joyce Lindauer' <joyce@joycelindauer.com>; Jeanie Acord <jacord@senderatitle.com>; Lockette Manley <lmanley@senderatitle.com>; John J. Kane <jkane@krcl.com>; 'Bella Khusal' <BKhusal@jmjdevelopment.com>
**Subject:** RE: 2201814-VVJA Closing of 2999 Turtle Creek (1035-14R)

Thank you.

Julie Lyssy,
Escrow Officer
**SENDERA TITLE**
**1800 Valley View Ln. # 160**
**Farmers Branch, Texas 75234**
jlyssy@senderatitle.com
Tel 972-428-2855
Fax 972-428-2901

**WARNING – FRAUDULENT FUNDING INSTRUCTIONS: Email hacking and fraud are on the rise to fraudulently misdirect funds. Please call your escrow officer immediately using contact information found from an independent source, such as the sales contract or internet, to verify any funding instructions received. We are not responsible for any wires sent by you to an incorrect bank account.**

**CONFIDENTIALITY NOTICE:**
The information contained in this message is privileged and confidential; intended only for the use of the addressee(s). If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify me and you are hereby instructed to delete all electronic copies and destroy all printed copies.

---

**From:** k.walji@waljilaw.com <k.walji@waljilaw.com>
**Sent:** Tuesday, May 10, 2022 3:10 AM
**To:** Julie Lyssy <jlyssy@senderatitle.com>
**Cc:** 'Joyce Lindauer' <joyce@joycelindauer.com>; Jeanie Acord <jacord@senderatitle.com>; Lockette Manley <lmanley@senderatitle.com>; 'John J. Kane' <jkane@krcl.com>; 'Bella Khusal' <BKhusal@jmjdevelopment.com>
**Subject:** FW: 2201814-VVJA Closing of 2999 Turtle Creek (1035-14R)

Hello Julie,

I am forwarding your email to Mr. John Kane, Counsel for HNGH and Joyce Lindauer, Counsel for 2999TC Acquisition, LLC to provide the responses directly to you and cc us all on this email.

**Khudabuksh K. Walji, Esq.**
***Outside General Counsel***
**JMJ Real Estate Development Group**
2999 Turtle Creek Boulevard
Dallas, Texas, USA 75219

**U.S. & Int'l Legal Advisor**
**Law Office of K. Walji, P.C.**
The Atrium Building
10701 Corporate Drive, Suite 350
Stafford, Texas, USA 77477
O: +1.281.401.9672
M: +1.713.562.6875
E: k.walji@waljilaw.com
Confidentiality Implied

---

**From:** Julie Lyssy <jlyssy@senderatitle.com>
**Sent:** Monday, May 9, 2022 5:11 PM
**To:** 'Bella Khusal' <BKhusal@jmjdevelopment.com>

**Cc:** Tim Barton <tbarton@jmjdevelopment.com>; Jeanie Acord <jacord@senderatitle.com>; Lockette Manley <lmanley@senderatitle.com>; Alicia M. Longwell <alicia@waljilaw.com>; filing@waljilaw.com; K Walji <k.walji@waljilaw.com>
**Subject:** RE: 2201814-VVJA Closing of 2999 Turtle Creek (1035-14R)

Bella,

I just heard back from my Underwriter. See below what we will need.

**Julie: I am assuming that the "borrower" in your transaction is 2999TC Acquisitions or some related Barton company.**

**Based upon that assumption, then even though HNGH filed a Deed In Lieu, they have agreed to withdraw it if they are paid off by 5/30. See attached Agreed Modified Order, which sets forth the agreements of Barton and HNGN.**

**So, as to the BR, where is what we need:**

1. **A Payoff from HNGH (the payoff amount is apparently in a sealed doc, as I can't access it on PACER).**
2. **Confirmation from HNGH that the interim events referenced in the Modified Order have occurred and HNGH is prepared to cancel the DIL of record at closing (upon being paid off per the Modified Order).**
3. **Either (i) an Order permitting DIP Financing or (ii) the proceed to confirmation of the Ch. 11 Plan before closing and the Confirmed Plan provides for the takeout financing (in which case the Order Confirming the Plan will be sufficient).**

Julie Lyssy,
Escrow Officer
**SENDERA TITLE**
**1800 Valley View Ln. # 160**
**Farmers Branch, Texas 75234**
jlyssy@senderatitle.com
Tel 972-428-2855
Fax 972-428-2901

**WARNING – FRAUDULENT FUNDING INSTRUCTIONS: Email hacking and fraud are on the rise to fraudulently misdirect funds. Please call your escrow officer immediately using contact information found from an independent source, such as the sales contract or internet, to verify any funding instructions received. We are not responsible for any wires sent by you to an incorrect bank account.**

**CONFIDENTIALITY NOTICE:**
The information contained in this message is privileged and confidential; intended only for the use of the addressee(s). If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify me and you are hereby instructed to delete all electronic copies and destroy all printed copies.

---

**From:** Bella Khusal <BKhusal@jmjdevelopment.com>
**Sent:** Monday, May 9, 2022 11:03 AM
**To:** Julie Lyssy <jlyssy@senderatitle.com>
**Cc:** Tim Barton <tbarton@jmjdevelopment.com>; Jeanie Acord <jacord@senderatitle.com>; Lockette Manley <lmanley@senderatitle.com>; Alicia M. Longwell <alicia@waljilaw.com>; filing@waljilaw.com; K Walji

<k.walji@waljilaw.com>
**Subject:** RE: 2201814-VVJA Closing of 2999 Turtle Creek (1035-14R)

Good morning Julie,

Can you please provide a list of documents/information you will need for this closing?
I will be your point of contact for this closing so I will make sure everything is sent to you in a timely manner.

Thank you!

Best,

**Bella Khusal**
JMJ Development
1755 Wittington Place, Suite 340
Dallas, Texas 75234
C: 972-802-0265
bkhusal@jmjdevelopment.com
www.jmjdevelopment.net

***CONFIDENTIALITY NOTICE**: This email message, including any attachments, is intended for the sole viewing and use by the individual or entity to which it is addressed, and may contain confidential, proprietary, and/or privileged information, which is prohibited from disclosure and any other use than for the purpose for which such information is being provided. By accepting such information, you agree that any unauthorized review, use, disclosure, distribution, or the taking of any action in reliance on the information contained in this email, including attachments, is prohibited except to the extent agreed to in writing by sender for so long as you retain such information. Unless otherwise agreed, all information contained herein remains the sole and exclusive property of the sender. If you are not the intended recipient, you are hereby notified that any dissemination or copy of this message, or any attachment, is strictly prohibited. If you have received a copy of this email in error, please notify the sender by reply email immediately, and remove all copies of the original message, including attachments, from your computer.*

---

**From:** Bella Khusal
**Sent:** Thursday, May 5, 2022 2:07 PM
**To:** K Walji <k.walji@waljilaw.com>; Julie Lyssy <jlyssy@senderatitle.com>
**Cc:** Tim Barton <tbarton@jmjdevelopment.com>; Jeanie Acord <jacord@senderatitle.com>; Lockette Manley <lmanley@senderatitle.com>; Alicia M. Longwell <alicia@waljilaw.com>; filing@waljilaw.com
**Subject:** RE: 2201814-VVJA Closing of 2999 Turtle Creek (1035-14R)

Yes, Julie, please see attached survey.

Thanks!

Best,

**Bella Khusal**
JMJ Development
1755 Wittington Place, Suite 340
Dallas, Texas 75234
C: 972-802-0265
bkhusal@jmjdevelopment.com
www.jmjdevelopment.net

***CONFIDENTIALITY NOTICE**: This email message, including any attachments, is intended for the sole viewing and use by the individual or entity to which it is addressed, and may contain confidential, proprietary, and/or privileged information, which is prohibited from disclosure and any other use than for the purpose for which such information is being provided. By accepting such information, you agree that any unauthorized review, use, disclosure, distribution, or the taking of any action in reliance on the information contained in this email, including attachments, is prohibited except to the extent agreed to in writing by sender for so long as you retain such information. Unless otherwise agreed, all information contained herein remains the sole and exclusive property of the sender. If you are not the intended recipient, you are hereby notified that any dissemination or copy of this message, or any attachment, is strictly prohibited. If you have received a copy of this email in error, please notify the sender by reply email immediately, and remove all copies of the original message, including attachments, from your computer.*