**John J. Kane**

**From:** John J. Kane
**Sent:** Thursday, May 12, 2022 5:51 PM
**To:** Joyce Lindauer
**Subject:** Rescission Deed - HN Capital Partners - JMJ Development - Special Warranty Deed.DOCX [IWOV-iManage.FID2137592]
**Attachments:** HN Capital Partners - JMJ Development - Special Warranty Deed.DOCX

See attached.

**JOHN J. KANE**
Director
KRCL 30 years
**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4261 **Cell** 972.672.6915
**krcl.com** | **krclblogs.com**

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.