**John J. Kane**

**From:** John J. Kane
**Sent:** Thursday, May 26, 2022 6:55 PM
**To:** 'Julie Lyssy'
**Cc:** 'RANDY P. MARX'; Khudabuksh K. Walji Esq.; 'Joyce Lindauer'; Jeanie Acord
**Subject:** RE: 2201814-VVJA Assignments

We are working with Happy State Bank to try to get this issue resolved. I will circulate an executed and notarized Rescission Deed for Tim Barton's signature, to be held in escrow pending funding tomorrow as well.

JOHN J. KANE
Director
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

**From:** Julie Lyssy <jlyssy@senderatitle.com>
**Sent:** Tuesday, May 24, 2022 10:51 AM
**To:** John J. Kane <jkane@krcl.com>
**Cc:** 'RANDY P. MARX' <RANDY@themarxfirm.com>; Khudabuksh K. Walji Esq. <k.walji@waljilaw.com>; 'Joyce Lindauer' <joyce@joycelindauer.com>; Jeanie Acord <jacord@senderatitle.com>
**Subject:** 2201814-VVJA Assignments

Good morning John,

I am hoping you can help me with some items on Schedule C of the title commitment regarding Assignments from Axos Bank and Happy State Bank. We will need a Collateral Assignment signed by Axos Bank to 2999 Turtle Creek LLC. Also since Happy State Bank will not receive any payoff funds or be signing a Release of Lien with HNGH we will need Happy State Bank to Collaterally Assign back to HNGH. Do you by chance have the Assignments?

I have attached the commitment with the hyperlinks to the Schedule C documents. Thank you.

Julie Lyssy,
Escrow Officer
**SENDERA TITLE**
**1800 Valley View Ln. # 160**
**Farmers Branch, Texas 75234**
jlyssy@senderatitle.com
Tel 972-428-2855
Fax 972-428-2901

**WARNING – FRAUDULENT FUNDING INSTRUCTIONS: Email hacking and fraud are on the rise to fraudulently misdirect funds. Please call your escrow officer immediately using contact information found from an independent source, such as the sales contract or internet, to verify any funding instructions received. We are not responsible for any wires sent by you to an incorrect bank account.**

**CONFIDENTIALITY NOTICE:**
The information contained in this message is privileged and confidential; intended only for the use of the addressee(s). If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify me and you are hereby instructed to delete all electronic copies and destroy all printed copies.