**John J. Kane**

| | |
|---|---|
| **From:** | Cindy Davis |
| **Sent:** | Friday, May 27, 2022 3:47 PM |
| **To:** | John J. Kane |
| **Subject:** | RE: HNGH - Need some help: Fwd: 2201814-VVJA Assignments [IWOV-iManage.FID2137592] |
| **Attachments:** | Special Warranty Deed (signed by HNGH Turtle Creek).nrl |

Yes I did. Doc attached.

CINDY K. DAVIS
Legal Secretary
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4289
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Friday, May 27, 2022 3:25 PM
**To:** Cindy Davis <cdavis@krcl.com>
**Subject:** RE: HNGH - Need some help: Fwd: 2201814-VVJA Assignments [IWOV-iManage.FID2137592]

Did you courier the signed document?

Also will you email me a copy of the signed rescission deed or email me where a copy is saved so I can email that around?

JOHN J. KANE
Director
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Friday, May 27, 2022 12:57 PM
**To:** Cindy Davis <cdavis@krcl.com>
**Subject:** Fwd: HNGH - Need some help: Fwd: 2201814-VVJA Assignments

Cindy,

This is the person to whom you need to courier the signed notarized deed after you save a pdf copy to the system for HN Capital under the JmJ subnumber.

Cover letter needs to say, "Per Mr. Kane, this executed rescission deed must be held in escrow pending funding of the payoff amount owed to HNGH Turtle Creek, LLC."

Thank you!

John J. Kane
972-672-6915

Begin forwarded message:

**From:** "John J. Kane" <jkane@krcl.com>
**Date:** May 24, 2022 at 11:28:15 AM CDT
**To:** "John M. Inabnett" <jinabnett@krcl.com>
**Subject: HNGH - Need some help: Fwd: 2201814-VVJA Assignments**

John,

Can you take a look at this email below and the attachment and the referenced Exhibit C? Curious about these assignments. I don't really follow the assignments to Axos and Hapoy State Bank as they're really just a lender to HNGH, and HNGH is the lender to 2999TC.

Can you help me get a handle on this and what we need to get to title co to facilitate a closing next Tuesday?

John J. Kane
972-672-6915

Begin forwarded message:

**From:** Julie Lyssy <jlyssy@senderatitle.com>
**Date:** May 24, 2022 at 10:50:59 AM CDT
**To:** "John J. Kane" <jkane@krcl.com>
**Cc:** "RANDY P. MARX" <RANDY@themarxfirm.com>, "Khudabuksh K. Walji Esq." <k.walji@waljilaw.com>, Joyce Lindauer <joyce@joycelindauer.com>, Jeanie Acord <jacord@senderatitle.com>
**Subject: 2201814-VVJA Assignments**

Good morning John,

I am hoping you can help me with some items on Schedule C of the title commitment regarding Assignments from Axos Bank and Happy State Bank. We will need a Collateral Assignment signed by Axos Bank to 2999 Turtle Creek LLC. Also since Happy State Bank will not receive any payoff funds or be signing a Release of Lien with HNGH we will need Happy State Bank to Collaterally Assign back to HNGH. Do you by chance have the Assignments?

I have attached the commitment with the hyperlinks to the Schedule C documents. Thank you.

Julie Lyssy,
Escrow Officer

**SENDERA TITLE**
**1800 Valley View Ln. # 160**
**Farmers Branch, Texas 75234**
jlyssy@senderatitle.com
Tel 972-428-2855
Fax 972-428-2901

**WARNING – FRAUDULENT FUNDING INSTRUCTIONS: Email hacking and fraud are on the rise to fraudulently misdirect funds. Please call your escrow officer immediately using contact information found from an independent source, such as the sales contract or internet, to verify any funding instructions received. We are not responsible for any wires sent by you to an incorrect bank account.**

**CONFIDENTIALITY NOTICE:**
The information contained in this message is privileged and confidential; intended only for the use of the addressee(s). If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify me and you are hereby instructed to delete all electronic copies and destroy all printed copies.