# SPECIAL WARRANTY DEED

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | KNOW ALL MEN BY THESE PRESENTS: |
| COUNTY OF DALLAS | § | |

WHEREAS, pursuant to that certain Special Warranty Deed dated effective October 29, 2021, recorded on November 1, 2021, as Instrument # 202100327172 in the real property records of Dallas County, Texas (the "Deed-In-Lieu"), 2999TC Acquisitions, LLC f/k/a MO 2999TC, LLC, a Delaware limited liability company ("2999TC"), granted and conveyed to HNGH Turtle Creek, LLC, a Texas limited liability company ("HNGH"), that certain real property situated in Dallas County, Texas, as more particularly described on **Exhibit A** attached hereto and made a part hereof for all purposes, together with all improvements located thereon (the "Property"). A copy of the Deed-In-Lieu is attached hereto as **Exhibit B**.

WHEREAS, pursuant to that certain Agreed Order Regarding Motion to Lift Stay [Doc. 10], Motion to Dismiss [Doc. 9], Motion for Sanctions [Doc. 15] and Motion to Enforce Stay [Doc. 14] signed December 10, 2021 (the "Agreed Order"), a copy of which is attached hereto as **Exhibit C**, in Case 21-31954-hdh in the United States Bankruptcy Court For the Northern District of Texas Dallas Division, 2999TC and HNGH acknowledge and agree as follows:

1. the Deed-In-Lieu is rescinded and avoided effective as of October 29, 2021, in order for fee simple title to the Property to remain vested in 2999TC;

2. the following are reinstated effective immediately prior to the occurrence of the Payoff Event (as defined in the Agreed Order): (a) that certain Secured Promissory Note dated September 20, 2019 (the "Note"), in the original principal amount of $32,500,000, payable by 2999TC, as maker, to the order of HNGH, as payee and holder of the Note, and (b) the lien on and security interest against the Property created by that certain Deed of Trust, Security Agreement and Fixture Filing dated September 29, 2019, recorded as Document # 201900253450 in the real property records of Dallas County, Texas; and

3. the Payoff Event occurred concurrently with the execution and delivery of this Special Warranty Date.

NOW, THEREFORE, HNGH, whose mailing address is 1807 Ross Avenue, Suite 440, Dallas, TX 75201, for and in consideration of the sum of TEN AND NO/ 100 DOLLARS ($10.00) and other good and valuable consideration paid in cash to HNGH by 2999TC herein named, has effective as of October 29, 2021, GRANTED, BARGAINED, SOLD and CONVEYED, and by these presents does GRANT, BARGAIN, SELL and CONVEY the Property unto 2999TC, whose mailing address is 13901 Midway Rd., Suite 102-243, Dallas, Texas 75244.

This conveyance is made and accepted subject to (a) the terms of the Agreed Order, and (b) the restriction, running with the Property, and binding upon 2999TC and its successors and assigns, that the Property may only be used for hotel and residential condominium purposes.

TO HAVE AND TO HOLD the Property, free, clear and discharged of and from all former grants, charges, taxes, judgments, mortgages and other liens of whatsoever nature, except for the restriction above and encumbrances and matters of title as recorded in the real property records of Dallas County, Texas which are incorporated herein by reference, together with all and singular the rights and appurtenances thereto and in any wise belonging unto 2999TC, its legal representatives and successors, forever; and HNGH does hereby bind itself, its legal representatives and successors, to Warrant and Forever Defend all and singular the Property unto 2999TC, its legal representatives and successors, against every person whomsoever lawfully claiming or to claim the same or any part thereof, by, through or under HNGH, but not otherwise.

For the same consideration, but without representation, recourse or warranty, HNGH hereby GRANTS, BARGAINS, SELLS and CONVEYS, to 2999TC, (i) any and all rights, titles, powers, privileges, easements, licenses, rights-of-way and interests appurtenant to the Property, (ii) all rights, titles, powers, privileges, licenses, easements, rights-of-way and interests, if any, of HNGH, either at law or in equity, in possession or in expectancy, in and to any real estate lying in the streets, highways, roads, alleys, rights-of-way or sidewalks, open or proposed, in front of, above, over, under, through or adjoining the Property and in and to any strips or gores of real estate adjoining the Property, and (iii) all rights, titles, power, privileges, interest, licenses, easements and rights-of-way appurtenant or incident to any of the foregoing.

*[Signature Page to Follow]*

IN WITNESS WHEREOF, HNGH and 2999TC have executed this Special Warranty Deed on the 27th day of May, 2022.

**HNGH Turtle Creek, LLC,**
a Texas limited liability company

By: ____________________
Name: Vipin Nambiar
Title. ____________________

STATE OF TEXAS

COUNTY OF DALLAS

BEFORE ME, the undersigned Notary Public, on this day personally appeared Vipin Nambiar, known to me to be the person and officer whose name is subscribed to the foregoing instrument on behalf of **HNGH Turtle Creek, LLC**, and acknowledged to me that he executed the same for the purposes and consideration therein expressed, as the act and deed of said limited liability company and in the capacity therein stated.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this the 27 day of May, 2022.

WCK
____________________
Notary Public in and for the State of Texas
My Commission expires: 11/10/2024

NOTARY PUBLIC STATE OF TEXAS
WILLIAM C. KEISER
Notary Public, State of Texas
Comm. Expires 11-10-2024
Notary ID 132775558

WCK

**2999TC ACQUISITIONS, LLC,**
a Delaware limited liability company
formerly known as MO 2999TC, LLC

By: ___________________________________
Name: Timothy Barton
Title. President

STATE OF TEXAS

COUNTY OF DALLAS

BEFORE ME, the undersigned Notary Public, on this day personally appeared Timothy Barton, known to me to be the person and officer whose name is subscribed to the foregoing instrument on behalf of 2999TC Acquisitions, LLC, and acknowledged to me that he executed the same for the purposes and consideration therein expressed, as the act and deed of said limited liability company and in the capacity therein stated.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this the ___ day of ____________, 2022.

___________________________________
Notary Public in and for the State of Texas
My Commission expires: _______________

# **EXHIBIT A**

PROPERTY

BEING a tract of land situated in the James A Sylvester Survey Abstract No. 1383, and the John Grisby Survey, Abstract No. 495, City of Dallas Block No. A/1031, Texas and being all of Lot 4, Block A/1031, of TURTLE CREEK OFFICE ADDITION, an Addition to the City of Dallas, Texas, according to the plat thereof recorded in Volume 2003162, Page 48, Deed Records, Dallas County, Texas.

# EXHIBIT B

DEED-IN-LIEU

[see attached]

**EXHIBIT C**

AGREED ORDER

[see attached]