**John J. Kane**

**From:** Jordan M. Lewis <jmontylewis@fgb.net>
**Sent:** Friday, May 27, 2022 2:56 PM
**To:** John J. Kane; ktarrant@reuniontitle.com
**Cc:** Perla Alvizo
**Subject:** RE: [EXTERNAL] RE: Items needed for closing [IWOV-iManage.FID2137592]

My apologies – thank you for clearing that up.

**Jordan Montgomery Lewis, Esq.**
Texas Area President | First Guaranty Bank
**Mobile:** 972-482-0337| **Tel:** 972-590-8905 (ext. 2009)
**Email:** jmontylewis@fgb.net
fgb.net | Member FDIC | Equal Housing Lender

---

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Friday, May 27, 2022 2:55 PM
**To:** Jordan M. Lewis <jmontylewis@fgb.net>; ktarrant@reuniontitle.com
**Cc:** Perla Alvizo <palvizo@fgb.net>
**Subject:** [EXTERNAL] RE: Items needed for closing [IWOV-iManage.FID2137592]

To be clear for all, I represent HNGH Turtle Creek, LLC, the debtor/seller's pre-bankruptcy lender and current title holder to the 2999 Turtle Creek Blvd. property.

**JOHN J. KANE**
Director
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

---

**From:** Jordan M. Lewis <jmontylewis@fgb.net>
**Sent:** Friday, May 27, 2022 2:49 PM
**To:** John J. Kane <jkane@krcl.com>; ktarrant@reuniontitle.com
**Cc:** Perla Alvizo <palvizo@fgb.net>
**Subject:** Items needed for closing

Kathy,

Hope you're doing well.

You have already been working with Perla from our offices. I want to connect you with attorney John Kane on behalf of the seller for 2999 Turtle Creek Blvd. He has been sending docs to the other title company with whom they were previously scheduled to close this transaction, so I would appreciate it if you would follow up with him to get those documents as well as request directly from him the items that you need for closing.

John has informed me that we have no choice but to close on Tuesday. I don't believe that's remotely possible on our end but we need to do everything possible to be ready in case miracles do happen.

Kind regards,

**Jordan Montgomery Lewis, Esq.**
Texas Area President | First Guaranty Bank
**Mobile:** 972-482-0337 | **Tel:** 972-590-8905 (ext. 2009)
**Email:** jmontylewis@fgb.net
fgb.net | Member FDIC | Equal Housing Lender

---

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Friday, May 27, 2022 2:22 PM
**To:** Jordan M. Lewis <jmontylewis@fgb.net>
**Subject:** [EXTERNAL] Re: Items needed from your client for closing

Me.

John J. Kane
972-672-6915

On May 27, 2022, at 2:03 PM, Jordan M. Lewis <jmontylewis@fgb.net> wrote:

John,

Great speaking with you today. I wanted to indicate that we have a few items our title company (Republic Title in Sunnyvale) needs from your clients for closing. To whom should I direct them to speak with to obtain those items?

Kind regards,

**Jordan Montgomery Lewis, Esq.**
Texas Area President | First Guaranty Bank
**Mobile:** 972-482-0337| **Tel:** 972-590-8905 (ext. 2009)
**Email:** jmontylewis@fgb.net
fgb.net | Member FDIC | Equal Housing Lender