**John J. Kane**

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Friday, April 29, 2022 11:53 AM
**To:** John J. Kane
**Cc:** Khudabuksh K. Walji Esq.
**Subject:** RE: Enoch Trust Lease - 2999 Turtle Creek

John - we are putting together a creditor payoff list for the case Can you provide me the payoff for HNGH so we are all on the same page

-----Original Message-----
From: John J. Kane <jkane@krcl.com>
Sent: Friday, April 29, 2022 11:10 AM
To: Joyce Lindauer <joyce@joycelindauer.com>
Subject: Enoch Trust Lease - 2999 Turtle Creek

Joyce,

What do you know about Enoch Trust and a purported master lease encumbering the 2999 Turtle Creek property, complete with purchase option.

I saw nothing of the sort in any debtor schedule and Barton testified no paying tenants at his deposition.

What's going on?

John J. Kane
972-672-6915