**John J. Kane**

---

**From:** John J. Kane <jkane@krcl.com> on behalf of John J. Kane
**Sent:** Friday, April 29, 2022 1:18 PM
**To:** joyce@joycelindauer.com
**Subject:** HNGH - 2999TC Acquisitions - Sealed Exhibit A [IWOV-iManage.FID2137592]
**Attachments:** [FILE COPY] HNGH - 2999 TC - Final Agreed Order Resolving Contested Matters - Amended Exhibit A - File Under Seal.pdf

Joyce,

Attached is the sealed Exhibit A with the payoff, the form and amount of which you approved in a responsive email on March 11.

**JOHN J. KANE**
Director
KRCL 30 years
**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4261 **Cell** 972.672.6915
**krcl.com** | **krclblogs.com**

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.