**John J. Kane**

**From:** k.walji@waljilaw.com
**Sent:** Friday, April 29, 2022 1:43 PM
**To:** John J. Kane
**Cc:** 'Joyce Lindauer'; K. Walji; 'filing waljilaw'
**Subject:** FW: HNGH - 2999TC Acquisitions - Sealed Exhibit A [IWOV-iManage.FID2137592] (1035-14C-2)
**Attachments:** [FILE COPY] HNGH - 2999 TC - Final Agreed Order Resolving Contested Matters - Amended Exhibit A - File Under Seal.pdf

Thanks Joyce.

Hello John, can you send me the breakdown of how we got to $40,882,500 as the final Pay-Off Amount" and is there any other amounts which I need to prepare for closing.

Thanks,

**Khudabuksh K. Walji, Esq.**
***Outside General Counsel***
**JMJ Development Group**
2999 Turtle Creek Blvd
Dallas, Texas 75219

**U.S. & Int'l Legal Advisor**
**Law Office of K. Walji, P.C.**
The Atrium Building
10701 Corporate Drive, Suite 350
Stafford, Texas 77477
O:+1.281.401.9672
M:+1.713.562.6875
E: k.walji@waljilaw.com
Confidentiality Implied

---

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Friday, April 29, 2022 1:18 PM
**To:** Khudabuksh K. Walji Esq. <k.walji@waljilaw.com>
**Subject:** FW: HNGH - 2999TC Acquisitions - Sealed Exhibit A [IWOV-iManage.FID2137592]

---

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Friday, April 29, 2022 1:18 PM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Subject:** HNGH - 2999TC Acquisitions - Sealed Exhibit A [IWOV-iManage.FID2137592]

Joyce,

Attached is the sealed Exhibit A with the payoff, the form and amount of which you approved in a responsive email on March 11.

**JOHN J. KANE**
Director
KRCL 30 years
**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4261 **Cell** 972.672.6915
**krcl.com** | **krclblogs.com**

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.