## John J. Kane

**From:** John J. Kane <jkane@krcl.com> on behalf of John J. Kane
**Sent:** Friday, April 29, 2022 2:16 PM
**To:** k.walji@waljilaw.com
**Cc:** joyce@joycelindauer.com; filing@waljilaw.com
**Subject:** RE: HNGH - 2999TC Acquisitions - Sealed Exhibit A [IWOV-iManage.FID2137592] (1035-14C-2)

Hey guys, I'll have to go get them from email exchanges between us just like you will, and I have to get three things out before I'm out of the office today. It's acceleration of the carry amount, pay down based on the required March payments, and accrual of interest during period to May 30. I don't believe there are additional amounts due if we are paid off as contemplated in the Agreed Orders.

JOHN J. KANE
Director
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

**From:** k.walji@waljilaw.com <k.walji@waljilaw.com>
**Sent:** Friday, April 29, 2022 1:43 PM
**To:** John J. Kane <jkane@krcl.com>
**Cc:** 'Joyce Lindauer' <joyce@joycelindauer.com>; K. Walji <k.walji@waljilaw.com>; 'filing waljilaw' <filing@waljilaw.com>
**Subject:** FW: HNGH - 2999TC Acquisitions - Sealed Exhibit A [IWOV-iManage.FID2137592] (1035-14C-2)

Thanks Joyce.

Hello John, can you send me the breakdown of how we got to $40,882,500 as the final Pay-Off Amount" and is there any other amounts which I need to prepare for closing.

Thanks,

**Khudabuksh K. Walji, Esq.**
***Outside General Counsel***
**JMJ Development Group**
2999 Turtle Creek Blvd
Dallas, Texas 75219

**U.S. & Int'l Legal Advisor**
**Law Office of K. Walji, P.C.**
The Atrium Building
10701 Corporate Drive, Suite 350
Stafford, Texas 77477
O:+1.281.401.9672
M:+1.713.562.6875
E: k.walji@waljilaw.com

Confidentiality Implied

---

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Friday, April 29, 2022 1:18 PM
**To:** Khudabuksh K. Walji Esq. <k.walji@waljilaw.com>
**Subject:** FW: HNGH - 2999TC Acquisitions - Sealed Exhibit A [IWOV-iManage.FID2137592]

---

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Friday, April 29, 2022 1:18 PM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Subject:** HNGH - 2999TC Acquisitions - Sealed Exhibit A [IWOV-iManage.FID2137592]

Joyce,

Attached is the sealed Exhibit A with the payoff, the form and amount of which you approved in a responsive email on March 11.

**JOHN J. KANE**
Director
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.