**John J. Kane**

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Monday, May 9, 2022 3:18 PM
**To:** John J. Kane
**Subject:** FW: 2999 TC HNGH payoff

Can you help here with the numbers – thank you

---

**From:** Michael Matthews <MMatthews@jmjdevelopment.com>
**Sent:** Monday, May 9, 2022 3:03 PM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Cc:** Tim Barton <tbarton@jmjdevelopment.com>; K Walji <k.walji@waljilaw.com>
**Subject:** 2999 TC HNGH payoff

Joyce,
Mr. K tells me the new payoff is $40,882,500. I can't get to that number with information I have.
Please send me a breakdown from the $43,500,000 balance before the latest extension.
Thanks

Michael Matthews
JMJ Development, LLC
1755 Wittington Place, Suite 340
Dallas, TX 75243
P: 972-385-9934
C: 214-287-0090

***CONFIDENTIALITY NOTICE**: This email message, including any attachments, is intended for the sole viewing and use by the individual or entity to which it is addressed, and may contain confidential, proprietary, and/or privileged information, which is prohibited from disclosure and any other use than for the purpose for which such information is being provided. By accepting such information, you agree that any unauthorized review, use, disclosure, distribution, or the taking of any action in reliance on the information contained in this email, including attachments, is prohibited except to the extent agreed to in writing by sender for so long as you retain such information. Unless otherwise agreed, all information contained herein remains the sole and exclusive property of the sender. If you are not the intended recipient, you are hereby notified that any dissemination or copy of this message, or any attachment, is strictly prohibited. If you have received a copy of this email in error, please notify the sender by reply email immediately, and remove all copies of the original message, including attachments, from your computer.*