**John J. Kane**

**From:** John J. Kane
**Sent:** Monday, May 16, 2022 1:49 PM
**To:** Joyce Lindauer
**Subject:** RE: Status Update and Conf Order [IWOV-iManage.FID2137592]

Send over a proposed agreed order with a sig block for me. I don't really have a problem with that proposal. Caveat is that the order needs a finding of fact that, in accordance with terms of the Agreed Orders, a Payoff Event has occurred. We will hold the order in escrow. Upon payoff, we file. If no payoff, we'll file a default notification and dismissal.

JOHN J. KANE
Director
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Monday, May 16, 2022 1:46 PM
**To:** John J. Kane <jkane@krcl.com>
**Subject:** RE: Status Update and Conf Order

I suggested you just sign the dismissal order (no judge signature yet) and place in hand with the recission deed you are holding. That way Mr. K can show it is signed by you even if not by the Judge.

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Monday, May 16, 2022 1:43 PM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Subject:** RE: Status Update and Conf Order

I hear you, but it's hard for me, personally, to put a bunch of weight on those concerns if the proposed lender is remotely sophisticated. There is a federal court order mandating the resolution of the guaranty suit concurrently with the payoff.

JOHN J. KANE
Director
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Monday, May 16, 2022 11:48 AM
**To:** John J. Kane <jkane@krcl.com>
**Subject:** RE: Status Update and Conf Order

Sure that would be a good idea
I know I am hearing noise about the guaranty suit

---

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Monday, May 16, 2022 11:27 AM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Subject:** Status Update and Conf Order

Joyce,

Did you circulate a proposed confirmation order? If so I may have missed it and apologize. Would you mind sending it over?

Also, any chance we can have a status conference call sometime in the next couple of days so we can get a good idea of where your team stands?

John

JOHN J. KANE
Director
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.