**John J. Kane**

**From:** John J. Kane
**Sent:** Wednesday, May 18, 2022 3:59 PM
**To:** k.walji@waljilaw.com; 'Joyce Lindauer'
**Subject:** Status Update Call

Can we have a conference call tomorrow at 10:00 or 11:00 CT to discuss where things stand? Will we get draft documents for a closing soon? May 30 falls on a holiday weekend so I am concerned about funding on that date. I'd like to discuss timing, counterparties, closing checklist items, and how likely a closing is at this point.

If those times work I will circulate a calendar update.

Thank you,

John

JOHN J. KANE
Director
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.