**John J. Kane**

**From:** John J. Kane
**Sent:** Thursday, May 19, 2022 5:00 PM
**To:** 'K Walji'
**Cc:** Joyce Lindauer; filing@waljilaw.com
**Subject:** RE: Status Update Call (1035-14C-2)

I can speak at 11:00 but will likely be in the car. I will circulate a calendar invite and dial in information.

**JOHN J. KANE**
Director
KRCL 30 years
**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4261 **Cell** 972.672.6915
**krcl.com | krclblogs.com**

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

**From:** K Walji <k.walji@waljilaw.com>
**Sent:** Thursday, May 19, 2022 4:06 PM
**To:** John J. Kane <jkane@krcl.com>
**Cc:** Joyce Lindauer <joyce@joycelindauer.com>; K. Walji <k.walji@waljilaw.com>; filing@waljilaw.com
**Subject:** Re: Status Update Call (1035-14C-2)

I am available tomorrow at 10:00 am or 11:00 am or anytime suitable to both of you - let me know.

Khudabuksh
Khudabuksh K. Walji, Esq.
Outside General Counsel
U.S. & Int'l Legal Advisor
Law Office of K. Walji, P.C.
The Atrium Building
10701 Corporate Drive, #350
Stafford, Texas 77477
O:+1.281.401.9672
M:+1.713.562.6875
E: k.walji@waljilaw.com
Confidentiality Implied

On May 18, 2022, at 15:58, John J. Kane <jkane@krcl.com> wrote:

Can we have a conference call tomorrow at 10:00 or 11:00 CT to discuss where things stand? Will we get draft documents for a closing soon? May 30 falls on a holiday weekend so I am concerned about funding on that date. I'd like to discuss timing, counterparties, closing checklist items, and how likely a closing is at this point.

If those times work I will circulate a calendar update.

Thank you,

John

**JOHN J. KANE**
Director
KRCL 30 years
**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4261 **Cell** 972.672.6915
**krcl.com** | **krclblogs.com**

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.