**John J. Kane**

**From:** Christopher McNeill <McNeill@bmcounsel.com>
**Sent:** Friday, May 20, 2022 5:15 PM
**To:** John J. Kane
**Subject:** 2999 Turtle Creek

John,

Thanks for your time this afternoon. The message we're receiving is that Happy State Bank does not want to talk to my client, Matt Fleeger, unless they first have written authorization from Mr. Nambiar. Would it be possible for you to assist with facilitating that?

Thanks,

Chris

Christopher M. McNeill

Block | McNeill LLP

Sterling Plaza
5949 Sherry Lane, Suite 900
Dallas, TX 75225
Direct: 214-866-0994
Main: 214-866-0990
Facsimile: 214-866-0991
Email: mcneill@bmcounsel.com
Bio: www.bmcounsel.com/christopher-m-mcneill

*This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.*

*IRS Circular 230 Notice: To ensure compliance with requirements imposed by the IRS, we advise you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, (i) to avoid penalties under the Internal Revenue Code or (ii) to promote, market, or recommend to another party any transaction or matter addressed herein.*

*DISCLAIMER REGARDING UNIFORM ELECTRONIC TRANSACTIONS ACT (UETA): If this communication concerns negotiation of a contract or agreement, the UETA does not apply to this communication. Contract formation in this matter shall occur only with manually affixed original signatures on original documents.*