**John J. Kane**

**From:** Tim Barton <tbarton@jmjdevelopment.com>
**Sent:** Saturday, May 21, 2022 9:34 PM
**To:** John J. Kane
**Cc:** Vipin Nambiar (Vnambiar@HNCapitalpartners.com); Khudabuksh K. Walji Esq.
**Subject:** Re: Re:

Wonderful
Did not know was done
Thank you fir efforts on weekend nothing more requested have good weekend

Tb

TB

---

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Saturday, May 21, 2022 9:20:01 PM
**To:** Tim Barton <tbarton@jmjdevelopment.com>
**Cc:** Vipin Nambiar (Vnambiar@HNCapitalpartners.com) <vnambiar@hncapitalpartners.com>; Khudabuksh K. Walji Esq. <k.walji@waljilaw.com>
**Subject:** Re:

Tim,

Vipin already reached out to HSB in writing and on the phone. He's green lighted HSB working with these folks. We're not going to force HSB by making a bunch of additional calls. If HSB is not moving after Vipin cleared the path, it's HSB not HN.

John J. Kane
972-672-6915

> On May 21, 2022, at 9:14 PM, Tim Barton <tbarton@jmjdevelopment.com> wrote:
>
> Here is emails to send to
>
> skearns@happybank.com
>
> smartin@happybank.com
>
> TB
>
> ---
>
> **From:** Tim Barton
> **Sent:** Saturday, May 21, 2022 8:06:19 PM
> **To:** Vipin Nambiar (Vnambiar@HNCapitalpartners.com) <vnambiar@hncapitalpartners.com>

**Cc:** John J. Kane <jkane@krcl.com>; Khudabuksh K. Walji Esq. <k.walji@waljilaw.com>
**Subject:**

Vipin

Can you send Chris Martin his info below a simple email that the three guys are allowed to talk about the 2999 property for a loan they are Chris McNeill, Matt Fleeger and Robert Cramer

We asked John he referred it back to you

**Scott Martin**
**President - Soncy**
3423 Soncy | Amarillo, TX 79119
**T:** 806-356-3030 | **M:**806-433-2504 | **Ext:** 3030

Thanks

TB