**John J. Kane**

**From:** Julie Blakeley <jblakeley@happybank.com>
**Sent:** Monday, May 23, 2022 10:07 AM
**To:** Vipin Nambiar
**Cc:** John J. Kane; Nate Christensen
**Subject:** RE: [External Email] FW: 2999 Turtle Creek

Thank you Vipin! I'm happy to give Matt a call this morning.

Thanks,

**Julie Blakeley**
Regional President
jblakeley@happybank.com
Tel:(972) 407-4936
16633 North Dallas Parkway | Addison, TX 75001
Suite 350
NMLS:1226107

HAPPY
A DIVISION OF CENTENNIAL BANK
Happy State Bank | A Home BancShares Company (NYSE: HOMB)

The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy any copies of this information.

---

**From:** Vipin Nambiar <vnambiar@hncapitalpartners.com>
**Sent:** Friday, May 20, 2022 6:44 PM
**To:** Julie Blakeley <jblakeley@happybank.com>
**Cc:** John J. Kane <jkane@krcl.com>; Nate Christensen <nchristensen@hncapitalpartners.com>
**Subject:** [External Email] FW: 2999 Turtle Creek

Julie, I have no objection you talking to Matt. See below.

---

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Friday, May 20, 2022 5:22 PM
**To:** Vipin Nambiar <vnambiar@hncapitalpartners.com>
**Subject:** Fwd: 2999 Turtle Creek

Just saw this after we talked.

John J. Kane
972-672-6915

Begin forwarded message:

**From:** Christopher McNeill <McNeill@bmcounsel.com>
**Date:** May 20, 2022 at 5:15:19 PM CDT
**To:** "John J. Kane" <jkane@krcl.com>
**Subject: 2999 Turtle Creek**

John,

Thanks for your time this afternoon. The message we're receiving is that Happy State Bank does not want to talk to my client, Matt Fleeger, unless they first have written authorization from Mr. Nambiar. Would it be possible for you to assist with facilitating that?

Thanks,

Chris

Christopher M. McNeill

Block McNeill LLP

Sterling Plaza
5949 Sherry Lane, Suite 900
Dallas, TX 75225
Direct: 214-866-0994
Main: 214-866-0990
Facsimile: 214-866-0991
Email: mcneill@bmcounsel.com
Bio: www.bmcounsel.com/christopher-m-mcneill

*This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.*

*IRS Circular 230 Notice: To ensure compliance with requirements imposed by the IRS, we advise you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, (i) to avoid penalties under the Internal Revenue Code or (ii) to promote, market, or recommend to another party any transaction or matter addressed herein.*

*DISCLAIMER REGARDING UNIFORM ELECTRONIC TRANSACTIONS ACT (UETA): If this communication concerns negotiation of a contract or agreement, the UETA does not apply to this communication. Contract formation in this matter shall occur only with manually affixed original signatures on original documents.*