**John J. Kane**

---

**From:** John J. Kane
**Sent:** Friday, May 27, 2022 4:25 PM
**To:** Khudabuksh K. Walji Esq.; 'Joyce Lindauer'
**Subject:** HNGH - Axos Bank Termination - Filed Stamped [IWOV-iManage.FID2137592]
**Attachments:** (b) TERMINATION OF NOTICE OF COLLATERAL ASSIGNMENT - RECORDED.pdf

Khudabuksh and Joyce,

Attached is the recorded Termination re Axos Bank.

**JOHN J. KANE**
Director
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.