# TERMINATION OF NOTICE OF COLLATERAL ASSIGNMENT OF DEED OF TRUST AND LOAN DOCUMENTS

BETWEEN

2999 TURTLE CREEK LLC,
Assignor,

AND

AXOS BANK,
Assignee

---

DATED: as of December 7, 2020

---

Location: 2999 Turtle Creek, Dallas, TX
County: Dallas

RECORD AND RETURN TO:

King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036
Attention: Erik F. Andersen, Esq.

37716171.v2

**TERMINATION OF**
**NOTICE OF COLLATERAL ASSIGNMENT OF DEED OF TRUST AND LOAN DOCUMENTS**

Dated: as of December 7, 2020

KNOW BY THESE PRESENTS, that

**AXOS BANK**, having an address at 4350 La Jolla Village Drive, Suite 140, San Diego, California 92122 ("Assignee"), DOES HEREBY CERTIFY that the following Notice of Collateral Assignment of Deed of Trust and Loan Documents IS TERMINATED and does hereby consent to the same being discharged of record:

Notice of Collateral Assignment of Deed of Trust and Loan Documents made by **2999 TURTLE CREEK LLC**, a Delaware limited liability company ("Assignor"), as assignor, to Axos Bank, as assignee, dated as of December 31, 2019 and recorded on January 3, 2020 by the Office of the Dallas County Clerk as 202000001928.

[NO FURTHER TEXT ON THIS PAGE]

**IN WITNESS WHEREOF**, Assignee has duly executed this termination as of the date first written above.

**ASSIGNEE:**

**AXOS BANK**

By: ______________________
Name: Thomas Constantine
Title: EVP/CCO

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF California )
) §
COUNTY OF San Diego )

On December 2, 2020 before me, Alyson M. Ferrante (here insert name of the officer), Notary Public, personally appeared Thomas Constantine who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Seal]

ALYSON M. FERRANTE
Commission No. 2281255
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
Commission Expires MARCH 16, 2023

______________________
Signature of Notary Public

[Signature Page to Termination of Notice of Collateral Assignment of Deed of Trust and Loan Documents]

**Dallas County**
**John F. Warren**
**Dallas County Clerk**

---

**Instrument Number:** 202000341905

eRecording - Real Property

Recorded On: December 08, 2020 11:12 AM

Number of Pages: 4

---

**" Examined and Charged as Follows: "**

Total Recording: $34.00

---

*********** THIS PAGE IS PART OF THE INSTRUMENT ***********

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

**File Information:**

| | |
|---|---|
| Document Number: | 202000341905 |
| Receipt Number: | 20201208000305 |
| Recorded Date/Time: | December 08, 2020 11:12 AM |
| User: | Hilga R |
| Station: | CC17 |

**Record and Return To:**

CSC Global

---

**STATE OF TEXAS**
**COUNTY OF DALLAS**

**I hereby certify that this Instrument was** FILED **In the File Number sequence on the date/time printed hereon, and was duly** RECORDED **in the Official Records of Dallas County, Texas.**

John F. Warren
Dallas County Clerk
Dallas County, TX