**John J. Kane**

---

**From:** John J. Kane
**Sent:** Friday, May 27, 2022 4:41 PM
**To:** Khudabuksh K. Walji Esq.; 'Joyce Lindauer'
**Subject:** HNGH - Rescission Deed with Exhibits [IWOV-iManage.FID2137592]
**Attachments:** Exhibit C to Rescission Deed - Agreed Order.PDF; Exhibit B to Rescission Deed - Special Warranty Deed.PDF; HNGH - Rescission Deed - Executed VN.PDF

The wet deed was couriered over to Sendera to be held in escrow, but attached is the PDF for your records.

JOHN J. KANE
Director
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.