**John J. Kane**

**From:** John J. Kane
**Sent:** Friday, May 27, 2022 4:54 PM
**To:** k.walji@waljilaw.com; 'Joyce Lindauer'
**Cc:** filing@waljilaw.com
**Subject:** RE: Confidential - Title Matters (1035-14Q-3) [IWOV-iManage.FID2137592]

Khudabuksh,

It is profoundly unprofessional when you do this. You've done this multiple times throughout this process. We have a call, then you send a follow up email that seeks some kind of new concession or admission, none of which was granted on the call. The last bullet is just a made up lie. I never agreed to that. I couldn't have made it clearer on the phone that I wasn't agreeing to anything, that my client had not agreed to any extension beyond May 31 at 5:00 pm CT. There are no daily extensions. I made that abundantly clear, and for you to try to chisel that into this email is insulting. You *wanted* that. And I *expressly rejected it*.

This is the kind of thing that just confirms for my client why it should not provide any quarter. We're trying to have an open conversation, and we're busting our ass to try to get the title issues resolved on less than 4 business days notice (another last minute fire drill) and you turn it into an covert opportunity to squeeze a concession.

So **FOR THE RECORD**, I **NEVER** agreed to bullet 5.

**JOHN J. KANE**
Director
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

**From:** k.walji@waljilaw.com <k.walji@waljilaw.com>
**Sent:** Friday, May 27, 2022 4:45 PM
**To:** John J. Kane <jkane@krcl.com>; 'Joyce Lindauer' <joyce@joycelindauer.com>
**Cc:** k.walji@waljilaw.com; filing@waljilaw.com
**Subject:** Confidential - Title Matters (1035-14Q-3)

John and Joyce,

Just a quick recap of the key points of our conversation this afternoon:

1. We had already previously agreed to have the funding concluded by 5:00 pm CST on Tuesday, May 31, 2022, since Monday is a federal holiday.

2. On Tuesday, May 24, 2022, Julie Lyssy sent an email to John (see attachment) requesting the Assignments from Axos Bank and Happy State Bank as further described in the attached email from Julie.

3. On Thursday, May 26, 2022, John responded to Julie that he is working with Happy State Bank and will also circulate the Rescission Deed (see the same attachment).

4. Based on our today's telephone conversation, my understanding is that John will send the Rescission Deed as prescribed by the Court Order along with the Happy State Bank documentation and the Axos Bank documentation.

5. We will extend the closing date on a daily basis from May 31, 2022, until all the Item 4 deliverables are sent by John to the title company, which is anticipated to be accomplished by June 2nd, 2022.

Thanks,

**Khudabuksh K. Walji, Esq.**
***Outside General Counsel***
**JMJ Real Estate Development Group**
2999 Turtle Creek Boulevard
Dallas, Texas, USA 75219

**U.S. & Int'l Legal Advisor**
**Law Office of K. Walji, P.C.**
The Atrium Building
10701 Corporate Drive, Suite 350
Stafford, Texas, USA 77477
O: +1.281.401.9672
M: +1.713.562.6875
E: k.walji@waljilaw.com
Confidentiality Implied

-----Original Message-----
From: Joyce Lindauer <joyce@joycelindauer.com>
Sent: Friday, May 27, 2022 2:58 PM
To: John J. Kane <jkane@krcl.com>; Khudabuksh Walji <k.walji@waljilaw.com>
Subject: .

Do you have time for a call at 3:15 today

Sent from my iPhone