**John J. Kane**

**From:** John J. Kane
**Sent:** Friday, May 27, 2022 5:23 PM
**To:** Joyce Lindauer
**Subject:** RE: HNGH - Axos Bank Termination - Filed Stamped [IWOV-iManage.FID2137592]

Joyce,

I want to see this close, I'm working hard on my side to make it happen, I'm pulling my RE guys off of other deals and closings to they can address this case as quickly as possible since we're getting material title doc demands 4 business days before closing. I'm trying to help your team out here as my client is fixed on a hard deadline. I like deals that close. But as you know, trust or rather a lack of it, is the reason my guys have such a hard relationship with Barton's team. When I get emails like that from Khudabuksh, it's really hard to keep trust. You've been a voice of reason for your side, and I've really appreciate that. You gotta help me out a little bit here. Shit like that bullet no. 5 just cannot happen.

JOHN J. KANE
Director
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Friday, May 27, 2022 5:19 PM
**To:** John J. Kane <jkane@krcl.com>
**Cc:** Khudabuksh K. Walji Esq. <k.walji@waljilaw.com>
**Subject:** Re: HNGH - Axos Bank Termination - Filed Stamped [IWOV-iManage.FID2137592]

That's fair

Sent from my iPhone

> On May 27, 2022, at 5:11 PM, John J. Kane <jkane@krcl.com> wrote:
>
> Don't know which title co to send to. You're working with 3, I'll let you forward it to the appropriate parties.
>
> JOHN J. KANE
> Director
> <image001.png>
>
> Kane Russell Coleman Logan PC
> 901 Main Street | Suite 5200 | Dallas, Texas 75202
> Tel 214.777.4261 Cell 972.672.6915
> krcl.com | krclblogs.com
>
> This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Friday, May 27, 2022 5:11 PM
**To:** John J. Kane <jkane@krcl.com>
**Cc:** Khudabuksh K. Walji Esq. <k.walji@waljilaw.com>
**Subject:** Re: HNGH - Axos Bank Termination - Filed Stamped [IWOV-iManage.FID2137592]

Please send to title thanks

Sent from my iPhone

> On May 27, 2022, at 4:25 PM, John J. Kane <jkane@krcl.com> wrote:
>
> Khudabuksh and Joyce,
>
> Attached is the recorded Termination re Axos Bank.
>
> **JOHN J. KANE**
> Director
> <image001.png>
>
> **Kane Russell Coleman Logan PC**
> 901 Main Street | Suite 5200 | Dallas, Texas 75202
> **Tel** 214.777.4261 **Cell** 972.672.6915
> **krcl.com** | **krclblogs.com**
>
> This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.
>
> <(b) TERMINATION OF NOTICE OF COLLATERAL ASSIGNMENT - RECORDED.pdf>