**John J. Kane**

---

| | |
|---|---|
| **From:** | John J. Kane |
| **Sent:** | Friday, May 27, 2022 5:00 PM |
| **To:** | Julie Blakeley |
| **Cc:** | Vipin Nambiar; Nate Christensen |
| **Subject:** | HNGH - Collateral Assignment of Note and Lien [IWOV-iManage.FID2137592] |
| **Attachments:** | Happy State Bank - Release of Collateral Transfer of Note and Lien.DOCX |

Julie,

Please have your team review the attached. It will be held in escrow pending payment in full. Please also provide a payoff for May 31 if you can.

Thank you,

John

**JOHN J. KANE**
Director
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.