***After Recording, Return to:***

**Kane Russell Coleman Logan PC**
**901 Main Street, Suite 5200**
**Dallas, Texas 75202**
**Attn: John J. Kane**

**RELEASE OF COLLATERAL TRANSFER OF NOTE AND LIEN**

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | KNOW ALL PERSONS BY THESE PRESENTS: |
| COUNTY OF DALLAS | § | |

WHEREAS, reference is made to that certain Collateral Transfer of Note and Lien (the "Collateral Transfer"), dated December 4, 2020, recorded December 8, 2020, under Instrument No. 202000341906 in the Real Property Records of Dallas County, Texas, granted by HNGH TURTLE CREEK, LLC, a Delaware limited liability company ("Grantor"), in favor of HAPPY STATE BANK, a Texas banking association ("Secured Party").

WHEREAS, the undersigned is the "Secured Party" under the Collateral Transfer and is the owner of the security interests in the Collateral (as defined in the Collateral Transfer) affecting that certain real property located in Dallas County, Texas (the "Property") as more particularly described on Exhibit A attached hereto.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the undersigned has RELEASED and DISCHARGED, and by these presents does hereby fully and forever RELEASE and DISCHARGE, the Property and the Collateral from the Collateral Transfer and any liens, encumbrances or security interests held or claimed by Secured Party under the Collateral Transfer.

[Signature page follows]

EXECUTED as of the date of the acknowledgment set forth below.

**SECURED PARTY:**

**HAPPY STATE BANK**,
a Texas banking association

By:____________________________________
Name:__________________________________
Title:___________________________________

STATE OF TEXAS §
§
COUNTY OF ____________ §

This instrument was acknowledged before me on the _____ day of ________________, 2022, by ______________________, the _______________________ of **HAPPY STATE BANK**, a Texas banking association, on behalf of said banking association.

______________________________________
Notary Public, State of Texas

# EXHIBIT A

## LEGAL DESCRIPTION OF THE PROPERTY

BEING a tract of land situated in the James A. Sylvester Survey Abstract No. 1383, and the John Grisby Survey, Abstract No 495, City of Dallas Block No. A/1031, Texas and being all of Lot 4, Block A/1031, of TURTLE CREEK OFFICE ADDITION, an Addition to the City of Dallas, Texas, according to the plat thereof recorded in Volume 2003162, Page 48, Deed Records, Dallas County, Texas.