**John J. Kane**

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Friday, May 27, 2022 5:19 PM
**To:** John J. Kane
**Cc:** Khudabuksh K. Walji Esq.
**Subject:** Re: HNGH - Axos Bank Termination - Filed Stamped [IWOV-iManage.FID2137592]

That's fair

Sent from my iPhone

On May 27, 2022, at 5:11 PM, John J. Kane <jkane@krcl.com> wrote:

Don't know which title co to send to. You're working with 3, I'll let you forward it to the appropriate parties.

**JOHN J. KANE**
Director
<image001.png>

**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4261 **Cell** 972.672.6915
**krcl.com** | **krclblogs.com**

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Friday, May 27, 2022 5:11 PM
**To:** John J. Kane <jkane@krcl.com>
**Cc:** Khudabuksh K. Walji Esq. <k.walji@waljilaw.com>
**Subject:** Re: HNGH - Axos Bank Termination - Filed Stamped [IWOV-iManage.FID2137592]

Please send to title thanks

Sent from my iPhone

On May 27, 2022, at 4:25 PM, John J. Kane <jkane@krcl.com> wrote:

Khudabuksh and Joyce,

Attached is the recorded Termination re Axos Bank.

**JOHN J. KANE**
Director
<image001.png>

**Kane Russell Coleman Logan PC**

901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

<(b) TERMINATION OF NOTICE OF COLLATERAL ASSIGNMENT - RECORDED.pdf>