**John J. Kane**

---

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Monday, May 30, 2022 10:32 AM
**To:** John J. Kane
**Subject:** RE: Re:

Evidently title did not like that document. So I am sending what they want.

---

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Monday, May 30, 2022 10:23 AM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Cc:** Khudabuksh K. Walji Esq. <k.walji@waljilaw.com>
**Subject:** Re:

That's what our rescission deed does. It unwinds the conveyance. That's why it cites to the agreed order and the deed in lieu.

I did circulate a draft of that document weeks ago so a last minute fire drill on this specific issue is not one I expected.

John J. Kane
972-672-6915

On May 30, 2022, at 10:18 AM, Joyce Lindauer <joyce@joycelindauer.com> wrote:

I should have a detailed email to you shortly. They are trying to get all the documents lined up and still have several funders working on the closing. There are several documents that need attention before closing to clean up the title. The main one being the recission deed. The prior deed has to be rescinded for several reasons. Significantly, it will create a huge tax problem if it is treated as just a conveyance it has to roll back to the original ownership to keep from having a gain on the transaction. So our people are putting together what needs to be reviewed and signed to rescind the transaction. Thanks

---

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Monday, May 30, 2022 10:03 AM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Subject:** Re:

I will be driving from Oklahoma City in about 90 minutes so will have time to chat in the car.

What's the news?

John J. Kane
972-672-6915

On May 30, 2022, at 9:55 AM, Joyce Lindauer <joyce@joycelindauer.com> wrote:

Are you available today?

**PLEASE NOTE OUR NEW ADDRESS IN DOWNTOWN DALLAS**

JOYCE LINDAUER
Attorney at Law
And Mediator

Joyce Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202
PH 972-503-4033
FAX 972-503-4034
CEL 214-957-8039