**John J. Kane**

---

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Monday, May 30, 2022 3:28 PM
**To:** John J. Kane

On the Recission we want to go with the Agreed Recission.

**PLEASE NOTE OUR NEW ADDRESS IN DOWNTOWN DALLAS**

JOYCE LINDAUER
Attorney at Law
And Mediator

*Joyce Lindauer*
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202
PH 972-503-4033
FAX 972-503-4034
CEL 214-957-8039