**John J. Kane**

**From:** John J. Kane
**Sent:** Monday, May 30, 2022 5:49 PM
**To:** Joyce Lindauer
**Subject:** HNGH - Revised Agreed Rescission Deed [IWOV-iManage.FID2137592]
**Attachments:** HNGH - Revised Agreed Rescission Deed - JJK Revised.DOCX

Joyce, this is what I will advise my client to agree to.

**JOHN J. KANE**
Director
KRCL 30 years
**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4261 **Cell** 972.672.6915
**krcl.com** | **krclblogs.com**

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Monday, May 30, 2022 3:28 PM
**To:** John J. Kane <jkane@krcl.com>
**Subject:**

On the Recission we want to go with the Agreed Recission.

**PLEASE NOTE OUR NEW ADDRESS IN DOWNTOWN DALLAS**

JOYCE LINDAUER
Attorney at Law
And Mediator

Joyce Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202
PH 972-503-4033
FAX 972-503-4034
CEL 214-957-8039