**JOYCE W. LINDAUER ATTORNEY, P**
Attorney & Mediator
1412 Main Street, Suite 500
Dallas, Texas 75202
Email: joyce@joycelindauer.com

Telephone No.
(972) 503-4033

May 30, 2022

Via Email
To John Kane

**Re: File 2201814-VVJA 2999 Turtle Creek Blvd, Dallas, TX C**

John, please confirm the following matters to ensure that title to the Pr
not encumbered by any of the filings by the lender parties, and as su
to be delivered by your client, HNGH (and in some instances, possibl

**1.0 <u>THE RECISSION OF DEED (fka SWD)</u>**

1.1 Rescission of Deed

1.2 In connection with the above, a standard form Bills Paid and
of HNGH.

**2.0 <u>THE DEED OF TRUST</u>**

2.1 Release of the Deed of Trust, by HNGH;

2.3 Release of the prior collateral assignment of the Note, Deed Leases and Rents (3 documents) fbo of Happy State Bank, to b and other confirmation that Happy State Bank has no legal or and Deed of Trust;

2.4 Release of Assignment of Leases and Rents dated as of Septem LUC for the benefit of 2999 Turtle Creek LLC, recorded in the the County of Dallas, State of Texas, on September 23, 2019 as as assigned to HNGH Turtle Creek, LLC by 2999 Turtle Creek Deed of Trust and Assignment of Leases and Rents recorded instrument number 202000341904.

2.5 Release of prepaid interest agreement to Madison (and release

3.0 **UCC FILING(S)**

3.1 Release of the UCC, by HNGH (county and state)

3.2 Related to the immediately above, a Release of the prior assign to be signed by Axos, and other confirmation that Axos has n the UCC filing;

3.3 Termination of Loan participation agreement, executed by eac other confirmation that the Loan participation agreement has be of any force or effect

3.4 Release of whatever agreement Axos signed to permit the excerpt from an email during negotiations between Madison an

3.5 Release of the prior collateral assignment of the UCC fbo of H by Happy State Bank, and other confirmation that Happy State interest in the UCC filing;

5.2 Ratification of all prior acts and Consent of HN Green Hollov
Jim Glasgow who is the manager – he is the one that executed
anything related to that agreement needs to especially come
Capital Partners, LLC.

5.3 In connection with the above, Secretary or other Officer Certifi
of the governing documents of Axos, and including consent re
managers, and the consent of the shareholders and or members
of the Axos documents;

5.4 In connection with the above, Secretary or other Officer Cer
including copies of the governing documents of Happy State
resolutions of the director and or managers, and the conse
members, to the execution and delivery of each of the above
executed by HSB; together with confirmation, together with
Bank (a) is and remains the holder of the collateral assignmen
State Bank has not further sold or encumbered the collateral its
the right to do under the Collateral Assignment), and (b) auth
ratified HNGH's execution and delivery of the Order, as well a

5.5 Everything executed by HNGH should be executed by HN Gre
or otherwise consented to by sole member and not just execute

5.6 Need assurance Madison assigned the guaranties to HNGH as

5.7 Also, HNGH was intervenor in the guaranty case so Madison
to dismiss w prejudice.

5.8 Check if Madison assigned all the loan docs to HNGH not just

5.9 Look at the collateral assignment to HSB to be sure HNGH eve

John, please specifically confirm which of the above items have alrea
Company (and provide me with copies of such please for review), and
will be delivered, in advance of the closing.

Thank you.

Joyce Lindauer

Cc: Client