**John J. Kane**

**From:** John J. Kane
**Sent:** Monday, May 30, 2022 6:05 PM
**To:** Joyce Lindauer
**Subject:** Closing Checklist [IWOV-iManage.FID2137592]

Joyce,

Need to know what is actually necessary to close. This list of deliverables included in the drop box, provided at 3:24 the day before closing must take place, is ridiculous. I've been involved in enough sales and payoffs to know that most of this stuff isn't necessary to get this deal done, especially considering implementation of plan remains subject to BK court jurisdiction and we have two orders establishing the obligations of the parties.

What does your side *actually need to close*?

JOHN J. KANE
Director
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Monday, May 30, 2022 3:28 PM
**To:** John J. Kane <jkane@krcl.com>
**Subject:**

On the Recission we want to go with the Agreed Recission.

**PLEASE NOTE OUR NEW ADDRESS IN DOWNTOWN DALLAS**

JOYCE LINDAUER
Attorney at Law
And Mediator

Joyce Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202
PH 972-503-4033
FAX 972-503-4034
CEL 214-957-8039