**John J. Kane**

| | |
|---|---|
| **From:** | John J. Kane |
| **Sent:** | Monday, May 30, 2022 6:35 PM |
| **To:** | Joyce Lindauer |
| **Cc:** | k.walji@waljilaw.com; Nate Christensen |
| **Subject:** | HNGH Payoff and Release Draft [IWOV-iManage.FID2137592] |
| **Attachments:** | HNGH - Payoff and Release Letter - HNGH.DOCX |

Joyce,

Let me know if this works. This would be recorded after the rescission deed and release of the collateral assignment involving HSB.

**JOHN J. KANE**
Director
KRCL 30 years
**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4261 **Cell** 972.672.6915
**krcl.com | krclblogs.com**

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.