**PAYOFF LETTER – FULL RELEASE**

**RELEASE OF LIEN**

THE STATE OF TEXAS
KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF DALLAS,

That HNGH Turtle Creek, LLC ("HNGH") is the present legal and equitable owner and holder of that certain Secured Promissory Note dated September 20, 2019 (the "Note"), in the original principal amount of $32,500,000, payable by 2999TC Acquisitions, LLC f/k/a MO 2999TC, LLC as maker ("Maker"), which Note is secured by a lien on and security interest against the Property (as described below) created by that certain Deed of Trust, Security Agreement and Fixture Filing dated September 20, 2019 and recorded on September 23, 2019 as instrument number 201900253450 in the real property records of Dallas County, Texas, and assigned to HNGH pursuant to that certain Allonge to the Note dated December 7, 2020 and that certain Assignment and Assumption of Assigned Rights and Obligations between 2999 Turtle Creek LLC and HNGH dated December 7, 2020 and recorded as instrument number 202000341904 in the real property records of Dallas Country, Texas.

That the Note has been satisfied in full, and that the Property, a legal description of which is provided below, shall be released from all liens, claims, and encumbrances of HNGH. Accordingly, the Property, together with all buildings, fixtures, and improvements thereon, is referred to hereon as the Released Property. For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, HNGH releases and discharges its lien on the Released Property.

EXECUTED this Tuesday, May 31, 2022.

IN WITNESS WHEREOF, HNGH has caused these presents to be signed by its duly authorized representative with valid authority to do so:

**HNGH TURTLE CREEK, LLC**
a Delaware limited liability company

By: ______________________________
Name: ______________________________
Title: ______________________________

9325788 v1

STATE OF TEXAS

COUNTY OF ________________

BEFORE ME, the undersigned Notary Public, on this day personally appeared ____________________known to me to be the person and officer whose name is subscribed to the foregoing instrument on behalf of HNGH Turtle Creek, LLC, and acknowledged to me that he executed the same for the purposes and consideration therein expressed, as the act and deed of said limited liability company and in the capacity therein stated and furthermore represents he and it has such authority, as the successor in interest of the Original Lender (as defined hereinabove), and the sole owner and holder of the Note and associated liens.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this the _____ day of______________
2022.

___________________________
Notary Public in and for the State of ________________
My Commission Expires: _________________

# EXHIBIT A
## PROPERTY DESCRIPTION

BEING a tract of land situated in the James A. Sylvester Survey Abstract No. 1383, and the John Grisby Survey, Abstract No. 495, City of Dallas Block No. A/1031, Texas and being all of Lot 4, Block A/1031, of TURTLE CREEK OFFICE ADDITION, an Addition to the City of Dallas, Texas, according to the plat thereof recorded in Volume 2003162, Page 48, Deed Records, Dallas County, Texas.