**John J. Kane**

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Tuesday, May 31, 2022 9:00 AM
**To:** John J. Kane
**Subject:** RE: Re:

John – I think we should discuss how to get this transaction closed and when it can close by. I hate to see the wheels fall off now but as I stated in the letter I sent yesterday there are lots of fine points to closing this transaction which is why I sent you a checklist. Tim is willing to "buy" some time to get this right so he can get the funding he needs and the payoff your clients want. I don't see how all these things get done today. Let me know how we can handle this without us having to gear up things. Thanks

---

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Monday, May 30, 2022 9:47 PM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Subject:** Re:

I am away from my computer but you can run the redline as easy as I can. You have the draft you sent me and mine, both in word.

John J. Kane
972-672-6915

On May 30, 2022, at 8:59 PM, Joyce Lindauer <joyce@joycelindauer.com> wrote:

Because time is of the essence to get this deal approved and funded can you send me a redline of the Recission
Deed you approved and sent back earlier tonight.

**PLEASE NOTE OUR NEW ADDRESS IN DOWNTOWN DALLAS**

JOYCE LINDAUER
Attorney at Law
And Mediator

*Joyce Lindauer*
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202



**EXHIBIT 71 - Page 1 of 2**

PH 972-503-4033
FAX 972-503-4034
CEL 214-957-8039