## John J. Kane

**From:** John J. Kane
**Sent:** Tuesday, May 31, 2022 11:03 AM
**To:** Joyce Lindauer; k.walji@waljilaw.com; Julie Lyssy
**Cc:** Nate Christensen
**Subject:** 2999TC Acquisitions Closing - HSB Payoff Statement [IWOV-iManage.FID2137592]
**Attachments:** Happy State Bank Payoff - For Collateral Assignment of Note and Lien resolution.pdf

All,

Attached is the payoff statement for the Happy State Bank collateral assignment resolution. The amount due to HNGH at closing is therefore the HNGH Payoff Amount previously provided, minus this amount.

Thank you,

John Kane

**JOHN J. KANE**
Director
KRCL 30 years
**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4261 **Cell** 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.