**John J. Kane**

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Tuesday, May 31, 2022 11:47 AM
**To:** John J. Kane
**Subject:** RE: 2999TC Acqusitions [IWOV-iManage.FID2137592]

Circulating documents to everyone – thanks

---

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Tuesday, May 31, 2022 11:44 AM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Subject:** RE: 2999TC Acqusitions [IWOV-iManage.FID2137592]

Do we have green light to get the Agreed Rescission Deed signed?

Comments to our payoff and release letter?

JOHN J. KANE
Director
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

---

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Tuesday, May 31, 2022 11:34 AM
**To:** John J. Kane <jkane@krcl.com>
**Subject:** 2999TC Acqusitions

I am waiting for a good list from the title company for missing items as well
As our lender. Thanks

**PLEASE NOTE OUR NEW ADDRESS IN DOWNTOWN DALLAS**

JOYCE LINDAUER
Attorney at Law
And Mediator

Joyce Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500

Dallas, TX 75202
PH 972-503-4033
FAX 972-503-4034
CEL 214-957-8039