**John J. Kane**

**From:** John J. Kane
**Sent:** Tuesday, May 31, 2022 12:12 PM
**To:** Joyce Lindauer
**Cc:** Nate Christensen
**Subject:** RE: Letter List [IWOV-iManage.FID2137592]

1. Agreed Rescission Deed –
   a. draft circulated 5/12, no comments from Debtor; signed notarized original provided 5/27; revised Agreed Rescission Deed provided by Debtor 5/30 at 3:24 pm, revised draft circulated 5/30 to Debtor, no further comments or approval to execute received from Debtor so far

2. Payoff letter and release of Deed of Trust by HNGH –
   a. Draft circulated 5/30, no comments from Debtor so far

3. Axos termination shown on 2.2
   a. Recorded instrument provided 5/27 was already provided
   b. Not sure why it's still on the list, it's also readily available in the Clerk's records

4. Happy State Bank Collateral Assignment – Release
   a. Prepared and circulated to HSB 5/27
   b. HSB counsel sought Title co contact to deliver executed document with escrow and release instructions
   c. JJK connected HSB counsel with J. Lindauer immediately

5. Release of Assignment of rents in 2.4
   a. Draft circulate 5/30
   b. Incorporated into the payoff letter and release of lien provide in the above no. 2
   c. No comments by Debtor so far

6. Release of UCC-1 in favor of HNGH *if* HNGH has a UCC-1 (I didn't file one for them)
   a. This is not necessary for close and can be filed after with a UCC-3
   b. HNGH will commit to filing a UCC-3 upon payoff to release on liens on personal property

7. Written confirmation in an email that the participation agreement is terminated
   a. Will provide if necessary, though we question whether this is necessary at closing given Court's orders

8. We'll provide the original note marked paid in full upon funding, and will provide evidence of possession of the original note

9. Sequencing Agreement referenced in 7.1
   a. You can prepare a draft of this, but it should be
      i. Circulate final settlement statement for approval by HNGH, HSB, Debtor, Buyer
      ii. Obtain approval of final settlement statement and authorization to close
      iii. Fund into escrow
      iv. File Agreed Rescission Deed
      v. File HSB Rescission of Collateral Assignment
      vi. Wire funds
      vii. File payoff and release of lien from HNGH
      viii. Stamp Note paid in full and deliver stamped original

ix. JJK and Metzger to coordinate dismissal of Guaranty Suit

JOHN J. KANE
Director
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Tuesday, May 31, 2022 11:08 AM
**To:** John J. Kane <jkane@krcl.com>
**Subject:** Letter List

Which items on my list can you deliver today or not deliver – thank you

**PLEASE NOTE OUR NEW ADDRESS IN DOWNTOWN DALLAS**

JOYCE LINDAUER
Attorney at Law
And Mediator

Joyce Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202
PH 972-503-4033
FAX 972-503-4034
CEL 214-957-8039