**John J. Kane**

**From:** John J. Kane
**Sent:** Tuesday, May 31, 2022 12:48 PM
**To:** 'Joyce Lindauer'
**Subject:** Checking in

Have not heard back on any of the docs we circulated or status. Am leaving desk for 10 minutes to grab lunch. Will be back and eat at desk to be available.

As previously noted, if wet sigs are going to be needed on recorded instruments, then I must have approval to get signatures and notarizations and have them couriered ASAP. Running out of time.

John

JOHN J. KANE
Director
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.