**John J. Kane**

---

| | |
|---|---|
| **From:** | John J. Kane |
| **Sent:** | Tuesday, May 31, 2022 1:27 PM |
| **To:** | Joyce Lindauer |
| **Cc:** | jcarruth@wkpz.com; rlh@rlhancock.com |
| **Subject:** | RE: 2999TC HNGH Happy State Bank - escrow info [IWOV-iManage.FID2137592] |

Joyce,

Jeff just reached out and noted he'd still not received the contact for the escrow agent to work out the instructions for the HSB collateral assignment release. I know you were working on this a couple of hours ago but it seems we're running out of daylight here. Can you please get that information to Jeff?

Thank you,

John

JOHN J. KANE
Director
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

---

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Tuesday, May 31, 2022 11:32 AM
**To:** John J. Kane <jkane@krcl.com>
**Subject:** RE: 2999TC HNGH Happy State Bank - escrow info [IWOV-iManage.FID2137592]

Working on it now

---

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Tuesday, May 31, 2022 11:12 AM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Subject:** FW: 2999TC HNGH Happy State Bank - escrow info [IWOV-iManage.FID2137592]

Joyce can you provide this information to HSB's counsel?

Thank you,

John

JOHN J. KANE
Director
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202

**Tel** 214.777.4261 **Cell** 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

**From:** Jeff Carruth <jcarruth@wkpz.com>
**Sent:** Tuesday, May 31, 2022 11:08 AM
**To:** John J. Kane <jkane@krcl.com>
**Cc:** Reuben L. Hancock <rlh@rlhancock.com>; Jeff Carruth <jcarruth@wkpz.com>
**Subject:** 2999TC HNGH Happy State Bank - escrow info

Hey John – Do you have / can you send

1. Name of escrow officer.
2. Title co. file ## / GF ##.
3. Contact info for title co. and escrow officer (including physical address)

We are preparing instruction letter to title co to go along with the HSB release (that apparently your shop prepared at least initially).

Thank you.

Jeff Carruth

W K P Z
Weycer, Kaplan, Pulaski & Zuber, P.C.

*Trusted Legal Advisors Since 1976*

DALLAS ▪ HOUSTON ▪ AMARILLO
*D.* (713) 341-1158
*M.* (214) 552-7242
*F.* (866) 666-5322

jcarruth@wkpz.com
www.wkpz.com

This communication and any attachments to it are confidential and intended solely for the use of the person to whom they are addressed. If you have received this e-mail in error, please notify us by telephone immediately at (713) 961-9045, and you are notified that any disclosure, distribution, or the taking of any action in reliance on the contents of this information is prohibited. Nothing in this message may be construed as a digital or electronic signature of any employee of Weycer, Kaplan, Pulaski & Zuber, P.C. ("WKPZ"). WKPZ automatically blocks e-mails containing objectionable language or suspicious content. Messages sent to WKPZ should be considered received only if confirmed by a return receipt. The IRS does not allow the use of informal tax advice, such as this communication, to avoid tax penalties. WKPZ expressly reserves and maintains any attorney-client privilege or work-product protections in this communication.