**John J. Kane**

| | |
|---|---|
| **From:** | John J. Kane |
| **Sent:** | Tuesday, May 31, 2022 2:57 PM |
| **To:** | k.walji@waljilaw.com; 'Joyce Lindauer' |
| **Subject:** | FW: Happy State Bank / 2999 Turtle Creek / HNGH / Benchmark Title - Closing Punch List [IWOV-iManage.FID2137592] |
| **Attachments:** | (a) ASSIGNMENT OF DEED OF TRUST - RECORDED (1).pdf; (b) TERMINATION OF NOTICE OF COLLATERAL ASSIGNMENT - RECORDED.pdf; (c) COLLATERAL TRANSFER OF NOTE & LIEN - RECORDED.pdf; (f) UCC3 (1) - RECORDED.pdf; (g) UCC3 (2) - RECORDED (5).pdf; (D) UCC3 - ASSIGNMENT (20196596105) DE SOS - RECORDED.pdf; (E) UCC3 - PARTY INFO. CHANGE (20196596105) DE SOS - RECORDED.pdf; (H) UCC-3 - TERMINATION - DE SOS - RECORDED.pdf; (I) UCC1 - DE SOS - RECORDED.pdf |

We're going to just pour over all of the recorded documents related to this so there is no title co issue since it seems they are struggling to find recorded docs.

**JOHN J. KANE**
Director
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.