**John J. Kane**

| | |
|---|---|
| **From:** | John J. Kane |
| **Sent:** | Tuesday, May 31, 2022 3:00 PM |
| **To:** | 'Joyce Lindauer'; k.walji@waljilaw.com |
| **Subject:** | FW: Happy State Bank / 2999 Turtle Creek / HNGH / Benchmark Title - Closing Punch List [IWOV-iManage.FID2137592] |
| **Attachments:** | Assignment_and_Assumption_Agreement_(Turtle_Creek) - Executed.pdf |

Here's the executed assignment with support for HNGH.

JOHN J. KANE
Director
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.