**John J. Kane**

| | |
|---|---|
| **From:** | k.walji@waljilaw.com |
| **Sent:** | Tuesday, May 31, 2022 3:17 PM |
| **To:** | 'Joyce Lindauer' |
| **Cc:** | 'filing waljilaw'; 'K. Walji'; John J. Kane |
| **Subject:** | RE: Letter List (1035-14C-3) [IWOV-iManage.FID2137592] |

Joyce,

For the record, the Funding Party is not a Barton affiliate.

In the meantime, I am reaching out to Mr. Garrison, the principal of the Funding Party, for his availability.

Also, as mentioned below, the title company is Sendera Title, and the Escrow Officer is Julie Lyssy who also requested the information described in Item 3.

Lastly, the Happy State Bank speaks to a Pay-off Amount - is there a current loan by HNGH with Happy State Bank which involves 2999 TC as my understanding based on our earlier conversations was that it was not the case – or did I misunderstand again?

Thanks,

**Khudabuksh K. Walji, Esq.**
***Outside General Counsel***
**JMJ Real Estate Development Group**
2999 Turtle Creek Boulevard
Dallas, Texas, USA 75219

**U.S. & Int'l Legal Advisor**
**Law Office of K. Walji, P.C.**
The Atrium Building
10701 Corporate Drive, Suite 350
Stafford, Texas, USA 77477
O: +1.281.401.9672
M: +1.713.562.6875
E: k.walji@waljilaw.com
Confidentiality Implied

---

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Tuesday, May 31, 2022 2:08 PM
**To:** k.walji@waljilaw.com; 'Joyce Lindauer' <joyce@joycelindauer.com>
**Cc:** 'filing waljilaw' <filing@waljilaw.com>
**Subject:** RE: Letter List (1035-14C-3) [IWOV-iManage.FID2137592]

My comments are below in black. Happy to get on a phone call with title company or funding party.

JOHN J. KANE
Director
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

---

**From:** k.walji@waljilaw.com <k.walji@waljilaw.com>
**Sent:** Tuesday, May 31, 2022 1:44 PM
**To:** 'Joyce Lindauer' <joyce@joycelindauer.com>
**Cc:** 'filing waljilaw' <filing@waljilaw.com>; 'K. Walji' <k.walji@waljilaw.com>; John J. Kane <jkane@krcl.com>
**Subject:** RE: Letter List [IWOV-iManage.FID2137592] (1035-14C-3)

Joyce,

Pursuant to your request, I have responded under each of the items below in red; please call me if further clarification is required.

Thanks,

**Khudabuksh K. Walji, Esq.**
***Outside General Counsel***
**JMJ Real Estate Development Group**
2999 Turtle Creek Boulevard
Dallas, Texas, USA 75219

**U.S. & Int'l Legal Advisor**
**Law Office of K. Walji, P.C.**
The Atrium Building
10701 Corporate Drive, Suite 350
Stafford, Texas, USA 77477
O: +1.281.401.9672
M: +1.713.562.6875
E: k.walji@waljilaw.com
Confidentiality Implied

---

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Tuesday, May 31, 2022 12:12 PM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Cc:** Nate Christensen <nchristensen@hncapitalpartners.com>
**Subject:** RE: Letter List [IWOV-iManage.FID2137592]

1. Agreed Rescission Deed –
   a. draft circulated 5/12, no comments from Debtor; signed notarized original provided 5/27; revised Agreed Rescission Deed provided by Debtor 5/30 at 3:24 pm, revised draft circulated 5/30 to Debtor, no further comments or approval to execute received from Debtor so far

KW: The Funding Party requires the Rescission Deed as provided earlier to ensure clean title to the property – have reattached. We're not signing that form of Agreed Rescission Deed. The revised copy we provided contains all of

the same material terms, but excludes the extraneous self-serving provisions that we contest (like lack of consent to filing, or lack of satisfaction of conditions precedent to exercise of deed-in-lieu, which we have obviously argued took place). I think this is a bad faith request, as there is no legal basis that I've seen to warrant use of your form over mine, which is neutral. Who is the funding party? Given the nature of this request, I suspect it is a Barton affiliate.

2. Payoff letter and release of Deed of Trust by HNGH –
   a. Draft circulated 5/30, no comments from Debtor so far

KW: Sent to Funding Party and expecting a reply soon FYI, this is form of recorded payoff and release of lien used by numerous banks, so we would not expect pushback here.

3. Axos termination shown on 2.2
   a. Recorded instrument provided 5/27 was already provided
   b. Not sure why it's still on the list, it's also readily available in the Clerk's records

KW: The Funding Party requires the Assignment from Axos Bank to 2999 Turtle Creek, LLC and from Happy State Bank to HNGH to ensure

clean title to the property. During our call on Friday with John, FRIDAY TWO WEEKS AGO, WHICH I CLARIFIED AFTER RECIVING TITLE CO COMMENTS LAST TUESDAY. I believe it was stated that Happy State Bank was not involved and today we received a Payoff Statement which I have sent to the Funding Party. The required Release of Collateral Transfer of Note and Lien is reattached. I HAVE COORDINATED DELIVERY OF THIS THROUGH HSB's COUNSEL. FOR MORE THAN 2 HOURS TODAY YOU GUYS COULDN'T JUST PUT HSB's COUNSEL IN TOUCH WITH THE ESCROW AGENT.

In addition, Julie Lyssy from Sendera Title Co informed me that ***"Please note that the Assignment from Axos Bank to 2999 Turtle Creek is missing and also the Assignment Happy State Bank to HNGH is also missing. We are not able to close without the Assignments from Axos Bank to 2999 Turtle Creek or Happy Statement Bank to HNGH."*** Really struggling here, as we provided a termination of assignment from Axos, which is recorded in the deed records and would have reverted the interest back to 2999 Turtle Creek. We've also provided reference to the recorded assignment from 2999 Turtle Creek to HNGH. Then we have the collateral assignment from HNGH to HSB, and have provided the draft termination of the HSB assignment, and HSB is providing the termination to be held in escrow, which reverts the Note and lien back to HNGH. **SO I REPEAT, WHAT IS MISSING HERE?**

4. Happy State Bank Collateral Assignment – Release
   a. Prepared and circulated to HSB 5/27
   b. HSB counsel sought Title co contact to deliver executed document with escrow and release instructions
   c. JJK connected HSB counsel with J. Lindauer immediately

KW – See Para 3 above.

5. Release of Assignment of rents in 2.4
   a. Draft circulate 5/30
   b. Incorporated into the payoff letter and release of lien provide in the above no. 2
   c. No comments by Debtor so far

KW: Sent to Funding Party and expecting a reply soon

6. Release of UCC-1 in favor of HNGH *if* HNGH has a UCC-1 (I didn't file one for them)

   a. This is not necessary for close and can be filed after with a UCC-3
   b. HNGH will commit to filing a UCC-3 upon payoff to release on liens on personal property

7. Written confirmation in an email that the participation agreement is terminated
   a. Will provide if necessary, though we question whether this is necessary at closing given Court's orders

KW: Sent to Funding Party and expecting a reply soon

8. We'll provide the original note marked paid in full upon funding, and will provide evidence of possession of the original note

KW: Funding Party requested a copy of the Original Promissory Note of $32,500,00 with the proper endorsement from Madison, Axos Bank and Happy State Bank – please request John to send a copy only ASAP reflecting the above.

9. Sequencing Agreement referenced in 7.1
   a. You can prepare a draft of this, but it should be
      i. Circulate final settlement statement for approval by HNGH, HSB, Debtor, Buyer
      ii. Obtain approval of final settlement statement and authorization to close
      iii. Fund into escrow
      iv. File Agreed Rescission Deed
      v. File HSB Rescission of Collateral Assignment
      vi. Wire funds
      vii. File payoff and release of lien from HNGH
      viii. Stamp Note paid in full and deliver stamped original
      ix. JJK and Metzger to coordinate dismissal of Guaranty Suit

KW: Unable to comment until I hear from the Funding Party

Finally, I will shortly review the remainder of the Checklist from the Funding Party and respond before 3:00 pm – need to gdet some lunch.

Thanks

Khudabuksh

**JOHN J. KANE**
Director
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Tuesday, May 31, 2022 11:08 AM
**To:** John J. Kane <jkane@krcl.com>
**Subject:** Letter List

Which items on my list can you deliver today or not deliver – thank you

**PLEASE NOTE OUR NEW ADDRESS IN DOWNTOWN DALLAS**

JOYCE LINDAUER
Attorney at Law
And Mediator

*Joyce Lindauer*
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202
PH 972-503-4033
FAX 972-503-4034
CEL 214-957-8039