**John J. Kane**

| | |
|---|---|
| **From:** | k.walji@waljilaw.com |
| **Sent:** | Tuesday, May 31, 2022 3:40 PM |
| **To:** | 'Joyce Lindauer' |
| **Cc:** | John J. Kane; 'K. Walji'; 'filing waljilaw' |
| **Subject:** | CONFIDENTIAL |
| **Attachments:** | 2999 TC -PLN Letter.pdf |

Joyce,

Attached is the letter from the Funding Party, and I just spoke with Mr. Garrison Kickham, the principal, who stated that there is no way their underwriter can complete the review of the documents as they are being received this afternoon in such a short time frame.

Mr. Kickham is available to speak with you and John as requested earlier; let me know, and I will get him on the call.

As mentioned earlier, Mr. Kickham is not an affiliate or in any way related to Mr. Barton.

Thanks,

**Khudabuksh K. Walji, Esq.**
***Outside General Counsel***
**JMJ Real Estate Development Group**
2999 Turtle Creek Boulevard
Dallas, Texas, USA 75219

**U.S. & Int'l Legal Advisor**
**Law Office of K. Walji, P.C.**
The Atrium Building
10701 Corporate Drive, Suite 350
Stafford, Texas, USA 77477
O: +1.281.401.9672
M: +1.713.562.6875
E: k.walji@waljilaw.com
Confidentiality Implied