**John J. Kane**

---

**From:** John J. Kane
**Sent:** Tuesday, May 31, 2022 3:52 PM
**To:** Joyce Lindauer
**Subject:** HNGH - Wiring Instructions for Title Co [IWOV-iManage.FID2137592]
**Attachments:** HNGH Turtle Creek, LLC - Wiring Instruction.pdf

See attached for funding.

JOHN J. KANE
Director
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.