Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**MUTUAL AGREEMENT TO EXTEND PAYOFF DEADLINE**

In the interests of both ensuring that title to the Property is properly cleared without undue or unknown encumbrances, and to provide sufficient time for both of the parties, respectively, to deliver documents, have them reviewed and otherwise prepare for an orderly consummation of the closing on the Property, the parties, HNGH Turtle Creek, LLC ("HNGH") and 2999TC Acquisitions, LLC, the Debtor in the above-styled and numbered case ("Debtor" and with HNGH, the "Parties") hereby mutually agree to extend the Payoff Deadline by ten (10) days, such that the Payoff Deadline, as extended, shall be Friday, June 10, 2022.

**APPROVED AND AGREED:**

________________________________
Joyce W. Lindauer State Bar No. 21555700
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Attorneys for Debtor
Signed May 31, 2022

________________________________
John. Kane
State Bar No. 24066794
Kane Russell Coleman Logan PC Bank of America Plaza
901 Main Street, Suite 5200
Telephone: (214) 777-4200
Counsel for HNGH Turtle Creek, LLC
Signed May 31, 2022