**John J. Kane**

**From:** k.walji@waljilaw.com
**Sent:** Tuesday, May 31, 2022 3:55 PM
**To:** 'Joyce Lindauer'
**Cc:** John J. Kane; 'filing waljilaw'; 'K. Walji'
**Subject:** CONFIDENTIAL - (10035-13C-4)
**Attachments:** 20220531 ltr re principal.pdf

Joyce,

Here is the letter from counsel for the second funding party who has had the funds and ready to fund the $40,882,500 by the May 30th deadline, however, it required him to travel to Missouri to have the paperwork done.

Unfortunately, the principal lost his Driver's License and had an emergency appointment with Department of Motor Vehicle (DMV) last week and on Friday, May 27, 2022, the DMV's photographic machine did not work, and he was asked to come today. FYI, he is currently at the DMV Office to collect his Driver's License and fly to Missouri this evening to complete the paperwork.

The legal counsel, Randy Marx is also available to speak with you and John today.

Thanks,

**Khudabuksh K. Walji, Esq.**
***Outside General Counsel***
**JMJ Real Estate Development Group**
2999 Turtle Creek Boulevard
Dallas, Texas, USA 75219

**U.S. & Int'l Legal Advisor**
**Law Office of K. Walji, P.C.**
The Atrium Building
10701 Corporate Drive, Suite 350
Stafford, Texas, USA 77477
O: +1.281.401.9672
M: +1.713.562.6875
E: k.walji@waljilaw.com
Confidentiality Implied