**John J. Kane**

**From:** k.walji@waljilaw.com
**Sent:** Tuesday, May 31, 2022 5:14 PM
**To:** 'Joyce Lindauer'
**Cc:** John J. Kane; 'Jeff Carruth'; 'K. Walji'; 'filing waljilaw'
**Subject:** RE: Happy State Bank [2999TC] (1045-14C-3)

Joyce,

Jeff's comments below confirm that the Schedule C had the encumbrance of HSB and was not cleared by May 30, 2022 as per the Agreed Court Orders – the only agreement between the parties was the payment on May 31, 2022.

**HNGH's delay and insufficiency in providing the documents by May 30, 2022, is a material default according to the Agreed Court Orders.**

Again, I reiterate that the Spoliation Notice will reveal the truth about various matters including HSB – HNGH matters which relate to 2999 TC Acquisitions, LLC and the 2999 Turtle Creek Blvd Property.

It may be prudent to let tonight bring wisdom, and a calm mind tomorrow may provide a solution acceptable to all parties notwithstanding the vigorous advocacy, etc.

**Khudabuksh K. Walji, Esq.**
***Outside General Counsel***
**JMJ Real Estate Development Group**
2999 Turtle Creek Boulevard
Dallas, Texas, USA 75219

**U.S. & Int'l Legal Advisor**
**Law Office of K. Walji, P.C.**
The Atrium Building
10701 Corporate Drive, Suite 350
Stafford, Texas, USA 77477
O: +1.281.401.9672
M: +1.713.562.6875
E: k.walji@waljilaw.com
Confidentiality Implied

---

**From:** Jeff Carruth <jcarruth@wkpz.com>
**Sent:** Tuesday, May 31, 2022 4:47 PM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Cc:** Khudabuksh K. Walji Esq. <k.walji@waljilaw.com>; jkane@krcl.com; RANDY P. MARX <RANDY@themarxfirm.com>
**Subject:** RE: Happy State Bank [2999TC]

As long as HNGH gets the collateral assignment removed at/with closing that is sufficient to remove any potential Schedule C item related to the collateral assignment.
Otherwise, the transaction between HNGH-HSB is the business of those parties alone.

We are awaiting still for someone to i.d. the escrow office that will close the transaction in order to supply the release with instructions.- J.C.

---

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Tuesday, May 31, 2022 4:39 PM
**To:** Jeff Carruth <jcarruth@wkpz.com>
**Cc:** Khudabuksh K. Walji Esq. <k.walji@waljilaw.com>; jkane@krcl.com; RANDY P. MARX <RANDY@themarxfirm.com>
**Subject:** RE: Happy State Bank [2999TC]

> We have not seen a signed release. We also asked who had the original note and did not get an answer to that. We assume your client is holding it. Jeff a few weeks back we were told Happy State Bank had nothing to do with this deal at all. Now we are being told the title company is supposed to pay the Bank at closing. This deal needs to fund and close and can if done in an orderly manner. Thanks

---

**From:** Jeff Carruth <jcarruth@wkpz.com>
**Sent:** Tuesday, May 31, 2022 4:32 PM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Cc:** Khudabuksh K. Walji Esq. <k.walji@waljilaw.com>; jkane@krcl.com; RANDY P. MARX <RANDY@themarxfirm.com>
**Subject:** RE: Happy State Bank [2999TC]

I asked for title co info repeatedly today and had no information about where to send a release.
Release was ready to roll all day but no response as to where and who to send, wet or scan signature, etc.
HSB will deal with its borrower HNGH as HSB determines is necessary, and which credit and relationship are not the subject of the 2999TC bk case.

Jeff Carruth
W K P Z
Weycer, Kaplan, Pulaski & Zuber, P.C.
*Trusted Legal Advisors Since 1976*

DALLAS ▪ HOUSTON ▪ AMARILLO
*D.* (713) 341-1158
*M.* (214) 552-7242
*F.* (866) 666-5322

jcarruth@wkpz.com
www.wkpz.com

This communication and any attachments to it are confidential and intended solely for the use of the person to whom they are addressed. If you have received this e-mail in error, please notify us by telephone immediately at (713) 961-9045, and you are notified that any disclosure, distribution, or the taking of any action in reliance on the contents of this information is prohibited. Nothing in this message may be construed as a digital or electronic signature of any employee of Weycer, Kaplan, Pulaski & Zuber, P.C. ("WKPZ"). WKPZ automatically blocks e-mails containing objectionable language or suspicious content. Messages sent to WKPZ should be considered received only if confirmed by a return receipt. The IRS does not allow the use of informal tax advice, such as this communication, to avoid tax penalties. WKPZ expressly reserves and maintains any attorney-client privilege or work-product protections in this communication.

---

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Tuesday, May 31, 2022 4:26 PM

**To:** Jeff Carruth <jcarruth@wkpz.com>
**Cc:** Khudabuksh K. Walji Esq. <k.walji@waljilaw.com>; jkane@krcl.com; RANDY P. MARX <RANDY@themarxfirm.com>
**Subject:** Happy State Bank

Jeff -my client is still trying to close this transaction with HNGH but all the title documents are coming in so late or not at All we are not able to close today. Please make sure nothing happens on your end until we can sort this out. We never Received anything except the Payoff notice today. I think you were trying to get a release also. I don't recall seeing a release
Of the loan. We did not see an executed release. We were not obligated to pay off Happy State Bank at closing. We were told
Happy State Bank was not in this transaction until the last few days. Please be advised to not take any action until we can get
Some direction from the Court.

**PLEASE NOTE OUR NEW ADDRESS IN DOWNTOWN DALLAS**

JOYCE
LINDAUER
Attorney at Law
And Mediator

Joyce Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202
PH 972-503-4033
FAX 972-503-4034
CEL 214-957-8039