**John J. Kane**

**From:** John J. Kane
**Sent:** Tuesday, May 31, 2022 5:31 PM
**To:** k.walji@waljilaw.com
**Cc:** Joyce Lindauer; RANDY P. MARX; Jeff Carruth; filing waljilaw
**Subject:** Re: Happy State Bank [2999TC] (1035-14C-3)

Your selective memory knows no bounds. You informed me that Debtor was working with multiple title companies because Debtor had multiple potential closing parties in play. I was informed that Sendera had provided its working file to other title companies. I was informed that one potential finance partner refused to work with Sendera because they'd botched a previous deal.

I have never, in my career, had a Debtor fail to simply put a third party in touch with its title co on closing day, for hours, only to blame counsel for the payoff party. Incredibly unprofessional.

The Debtor's counsel provided its list of needs to close at 3:24pm on Monday, May 30, 2022. Again, unprofessional. The prior list provided by Sendera was expanded many fold in yesterday's request, and included requests for documents readily available from the Dallas County records, including instruments for which we had already provided either the document, or instrument numbers so that the title company could pull file stamped documents. Even after we provided responses, some of the same inquiries inexplicably persisted. Worse, the Debtor provided zero comments to some of the documents we provided in advance of closing. Other comments were incorporated, circulated to counter parties for execution. The proposed Rescission Deed was provided on May 12, 2022. We received zero comments. We provided a final wet executed copy on Friday, only to have the Debtor mandate execution of a new document that co tai Ed extraneous commentary that was not only unnecessary, but again unprofessional.

The reality here is that, Mr. Walji, you are simply blaming the Debtor's failures on others and working your hardest on the Debtor's behalf to avoid being bound to terms of agreements your client executed. This is just one of many such instances, and we look forward to addressing your blame game before a federal court judge. Perhaps focusing on closing instead of drafting a specious pleading loaded with mischaracterizations, if not outright lies, would have better served your client.

We will see you in court.

John J. Kane
972-672-6915

On May 31, 2022, at 4:59 PM, k.walji@waljilaw.com wrote:

Joyce,

For the record, John was well aware that the title company is Sendera Title, and the Escrow Officer is Julie Lyssy. In fact, John has been communicating with Julie Lyssy, so I ma puzzled why John did not provide the title company information to HSB – that is HNGH's responsibility especially when we have been consistently informed that HSB was not involved in the 2999 Turtle Creek Property and today we find out there is a Pay-off to HSB.

I believe the spoliation notice to HSB and HNGH as well as those directly and indirectly involved in this matter is appropriate and let the truth speak for itself.

To be clear the funds have been in place with the funding source prior to May 30, 2022, and HNGH did not provide all the documents that were required to be delivered on May 30, 2022, as agreed between you, John and I – the only pending matter was payment May 31, 2022, due to a federal holiday. Thus, HNGH is in default for not timely delivering the necessary closing documents on May 30, 2022. Moreover, the key documents, including the Rescission Deed, Release of Collateral Assignment from HSB (there was no agreement for HSB to be a party to this transaction/closing and it appears HSB's outstanding balance due by HNGH is an encumbrance which could not therefore provide a clear title as of May 30, 2022) plus the delivery of the Original Promissory Note, and other items.

**Khudabuksh K. Walji, Esq.**
***Outside General Counsel***
**JMJ Real Estate Development Group**
2999 Turtle Creek Boulevard
Dallas, Texas, USA 75219

**U.S. & Int'l Legal Advisor**
**Law Office of K. Walji, P.C.**
The Atrium Building
10701 Corporate Drive, Suite 350
Stafford, Texas, USA 77477
O: +1.281.401.9672
M: +1.713.562.6875
E: k.walji@waljilaw.com
Confidentiality Implied

---

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Tuesday, May 31, 2022 4:39 PM
**To:** Jeff Carruth <jcarruth@wkpz.com>
**Cc:** Khudabuksh K. Walji Esq. <k.walji@waljilaw.com>; jkane@krcl.com; RANDY P. MARX <RANDY@themarxfirm.com>
**Subject:** RE: Happy State Bank [2999TC]

We have not seen a signed release. We also asked who had the original note and did not get an answer to that. We assume your client is holding it. Jeff a few weeks back we were told Happy State Bank had nothing to do with this deal at all. Now we are being told the title company is supposed to pay the Bank at closing. This deal needs to fund and close and can if done in an orderly manner. Thanks

---

**From:** Jeff Carruth <jcarruth@wkpz.com> be
**Sent:** Tuesday, May 31, 2022 4:32 PM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Cc:** Khudabuksh K. Walji Esq. <k.walji@waljilaw.com>; jkane@krcl.com; RANDY P. MARX

<RANDY@themarxfirm.com>
**Subject:** RE: Happy State Bank [2999TC]

I asked for title co info repeatedly today and had no information about where to send a release.
Release was ready to roll all day but no response as to where and who to send, wet or scan signature, etc.
HSB will deal with its borrower HNGH as HSB determines is necessary, and which credit and relationship are not the subject of the 2999TC bk case.

Jeff Carruth
W K P Z
Weycer, Kaplan, Pulaski & Zuber, P.C.
*Trusted Legal Advisors Since 1976*

DALLAS ▪ HOUSTON ▪ AMARILLO
*D.* (713) 341-1158
*M.* (214) 552-7242
*F.* (866) 666-5322

jcarruth@wkpz.com
www.wkpz.com

This communication and any attachments to it are confidential and intended solely for the use of the person to whom they are addressed. If you have received this e-mail in error, please notify us by telephone immediately at (713) 961-9045, and you are notified that any disclosure, distribution, or the taking of any action in reliance on the contents of this information is prohibited. Nothing in this message may be construed as a digital or electronic signature of any employee of Weycer, Kaplan, Pulaski & Zuber, P.C. ("WKPZ"). WKPZ automatically blocks e-mails containing objectionable language or suspicious content. Messages sent to WKPZ should be considered received only if confirmed by a return receipt. The IRS does not allow the use of informal tax advice, such as this communication, to avoid tax penalties. WKPZ expressly reserves and maintains any attorney-client privilege or work-product protections in this communication.

---

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Tuesday, May 31, 2022 4:26 PM
**To:** Jeff Carruth <jcarruth@wkpz.com>
**Cc:** Khudabuksh K. Walji Esq. <k.walji@waljilaw.com>; jkane@krcl.com; RANDY P. MARX <RANDY@themarxfirm.com>
**Subject:** Happy State Bank

Jeff -my client is still trying to close this transaction with HNGH but all the title documents are coming in so late or not at
All we are not able to close today. Please make sure nothing happens on your end until we can sort this out. We never
Received anything except the Payoff notice today. I think you were trying to get a release also. I don't recall seeing a release
Of the loan. We did not see an executed release. We were not obligated to pay off Happy State Bank at closing. We were told
Happy State Bank was not in this transaction until the last few days. Please be advised to not take any action until we can get
Some direction from the Court.

**PLEASE NOTE OUR NEW ADDRESS IN DOWNTOWN DALLAS**

JOYCE LINDAUER
Attorney at Law
And Mediator

*Joyce Lindauer*
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202
PH 972-503-4033
FAX 972-503-4034
CEL 214-957-8039