**John J. Kane**

| | |
|---|---|
| **From:** | Dian Gwinnup <dian@joycelindauer.com> |
| **Sent:** | Tuesday, May 31, 2022 6:34 PM |
| **To:** | John J. Kane |
| **Cc:** | Joyce Lindauer |
| **Subject:** | 2999TC Acquisitions, LLC (Case No. 21-31954) |
| **Attachments:** | Letter.pdf |

Please see the attached letter from Ms. Lindauer.

**Dian Gwinnup**
**Paralegal**
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
(972) 503-4033
(972) 503-4034 (Fax)
dian@joycelindauer.com

JOYCE LINDAUER
Attorney at Law
And Mediator

*This electronic mail transmission contains information which is confidential or privileged. The information is intended to be for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited and may be punishable by law. If you have received this electronic mail in error, please notify the sender and delete the electronic mail from your computer immediately.*