**JOYCE W. LINDAUER ATTORNEY, PLLC**
Attorney & Mediator
1412 Main Street, Suite 500
Dallas, Texas 75202
Email: joyce@joycelindauer.com

Telephone No.
(972) 503-4033

Facsimile No.
(972) 503-4034

May 31, 2022

**VIA EMAIL**
jkane@krcl.com

John Kane
State Bar No. 24066794
Kane Russell Coleman Logan PC
Bank of America Plaza
901 Main Street, Suite 5200
Telephone: (214) 777-4200
Counsel for HNGH Turtle Creek, LLC

Re: 2999TC Acquisitions, LLC
Case No. 21-31954-hdh11
**Notice of HNGH Default**

John:

In light of your client's failure to deliver the documents necessary for a closing, and other wrongful conduct as set forth in the Motion to Extend as filed earlier this date, this letter is written to advise you and your client of your breach of the Agreed Order; irrespective of your numerous last ditch attempt(s) over the holiday and this date (the very anticipated date of the Closing) to deliver a number (but not all) of the requisite documents; many of which have yet to be properly reviewed, timely executed and delivered to the Title Company, as escrow agent.

Further, please let this letter serve as a formal request, admonishment, and demand that you and your clients, and associated entities, preserve any and all evidence relating to the pending dispute, and related.

Request and demand is further made for you and your client(s) to maintain and preserve any and all originals and copies of emails, correspondences, and other tangible items respecting or relating to this dispute.

Please note that it is imperative that you take affirmative steps to preserve any item(s) related to the above-referenced dispute. The failure to do so may constitute negligent or intentional

spoliation of evidence and which can result in the imposition of sanctions in any lawsuit or action, including an order barring the introduction of any such evidence.

Thank you for your professional courtesy and cooperation as well as your attention to this matter.

Regards.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer