**John J. Kane**

| | |
|---|---|
| **From:** | Joyce Lindauer <joyce@joycelindauer.com> |
| **Sent:** | Wednesday, June 1, 2022 11:33 AM |
| **To:** | John J. Kane |
| **Cc:** | Khudabuksh K. Walji Esq.; Tim Barton |
| **Subject:** | RE: Rule 11 Sanctions Notice |

Received.

-----Original Message-----
From: John J. Kane <jkane@krcl.com>
Sent: Wednesday, June 1, 2022 11:27 AM
To: Joyce Lindauer <joyce@joycelindauer.com>
Subject: Rule 11 Sanctions Notice

Joyce,

We intend to file a motion for sanctions against you, Walji, and the Debtor for your violation of Rule 11 resulting from your filing of a frivolous Motion to Compel and for the misrepresentations and mischaracterizations contained therein. This correspondence should serve as the 21 day countdown to removal. If the motion proceeds to hearing, we will file the Motion for Sanctions.

John J. Kane
972-672-6915