**John J. Kane**

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Thursday, June 2, 2022 6:48 PM
**To:** John J. Kane
**Subject:** RE: 2999TC Acquisitions

Thank you appreciate your quick response

---

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Thursday, June 2, 2022 6:19 PM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Subject:** Re: 2999TC Acquisitions

No.

John J. Kane
972-672-6915

On Jun 2, 2022, at 6:08 PM, Joyce Lindauer <joyce@joycelindauer.com> wrote:

Sorry I am waiting on direction on what everyone wants to do before Monday?
There is one thought of asking to push off the hearing to allow for some discovery
In a more orderly fashion is that something you would entertain?

---

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Thursday, June 2, 2022 5:13 PM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Subject:** RE: 2999TC Acquisitions

Is this on or are we not talking? Just trying to plan my evening.

**JOHN J. KANE**
Director
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

---

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Thursday, June 2, 2022 2:25 PM
**To:** John J. Kane <jkane@krcl.com>
**Subject:** RE: 2999TC Acquisitions

Ok as soon as my hearing at 2:30 is over

---

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Thursday, June 2, 2022 2:21 PM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Subject:** RE: 2999TC Acquisitions

Yes. Was available on cell this morning. Am available on office line all this afternoon.

**JOHN J. KANE**
Director
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

---

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Thursday, June 2, 2022 2:15 PM
**To:** John J. Kane <jkane@krcl.com>
**Subject:** RE: 2999TC Acquisitions

Are you back in Dallas?

---

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Thursday, June 2, 2022 7:57 AM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Subject:** Re: 2999TC Acquisitions

Vipin can sit for an hour Depo today at 1:30, which does not work for me due to flights, or tomorrow l, Friday, at 9:00 am.

John J. Kane
972-672-6915

On Jun 1, 2022, at 10:23 PM, John J. Kane <jkane@krcl.com> wrote:

Call my cell when you do. Flight still delayed again so I am now staying night in San Antonio. American has no flights direct tomorrow morning until like 4:50, so I've now got to fly into Love at 1:45, then go get my car from DFW.

John J. Kane
972-672-6915

On Jun 1, 2022, at 6:46 PM, Joyce Lindauer <joyce@joycelindauer.com> wrote:

Lets see how tomorrow shakes out for everyone ill call you in the morning

---

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Wednesday, June 1, 2022 6:34 PM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Cc:** Khudabuksh K. Walji Esq. <k.walji@waljilaw.com>
**Subject:** Re: 2999TC Acquisitions

I hope to have some potential times for a brief webex Depo for tomorrow but my hearing today in Gargotta's court ran well into afternoon, then major flight issues where we boarded, delayed on tarmac due to DFW weather, then longer grounding, then deplaned during which I talked to Vipin to get dates, then boarded again (on tarmac now…2:41 flight). Given emergency nature of your pleading, trying to accommodate but our guys had preexisting material obligations and travel planned.

John J. Kane
972-672-6915

On Jun 1, 2022, at 10:26 AM, Joyce Lindauer <joyce@joycelindauer.com> wrote:

Would Vipin be available for a deposition tomorrow or on Friday afternoon? Thanks - Joyce

**PLEASE NOTE OUR NEW ADDRESS IN DOWNTOWN DALLAS**

JOYCE LINDAUER
Attorney at Law
And Mediator

*Joyce Lindauer*
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202
PH 972-503-4033
FAX 972-503-4034
CEL 214-957-8039