**John J. Kane**

**From:** K Walji <k.walji@waljilaw.com> on behalf of K Walji
**Sent:** Thursday, February 24, 2022 11:18 AM
**To:** John J. Kane
**Cc:** joyce@joycelindauer.com; k.walji@waljilaw.com; filing@waljilaw.com
**Subject:** 2999TC - HNGH Matter (1035-14B)

Hello John,

I am the Outside General Counsel for the Debtor and have been working with Joyce in this matter. Please be advised that I have full authority from our client, the Debtor, which Joyce can confirm, if required.

Joyce is busy this morning and has asked me to speak with you to see how best we can work on the December 10, 2021 Court Order to ensure your client is satisfied with any proposed arrangements that can be made to facilitate the payment of the outstanding HNGH Note.

Accordingly, can we speak at 11:30 am today, or soon thereafter, so that we can, in turn, approach our next steps towards concluding this matter to everyone's satisfaction?

Thank you John, and I can be reached on my mobile number at 713.562.6875.

FYI, I am in Dallas through Sunday, and would appreciate the opportunity to come by your office to discuss the way forward - let me know your preference.

Thank you,

Khudabuksh
K. WALJI, Esq.
Law Office of K. Walji, P.C.
U.S. & Int’l Legal Advisor
Outside General Counsel
U.S. & Int'l Mediator
O: +1.281.401.9672
M: +1.713.562.6875
E: k.walji@waljilaw.com
Confidentiality Implied

---

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Thursday, February 24, 2022 8:19 AM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Subject:** Re: 2999TC

Yes we oppose.

John J. Kane

972-672-6915