**John J. Kane**

**From:** K Walji <k.walji@waljilaw.com>
**Sent:** Wednesday, March 2, 2022 11:15 AM
**To:** John J. Kane; Joyce Lindauer
**Cc:** K. Walji; filing@waljilaw.com
**Subject:** 21-31954-hdh11 - 2999 TC Acquisitions, LLC [IWOV-iManage.FID2137592] (1035-14C)
**Attachments:** image001.png; Bankr.N.D.Tex._3-21-bk-31954_64.pdf

GM John and Joyce,

With regards to the email below, will you be available at 3:00 pm today to discuss?

In the meantime, I will block the 3:00 pm time and send out a Zoom invite.

Best,

Khudabuksh
K. WALJI, Esq.
Law Office of K. Walji, P.C.
U.S. & Int'l Legal Advisor
Outside General Counsel
U.S. & Int'l Mediator
O: +1.281.401.9672
M: +1.713.562.6875
E: k.walji@waljilaw.com
Confidentiality Implied

---

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Wednesday, March 2, 2022 10:34 AM
**To:** Jenni Bergreen <Jenni_Bergreen@txnb.uscourts.gov>; Joyce Lindauer <joyce@joycelindauer.com>
**Cc:** Theresa Garcia <tgarcia@krcl.com>; Kyle Woodard <KWoodard@krcl.com>
**Subject:** 21-31954-hdh11 - 2999 TC Acquisitions, LLC [IWOV-iManage.FID2137592]

Jenni,

Would the court happen to have 15 minutes or so for a Status Conference on March 10 or 11? The attached Agreed Order has some very big triggers on March 15. I think it would be good to have a status conference for the parties to provide an update to the Court on where things stand in case some attention is needed immediately before, or after, the Payoff Deadline.

I can make myself available on really any time on either of those dates. I've included Debtor's counsel, Joyce Lindauer, on this email. She can provide feedback on availability.

Thank you,

John

**JOHN J. KANE**
Director

**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4261 **Cell** 972.672.6915
**krcl.com** | **krclblogs.com**

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.