**John J. Kane**

**From:** K Walji <k.walji@waljilaw.com>
**Sent:** Wednesday, March 2, 2022 12:04 PM
**To:** John J. Kane
**Cc:** Joyce Lindauer; Kyle Woodard; K. Walji; filing@waljilaw.com
**Subject:** Re: 21-31954-hdh11 - 2999 TC Acquisitions, LLC [IWOV-iManage.FID2137592] (1035-14C)

John,

I believe it's a prudent approach which you are suggesting - let's have a brief call at 3:00 - 3:30 pm to ensure we are all on the same page regarding the framework for March 15th.

Also, unless you insist that I formally file a Notice of Appearance as co-counsel on this matter, I do wish to be copied on all communications between you and Joyce regarding this matter - Joyce is in agreement.

Thoughts?

Khudabuksh
K. WALJI, Esq.
Law Office of K. Walji, P.C.
U.S. & Int'l Legal Advisor
Outside General Counsel
U.S. & Int'l Mediator
O: +1.281.401.9672
M: +1.713.562.6875
E: k.walji@waljilaw.com
Confidentiality Implied

On Mar 2, 2022, at 11:54, John J. Kane <jkane@krcl.com> wrote:

Khudabuksh,

See my email to Joyce below. If you think a 3:00 zoom call is necessary, okay, I'm available at that time. I didn't think my request for a status conference on a Friday a couple business days before a complicated closing that will make/break the Debtor's bankruptcy case was an unusual request. Especially as I will be out of town on the 13-15th and will have to coordinate closing from a few time zones off. I think it makes sense to bring the Court up to speed on where we are around that time so the court can have some flexibility should the Debtor and HNGH need a quick minute to see that all closes smoothly.

Am I missing something?

John

**JOHN J. KANE**
Director
KRCL 30 years
**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4261 **Cell** 972.672.6915
**krcl.com** | **krclblogs.com**

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

---

**From:** John J. Kane
**Sent:** Wednesday, March 2, 2022 11:46 AM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Cc:** Theresa Garcia <tgarcia@krcl.com>; Kyle Woodard <KWoodard@krcl.com>
**Subject:** RE: 21-31954-hdh11 - 2999 TC Acquisitions, LLC [IWOV-iManage.FID2137592]

Nothing doing, Joyce. But with a $42 million transaction that has to close by 5:00 pm on the 15th, I think it makes sense to provide the Court (and us) with an update so the Court knows if it's going to need to hear an emergency DIP motion or something like that. Court will also be needing to enter an order on the adversary proceeding, and so status update on that if this looks like it's going to close should be worthwhile as well.

John

**JOHN J. KANE**
Director
KRCL 30 years
**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4261 **Cell** 972.672.6915
**krcl.com** | **krclblogs.com**

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

---

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Wednesday, March 2, 2022 11:08 AM
**To:** John J. Kane <jkane@krcl.com>
**Cc:** Theresa Garcia <tgarcia@krcl.com>; Kyle Woodard <KWoodard@krcl.com>
**Subject:** RE: 21-31954-hdh11 - 2999 TC Acquisitions, LLC [IWOV-iManage.FID2137592]

John is something going on here?

---

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Wednesday, March 2, 2022 10:34 AM
**To:** Jenni Bergreen <Jenni_Bergreen@txnb.uscourts.gov>; Joyce Lindauer <joyce@joycelindauer.com>
**Cc:** Theresa Garcia <tgarcia@krcl.com>; Kyle Woodard <KWoodard@krcl.com>
**Subject:** 21-31954-hdh11 - 2999 TC Acquisitions, LLC [IWOV-iManage.FID2137592]

Jenni,

Would the court happen to have 15 minutes or so for a Status Conference on March 10 or 11? The attached Agreed Order has some very big triggers on March 15. I think it would be good to have a status conference for the parties to provide an update to the Court on where things stand in case some attention is needed immediately before, or after, the Payoff Deadline.

I can make myself available on really any time on either of those dates. I've included Debtor's counsel, Joyce Lindauer, on this email. She can provide feedback on availability.

Thank you,

John

**JOHN J. KANE**
Director
KRCL 30 years
**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4261 **Cell** 972.672.6915
**krcl.com** | **krclblogs.com**

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.