**John J. Kane**

| | |
|---|---|
| **From:** | k.walji@waljilaw.com |
| **Sent:** | Thursday, March 10, 2022 10:26 PM |
| **To:** | John J. Kane |
| **Cc:** | K. Walji; 'Joyce Lindauer'; sada@cumber.us; filing@waljilaw.com |
| **Subject:** | Confidential |
| **Attachments:** | 2022.03.10 Letter to John Kane.doc |

Hello John,

Please see attached.

Thanks,

**Khudabuksh K. Walji, Esq.**
***U.S. & Int'l Legal Advisor***
***Outside General Counsel***
**Law Office of K. Walji, P.C.**
***U.S. & Int'l Mediator***
**Walji Int'l Mediation Center**

The Atrium Building
10701 Corporate Drive, Suite 350
Stafford, Texas 77477
O:+1.281.401.9672
M:+1.713.562.6875
E: k.walji@waljilaw.com
Linkedin.com/in/khudabuksh-walji-751790194
Confidentiality Implied