**John J. Kane**

**From:** K Walji <k.walji@waljilaw.com>
**Sent:** Thursday, March 10, 2022 10:42 PM
**To:** John J. Kane
**Cc:** Joyce Lindauer; sada@cumber.us; filing@waljilaw.com; K. Walji
**Subject:** Re: Confidential [IWOV-iManage.FID2137592]

John,

You are right - it's an unintended mistake.

Your first paragraph is correct!

Thanks for catching Point 5; it's not a reversion or any change to our discussion.

Regards,

Khudabuksh
K. WALJI, Esq.
Law Office of K. Walji, P.C.
U.S. & Int'l Legal Advisor
Outside General Counsel
U.S. & Int'l Mediator
O: +1.281.401.9672
M: +1.713.562.6875
E: k.walji@waljilaw.com
Confidentiality Implied

On Mar 10, 2022, at 22:34, John J. Kane <jkane@krcl.com> wrote:

For a clarification on Point 5, didn't we discuss an immediate dismissal of the adversary proceeding on March 15, so long as the court indicates the later filing of the rescission deed will be sufficient to avoid the transfer of ownership to HNGH?

Just trying to understand if Point 5 is a reversion on a negotiation point, or just a misstatement of where we'd left our prior discussion.

Thank you,

John

JOHN J. KANE
Director
KRCL 30 years

Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

**From:** k.walji@waljilaw.com <k.walji@waljilaw.com>
**Sent:** Thursday, March 10, 2022 10:32 PM
**To:** John J. Kane <jkane@krcl.com>
**Cc:** 'Joyce Lindauer' <joyce@joycelindauer.com>; sada@cumber.us; filing@waljilaw.com; K. Walji <k.walji@waljilaw.com>
**Subject:** RE: Confidential

Hello John,

Please see attached.

Thanks,

**Khudabuksh K. Walji, Esq.**
***U.S. & Int'l Legal Advisor***
***Outside General Counsel***
**Law Office of K. Walji, P.C.**
***U.S. & Int'l Mediator***
**Walji Int'l Mediation Center**

The Atrium Building
10701 Corporate Drive, Suite 350
Stafford, Texas 77477
O:+1.281.401.9672
M:+1.713.562.6875
E: k.walji@waljilaw.com
Linkedin.com/in/khudabuksh-walji-751790194
Confidentiality Implied