**John J. Kane**

**From:** k.walji@waljilaw.com
**Sent:** Friday, March 11, 2022 8:24 AM
**To:** John J. Kane
**Cc:** filing@waljilaw.com; K. Walji; 'Joyce Lindauer'; sada@cumber.us
**Subject:** Confidential
**Attachments:** 2022.03.11 Letter to John Kane VF.pdf

GM John,

Please see attached letter to reach finality, and let us connect at 8:45 am.

Thanks,

**Khudabuksh K. Walji, Esq.**
***U.S. & Int'l Legal Advisor***
***Outside General Counsel***
**Law Office of K. Walji, P.C.**
***U.S. & Int'l Mediator***
**Walji Int'l Mediation Center**

The Atrium Building
10701 Corporate Drive, Suite 350
Stafford, Texas 77477
O:+1.281.401.9672
M:+1.713.562.6875
E: k.walji@waljilaw.com
Linkedin.com/in/khudabuksh-walji-751790194
Confidentiality Implied

---

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Thursday, March 10, 2022 11:31 PM
**To:** K Walji <k.walji@waljilaw.com>
**Cc:** Joyce Lindauer <joyce@joycelindauer.com>; sada@cumber.us; filing@waljilaw.com
**Subject:** RE: Confidential [IWOV-iManage.FID2137592]

Khudabuksh,

I believe we've made good progress.

HNGH proposes the following which should get the deal done. Please discuss on your side, and let's plan to speak at 8:30 or so tomorrow morning before the hearing.

Agreement would be for the following:

- Conversion of the Allowed Claim (the $2 Million) to principal for the Payoff Amount

  - Takes Payoff Amount to $43 million
- Extension of Payoff Deadline to May 30, 2022 at 5:00 pm CT
- 1% extension fee
- Interest at 12% Note rate
- $3.5 million paid not later than March 15, 2022 at 5:00 pm CT
- $41,005,000 due on Payoff Deadline
- Releases in form prepared by HNGH
- Dismissal of Adv. Proceeding by order prepared by HNGH
- If 9019 later required to effectuate deal, Barton parties or buyer funds HNGH legal fees incurred getting deal done

**JOHN J. KANE**
Director
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

**From:** K Walji <k.walji@waljilaw.com>
**Sent:** Thursday, March 10, 2022 10:42 PM
**To:** John J. Kane <jkane@krcl.com>
**Cc:** Joyce Lindauer <joyce@joycelindauer.com>; sada@cumber.us; filing@waljilaw.com; K. Walji <k.walji@waljilaw.com>
**Subject:** Re: Confidential [IWOV-iManage.FID2137592]

John,

You are right - it's an unintended mistake.

Your first paragraph is correct!

Thanks for catching Point 5; it's not a reversion or any change to our discussion.

Regards,

Khudabuksh
K. WALJI, Esq.
Law Office of K. Walji, P.C.
U.S. & Int'l Legal Advisor
Outside General Counsel
U.S. & Int'l Mediator
O: +1.281.401.9672
M: +1.713.562.6875
E: k.walji@waljilaw.com
Confidentiality Implied

On Mar 10, 2022, at 22:34, John J. Kane <jkane@krcl.com> wrote:

For a clarification on Point 5, didn't we discuss an immediate dismissal of the adversary proceeding on March 15, so long as the court indicates the later filing of the rescission deed will be sufficient to avoid the transfer of ownership to HNGH?

Just trying to understand if Point 5 is a reversion on a negotiation point, or just a misstatement of where we'd left our prior discussion.

Thank you,

John

**JOHN J. KANE**
Director
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

**From:** k.walji@waljilaw.com <k.walji@waljilaw.com>
**Sent:** Thursday, March 10, 2022 10:32 PM
**To:** John J. Kane <jkane@krcl.com>
**Cc:** 'Joyce Lindauer' <joyce@joycelindauer.com>; sada@cumber.us; filing@waljilaw.com; K. Walji <k.walji@waljilaw.com>
**Subject:** RE: Confidential

Hello John,

Please see attached.

Thanks,

**Khudabuksh K. Walji, Esq.**
***U.S. & Int'l Legal Advisor***
***Outside General Counsel***
**Law Office of K. Walji, P.C.**
***U.S. & Int'l Mediator***
**Walji Int'l Mediation Center**

The Atrium Building
10701 Corporate Drive, Suite 350
Stafford, Texas 77477
O:+1.281.401.9672
M:+1.713.562.6875
E: k.walji@waljilaw.com
Linkedin.com/in/khudabuksh-walji-751790194
Confidentiality Implied