KHUDABUKSH K. WALJI, ESQ.
U.S. & INTERNATIONAL LEGAL ADVISOR

*Practicing U.S. Attorney & Counselor at Law (>35 years)*
*Qualified & Non-Practicing U.K. Solicitor & Dubai Legal Consultant*

+1.713.562.6875
+1.281.401.9672
+1.281.401.9673
k.walji@waljilaw.com

**CONFIDENTIAL COMMUNICATION**

**TO:** **John Kane**

**CC:** **Ambassador Sada Cumber**
**Joyce Lindauer**

**FROM:** **K. Walji**

**DATE:** **March 11, 2022**

**RE:** **Case No: 21-31954-hdh, In Re: 2999TC Acquisitions, LLC.**

---

Hello John,

With regards to the HNGH proposal of last night, I have calculated the actual amounts due as follows:

HNGH Agreement would be for the following:

1. Conversion of the Allowed Claim (the $2 Million) to principal for the Payoff Amount
    - Takes Payoff Amount to $43 million
2. $3.5 million paid not later than March 15, 2022 at 5:00 pm CT
3. Extension of $39.5 million Payoff Deadline to May 30, 2022 at 5:00 pm CT plus
4. 1% extension fee = *$395,000*
5. Interest at 12% Note rate = *$987,500*
6. *$40,882,500* due on Payoff Deadline on May 30, 2022
7. Releases in form prepared by HNGH
8. Dismissal of Adv. Proceeding by order prepared by HNGH
9. If 9019 later required to effectuate deal, Barton parties or buyer funds HNGH legal fees incurred getting deal done
10. Total Amount to be paid to HNGH is $***44,382,500*** – correct?

As you may be aware, the initial proposal conveyed to us by Ambassador Cumber between his discussion with Vipin was 8% interest only for the $41 million extension for 90 days, i.e., due on June 15, 2022, plus the $2 million of he Allowed Claim with no payment on March 15, 2022.

Subsequently, we have had several back-and-forth discussions and it appears HNGH is insisting on an Extension Fee for the 75 day extension. Thus, reluctantly, we would like to propose the following to reach a final resolution today before the 9:00 am Status Conference:

1. $3.0 million paid not later than March 15, 2022, at 5:00 pm CT
2. Extension of $38 million (i.e., $41 million due on March 15, 2022, less $3 million paid on March 15, 2022) - Payoff Deadline to May 30, 2022, at 5:00 pm CT
3. 0.25% extension fee = $98,750
4. Interest at 8% Note rate = $633,333.33
5. $38,732,083.33 due on Payoff Deadline on May 30, 2022
6. Conversion of the Allowed Claim (the $2 Million) due on May 30, 2022
7. Total Amount to be paid is $**43,732,083.33**
8. Releases in form prepared by HNGH
9. Dismissal of Adv. Proceeding by order prepared by HNGH
10. If 9019 later required to effectuate deal, Barton parties or buyer funds HNGH legal fees incurred getting deal done

Kindly discuss with your client and let us conclude on the **$43,732,083.33** amount.

Thank you,

Khudabuksh