**John J. Kane**

| | |
|---|---|
| **From:** | John J. Kane <jkane@krcl.com> on behalf of John J. Kane |
| **Sent:** | Friday, March 11, 2022 11:07 AM |
| **To:** | joyce@joycelindauer.com; k.walji@waljilaw.com |
| **Subject:** | 2999 TC - HNGH - Proposed Stip, Order, Dismissal of Adv. Proc [IWOV-iManage.FID2137592] |
| **Attachments:** | HNGH - 2999 TC - Order MODIFYING Final Agreed Order Resolving Contested Matters.DOCX; HNGH - 2999TC - Stipulation Modifying Agreed Order and Extending Deadlines.DOCX; HNGH - 2999 TC - Order Dismissing Adversary Proceeding - Extension.DOCX |

Joyce,

See attached. We will also want a letter agreement, email is fine, that we have the right, in our sole and absolute discretion, to agree or not agree to an alternative form of agreement, like a 9019 and sale outside of BK, if such a proposal is presented before the extended payoff, and that we can withhold that consent regardless of whether reasonable or otherwise. *IF* we do agree to go forward with a structure outside of what is contained in the Orders, then our fees will be covered by Debtor, Barton entity, Barton, or Purchaser. I understand your sides have already agreed to that, and I don't think it really fits in any order, but do want your side to acknowledge that's the case.

John

**JOHN J. KANE**
Director
KRCL 30 years
**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4261 **Cell** 972.672.6915
**krcl.com** | **krclblogs.com**

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.