**John J. Kane**

| | |
|---|---|
| **From:** | John J. Kane <jkane@krcl.com> on behalf of John J. Kane |
| **Sent:** | Friday, March 11, 2022 2:49 PM |
| **To:** | joyce@joycelindauer.com |
| **Subject:** | RE: 2999 TC - HNGH - Proposed Stip, Order, Dismissal of Adv. Proc [IWOV-iManage.FID2137592] |
| **Attachments:** | HNGH - 2999 TC - Final Agreed Order Resolving Contested Matters - Amended Exhibit A - File Under Seal.DOCX; 2999TC - HNGH Joint Motion for Leave to File Amended Exhibit A to Agreed Order Under Seal [3.11.22].DOCX; 2999TC - HNGH_s Order Granting Motion for Leave to Seal Documents (Amended Exhibit A - Agreed Order).DOCX |

Joyce,

How are things coming? Need to get this stuff filed today.

Attached are the docs related to the submission of the modified Exhibit A to the Agreed Order (changing the payoff amount). These should be easy.

John

**JOHN J. KANE**
Director
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

---

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Friday, March 11, 2022 12:57 PM
**To:** John J. Kane <jkane@krcl.com>
**Subject:** RE: 2999 TC - HNGH - Proposed Stip, Order, Dismissal of Adv. Proc [IWOV-iManage.FID2137592]

We are working through these docs – they are pretty dense so may take a bit of time
Thanks

---

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Friday, March 11, 2022 11:07 AM
**To:** Joyce Lindauer <joyce@joycelindauer.com>; K Walji <k.walji@waljilaw.com>
**Subject:** 2999 TC - HNGH - Proposed Stip, Order, Dismissal of Adv. Proc [IWOV-iManage.FID2137592]

Joyce,

See attached. We will also want a letter agreement, email is fine, that we have the right, in our sole and absolute discretion, to agree or not agree to an alternative form of agreement, like a 9019 and sale outside of BK, if such a proposal is presented before the extended payoff, and that we can withhold that consent regardless of whether reasonable or otherwise. *IF* we do agree to go forward with a structure outside of what is contained in the Orders, then

our fees will be covered by Debtor, Barton entity, Barton, or Purchaser. I understand your sides have already agreed to that, and I don't think it really fits in any order, but do want your side to acknowledge that's the case.

John

**JOHN J. KANE**
Director
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.