**John J. Kane**

**From:** John J. Kane <jkane@krcl.com> on behalf of John J. Kane
**Sent:** Friday, March 11, 2022 5:06 PM
**To:** joyce@joycelindauer.com
**Subject:** RE: 2999 TC - HNGH - Proposed Stip, Order, Dismissal of Adv. Proc [IWOV-iManage.FID2137592]

I am going to be like 6+ time zones away. Vipin is going to be in Dubai, so like 7-8 time zones in the opposite direction. My other client contact Nate is going to be on vacation. Failure to turn these documents is going to be a really big problem. You guys have had close to 6 hours, and the form of the Dismissal order is not materially different from what I sent early this week.

There is no deal until these documents are agreed to and we have agreements with the /s/.

JOHN J. KANE
Director
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Friday, March 11, 2022 5:02 PM
**To:** John J. Kane <jkane@krcl.com>
**Subject:** RE: 2999 TC - HNGH - Proposed Stip, Order, Dismissal of Adv. Proc [IWOV-iManage.FID2137592]

John I am not going to get Mr. K's comments until this weekend

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Friday, March 11, 2022 2:49 PM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Subject:** RE: 2999 TC - HNGH - Proposed Stip, Order, Dismissal of Adv. Proc [IWOV-iManage.FID2137592]

Joyce,

How are things coming? Need to get this stuff filed today.

Attached are the docs related to the submission of the modified Exhibit A to the Agreed Order (changing the payoff amount). These should be easy.

John

JOHN J. KANE
Director
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202

**Tel** 214.777.4261 **Cell** 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

---

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Friday, March 11, 2022 12:57 PM
**To:** John J. Kane <jkane@krcl.com>
**Subject:** RE: 2999 TC - HNGH - Proposed Stip, Order, Dismissal of Adv. Proc [IWOV-iManage.FID2137592]

We are working through these docs – they are pretty dense so may take a bit of time
Thanks

---

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Friday, March 11, 2022 11:07 AM
**To:** Joyce Lindauer <joyce@joycelindauer.com>; K Walji <k.walji@waljilaw.com>
**Subject:** 2999 TC - HNGH - Proposed Stip, Order, Dismissal of Adv. Proc [IWOV-iManage.FID2137592]

Joyce,

See attached. We will also want a letter agreement, email is fine, that we have the right, in our sole and absolute discretion, to agree or not agree to an alternative form of agreement, like a 9019 and sale outside of BK, if such a proposal is presented before the extended payoff, and that we can withhold that consent regardless of whether reasonable or otherwise. *IF* we do agree to go forward with a structure outside of what is contained in the Orders, then our fees will be covered by Debtor, Barton entity, Barton, or Purchaser. I understand your sides have already agreed to that, and I don't think it really fits in any order, but do want your side to acknowledge that's the case.

John

**JOHN J. KANE**
Director
KRCL 30 years
**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4261 **Cell** 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.