**John J. Kane**

| | |
|---|---|
| **From:** | John J. Kane <jkane@krcl.com> on behalf of John J. Kane |
| **Sent:** | Monday, March 14, 2022 2:51 PM |
| **To:** | joyce@joycelindauer.com |
| **Cc:** | Kyle Woodard; k.walji@waljilaw.com; smetzger@pmklaw.com |
| **Subject:** | Re: 2999 TC - HNGH - Proposed Stip, Order, Dismissal of Adv. Proc [IWOV-iManage.FID2137592] |

Drop dead date was May 30. We're not offering mutual releases, was never a term of the deal. While I appreciate the time spent trying to get the recitals more precise, I don't think this form of order is going anywhere. Awaiting comments from GC. Vipin is 14 hours ahead of me which I warned about on Friday and was seemingly ignored.

Not sure we're getting to a deal like this.

John

John J. Kane
972-672-6915

On Mar 14, 2022, at 7:10 AM, Joyce Lindauer <joyce@joycelindauer.com> wrote:

Here is the redline of the order
We are still waiting on Steve Metzger's comments regarding Tim Barton and related
Parties he controls – thank you

Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
(972) 503-4033
(972) 503-4034 (Fax)
dian@joycelindauer.com

*This electronic mail transmission contains information which is confidential or privileged. The information is intended to be for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited and may be punishable by law. If you have received this electronic mail in error, please notify the sender and delete the electronic mail from your computer immediately.*