**John J. Kane**

**From:** John J. Kane <jkane@krcl.com> on behalf of John J. Kane
**Sent:** Monday, March 14, 2022 4:19 PM
**To:** joyce@joycelindauer.com
**Cc:** Kyle Woodard
**Subject:** Re: In Re: 2999TC Acquisitions, LLC; Case No. 21-31954-hdh-11

Seems like the easy fix would be to say Barton binds the entities "to the extent allowed by controlling entity agreements and applicable law."

The 9019 agreement is an easy one. It's more legal documentation we'll have to review and approve, and if it's a real estate sale outside of BK like that discussed between the Debtor and Tall Ships, HNgH will have to incur legal costs of the real estate sale transaction.

Let's get past these false hurdles, Joyce.

And in the order, the language re pay down needs to show payment of the allowed claim plus another $1.5M otherwise the allowed claim floats out there.

I am very frustrated, personally, that there was absolutely zero effort to get movement on this stuff last week.

John J. Kane
972-672-6915

On Mar 14, 2022, at 10:07 AM, Joyce Lindauer <joyce@joycelindauer.com> wrote:

Letter regarding Barton reps – thank you

---

**From:** Steven Metzger <smetzger@pmklaw.com>
**Sent:** Monday, March 14, 2022 3:00 PM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Cc:** K Walji <k.walji@waljilaw.com>; Timothy Barton <tbarton@jmjdevelopment.com>; Vance McMurry <vance@mcmurrylegal.com>
**Subject:** In Re: 2999TC Acquisitions, LLC; Case No. 21-31954-hdh-11

Joyce – please see attached letter.

******************************
**Steven C. Metzger**
**Metzger Law PLLC**
*(Formerly Metzger & McDonald PLLC)*
3626 N. Hall Street, Suite 800
Dallas, Texas 75219-5133
214-740-5030 (Direct)
214-969-7600 (Main)
214-957-2505 (Cell)
214-224-7555 or 214-523-3838 (Facsimile)
*smetzger@pmklaw.com*
*www.pmklaw.com*

PURPOSE OF EMAIL: This email is not intended to create an attorney client relationship where none previously exists. This email is not intended to be an opinion of counsel.

CONFIDENTIALITY NOTICE: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. The information contained in this email is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (Collect) (214-740-5033), and destroy the original message. Thank you.