**John J. Kane**

| | |
|---|---|
| **From:** | John J. Kane <jkane@krcl.com> on behalf of John J. Kane |
| **Sent:** | Monday, March 14, 2022 7:31 PM |
| **To:** | joyce@joycelindauer.com |
| **Cc:** | Kyle Woodard |
| **Subject:** | Re: 2999TC Acquisitions |

We absolutely oppose.

John J. Kane
972-672-6915

On Mar 14, 2022, at 2:20 PM, Joyce Lindauer <joyce@joycelindauer.com> wrote:

I have been asked to file an emergency motion to extend tomorrow's deadline
I need to fill in the COC tonight so I need your position on such a motion.

**PLEASE NOTE OUR NEW ADDRESS IN DOWNTOWN DALLAS**

JOYCE LINDAUER
Attorney at Law
And Mediator

Joyce Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202
PH 972-503-4033
FAX 972-503-4034
CEL 214-957-8039