**John J. Kane**

**From:** John J. Kane <jkane@krcl.com> on behalf of John J. Kane
**Sent:** Monday, March 14, 2022 9:43 PM
**To:** sada@cumber.us
**Cc:** vnambiar@hncapitalpartners.com; nchristensen@hncapitalpartners.com
**Subject:** Re: 2999TC Acquisitions, LLC (Case No. 21-31954) (1035-14C)

This is a blindside retrade, Sada, and I do not have authority to agree to the extension.

John J. Kane
972-672-6915

On Mar 14, 2022, at 4:01 PM, Sada Cumber <sada@cumber.us> wrote:

John,

What Khudabuksh is saying as I understand is that he has $3.5M and because loss of couple of days during the weekend he needs few days to get all the documents signed. Please facilitate as I truly think that this whole very ugly saga is almost coming to an end. In fact I feel distress in asking you to do all of this while you are both travelling trying to take some time off.

With best regrds,

Sada Cumber sada@cumber.us • International Mobile 512.750.0800
Ambassador First United States Special Envoy to the Organization of Islamic Conference www.state.gov www.oic-oci.org
tcms Chairman TCMS Technologies, Inc. sada@tcmsco.com www.tcmsco.com
Principal MARS Enterprise, LLP INVESTMENT ADVISORY FIRM sada@cumber.us
Founder ALHAMBRA-U.S. CHAMBER OF COMMERCE www.alhambrauschamber.org

---

**From:** K Walji <k.walji@waljilaw.com>
**Sent:** Monday, March 14, 2022 8:37 PM
**To:** John Kane <jkane@krcl.com>; Sada Cumber <sada@cumber.us>
**Cc:** K. Walji <k.walji@waljilaw.com>; Joyce Lindauer <joyce@joycelindauer.com>
**Subject:** 2999TC Acquisitions, LLC (Case No. 21-31954) (1035-14C)

John and Sada,

We were able to get the Term Sheet finalized today with Tall Ships and they have the $3.5 million to make the initial payment, and need a binding agreement with all the parties (see attached Emergency Motion filed by Joyce).

John, Sada informed me that he has spoken with Vipin and he (Sada) will be calling shortly at the request of Vipin. Accordingly, request you to speak with Sada with whom I just spoke and see how best to reach an amicable resolution.

I will be available by telephone this evening and tomorrow as required.

Thank you,

Khudabuksh
K. WALJI, Esq.
Law Office of K. Walji, P.C.
U.S. & Int'l Legal Advisor
Outside General Counsel
U.S. & Int'l Mediator
O: +1.281.401.9672
M: +1.713.562.6875
E: k.walji@waljilaw.com
Confidentiality implied