**John J. Kane**

**From:** Vipin Nambiar <vnambiar@hncapitalpartners.com>
**Sent:** Wednesday, March 16, 2022 6:15 PM
**To:** Nate Christensen; K Walji; John J. Kane; Sada Cumber
**Cc:** Joyce Lindauer; filing@waljilaw.com
**Subject:** RE: Urgent - Request for Cooperation (1035-14C)

Khudabaksh,
I appreciate you are the messenger here, but you want me to say "all is well' with a borrower that has sued me personally for fraud and stated other blatant lies in a public lawsuit, and then dragged a prior settlement discussion into bankruptcy? These filings are public for all to see. We had a similar discussion on confidentiality on Dec 10th, and as Joyce and Tim know, we declined then, and we decline now. Please focus on commercially relevant aspects of your obligation here: prove the merit of the project and the developer and capitalize the project. Sophisticated parties that can stroke $40mm checks know what to focus on and not worry about market gossip.

Vipin

---

**From:** Nate Christensen <nchristensen@hncapitalpartners.com>
**Sent:** Wednesday, March 16, 2022 5:59 PM
**To:** K Walji <k.walji@waljilaw.com>; John Kane <jkane@krcl.com>; Sada Cumber <sada@cumber.us>
**Cc:** Joyce Lindauer <joyce@joycelindauer.com>; filing@waljilaw.com; Nate Christensen <nchristensen@hncapitalpartners.com>; Vipin Nambiar <vnambiar@hncapitalpartners.com>
**Subject:** RE: Urgent - Request for Cooperation (1035-14C)

Khudabuksh,

With all due respect, we cannot agree to these additional terms or your suggested protocols. We owe no such obligations and reject any assertion otherwise. We spent many hours discussing with you the papers filed yesterday – papers that clearly outline the obligations of each party. We will abide by our obligations under those papers and expect the borrower to do the same.

Regards,
Nate

---

**From:** K Walji <k.walji@waljilaw.com>
**Sent:** Wednesday, March 16, 2022 11:48 AM
**To:** John Kane <jkane@krcl.com>; Nate Christensen <nchristensen@hncapitalpartners.com>; Sada Cumber <sada@cumber.us>
**Cc:** K. Walji <k.walji@waljilaw.com>; Joyce Lindauer <joyce@joycelindauer.com>; filing@waljilaw.com
**Subject:** Urgent - Request for Cooperation (1035-14C)

GM John, Nate and Sada,

First, thank you all and Vipin, et al for the efforts and support in reaching a resolution yesterday.

Second, I'd like to request the following from the HNGH team members:

1. To personally not talk about the terms of yesterday's transaction to others, especially when one or more of the HNGH team members are contacted, or to voluntary discuss or share about yesterday's transaction, including terms of the agreement, notwithstanding that these documents will be filed in the court - my request is to just say "all is well" or "we are in compliance".

2. This is critical for us to ensure our discussions with others parties are not compromised recognizing some of these parties may reach out to the HNGH members directly or indirectly.

3. In addition, if there are any queries to an HNGH team member, even if just to touch base about my client or the status or background of the 2999 Turtle Creek Property, the respective HNGH member should let the inquirer know that they should be contacting Mr. Barton or me only.

4. Finally, it is my understanding that any HNGH member who is approached should inform us of anyone who has contacted them about the 2999 Turtle Creek property or Mr. Barton. At this stage, my request is for the HNGH team member to inform Nate, who in turn will inform me.

5. We now have just 74 days until May 30, 2022 to get this matter concluded and would appreciate the cooperation. My goal is to have this matter with HNGH concluded in an amicable and timely manner.

Let me know if you have any queries.

Thank you,

Khudabuksh
K. WALJI, Esq.
Law Office of K. Walji, P.C.
U.S. & Int'l Legal Advisor
Outside General Counsel
U.S. & Int'l Mediator
O: +1.281.401.9672
M: +1.713.562.6875
E: k.walji@waljilaw.com
Confidentiality Implied