**John J. Kane**

---

| | |
|---|---|
| **From:** | k.walji@waljilaw.com |
| **Sent:** | Tuesday, March 22, 2022 3:02 PM |
| **To:** | 'Joyce Lindauer' |
| **Cc:** | filing@waljilaw.com; John J. Kane; 'Held, Mike'; 'Smith, Michelle Moore' |
| **Subject:** | RE: Tall Ship Deal (1035-14K) |

Joyce,

Just to clarify my understanding of today's court hearing at 1:30 pm before Judge Hale:

1. Judge Hale is not available Friday, March 25th, and therefore the contemplated emergency hearing for the sale to Tall Ship will have to be held on Thursday, March 24, 2022.

2. John will be speaking with his client today at 4:00 pm regarding the overall framework of the sale of 2999TC Property to Tall Ship, pursuant to the proposed draft PSA and Settlement Agreement sent by Michelle on Friday, March 18, 2022, and based on the response received from John, the appropriate documentation and financial terms will need to be finalized urgently (today or tomorrow?) for presentation to the Court for the Thursday, March 24, 2022 contemplated emergency court hearing.

3. Also, the HNGH payments are to be timely paid, i.e., $2.5 million by 5:00 pm, Friday, March 25, 2022, and the balance of the Pay-off Amount pursuant to Exhibit A of the March 15, 2022, Agreed Order to be paid by May 30, 2022.

4. In the meantime, Tall Ship and 2999TC will work out the non-HNGH terms of the sale today.

5. In addition, and as a prudent back-up, 2999TC has engaged Jones LaSalle as the real estate broker to sell the 2999TC Property in the event the sale to Tall Ship is not concluded.

6. Anything I missed or stated incorrectly?

Thanks,

Khudabuksh

**Khudabuksh K. Walji, Esq.**
***U.S. & Int'l Legal Advisor***
***Outside General Counsel***
**Law Office of K. Walji, P.C.**
***U.S. & Int'l Mediator***
**Walji Int'l Mediation Center**

The Atrium Building
10701 Corporate Drive, Suite 350
Stafford, Texas 77477
O:+1.281.401.9672
M:+1.713.562.6875
E: k.walji@waljilaw.com

Linkedin.com/in/khudabuksh-walji-751790194
Confidentiality Implied