**John J. Kane**

**From:** John J. Kane <jkane@krcl.com> on behalf of John J. Kane
**Sent:** Tuesday, March 22, 2022 10:18 AM
**To:** joyce@joycelindauer.com
**Subject:** RE: RE:

No. Have conf. with client today at 4:00. Obvious concerns like no payment of $2.5M like your clients agreed. Instead its refundable deposit contingent on your client's ability to assume, assign, reach other agreements. Very little correlation between proposal in front of us and what your client signed, but at this point I am not personally surprised by the re-trade. We'll see what the HNGH guys have to say.

JOHN J. KANE
Director
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202 Tel 214.777.4261 Cell 972.672.6915 krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

-----Original Message-----
From: Joyce Lindauer <joyce@joycelindauer.com>
Sent: Tuesday, March 22, 2022 10:04 AM
To: John J. Kane <jkane@krcl.com>
Subject: RE: RE:

Ok only question is have you approved the Tall Ships deal So we can move forward with that deal

-----Original Message-----
From: John J. Kane <jkane@krcl.com>
Sent: Tuesday, March 22, 2022 10:02 AM
To: Joyce Lindauer <joyce@joycelindauer.com>
Subject: RE:

I'm booked until about 12:30. Then can talk. Should be at office then. Numbers in sig block below.

JOHN J. KANE
Director
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202 Tel 214.777.4261 Cell 972.672.6915 krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

-----Original Message-----
From: Joyce Lindauer <joyce@joycelindauer.com>
Sent: Tuesday, March 22, 2022 9:28 AM
To: John J. Kane <jkane@krcl.com>
Subject:

Can I call you
Please send your Cel number

Sent from my iPhone