**REFORM, SealedDocument**

# U.S. Bankruptcy Court
# Northern District of Texas (Dallas)
# Bankruptcy Petition #: 21-31954-swe11

*Assigned to:* Scott W. Everett
Chapter 11
Voluntary
Asset

*Date filed:* 10/29/2021
*Date Plan Confirmed:* 05/18/2022
*Plan confirmed:* 05/18/2022
*341 meeting:* 12/07/2021
*Deadline for filing claims:* 03/07/2022
*Deadline for filing claims (govt.):* 06/05/2022

***Debtor***
**2999TC Acquisitions, LLC**
13901 Midway Rd.
Suite 102
Dallas, TX 75244
DALLAS-TX
Tax ID / EIN: 84-2586835

represented by **Joyce Lindauer**
Joyce Lindauer Attorney, PLLC
1412 Main Street, Ste. 500
Dallas, TX 75202
972-503-4033

**Joyce W. Lindauer**
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202
(972) 503-4033
Fax : (972) 503-4034
Email: joyce@joycelindauer.com

***U.S. Trustee***
**United States Trustee**
1100 Commerce Street
Room 976
Dallas, TX 75202
214-767-8967

| Filing Date | Docket Text |
|---|---|
| 10/29/2021 | 1 (6 pgs) Non-individual Chapter 11 Voluntary Petition. Fee Amount $1738 Filed by 2999TC Acquisitions, LLC Chapter 11 Plan due by 02/26/2022. Disclosure Statement due by 02/26/2022. (Lindauer, Joyce) |
| 10/29/2021 | Receipt of filing fee for Voluntary petition (chapter 11)( 21-31954-11) [misc,volp11a] (1738.00). Receipt number A29092092, amount $1738.00 (re: Doc# 1). (U.S. Treasury) |
| 11/01/2021 | 2 (2 pgs) Notice of deficiency. Schedule A/B due 11/12/2021. Schedule D due 11/12/2021. Schedule E/F due 11/12/2021. Schedule G due 11/12/2021. Schedule H due 11/12/2021. Declaration Under Penalty of Perjury for Non-individual Debtors due 11/12/2021. Summary of Assets and Liabilities and Certain Statistical Information due 11/12/2021. Statement of Financial Affairs due 11/12/2021. Creditor matrix due 11/3/2021. 20 Largest Unsecured Creditors due 11/3/2021. (Ward, J) |
| 11/01/2021 | 3 (1 pg) Notice of Appearance and Request for Notice by Sherrel K. Knighton filed by Creditor Dallas |



**EXHIBIT "D1"**

| | |
|---|---|
| | County. (Knighton, Sherrel) |
| 11/01/2021 | 4 (3 pgs) Notice of Appearance and Request for Notice *R. Hale Neilson and* by John J. Kane filed by Creditor HNGH Turtle Creek, LLC. (Kane, John) |
| 11/01/2021 | 5 (5 pgs) Creditor matrix . Filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)2 Notice of deficiency). (Lindauer, Joyce) |
| 11/01/2021 | 7 (4 pgs) Chapter 11 or Chapter 9 Cases Non- Individual List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders . Filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)2 Notice of deficiency). (Lindauer, Joyce) |
| 11/03/2021 | 8 (3 pgs) BNC certificate of mailing. (RE: related document(s)2 Notice of deficiency. Schedule A/B due 11/12/2021. Schedule D due 11/12/2021. Schedule E/F due 11/12/2021. Schedule G due 11/12/2021. Schedule H due 11/12/2021. Declaration Under Penalty of Perjury for Non-individual Debtors due 11/12/2021. Summary of Assets and Liabilities and Certain Statistical Information due 11/12/2021. Statement of Financial Affairs due 11/12/2021. Creditor matrix due 11/3/2021. 20 Largest Unsecured Creditors due 11/3/2021.) No. of Notices: 1. Notice Date 11/03/2021. (Admin.) |
| 11/04/2021 | 9 (209 pgs; 10 docs) Motion to dismiss case *[Motion to Dismiss Debtor's Bankruptcy Case or, in the Alternative, for Relief from the Automatic Stay, with Incorporated Brief in Support]* Filed by Creditor HNGH Turtle Creek, LLC (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Proposed Order) (Kane, John) |
| 11/04/2021 | 10 (209 pgs; 10 docs) Motion for relief from stay *[Motion to Dismiss Debtor's Bankruptcy Case or, in the Alternative, for Relief from the Automatic Stay, with Incorporated Brief in Support]* Fee amount $188, Filed by Creditor HNGH Turtle Creek, LLC Objections due by 11/26/2021. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Proposed Order) (Kane, John) |
| 11/04/2021 | Receipt of filing fee for Motion for relief from stay( 21-31954-hdh11) [motion,mrlfsty] ( 188.00). Receipt number A29106355, amount $ 188.00 (re: Doc# 10). (U.S. Treasury) |
| 11/05/2021 | 11 (3 pgs) Notice of Appearance and Request for Notice by Steven C. Metzger filed by Interested Party JMJ Development LLC. (Metzger, Steven) |
| 11/05/2021 | 12 (3 pgs) Notice of Appearance and Request for Notice by Steven C. Metzger filed by Interested Party Tim Barton. (Metzger, Steven) |
| 11/05/2021 | 13 (3 pgs) Meeting of creditors 341(a) meeting to be held on 12/7/2021 at 11:00 AM by TELEPHONE. Proofs of Claims due by 3/7/2022. Government Proof of Claim due by 6/5/2022. (Neary, William) |
| 11/05/2021 | 14 (7 pgs; 2 docs) Motion for leave */Debtor's Expedited Motion to Enforce Automatic Stay and for Sanctions Pursuant to 11 U.S.C. Section 362* Filed by Debtor 2999TC Acquisitions, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 11/05/2021 | 15 (7 pgs; 2 docs) Motion for sanctions for violation of automatic stay 11 USC 362 amount to be determined against HNGH Turtle Creek, LLC Filed by Debtor 2999TC Acquisitions, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 11/08/2021 | 16 (3 pgs) Certificate of service re: Meeting of Creditors filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)13 Meeting of creditors Chapter 11). (Lindauer, Joyce) |
| 11/08/2021 | 17 (6 pgs; 2 docs) Motion for expedited hearing(related documents 14 Motion for leave, 15 Motion for sanctions) Filed by Debtor 2999TC Acquisitions, LLC (Attachments: # 1 Proposed Order) (Lindauer, |

| | |
|---|---|
| | Joyce) (GRANTED ORALLY, DE #14 AND #15 SET FOR STATUS CONFERENCE ON 11/12/21 AT 9:00 AM VIA WEBEX) Modified on 11/8/2021 (Bergreen, J.). |
| 11/08/2021 | 18 (5 pgs) Expedited Notice of hearing/*Expedited Notice of Status Conference* filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)14 Motion for leave */Debtor's Expedited Motion to Enforce Automatic Stay and for Sanctions Pursuant to 11 U.S.C. Section 362* Filed by Debtor 2999TC Acquisitions, LLC (Attachments: # 1 Proposed Order), 15 Motion for sanctions for violation of automatic stay 11 USC 362 amount to be determined against HNGH Turtle Creek, LLC Filed by Debtor 2999TC Acquisitions, LLC (Attachments: # 1 Proposed Order)). Status Conference to be held on 11/12/2021 at 09:00 AM at https://us-courts.webex.com/meet/hale. (Lindauer, Joyce) |
| 11/08/2021 | 19 (9 pgs; 2 docs) Objection to (related document(s): 14 Motion for leave */Debtor's Expedited Motion to Enforce Automatic Stay and for Sanctions Pursuant to 11 U.S.C. Section 362* filed by Debtor 2999TC Acquisitions, LLC, 15 Motion for sanctions for violation of automatic stay 11 USC 362 amount to be determined against HNGH Turtle Creek, LLC filed by Debtor 2999TC Acquisitions, LLC) filed by Creditor HNGH Turtle Creek, LLC. (Attachments: # 1 Exhibit A) (Kane, John) |
| 11/09/2021 | 20 (6 pgs; 2 docs) Notice of hearing filed by Creditor HNGH Turtle Creek, LLC (RE: related document(s)9 Motion to dismiss case *[Motion to Dismiss Debtor's Bankruptcy Case or, in the Alternative, for Relief from the Automatic Stay, with Incorporated Brief in Support]* Filed by Creditor HNGH Turtle Creek, LLC (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Proposed Order), 10 Motion for relief from stay *[Motion to Dismiss Debtor's Bankruptcy Case or, in the Alternative, for Relief from the Automatic Stay, with Incorporated Brief in Support]* Fee amount $188, Filed by Creditor HNGH Turtle Creek, LLC Objections due by 11/26/2021. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Proposed Order)). Hearing to be held on 12/9/2021 at 09:00 AM at https://us-courts.webex.com/meet/hale for 9 and for 10, (Attachments: # 1 Exhibit A) (Kane, John) |
| 11/10/2021 | 21 (5 pgs) BNC certificate of mailing - meeting of creditors. (RE: related document(s)13 Meeting of creditors 341(a) meeting to be held on 12/7/2021 at 11:00 AM by TELEPHONE. Proofs of Claims due by 3/7/2022. Government Proof of Claim due by 6/5/2022.) No. of Notices: 1. Notice Date 11/10/2021. (Admin.) |
| 11/11/2021 | 22 (11 pgs) Reply to (related document(s): 19 Objection filed by Creditor HNGH Turtle Creek, LLC) filed by Debtor 2999TC Acquisitions, LLC. (Lindauer, Joyce) |
| 11/11/2021 | 23 (16 pgs) Adversary case 21-03085. Complaint by 2999TC Acquisitions, LLC against HNGH Turtle Creek, LLC, Vipin Nambiar, HN Green Hollow Capital Partners, LLC. Fee Amount $350. Nature(s) of suit: 13 (Recovery of money/property - 548 fraudulent transfer). 14 (Recovery of money/property - other). (Lindauer, Joyce) |
| 11/12/2021 | 24 Hearing held on 11/12/2021. (RE: related document(s)14 Motion for leave */Debtor's Expedited Motion to Enforce Automatic Stay and for Sanctions Pursuant to 11 U.S.C. Section 362* Filed by Debtor 2999TC Acquisitions, LLC (Attachments: # 1 Proposed Order) (TO BE SET ON 12/9 WITH OTHER MATTERS.), 15 Motion for sanctions for violation of automatic stay 11 USC 362 amount to be determined against HNGH Turtle Creek, LLC Filed by Debtor 2999TC Acquisitions, LLC (Attachments: # 1 Proposed Order)) (TO BE SET ON 12/9 WITH OTHER MATTERS.) (Green, Shanette) |
| 11/12/2021 | 25 (4 pgs; 2 docs) Motion to extend time to file schedules or new case deficiencies, excluding matrix Filed by Debtor 2999TC Acquisitions, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 11/15/2021 | 26 (1 pg) Order granting 25 Motion to extend time. (Re: related document(s) 2 Notice of deficiency) Schedule A/B due 11/19/2021 for 2, Schedule D due 11/19/2021 for 2, Schedule E/F due 11/19/2021 for 2, Schedule G due 11/19/2021 for 2, Schedule H due 11/19/2021 for 2, Statement of Financial Affairs due 11/19/2021 for 2, Summary of Assets and Liabilities and Certain Statistical Information due 11/19/2021 for 2, Declaration Under Penalty of Perjury for Non-individual Debtors due 11/19/2021 for 2, Entered on 11/15/2021. (Okafor, Marcey) |

| | |
|---|---|
| 11/18/2021 | 27 (11 pgs) Adversary case 21-03089. Complaint by 2999TC Acquisitions, LLC against L. Allen Hodges III. Fee Amount $350. Nature(s) of suit: 13 (Recovery of money/property - 548 fraudulent transfer). 14 (Recovery of money/property - other). (Lindauer, Joyce) |
| 11/19/2021 | 28 (5 pgs) Notice of hearing filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)15 Motion for sanctions for violation of automatic stay 11 USC 362 amount to be determined against HNGH Turtle Creek, LLC Filed by Debtor 2999TC Acquisitions, LLC (Attachments: # 1 Proposed Order)). Hearing to be held on 12/9/2021 at 09:00 AM at https://us-courts.webex.com/meet/hale for 15, (Lindauer, Joyce) |
| 11/19/2021 | 29 (20 pgs) Schedules: Schedules A/B and D-H with Summary of Assets and Liabilities (with Declaration Under Penalty of Perjury for Non-Individual Debtors,). Filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)2 Notice of deficiency). (Lindauer, Joyce) |
| 11/19/2021 | 30 (7 pgs) Statement of financial affairs for a non-individual . Filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)2 Notice of deficiency). (Lindauer, Joyce) |
| 11/19/2021 | 31 (4 pgs) Chapter 11 or Chapter 9 Cases Non- Individual List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders / *AMENDED*. Filed by Debtor 2999TC Acquisitions, LLC. (Lindauer, Joyce) |
| 11/19/2021 | 32 (2 pgs) Creditor matrix amended to add additional creditor(s). Fee Amount $32. Filed by Debtor 2999TC Acquisitions, LLC. (Lindauer, Joyce) |
| 11/19/2021 | Receipt of filing fee for Matrix( 21-31954-hdh11) [misc,matrix] ( 32.00). Receipt number A29139891, amount $ 32.00 (re: Doc# 32). (U.S. Treasury) |
| 11/26/2021 | 34 (20 pgs) Response opposed to (related document(s): 9 Motion to dismiss case *[Motion to Dismiss Debtor's Bankruptcy Case or, in the Alternative, for Relief from the Automatic Stay, with Incorporated Brief in Support]* filed by Creditor HNGH Turtle Creek, LLC, 10 Motion for relief from stay *[Motion to Dismiss Debtor's Bankruptcy Case or, in the Alternative, for Relief from the Automatic Stay, with Incorporated Brief in Support]* Fee amount $188, filed by Creditor HNGH Turtle Creek, LLC) filed by Debtor 2999TC Acquisitions, LLC. (Lindauer, Joyce) |
| 11/29/2021 | 35 (2 pgs) Disclosure of compensation of attorney for debtor . Filed by Debtor 2999TC Acquisitions, LLC. (Lindauer, Joyce) |
| 11/29/2021 | 36 (13 pgs; 2 docs) Application to employ Joyce W. Lindauer Attorney, PLLC as Attorney Filed by Debtor 2999TC Acquisitions, LLC (Attachments: # 1 Proposed Order)Objections due 12/20/21 (Lindauer, Joyce) Modified on 11/30/2021 (Kerr, S.). |
| 12/01/2021 | 37 (3 pgs) Stipulation and Agreed Order setting hearing (RE: related document(s)9 Motion to dismiss case filed by Creditor HNGH Turtle Creek, LLC, 10 Motion for relief from stay filed by Creditor HNGH Turtle Creek, LLC, 14 Motion for leave filed by Debtor 2999TC Acquisitions, LLC, 15 Motion for sanctions filed by Debtor 2999TC Acquisitions, LLC). Hearing to be held on 12/9/2021 at 09:00 AM Dallas Judge Hale Ctrm for 14 and for 15 and for 9 and for 10, Entered on 12/1/2021 (Okafor, Marcey) |
| 12/01/2021 | 38 (12 pgs) Reply to (related document(s): 34 Response filed by Debtor 2999TC Acquisitions, LLC) *[HNGH Turtle Creek, LLC's Reply in Support of Its Motion to Dismiss Debtor's Bankruptcy Case or, in the Alternative, for Relief from the Automatic Stay]* filed by Creditor HNGH Turtle Creek, LLC. (Kane, John) |
| 12/01/2021 | 39 (11 pgs; 3 docs) Motion to compel re: discovery [EMERGENCY MOTION OF HNGH TURTLE CREEK, LLC TO COMPEL PRODUCTION BY DEBTOR IN CONNECTION WITH HNGH TURTLE CREEK LLC'S FIRST REQUESTS FOR PRODUCTION AND INTERROGATORIES TO 2999TC ACQUISTIIONS, LLC] Filed by Creditor HNGH Turtle Creek, LLC (Attachments: # 1 Exhibit 1 # 2 Proposed Order) (Kane, John) |

| | |
|---|---|
| 12/01/2021 | 40 (6 pgs; 2 docs) Motion for expedited hearing(related documents 39 Motion to compel re: discovery) *[MOTION FOR EMERGENCY HEARING ON EMERGENCY MOTION OF HNGH TURTLE CREEK, LLC TO COMPEL PRODUCTION BY DEBTOR IN CONNECTION WITH HNGH TURTLE CREEK LLC'S FIRST REQUESTS FOR PRODUCTION AND INTERROGATORIES TO 2999TC ACQUISITIONS, LLC]* Filed by Creditor HNGH Turtle Creek, LLC (Attachments: # 1 Proposed Order) (Kane, John) |
| 12/02/2021 | 41 (2 pgs) Notice to take deposition of 2999TC Acquisitions, LLC through its President and corporate representative, Timothy J. Barton filed by Creditor HNGH Turtle Creek, LLC. (Kane, John) |
| 12/06/2021 | 42 (5 pgs) Witness and Exhibit List filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)34 Response). (Lindauer, Joyce) |
| 12/06/2021 | 43 (668 pgs; 38 docs) Amended Witness and Exhibit List filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)42 List (witness/exhibit/generic)). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2-Part 1 # 3 Exhibit 2-Part 2 # 4 Exhibit 2-Part 3 # 5 Exhibit 2-Part 4 # 6 Exhibit 2-Part 5 # 7 Exhibit 3 # 8 Exhibit 4 # 9 Exhibit 5 # 10 Exhibit 6 # 11 Exhibit 7 # 12 Exhibit 8 # 13 Exhibit 9 # 14 Exhibit 10 # 15 Exhibit 11 # 16 Exhibit 12 # 17 Exhibit 13 # 18 Exhibit 14 # 19 Exhibit 15 # 20 Exhibit 16 # 21 Exhibit 17 # 22 Exhibit 18 # 23 Exhibit 19 # 24 Exhibit 20 # 25 Exhibit 21 # 26 Exhibit 22 # 27 Exhibit 23 # 28 Exhibit 24 # 29 Exhibit 25 # 30 Exhibit 26 # 31 Exhibit 27 # 32 Exhibit 28 # 33 Exhibit 29 # 34 Exhibit 30 # 35 Exhibit 31 # 36 Exhibit 32 # 37 Exhibit 35) (Lindauer, Joyce) |
| 12/06/2021 | 44 (1340 pgs; 68 docs) Witness and Exhibit List *HNGH Turtle Creek, LLC's Witness and Exhibit List for Hearing on December 9, 2021]* filed by Creditor HNGH Turtle Creek, LLC (RE: related document(s)9 Motion to dismiss case *[Motion to Dismiss Debtor's Bankruptcy Case or, in the Alternative, for Relief from the Automatic Stay, with Incorporated Brief in Support]*, 10 Motion for relief from stay *[Motion to Dismiss Debtor's Bankruptcy Case or, in the Alternative, for Relief from the Automatic Stay, with Incorporated Brief in Support]* Fee amount $188,). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16 # 17 Exhibit 17 # 18 Exhibit 18 # 19 Exhibit 19 # 20 Exhibit 20 # 21 Exhibit 21 # 22 Exhibit 22 # 23 Exhibit 23 # 24 Exhibit 24 # 25 Exhibit 25 # 26 Exhibit 26 # 27 Exhibit 27 # 28 Exhibit 28 # 29 Exhibit 29 # 30 Exhibit 30 # 31 Exhibit 31 # 32 Exhibit 32 # 33 Exhibit 33 # 34 Exhibit 34 # 35 Exhibit 35 # 36 Exhibit 36 # 37 Exhibit 37 # 38 Exhibit 38 # 39 Exhibit 39 # 40 Exhibit 40 # 41 Exhibit 41 # 42 Exhibit 42 # 43 Exhibit 43 # 44 Exhibit 44 # 45 Exhibit 46 # 46 Exhibit 47 # 47 Exhibit 48 # 48 Exhibit 49 # 49 Exhibit 50 # 50 Exhibit 51 # 51 Exhibit 52 # 52 Exhibit 53 # 53 Exhibit 54 # 54 Exhibit 55 # 55 Exhibit 56 # 56 Exhibit 57 # 57 Exhibit 58 # 58 Exhibit 59 # 59 Exhibit 60 # 60 Exhibit 61 # 61 Exhibit 62 # 62 Exhibit 63 # 63 Exhibit 64 # 64 Exhibit 65 # 65 Exhibit 66 # 66 Exhibit 67 # 67 Exhibit 68) (Kane, John) |
| 12/07/2021 | Statement Adjourning 341(a) Meeting of Creditors. *Debtor's representative was unable to appear due to another hearing in Cause No. 20-211650Z that began at 10:00 a.m. Meeting continued to a later time today with the consent of all parties that joined today's 341 meeting. Dial-in phone number and participant code remain the same.* 341(a) meeting to be held on 12/7/2021 at 02:30 PM by TELEPHONE. (Bublick, Asher) |
| 12/07/2021 | 45 (7 pgs) Support/supplemental document*/Debtor's Supplement to Response to HNGH Turtle Creek, LLC's Motion to Dismiss Debtor's Bankruptcy Case or, in the Alternative, for Relief from the Automatic Stay* filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)34 Response). (Lindauer, Joyce) |
| 12/08/2021 | Trustee's initial report of meeting of creditors held on 12/7/2021 (RE: related document(s) Meeting of creditors continued/adjourned) (Bublick, Asher) |
| 12/08/2021 | 46 (277 pgs; 18 docs) Support/supplemental document*/Supplement to Witness and Exhibit List* filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)43 List (witness/exhibit/generic)). (Attachments: # 1 Exhibit 33-A # 2 Exhibit 33-B # 3 Exhibit 33-C # 4 Exhibit 33-D # 5 Exhibit 33-E # 6 Exhibit 33-F # 7 Exhibit 33-G # 8 Exhibit 33-H # 9 Exhibit 33-I # 10 Exhibit 33-J # 11 Exhibit 33-K # 12 Exhibit 33-L # 13 Exhibit 33-M # 14 Exhibit 33-O # 15 Exhibit 33-R # 16 Exhibit 33-S # 17 Exhibit 33-T) (Lindauer, Joyce) |

| | |
|---|---|
| 12/08/2021 | 47 (12 pgs) Chapter 11 Monthly Operating Report for the Month Ending: 10/31/2021 filed by Debtor 2999TC Acquisitions, LLC. (Lindauer, Joyce) |
| 12/08/2021 | 48 (6 pgs; 2 docs) Motion to file document under seal. *[HNGH Turtle Creek, LLC's Motion for Leave to File Documents Under Seal]* Filed by Creditor HNGH Turtle Creek, LLC (Attachments: # 1 Proposed Order) (Kane, John) |
| 12/08/2021 | 49 (2 pgs) Order granting motion to seal documents: HNGH Turtle Creek, LLC's exhibits 17, 18, 19, 21, 22, 23, 39, 40, 41, and 42 (related document # 48) Entered on 12/8/2021. (Bergreen, J.) |
| 12/08/2021 | 50 (3 pgs) Notice of Appearance and Request for Notice *and Pleadings* by Katherine T. Hopkins filed by Interested Parties L. Allen Hodges III, Individually, Blackfoot Interest, Ltd., LAH III Family Specific Interest, Ltd., Tejas Group, Ltd., L. Allen Hodges III, as Independent Executor of the Estate of Leland A. Hodges Jr.. (Hopkins, Katherine) |
| 12/08/2021 | 51 (8 pgs) Amended Schedules: A/B, (with Declaration Under Penalty of Perjury for Non-Individual Debtors,). Filed by Debtor 2999TC Acquisitions, LLC. (Lindauer, Joyce) |
| 12/08/2021 | 52 (3 pgs) Amended Schedules: D, E/F, (Not adding or changing creditors) (with Declaration Under Penalty of Perjury for Non-Individual Debtors,). Filed by Debtor 2999TC Acquisitions, LLC. (Lindauer, Joyce) |
| 12/08/2021 | 53 (7 pgs) INCORRECT ENTRY: Attorney to refile. Statement of financial affairs for a non-individual . Filed by Debtor 2999TC Acquisitions, LLC. (Lindauer, Joyce) Modified on 12/9/2021 (Ecker, C.). |
| 12/08/2021 | 54 **SEALED document regarding: Sealed Exhibits 18, 19, 21, 22, 23, 39, 40, 41, and 42 to HNGH's Turtle Creek, LLC's Witness and Exhibit List for Hearing on December 9, 2021 filed at Docket No. 44 [Filed Under Seal Subject to Order See Docket No. 49] per court order** filed by Creditor HNGH Turtle Creek, LLC (RE: related document(s)49 Order on motion to seal). (Attachments: # 1 Sealed Exhibit 18 # 2 Sealed Exhibit 19 # 3 Sealed Exhibit 21 # 4 Sealed Exhibit 22 # 5 Sealed Exhibit 23 # 6 Sealed Exhibit 39 # 7 Sealed Exhibit 40 # 8 Sealed Exhibit 41 # 9 Sealed Exhibit 42) (Kane, John) |
| 12/08/2021 | 55 (28 pgs) Support/supplemental document - *Exhibit No. 45* filed by Creditor HNGH Turtle Creek, LLC (RE: related document(s)44 List (witness/exhibit/generic)). (Kane, John) |
| 12/08/2021 | 56 (16 pgs) Chapter 11 plan filed by Debtor 2999TC Acquisitions, LLC. (Lindauer, Joyce) |
| 12/08/2021 | 57 (25 pgs; 2 docs) Support/supplemental document/*Deposition Excerpts of Timothy Barton for Optional Completeness* filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)43 List (witness/exhibit/generic)). (Attachments: # 1 Deposition Excerpts) (Lindauer, Joyce) |
| 12/09/2021 | 58 (1 pg) Clerk's correspondence requesting Amended SOFA with signature block and date filled out from attorney for debtor. (RE: related document(s)53 INCORRECT ENTRY: Attorney to refile. Statement of financial affairs for a non-individual . Filed by Debtor 2999TC Acquisitions, LLC. (Lindauer, Joyce) Modified on 12/9/2021 (Ecker, C.).) Responses due by 12/16/2021. (Ecker, C.) |
| 12/09/2021 | 59 (7 pgs) Statement of financial affairs for a non-individual . Filed by Debtor 2999TC Acquisitions, LLC. (Lindauer, Joyce) |
| 12/09/2021 | 60 Hearing held on 12/9/2021 (RE: related document(s)9 Motion to dismiss case *[Motion to Dismiss Debtor's Bankruptcy Case or, in the Alternative, for Relief from the Automatic Stay, with Incorporated Brief in Support]* Filed by Creditor HNGH Turtle Creek, LLC; 10 Motion for relief from stay *[Motion to Dismiss Debtor's Bankruptcy Case or, in the Alternative, for Relief from the Automatic Stay, with Incorporated Brief in Support]* Filed by Creditor HNGH Turtle Creek, LLC; 14 Motion for leave */Debtor's Expedited Motion to Enforce Automatic Stay and for Sanctions Pursuant to 11 U.S.C. Section 362* Filed by |

| | |
|---|---|
| | Debtor 2999TC Acquisitions, LLC; 15 Motion for sanctions for violation of automatic stay 11 USC 362 amount to be determined against HNGH Turtle Creek, LLC Filed by Debtor 2999TC Acquisitions, LLC) (SETTLEMENT ANNOUNCED; AGREED ORDER TO BE UPLOADED; EXHIBIT A TO AGREED ORDER TO BE FILED UNDER SEAL). (Bergreen, J.) |
| 12/09/2021 | 61 (6 pgs; 2 docs) Joint Motion to file document under seal. *[HNGH TURTLE CREEK, LLC'S JOINT MOTION FOR LEAVE TO FILE EXHIBIT A TO AGREED ORDER REGARDING MOTION TO LIFT STAY, MOTION TO DISMISS, MOTION FOR SANCTIONS, AND MOTION TO ENFORCE STAY UNDER SEAL]* Filed by Creditor HNGH Turtle Creek, LLC (Attachments: # 1 Proposed Order) (Kane, John) |
| 12/09/2021 | 62 (2 pgs) Amended 0rder granting HNGH Turtle Creek, LLC's motion to seal exhibits (related document 48) Entered on 12/9/2021. (Okafor, Marcey) Modified text to add "amended" on 12/10/2021 (Bergreen, J.). |
| 12/10/2021 | 63 (2 pgs) Agreed Order granting joint motion to seal Exhibit A (related document # 61) Entered on 12/10/2021. (Okafor, Marcey) |
| 12/10/2021 | 64 (4 pgs) Agreed Order denying motion to dismiss (related document # 9), conditioning motion for relief from stay by Creditor HNGH Turtle Creek, LLC (related document # 10), denying motion to enforce stay (related document # 14), and denying motion for sanctions (related document # 15) Entered on 12/10/2021. (Okafor, Marcey) |
| 12/10/2021 | 65 **SEALED document regarding: Exhibit A to Agreed Order Regarding Motion to Lift Stay [Doc. 10], Motion to Dismiss [Doc. 9], Motion for Sanctions [Doc. 15] and Motion to Enforce [Doc. 14] filed at Docket No. 64 per court order** filed by Creditor HNGH Turtle Creek, LLC (RE: related document(s)63 Order on motion to seal). (Kane, John) |
| 12/21/2021 | 66 (16 pgs; 2 docs) Chapter 11 Monthly Operating Report for the Month Ending: 11/30/2021 filed by Debtor 2999TC Acquisitions, LLC. (Attachments: # 1 Bank Statement) (Lindauer, Joyce) |
| 12/22/2021 | 67 (2 pgs) Certificate of No Objection filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)36 Application to employ Joyce W. Lindauer Attorney, PLLC as Attorney ). (Lindauer, Joyce) |
| 01/05/2022 | 68 (2 pgs) Order granting application to employ Joyce W. Lindauer Attorney, PLLC for 2999TC Acquisitions, LLC as Attorney (related document # 36) Entered on 1/5/2022. (Okafor, Marcey) |
| 01/07/2022 | 69 (4 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)68 Order granting application to employ Joyce W. Lindauer Attorney, PLLC for 2999TC Acquisitions, LLC as Attorney (related document 36) Entered on 1/5/2022.) No. of Notices: 1. Notice Date 01/07/2022. (Admin.) |
| 01/28/2022 | 70 (14 pgs; 2 docs) Chapter 11 Monthly Operating Report for the Month Ending: 12/31/2021 filed by Debtor 2999TC Acquisitions, LLC. (Attachments: # 1 Bank Statements) (Lindauer, Joyce) |
| 02/09/2022 | 71 (5 pgs; 2 docs) Motion to dismiss case Filed by Debtor 2999TC Acquisitions, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 02/17/2022 | 72 (7 pgs) Amended Schedules: E/F, (Deleting creditors) fee Amount $32 (with Declaration Under Penalty of Perjury for Non-Individual Debtors,). Filed by Debtor 2999TC Acquisitions, LLC. (Lindauer, Joyce) |
| 02/17/2022 | Receipt of filing fee for Schedules( 21-31954-hdh11) [misc,schedall] ( 32.00). Receipt number A29336740, amount $ 32.00 (re: Doc# 72). (U.S. Treasury) |
| 02/17/2022 | 73 (3 pgs) Certificate of service re: Amended Schedule E/F filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)72 Schedules). (Lindauer, Joyce) |

| | |
|---|---|
| 02/21/2022 | 74 (14 pgs; 2 docs) Chapter 11 Monthly Operating Report for the Month Ending: 01/31/2022 filed by Debtor 2999TC Acquisitions, LLC. (Attachments: # 1 Bank Statement) (Lindauer, Joyce) |
| 02/22/2022 | 75 (4 pgs) Objection to (related document(s): 71 Motion to dismiss case filed by Debtor 2999TC Acquisitions, LLC) filed by Creditor HNGH Turtle Creek, LLC. (Kane, John) |
| 02/24/2022 | Adversary case 3:21-ap-3089 closed (Okafor, Marcey) |
| 02/25/2022 | 76 (1 pg) Clerk's correspondence requesting an order from attorney for creditor. (RE: related document(s)39 Motion to compel re: discovery [EMERGENCY MOTION OF HNGH TURTLE CREEK, LLC TO COMPEL PRODUCTION BY DEBTOR IN CONNECTION WITH HNGH TURTLE CREEK LLC'S FIRST REQUESTS FOR PRODUCTION AND INTERROGATORIES TO 2999TC ACQUISTIIONS, LLC] Filed by Creditor HNGH Turtle Creek, LLC (Attachments: # 1 Exhibit 1 # 2 Proposed Order)) Responses due by 3/7/2022. (Dugan, Sue) |
| 02/25/2022 | 77 (18 pgs) Amended chapter 11 plan filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)56 Chapter 11 plan). (Lindauer, Joyce) |
| 02/25/2022 | 78 (99 pgs) Disclosure statement filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)1 Voluntary petition (chapter 11)). (Lindauer, Joyce) |
| 03/04/2022 | 79 (7 pgs; 2 docs) Notice of hearing/*Status Conference* filed by Creditor HNGH Turtle Creek, LLC (RE: related document(s)64 Agreed Order denying motion to dismiss (related document 9), conditioning motion for relief from stay by Creditor HNGH Turtle Creek, LLC (related document 10), denying motion to enforce stay (related document 14), and denying motion for sanctions (related document 15) Entered on 12/10/2021.). Status Conference to be held on 3/11/2022 at 09:00 AM at https://us-courts.webex.com/meet/hale. (Attachments: # 1 Exhibit A) (Kane, John) |
| 03/09/2022 | 80 (1 pg) Withdrawal of claim(s) Claim has been satisfied. Claim: 1 Filed by Creditor Dallas County. (Knighton, Sherrel) |
| 03/10/2022 | 81 (4 pgs) Pre-Status Conference Report filed by Debtor 2999TC Acquisitions, LLC. (Lindauer, Joyce) |
| 03/11/2022 | 82 Hearing held on 3/11/2022 (RE: related document(s)1 Non-individual Chapter 11 Voluntary Petition Filed by 2999TC Acquisitions, LLC Chapter 11 Plan due by 02/26/2022. Disclosure Statement due by 02/26/2022.) (HEARING HELD; PARTIES TO SUBMIT STIPULATIONS) (Smith, C) |
| 03/11/2022 | 83 (1 pg) Notice of hearing filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)78 Disclosure statement filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)1 Voluntary petition (chapter 11)).). Hearing to be held on 4/25/2022 at 11:00 AM at https://us-courts.webex.com/meet/hale for 78, (Lindauer, Joyce) |
| 03/11/2022 | 84 (4 pgs) Amended Notice of hearing filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)78 Disclosure statement filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)1 Voluntary petition (chapter 11)).). Hearing to be held on 4/25/2022 at 11:00 AM at https://us-courts.webex.com/meet/hale for 78, (Lindauer, Joyce) |
| 03/14/2022 | 85 (14 pgs; 2 docs) Motion to extend time to for Payment of Amounts Due and Owing to HNGH Turtle Creek, LLC (RE: related document(s)64 Order on motion to dismiss case, Order on motion for relief from stay, Order on motion for leave, Order on motion for sanctions) Filed by Debtor 2999TC Acquisitions, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 03/14/2022 | 86 (3 pgs; 2 docs) Motion for expedited hearing(related documents 85 Motion to extend/shorten time) Filed by Debtor 2999TC Acqu(GRANTED ORALLY; DE #85 SET FOR HEARING ON 3/22/2022 AT 1:30 PM VIA WEBEX) Modified on 3/15/2022 (Bergreen, J.). |

| | |
|---|---|
| 03/15/2022 | 87 (4 pgs) Objection to (related document(s): 85 Motion to extend time to for Payment of Amounts Due and Owing to HNGH Turtle Creek, LLC (RE: related document(s)64 Order on motion to dismiss case, Order on motion for relief from stay, Order on motion for leave, Order on motion for sanctions) filed by Debtor 2999TC Acquisitions, LLC) filed by Creditor HNGH Turtle Creek, LLC. (Woodard, Kyle) |
| 03/15/2022 | 88 (3 pgs) Objection to (related document(s): 86 Motion for expedited hearing(related documents 85 Motion to extend/shorten time) filed by Debtor 2999TC Acquisitions, LLC) filed by Creditor HNGH Turtle Creek, LLC. (Woodard, Kyle) |
| 03/15/2022 | 89 (5 pgs) Expedited Notice of hearing filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)85 Motion to extend time to for Payment of Amounts Due and Owing to HNGH Turtle Creek, LLC (RE: related document(s)64 Order on motion to dismiss case, Order on motion for relief from stay, Order on motion for leave, Order on motion for sanctions) Filed by Debtor 2999TC Acquisitions, LLC (Attachments: # 1 Proposed Order)). Hearing to be held on 3/22/2022 at 01:30 PM at https://us-courts.webex.com/meet/hale for 85, (Lindauer, Joyce) |
| 03/15/2022 | 90 (2 pgs) Certificate of service re: filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)77 Chapter 11 plan, 78 Disclosure statement, 84 Notice of hearing). (Lindauer, Joyce) |
| 03/15/2022 | 91 (17 pgs; 3 docs) Stipulation by HNGH Turtle Creek, LLC and the Debtor, and Timothy J. Barton. filed by Creditor HNGH Turtle Creek, LLC (RE: related document(s)64 Order on motion to dismiss case, Order on motion for relief from stay, Order on motion for leave, Order on motion for sanctions). (Attachments: # 1 Exhibit A # 2 Exhibit B) (Kane, John) |
| 03/15/2022 | 92 (7 pgs; 2 docs) Joint Motion to file document under seal.*[ HNGH TURTLE CREEK, LLC'S JOINT MOTION FOR LEAVE TO FILE AMENDED EXHIBIT A TO AGREED ORDER REGARDING MOTION TO LIFT STAY, MOTION TO DISMISS, MOTION FOR SANCTIONS, AND MOTION TO ENFORCE STAY UNDER SEAL ]* filed by Creditor HNGH Turtle Creek, LLC (Attachments: # 1 Proposed Order) (Kane, John) |
| 03/17/2022 | 93 (2 pgs) Agreed Order granting motion to file Exhibit A under seal (related document 92) Entered on 3/17/2022. (Okafor, Marcey) Modified text on 3/17/2022 (Bergreen, J.). |
| 03/17/2022 | 94 (5 pgs) Agreed order modifying order on motion to dismiss and for relief from stay (RE: related document(s)91 Stipulation filed by Creditor HNGH Turtle Creek, LLC). Entered on 3/17/2022 (Okafor, Marcey) |
| 03/17/2022 | 95 (5 pgs) Notice of hearing/*Notice of Rescheduled Hearing* filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)71 Motion to dismiss case Filed by Debtor 2999TC Acquisitions, LLC (Attachments: # 1 Proposed Order)). Hearing to be held on 4/25/2022 at 11:00 AM at https://us-courts.webex.com/meet/hale for 71, (Lindauer, Joyce) |
| 03/17/2022 | 96 **SEALED document regarding: Exhibit A to Agreed Order Modifying Order on Motion to Dismiss and for Relief from Stay filed at Docket No. 94 per court order** filed by Creditor HNGH Turtle Creek, LLC (RE: related document(s)93 Order on motion to seal). (Kane, John) |
| 03/18/2022 | Adversary case 21-03085-hdh closed (Okafor, Marcey) |
| 03/19/2022 | 97 (4 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)93 Agreed Order granting motion to file Exhibit A under seal (related document 92) Entered on 3/17/2022. (Okafor, Marcey) Modified text on 3/17/2022 (Bergreen, J.).) No. of Notices: 1. Notice Date 03/19/2022. (Admin.) |
| 03/22/2022 | 98 (14 pgs; 2 docs) Chapter 11 Monthly Operating Report for the Month Ending: 02/28/2022 filed by Debtor 2999TC Acquisitions, LLC. (Attachments: # 1 Bank Statement) (Lindauer, Joyce) |

| | |
|---|---|
| 03/22/2022 | 99 Hearing held on 3/22/2022 (RE: related document(s)85 Motion to extend time to for Payment of Amounts Due and Owing to HNGH Turtle Creek, LLC (RE: related document(s)64 Order on motion to dismiss case, Order on motion for relief from stay, Order on motion for leave, Order on motion for sanctions) Filed by Debtor 2999TC Acquisitions, LLC (Attachments: # 1 Proposed Order)) (ORDER HAS BEEN ENTERED; STATUS CONFERENCE HELD) (Smith, C) |
| 04/13/2022 | 100 (4 pgs; 2 docs) Motion to extend or limit the exclusivity period (RE: related document(s)77 Chapter 11 plan) Filed by Debtor 2999TC Acquisitions, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 04/14/2022 | 101 (6 pgs; 2 docs) Motion for expedited hearing(related documents 100 Motion to extend/shorten time) Filed by Debtor 2999TC Acquisitions, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) (GRANTED ORALLY; DE #100 SET FOR HEARING ON 4/25/2022 AT 11:00 AM) Modified on 4/14/2022 (Bergreen, J.). |
| 04/14/2022 | 102 (5 pgs) Expedited Notice of hearing filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)100 Motion to extend or limit the exclusivity period (RE: related document(s)77 Chapter 11 plan) Filed by Debtor 2999TC Acquisitions, LLC (Attachments: # 1 Proposed Order)). Hearing to be held on 4/25/2022 at 11:00 AM at https://us-courts.webex.com/meet/hale for 100, (Lindauer, Joyce) |
| 04/20/2022 | 103 (271 pgs; 9 docs) Witness and Exhibit List filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)78 Disclosure statement). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8) (Lindauer, Joyce) |
| 04/21/2022 | 104 (14 pgs; 2 docs) Chapter 11 Monthly Operating Report for the Month Ending: 03/31/2022 filed by Debtor 2999TC Acquisitions, LLC. (Attachments: # 1 Bank Statement) (Lindauer, Joyce) |
| 04/24/2022 | 105 (19 pgs) Amended chapter 11 plan filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)56 Chapter 11 plan). (Lindauer, Joyce) |
| 04/24/2022 | 106 (128 pgs) Amended disclosure statement filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)78 Disclosure statement). (Lindauer, Joyce) |
| 04/24/2022 | 107 (3 pgs; 2 docs) Motion to shorten time to for Confirmation Hearing for Plan of Reorganization and Related Deadlines (RE: related document(s)105 Chapter 11 plan) Filed by Debtor 2999TC Acquisitions, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) (GRANTED ORALLY) Modified on 4/27/2022 (Bergreen, J.). |
| 04/25/2022 | 108 (23 pgs) Amended chapter 11 plan filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)56 Chapter 11 plan). (Lindauer, Joyce) |
| 04/25/2022 | 109 Hearing held on 4/25/2022 (RE: related document(s)78 Disclosure statement filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)1 Voluntary petition (chapter 11))., 100 (NO OBJECTIONS FILED;FINDINGS OF FACT CONCLUSIONS OF LAW; MOTION GRANTED) Motion to extend or limit the exclusivity period (RE: related document(s)77 Chapter 11 plan) Filed by Debtor 2999TC Acquisitions, LLC (Attachments: # 1 Proposed Order)) (AMENDED DISCLOSURE STATEMENT TO BE FILED; AGREED ORDER TO BE UPLOADED) (Smith, C) |
| 04/26/2022 | 110 (132 pgs) Amended disclosure statement filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)78 Disclosure statement). (Lindauer, Joyce) |
| 04/27/2022 | 111 (2 pgs) Certificate of Conference filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)107 Motion to shorten time to for Confirmation Hearing for Plan of Reorganization and Related Deadlines (RE: related document(s)105 Chapter 11 plan)). (Lindauer, Joyce) |
| 04/28/2022 | 112 (2 pgs) Order approving second amended disclosure statement and setting hearing on confirmation of plan (RE: related document(s)108 Chapter 11 plan filed by Debtor 2999TC Acquisitions, LLC). |

| | |
|---|---|
| | Confirmation hearing to be held on 5/10/2022 at 01:30 PM at Dallas Judge Hale Ctrm. Last day to Object to Confirmation 5/6/2022. Ballots due 5/6/2022. Entered on 4/28/2022 (Okafor, Marcey) MODIFIED hearing location to match PDF on 5/10/2022 (Bergreen, J.). |
| 04/28/2022 | 113 (1 pg) Notice of hearing filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)108 Amended chapter 11 plan filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)56 Chapter 11 plan).). Confirmation hearing to be held on 5/10/2022 at 01:30 PM Dallas Judge Hale Ctrm. (Lindauer, Joyce) |
| 04/29/2022 | 114 (1 pg) Certificate of service re: filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)108 Chapter 11 plan, 110 Disclosure statement, 112 Order approving disclosure statement, 113 Notice of hearing). (Lindauer, Joyce) |
| 04/29/2022 | 115 (4 pgs) Certificate of service re: - *Amended* filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)108 Chapter 11 plan, 110 Disclosure statement, 112 Order approving disclosure statement, 113 Notice of hearing). (Lindauer, Joyce) |
| 04/30/2022 | 116 (4 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)112 Order approving second amended disclosure statement and setting hearing on confirmation of plan (RE: related document(s)108 Chapter 11 plan filed by Debtor 2999TC Acquisitions, LLC). Confirmation hearing to be held on 5/10/2022 at 01:30 PM at https://us-courts.webex.com/meet/hale. Last day to Object to Confirmation 5/6/2022. Ballots due 5/6/2022. Entered on 4/28/2022) No. of Notices: 1. Notice Date 04/30/2022. (Admin.) |
| 05/01/2022 | 117 (5 pgs) Notice of hearing/*Notice of Rescheduled Hearing* filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)71 Motion to dismiss case Filed by Debtor 2999TC Acquisitions, LLC (Attachments: # 1 Proposed Order)). Hearing to be held on 6/13/2022 at 01:30 PM at https://us-courts.webex.com/meet/hale for 71, (Lindauer, Joyce) |
| 05/04/2022 | 118 (5 pgs) Notice of hearing/*Notice of Rescheduled Hearing* filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)71 Motion to dismiss case Filed by Debtor 2999TC Acquisitions, LLC (Attachments: # 1 Proposed Order)). Hearing to be held on 6/15/2022 at 01:30 PM at https://us-courts.webex.com/meet/hale for 71, (Lindauer, Joyce) |
| 05/06/2022 | 119 (3 pgs) Chapter 11 ballot summary filed by Debtor 2999TC Acquisitions, LLC. (Lindauer, Joyce) |
| 05/07/2022 | 120 (325 pgs; 9 docs) Witness and Exhibit List filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)108 Chapter 11 plan). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8) (Lindauer, Joyce) |
| 05/10/2022 | 121 (3 pgs) Notice */Proffer of Tim Barton in Support of Debtor's Third Amended Plan* filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)108 Amended chapter 11 plan filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)56 Chapter 11 plan).). (Lindauer, Joyce) |
| 05/10/2022 | 122 Hearing held on 5/10/2022 (RE: related document(s)108 Amended chapter 11 plan filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)56 Chapter 11 plan).) (FINDINGS OF FACT CONCLUSIONS OF LAW; PLAN CONFIRMED) (Smith, C) |
| 05/18/2022 | 123 (4 pgs) Order confirming Debtor's third amended chapter 11 plan (RE: related document(s)108 Chapter 11 plan filed by Debtor 2999TC Acquisitions, LLC). Entered on 5/18/2022 (Okafor, Marcey) |
| 05/20/2022 | 124 (1 pg) Post confirmation order. Application for Compensation due by 7/19/2022. Objection to Claim due by 7/19/2022. Final Decree due 11/16/2022. Status Conference to be held on 12/1/2022 at 09:30 AM at https://us-courts.webex.com/meet/hale. Entered on 5/20/2022 (Okafor, Marcey) |
| 05/20/2022 | 125 (6 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)123 Order confirming |

| | |
|---|---|
| | Debtor's third amended chapter 11 plan (RE: related document(s)108 Chapter 11 plan filed by Debtor 2999TC Acquisitions, LLC). Entered on 5/18/2022) No. of Notices: 2. Notice Date 05/20/2022. (Admin.) |
| 05/23/2022 | 126 (3 pgs; 2 docs) Chapter 11 Monthly Operating Report for the Month Ending: 04/30/2022 filed by Debtor 2999TC Acquisitions, LLC. (Attachments: # 1 Bank Statement) (Lindauer, Joyce) |
| 05/31/2022 | 127 (14 pgs; 2 docs) Amended Chapter 11 Monthly Operating Report for the Month Ending: 04/30/2022 filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)126 Chapter 11 Monthly Operating Report UST Form 11-MOR). (Attachments: # 1 Bank Statement) (Lindauer, Joyce) |
| 05/31/2022 | 128 (88 pgs) Motion to extend time to Extend Payoff Deadline Filed by Debtor 2999TC Acquisitions, LLC (Lindauer, Joyce) |
| 05/31/2022 | 129 (88 pgs) Motion to compel Delivery of Documents. Filed by Debtor 2999TC Acquisitions, LLC (Lindauer, Joyce) |
| 05/31/2022 | 130 (3 pgs; 2 docs) Motion for expedited hearing (related documents 128 Motion to extend/shorten time, 129 Motion to compel) Filed by Debtor 2999TC Acquisitions, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) (GRANTED ORALLY; DE #128 AND #129 SET FOR HEARING 6/6/2022 AT 1:30 PM VIA WEBEX) Modified on 6/1/2022 (Bergreen, J.). |
| 06/01/2022 | 131 (5 pgs) Expedited Notice of hearing filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)128 Motion to extend time to Extend Payoff Deadline Filed by Debtor 2999TC Acquisitions, LLC, 129 Motion to compel Delivery of Documents. Filed by Debtor 2999TC Acquisitions, LLC). Hearing to be held on 6/6/2022 at 01:30 PM at https://us-courts.webex.com/meet/hale for 128 and for 129, (Lindauer, Joyce) |
| 06/02/2022 | 132 (4 pgs) Certificate of service re: Post-Confirmation Order filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)124 Post confirmation order). (Lindauer, Joyce) |
| 06/02/2022 | 133 (2 pgs) Withdrawal filed by Debtor 2999TC Acquisitions, LLC (RE: related document(s)128 Motion to extend time to Extend Payoff Deadline, 129 Motion to compel Delivery of Documents. ). (Lindauer, Joyce) |
| 06/03/2022 | 134 (11 pgs; 2 docs) Motion to enforce *agreed orders* (related document(s): 64 Order on motion to dismiss case, Order on motion for relief from stay, Order on motion for leave, Order on motion for sanctions, 94 Order (generic)) Filed by Creditor HNGH Turtle Creek, LLC (Attachments: # 1 Proposed Order) (Kane, John) |
| 06/03/2022 | 135 (5 pgs; 2 docs) Motion for expedited hearing(related documents 134 Motion to enforce) Filed by Creditor HNGH Turtle Creek, LLC (Attachments: # 1 Proposed Order) (Kane, John) (GRANTED ORALLY; DE #134 SET FOR HEARING ON 6/10/2022 AT 10:30 AM VIA WEBEX) Modified on 6/6/2022 (Bergreen, J.). |
| 06/03/2022 | 136 (6 pgs; 2 docs) Expedited Notice of hearing filed by Creditor HNGH Turtle Creek, LLC (RE: related document(s)134 Motion to enforce *agreed orders* (related document(s): 64 Order on motion to dismiss case, Order on motion for relief from stay, Order on motion for leave, Order on motion for sanctions, 94 Order (generic)) Filed by Creditor HNGH Turtle Creek, LLC (Attachments: # 1 Proposed Order)). Hearing to be held on 6/10/2022 at 10:30 AM at https://us-courts.webex.com/meet/everett for 134, (Attachments: # 1 Exhibit 1) (Kane, John) MODIFIED hearing location on 6/6/2022 (Bergreen, J.). |
| 06/06/2022 | 137 Request for transcript regarding a hearing held on 3/11/2022. The requested turn-around time is daily (Smith, C) (Entered: 06/07/2022) |
| 06/06/2022 | 138 Request for transcript regarding a hearing held on 3/22/2022. The requested turn-around time is daily (Smith, C) (Entered: 06/07/2022) |

| | |
|---|---|
| 06/07/2022 | 139 Transcript regarding Hearing Held 03/11/22 RE: Status Conference. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 09/6/2022. Until that time the transcript may be viewed at the Clerk's Office or a copy may be obtained from the official court transcriber. Court Reporter/Transcriber Liberty Transcripts/Dipti Patel, Telephone number 847-848-4907. (RE: related document(s) 82 Hearing held on 3/11/2022 (RE: related document(s)1 Non-individual Chapter 11 Voluntary Petition Filed by 2999TC Acquisitions, LLC Chapter 11 Plan due by 02/26/2022. Disclosure Statement due by 02/26/2022.) (HEARING HELD; PARTIES TO SUBMIT STIPULATIONS)). Transcript to be made available to the public on 09/6/2022. (Patel, Dipti) |
| 06/07/2022 | 140 Transcript regarding Hearing Held 03/22/22 RE: Debtor's Emergency Motion to Extend Time for Payment of Amounts Due and Owing to HNGH Turtle Creek, LLC 85. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 09/6/2022. Until that time the transcript may be viewed at the Clerk's Office or a copy may be obtained from the official court transcriber. Court Reporter/Transcriber Liberty Transcripts/Dipti Patel, Telephone number 847-848-4907. (RE: related document(s) 99 Hearing held on 3/22/2022 (RE: related document(s)85 Motion to extend time to for Payment of Amounts Due and Owing to HNGH Turtle Creek, LLC (RE: related document(s)64 Order on motion to dismiss case, Order on motion for relief from stay, Order on motion for leave, Order on motion for sanctions) Filed by Debtor 2999TC Acquisitions, LLC (Attachments: # 1 Proposed Order)) (ORDER HAS BEEN ENTERED; STATUS CONFERENCE HELD)). Transcript to be made available to the public on 09/6/2022. (Patel, Dipti) |
| 06/07/2022 | 141 (851 pgs; 145 docs) Witness and Exhibit List filed by Creditor HNGH Turtle Creek, LLC (RE: related document(s)134 Motion to enforce *agreed orders* (related document(s): 64 Order on motion to dismiss case, Order on motion for relief from stay, Order on motion for leave, Order on motion for sanctions, 94 Order (generic))). (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit # 13 Exhibit # 14 Exhibit # 15 Exhibit # 16 Exhibit # 17 Exhibit # 18 Exhibit # 19 Exhibit # 20 Exhibit # 21 Exhibit # 22 Exhibit # 23 Exhibit # 24 Exhibit # 25 Exhibit # 26 Exhibit # 27 Exhibit # 28 Exhibit # 29 Exhibit # 30 Exhibit # 31 Exhibit # 32 Exhibit # 33 Exhibit # 34 Exhibit # 35 Exhibit # 36 Exhibit # 37 Exhibit # 38 Exhibit # 39 Exhibit # 40 Exhibit # 41 Exhibit # 42 Exhibit # 43 Exhibit # 44 Exhibit # 45 Exhibit # 46 Exhibit # 47 Exhibit # 48 Exhibit # 49 Exhibit # 50 Exhibit # 51 Exhibit # 52 Exhibit # 53 Exhibit # 54 Exhibit # 55 Exhibit # 56 Exhibit # 57 Exhibit # 58 Exhibit # 59 Exhibit # 60 Exhibit # 61 Exhibit # 62 Exhibit # 63 Exhibit # 64 Exhibit # 65 Exhibit # 66 Exhibit # 67 Exhibit # 68 Exhibit # 69 Exhibit # 70 Exhibit # 71 Exhibit # 72 Exhibit # 73 Exhibit # 74 Exhibit # 75 Exhibit # 76 Exhibit # 77 Exhibit # 78 Exhibit # 79 Exhibit # 80 Exhibit # 81 Exhibit # 82 Exhibit # 83 Exhibit # 84 Exhibit # 85 Exhibit # 86 Exhibit # 87 Exhibit # 88 Exhibit # 89 Exhibit # 90 Exhibit # 91 Exhibit # 92 Exhibit # 93 Exhibit # 94 Exhibit # 95 Exhibit # 96 Exhibit # 97 Exhibit # 98 Exhibit # 99 Exhibit # 100 Exhibit # 101 Exhibit # 102 Exhibit # 103 Exhibit # 104 Exhibit # 105 Exhibit # 106 Exhibit # 107 Exhibit # 108 Exhibit # 109 Exhibit # 110 Exhibit # 111 Exhibit # 112 Exhibit # 113 Exhibit # 114 Exhibit # 115 Exhibit # 116 Exhibit # 117 Exhibit # 118 Exhibit # 119 Exhibit # 120 Exhibit # 121 Exhibit # 122 Exhibit # 123 Exhibit # 124 Exhibit # 125 Exhibit # 126 Exhibit # 127 Exhibit # 128 Exhibit # 129 Exhibit # 130 Exhibit # 131 Exhibit # 132 Exhibit # 133 Exhibit # 134 Exhibit # 135 Exhibit # 136 Exhibit # 137 Exhibit # 138 Exhibit # 139 Exhibit # 140 Exhibit # 141 Exhibit # 142 Exhibit # 143 Exhibit # 144 Exhibit) (Kane, John) |

## PACER Service Center

### Transaction Receipt

| | | | |
|---|---|---|---|
| 06/07/2022 20:02:18 | | | |
| **PACER Login:** | joycelindauer | **Client Code:** | 2999TC Acquisitions |

| | | | |
|---|---|---|---|
| **Description:** | Docket Report | **Search Criteria:** | 21-31954-swe11 Fil or Ent: filed From: 1/1/2021 To: 6/7/2022 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 19 | **Cost:** | 1.90 |