FIRST GUARANTY BANK Member FDIC

HOME OF FANATICAL BANKING

# COMMITMENT LETTER

TO: Enoch Investments, LLC
c/o Randy Marx, Esq
The Marx Firm, LLC
2999 Turtle Creek Blvd.
Dallas, Texas 75219
randy@themarxfirm.com.

The foregoing Commitment represents the representation of First Guaranty Bank that it has committed to lend on the following terms:

| | |
|---|---|
| Borrower: | Enoch Investments LLC |
| Guarantors: | The TLB 2012 Irrevocable Trust Dated March 16, 2012; Timothy Lynch Barton; Maximilien Enoch Barton; D4FR LLC; D4DDS LLC; D4IN LLC; D4OP LLC |
| Purpose: | Loan to Purchase 2.473 Acres of Land and Office Building located at 2999 Turtle Creek Blvd, Dallas, TX 75219 |
| Loan Amount: | $33,840,000 |
| Collateral: | Perfected First Lien on approx. 2.473 acres of land and improvements at 2999 Turtle Creek Blvd, Dallas, TX 75219 |

**Terms for Commercial Real Estate Loan:**

| | |
|---|---|
| Rate: | Variable Rate using Wall Street Journal Prime Rate Currently at 4.00% + 1% Margin and the rate is floating daily; Floor Rate of 5% |
| Amortization: | 6 months IO followed by 240 Months P&I amortized |
| Repayment term: | 6 Months Interest Only Payments. 240 Months Principal and Interest Payments after initial Interest Only Period. Monthly Escrow of Taxes and Insurance |
| Fees: | 1% Origination Cash at closing; 2% Origination Fee if financed; $350 Document Fee |
| Prepayment: | 3% Prepayment Penalty |



EXHIBIT "D4"

**Closing Checklist:**

| | |
|---|---|
| Pre Closing: | Verification of Funds used for Equity Injection |
| | Satisfactory receipt of documentation showing that any outstanding liens and d judgements reported on background check for Timothy Barton have been cleared/released |
| | Signed and Dated Personal Financial Statement for Guarantor(s) |
| | Attorney Review of Borrower Ownership Structure, including authority, Trust powers, Trustee Duties, and Relationship to the Borrowing Entity |
| | Full Title Exam on Building and Land; Third Party Attorney Review of Transaction |
| Recurring Covenants: | Quarterly Company Prepared Financial Statements for Enoch Investments LLC to be provided to FGB |
| | Audited Annual Financial Statements for Enoch Investments LLC to be provided to FGB |
| Estimated Closing Date: | The estimated date of closing is 10 (ten) business days from the Acknowledgement Date of this Commitment, subject to any additional time identified in order to obtain good title, insurance, legal review, or other common and ordinary needs identified by First Guaranty Bank to complete closing. |

[[[[REST OF THIS PAGE INTENTIONALLY BLANK]]]]

# *SIGNATURE PAGE*

**FIRST GUARANTY BANK**

BY: /s/ Jordan Montgomery Lewis___

Its: _Texas Area President_________

_Jordan Montgomery Lewis_________

BORROWER ACKNOWLEDGES HAVING READ ALL THE PROVISIONS OF THIS COMMITMENT. BORROWER ACCEPTS AND AGREES TO THE TERMS OF THE COMMITMENT AS OF ____5/27/22___________________.

**BORROWER**: Enoch Investments LLC

By: ________________________ (Signature)

Its: ________________________ (Title)

________________________ (Printed Name)

Date: ________________________