# PAYOFF STATEMENT

HAPPY STATE BANK
A DIVISION OF CENTENNIAL BANK
701 S. Taylor, LB 120, Amarillo, Texas 79101
Ph. 806-358-5110

REQUEST DATE: 5/27/2022
RECEIVED BY: ☐ Mail ☑ E-mail ☐ Facsimile

RESPONSE DATE: 5/31/2022
SENT BY: ☐ Mail ☑ E-mail

TO: Happy State Bank

ATTN: Julie Blakely

FROM: Tammy Blake
Address: 701 S Taylor LB 120 Amarillo, TX 79101
E-mail Address: tblake@happybank.com
Fax No.: (806) 356-4263

## LOAN INFORMATION

BORROWER: HNGH TURTLE CREEK LLC

COLLATERAL ADDRESS OR LEGAL DESCRIPTION: 2999 Turtle Creek Boulevard
CD 6037007306

LOAN NO.: 4000017910

NEXT PAYMENT DUE: 6/4/2022

## AMOUNT DUE

CLOSING DATE: 5/31/2022

THIS STATEMENT REFLECTS THE TOTAL AMOUNT DUE UNDER THE TERMS OF THE NOTE/SECURITY INSTRUMENT THROUGH THE CLOSING DATE STATED ABOVE. If this obligation is not paid in full by this date, then you should obtain from us an updated payoff amount before closing.

Total Principal, Interest, and other amounts due under the Note/Security Instrument:

| | |
|---|---|
| Principal Balance: | $ 26,194,484.99 |
| Interest through 5/31/2022: | $ 102,776.97 |
| Late charges: | $ |
| Less insurance rebate: | $ |
| Processing Fee: | $ 35.00 |
| OTHER: | $ |
| **TOTAL AMOUNT DUE:** | $ 26,297,296.96 |

Funds received after 5/31/2022 will be subject to an additional $ 3820.03 of interest per day. FUNDS MUST BE RECEIVED BY 3:00PM FOR SAME-DAY PROCESSING. PAYOFFS ARE NOT POSTED ON WEEKENDS OR HOLIDAYS. INTEREST WILL BE ADDED TO THE ACCOUNT FOR THESE DAYS.

## WHERE TO SUBMIT PAYOFF FUNDS

**WIRE:** **Happy State Bank**
**100 E. Main, P.O. Box 68**
**Happy, Texas 79042**
**Ph. 806-558-2265 Fax 806-558-2214**
**ROUTING NO.: 111310870**

**MAIL/DELIVERY:** **Happy State Bank**
**Attn: Loan Administration Payoffs**
**701 South Taylor, LB 120**
**Amarillo, Texas 79101**

**Release of Lien Processing:**

☑ Happy State Bank **will NOT** prepare the release of lien. Please prepare release of lien and forward for signature to 701 S. Taylor, Attn: Loan Operations, LB 120, Amarillo, TX 79101. Please include HSB loan number on the Release or attach payoff form that was provided.

☑ This Note/Security Instrument is due for payment on 6/4/2022. If payment is not received within ______ days of the current payment due date, a **late charge** of $______ will be assessed. Please add that amount to the payoff total.

☐ This is an **Adjustable Rate Mortgage**. Under the terms of this loan the next **Change Date** for the interest rate charged is ________. We will only issue a payoff good through the next Change Date. If the closing date is past the next Change Date an updated Payoff Statement from us will be required.

☐ **Escrow Disbursement Amounts & Dates:**

| | | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |

## LEGAL NOTICES

| | | |
|---|---|---|
| TEXAS FINANCE CODE § 343.106 REQUIRES PAYOFF STATEMENT CONTAIN CLOSING DATE AND DATE THROUGH WHICH PAYOFF AMOUNT IS VALID. THESE REQUIREMENTS CANNOT BE DELETED FROM PAYOFF STATEMENT. | ANY AMOUNT HELD IN ESCROW AT CLOSING WILL BE SETTLED IN ACCORDANCE WITH APPLICABLE FEDERAL LAW. | TEXAS FINANCE CODE § 343.106 REQUIRES THE IMPLEMENTING RULE TO ALLOW MORTGAGE SERVICERS AT LEAST SEVEN (7) BUSINESS DAYS FROM THE DATE OF RECEIPT OF PAYOFF REQUEST TO RESPOND TO A REQUEST MADE UNDER THE STATUTE. |

**EXHIBIT "D7"**