PLN THE PRIVATE LENDER NETWORK

9050 Capital of Texas Hwy. Ste. 100
Austin, TX 78759
512.637.2891

May 31, 2022

To Khudabuksh Walji

Law Office of K. Walji, P.C.

By Email: k. walji@waljilaw.com

Lack of Satisfactory Documentation to Clear Title

for 2999 Turtle Creek Blvd, Dallas, Texas 75219

Mr. Walji,

While we intended to close and fund this loan in an expedited manner, from an underwriting standpoint, we could not properly proceed with this loan given the ambiguity in title. Per our counsel, the Special Warranty Deed was in defect and the loan assignment documents were and still are not available. As such, there was no possibility to close the loan by May 30, 2022. Only once an executed recission deed, as provided, is in place and we have received the loan collateral assignment documentation, can we properly document there are no pending title concerns.

Assuming these issues are to be resolved today (May 31st, 2022) and we have received confirmation from the title company, our underwriting department will require five (5) business days to close and fund the transaction for $40,882,500 plus costs and fees as per our Term Sheet.

Finally, our underwriting stated that the May 18, 2022, Court Order has a 14-day appeal period, and that would be after May 30, 2022, i.e., June 1, 2022, and thus May 30, 2022, could not have been possible to satisfy our underwriter.

Feel free to contact me should you have any questions.

Regards,

*Garrison Kickham*

Garrison Kickham - Managing Director
512.375.0842
9050 Capital of Texas Hwy, Suite 100
Austin, TX 78759



**EXHIBIT "D9"**