**ELECTRONICALLY RECORDED 201900253449**
**09/23/2019 10:57:55 AM DEED 1/5**

# SPECIAL WARRANTY DEED

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | KNOW ALL MEN BY THESE PRESENTS: |
| COUNTY OF DALLAS | § | |

PL18-22266

THAT TURTLE CREEK DICKASON, LTD., a Texas limited partnership ("***Grantor***"), whose mailing address is 2000 McKinney Ave., Suite 1000, Dallas, Texas 75201, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable consideration paid in cash to Grantor by the Grantee herein named, has GRANTED, BARGAINED, SOLD and CONVEYED, and by these presents does GRANT, BARGAIN, SELL and CONVEY unto MO 2999TC, LLC, a Delaware limited liability company ("***Grantee***"), whose mailing address is 1755 Wittington Place, Suite 340, Dallas, Texas 75234, that certain real property situated in the County of Dallas, Texas, more particularly described on Exhibit A attached hereto and made a part hereof for all purposes, together with all improvements located thereon (the "***Property***").

This conveyance is made and accepted subject to the restriction, running with the Property, and binding upon Grantee and its successors and assigns, that the Property may only be used for hotel and residential condominium purposes.

TO HAVE AND TO HOLD the Property, free, clear and discharged of and from all former grants, charges, taxes, judgments, mortgages and other liens of whatsoever nature, except for the restriction above and encumbrances and matters of title described on Exhibit B attached hereto and made a part hereof, together with all and singular the rights and appurtenances thereto and in any wise belonging unto the said Grantee, its legal representatives and successors, forever; and Grantor does hereby bind itself, its legal representatives and successors, to Warrant and Forever Defend all and singular the Property unto the said Grantee, its legal representatives and successors, against every person whomsoever lawfully claiming or to claim the same or any part thereof, by, through or under Grantor, but not otherwise.

For the same consideration, but without representation, recourse or warranty, Grantor hereby GRANTS, BARGAINS, SELLS and CONVEYS, to Grantee, (i) any and all rights, titles, powers, privileges, easements, licenses, rights-of-way and interests appurtenant to the Property, (ii) all rights, titles, powers, privileges, licenses, easements, rights-of-way and interests, if any, of Grantor, either at law or in equity, in possession or in expectancy, in and to any real estate lying in the streets, highways, roads, alleys, rights-of-way or sidewalks, open or proposed, in front of, above, over, under, through or adjoining the Property and in and to any strips or gores of real estate adjoining the Property, and (iii) all rights, titles, power, privileges, interest, licenses, easements and rights-of-way appurtenant or incident to any of the foregoing.

**EXHIBIT "D14"**

IN WITNESS WHEREOF, Grantor has executed this Special Warranty Deed on the 20th day of September 2019.

**TURTLE CREEK DICKASON, LTD.**,
a Texas limited partnership

By: **LO GP, INC.**,
a Texas corporation
its General Partner

By: [signature]
Name: JOHN WALTER
Title: VICE PRESIDENT

STATE OF TEXAS §
§
COUNTY OF DALLAS §

BEFORE ME, the undersigned Notary Public, on this day personally appeared JOHN WALTER, VICE PRES. of LO GP, INC., a Texas corporation, as general partner of TURTLE CREEK DICKASON, LTD., a Texas limited partnership, known to me to be the person and officer whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed, as the act and deed of said limited partnership and in the capacity therein stated.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this the 9th day of SEPT., 2019.

YVONNE S. NATALE
My Notary ID # 1301424
Expires December 20, 2021

[signature]
Notary Public in and for the State of TEXAS
My Commission Expires: 12.20.2021

WHEN RECORDED RETURN TO:
Turtle Creek Dickason, Ltd.
Attn: Greg Courtwright
2000 McKinney Ave., Suite 1000
Dallas, Texas 75201

# EXHIBIT A

## PROPERTY

BEING a tract of land situated in the James A. Sylvester Survey Abstract No. 1383, and the John Grisby Survey, Abstract No. 495, City of Dallas Block No. A/1031, Texas and being all of Lot 4, Block A/1031, of TURTLE CREEK OFFICE ADDITION, an Addition to the City of Dallas, Texas, according to the plat thereof recorded in Volume 2003162, Page 48, Deed Records, Dallas County, Texas.

# EXHIBIT B

## PERMITTED EXCEPTIONS

1. Standby fees, taxes and assessments by any taxing authority for the year 2019, and subsequent years; and subsequent taxes and assessments by any taxing authority for prior years due to change in land usage or ownership, but not those taxes or assessments for prior years because of an exemption granted to a previous owner of the property under Section 11.13, Texas Tax Code, or because of improvements not assessed for a previous tax year.

2. Rights of tenants, as tenants only, under unrecorded lease agreements as referenced in Rent Roll attached hereto as Exhibit "A".

3. All, leases, grants, exceptions or reservations of coal, lignite, oil, gas and other minerals, together with all rights, privileges, and immunities relating thereto, appearing in the Public Records whether listed in Schedule B or not. There may be leases, grants, exceptions or reservations of mineral interest that are not listed.

4. The following easements and/or building lines affecting the subject property as shown on Plat recorded in Volume 2003162, Page 48, Map Records, Dallas County, Texas, and as shown on survey prepared by Kayle Coleman Harris Registered Professional Land Surveyor No. 6266,dated June 12, 2019, last revised July 3, 2019, Job No. 2127-19-263:

   a. Corner clip, ten feet by ten feet (10' x 10') near southeast corner;
   b. Eight foot (8') street easement along Northeast portion of the property line;
   c. Three foot (3') street easement along western most property line; and
   d. Fifteen foot (15') utility along southern property line.

5. Easement executed by Williams & Wagner Investments, Inc., a corporation, to the City of Dallas, dated October 12, 1953, filed October 23, 1953, recorded in Volume 3936, Page 472, Deed Records, Dallas County, Texas, and as shown on Plat recorded in Volume 2003162, Page 48, Map Records, Dallas County, Texas, and as shown on survey prepared by Kayle Coleman Harris Registered Professional Land Surveyor No. 6266,dated June 12, 2019, last revised July 3, 2019, Job No. 2127-19-263:

6. Easement executed by Williams & Wagner Investments, Inc., a corporation, to the City of Dallas, a municipal corporation, dated August 15, 1960, filed September 21, 1960, recorded in Volume 5413, Page 660, Deed Records, Dallas County, Texas, and as shown on Plat recorded in Volume 2003162, Page 48, Map Records, Dallas County, Texas, and as shown on survey prepared by Kayle Coleman Harris Registered Professional Land Surveyor No. 6266,dated June 12, 2019, last revised July 3, 2019, Job No. 2127-19-263:

7. Terms, conditions and provisions of that certain Easement by and between George H. Marsh and Ben H. Powell, Jr., Trustees of the Neill Trust and Williams & Wagner Investments, Inc., a Texas corporation, dated October 27, 1960, filed November 1, 1960, recorded in Volume 5450, Page 72, Deed Records, Dallas County, Texas, and as shown on Plat recorded in Volume 2003162, Page 48, Map Records, Dallas County, Texas, and as shown on survey prepared by Kayle Coleman Harris Registered Professional Land Surveyor No. 6266,dated June 12, 2019, last revised July 3, 2019, Job No. 2127-19-263:

8. The following as shown on survey prepared by Kayle Coleman Harris Registered Professional Land Surveyor No. 6266,dated June 12, 2019, last revised July 3, 2019, Job No. 2127-19-263: Transformer Pads, storm sewer drains over subject property.

**Filed and Recorded**
**Official Public Records**
**John F. Warren, County Clerk**
**Dallas County, TEXAS**
**09/23/2019 10:57:55 AM**
**$42.00**
**201900253449**

**SPECIAL WARRANTY DEED**

THE STATE OF TEXAS §
§ KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF DALLAS §

THAT effective as of October 29, 2021, 2999TC Acquisitions, LLC f/k/a MO 2999TC, LLC, a Delaware limited liability company ("Grantor"), whose mailing address is 13901 Midway Rd., Suite 102-243, Dallas, TX 75244 for and in consideration of the sum of TEN AND NO/ 100 DOLLARS ($10.00) and other good and valuable consideration paid in cash to Grantor by the Grantee herein named, has GRANTED, BARGAINED, SOLD and CONVEYED, and by these presents does GRANT, BARGAIN, SELL and CONVEY unto HNGH Turtle Creek, LLC, a Texas limited liability company ("Grantee"), whose mailing address is 1807 Ross Avenue, Suite 440, Dallas, Texas 75201, that certain real property situated in the County of Dallas, Texas, more particularly described on Exhibit A attached hereto and made a part hereof for all purposes, together with all improvements located thereon (the "Property").

This conveyance is made and accepted subject to the restriction, running with the Property, and binding upon Grantee and its successors and assigns, that the Property may only be used for hotel and residential condominium purposes.

TO HAVE AND TO HOLD the Property, free, clear and discharged of and from all former grants, charges, taxes, judgments, mortgages and other liens of whatsoever nature, except for the restriction above and encumbrances and matters of title as recorded in the real property records of Dallas County, Texas which are incorporated herein by reference, together with all and singular the rights and appurtenances thereto and in any wise belonging unto the said Grantee, its legal representatives and successors, forever; and Grantor does hereby bind itself, its legal representatives and successors, to Warrant and Forever Defend all and singular the Property unto the said Grantee, its legal representatives and successors, against every person whomsoever lawfully claiming or to claim the same or any part thereof, by, through or under Grantor, but not otherwise.

For the same consideration, but without representation, recourse or warranty, Grantor hereby GRANTS, BARGAINS, SELLS and CONVEYS, to Grantee, (i) any and all rights, titles, powers, privileges, easements, licenses, rights-of-way and interests appurtenant to the Property, (ii) all rights, titles, powers, privileges, licenses, easements, rights-of-way and interests, if any, of Grantor, either at law or in equity, in possession or in expectancy, in and to any real estate lying in the streets, highways, roads, alleys, rights-of-way or sidewalks, open or proposed, in front of, above, over, under, through or adjoining the Property and in and to any strips or gores of real estate adjoining the Property, and (iii) all rights, titles, power, privileges, interest, licenses, easements and rights-of-way appurtenant or incident to any of the foregoing.

*[Signature Page to Follow]*

IN WITNESS WHEREOF, Grantor has executed this Special Warranty Deed on the 1st day of March 2021.

2999TC ACQUISITIONS, LLC,
a Delaware limited liability company
formerly known as MO 2999TC, LLC

By: ______________________
Name: Timothy Barton
Title: President

STATE OF TEXAS

COUNTY OF DALLAS

BEFORE ME, the undersigned Notary Public, on this day personally appeared Timothy Barton, known to me to be the person and officer whose name is subscribed to the foregoing instrument on behalf of 2999TC Acquisitions, LLC, and acknowledged to me that he executed the same for the purposes and consideration therein expressed, as the act and deed of said limited liability company and in the capacity therein stated.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this the 1st day of March 2021.

ASHLEY A. MINES
My Notary ID # 130551641
Expires February 23, 2024

Notary Public in and for the State of Texas
My Commission Expires: 2/23/2024

WHEN RECORDED RETURN TO:
Wick Phillips - Isaac Brown
3131 McKinney Ave., Suite 500
Dallas, Texas 75204

2021 - 202100327172 11/01/2021 1:36 PM Page 3 of 4

EXHBIT A

PROPERTY

BEING a tract of land situated in the James A. Sylvester Survey Abstract No. 1383, and the John Grisby Survey, Abstract No. 495, City of Dallas Block No. A/1031, Texas and being all of Lot 4, Block A/1031, of TURTLE CREEK OFFICE ADDITION, an Addition to the City of Dallas, Texas, according to the plat thereof recorded in Volume 2003162, Page 48, Deed Records, Dallas County, Texas.

2021-202100327172 11/01/2021 1:40 PM Page 4 of 4

**Dallas County**
**John F. Warren**
**Dallas County Clerk**

**Instrument Number:** 202100327172

eRecording - Real Property

Recorded On: November 01, 2021 01:36 PM    Number of Pages: 4

**" Examined and Charged as Follows: "**

Total Recording: $34.00

*********** **THIS PAGE IS PART OF THE INSTRUMENT** ***********
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

| **File Information:** | | **Record and Return To:** |
|---|---|---|
| Document Number: | 202100327172 | eRecording Partners |
| Receipt Number: | 20211029001254 | 400 Second Avenue South |
| Recorded Date/Time: | November 01, 2021 01:36 PM | |
| User: | Roger J | Minneapolis MN 55401 |
| Station: | CC63 | |

**STATE OF TEXAS**
**COUNTY OF DALLAS**

**I hereby certify that this Instrument was** FILED **In the File Number sequence on the date/time printed hereon, and was duly** RECORDED **in the Official Records of Dallas County, Texas.**

John F. Warren
Dallas County Clerk
Dallas County, TX

# SPECIAL WARRANTY DEED

THE STATE OF TEXAS §
§ KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF DALLAS §

WHEREAS, pursuant to that certain Special Warranty Deed dated effective October 29, 2021, recorded on November 1, 2021, as Instrument # 202100327172 in the real property records of Dallas County, Texas (the "Deed-In-Lieu"), 2999TC Acquisitions, LLC f/k/a MO 2999TC, LLC, a Delaware limited liability company ("2999TC"), granted and conveyed to HNGH Turtle Creek, LLC, a Texas limited liability company ("HNGH"), that certain real property situated in Dallas County, Texas, as more particularly described on **Exhibit A** attached hereto and made a part hereof for all purposes, together with all improvements located thereon (the "Property"). A copy of the Deed-In-Lieu is attached hereto as **Exhibit B**.

WHEREAS, pursuant to that certain Agreed Order Regarding Motion to Lift Stay [Doc. 10], Motion to Dismiss [Doc. 9], Motion for Sanctions [Doc. 15] and Motion to Enforce Stay [Doc. 14] signed December 10, 2021 (the "Agreed Order"), a copy of which is attached hereto as **Exhibit C**, in Case 21-31954-hdh in the United States Bankruptcy Court For the Northern District of Texas Dallas Division, 2999TC and HNGH acknowledge and agree as follows:

1. the Deed-In-Lieu is rescinded and avoided effective as of October 29, 2021, in order for fee simple title to the Property to remain vested in 2999TC;

2. the following are reinstated effective immediately prior to the occurrence of the Payoff Event (as defined in the Agreed Order): (a) that certain Secured Promissory Note dated September 20, 2019 (the "Note"), in the original principal amount of $32,500,000, payable by 2999TC, as maker, to the order of HNGH, as payee and holder of the Note, and (b) the lien on and security interest against the Property created by that certain Deed of Trust, Security Agreement and Fixture Filing dated September 29, 2019, recorded as Document # 201900253450 in the real property records of Dallas County, Texas; and

3. the Payoff Event occurred concurrently with the execution and delivery of this Special Warranty Date.

NOW, THEREFORE, HNGH, whose mailing address is 1807 Ross Avenue, Suite 440, Dallas, TX 75201, for and in consideration of the sum of TEN AND NO/ 100 DOLLARS ($10.00) and other good and valuable consideration paid in cash to HNGH by 2999TC herein named, has effective as of October 29, 2021, GRANTED, BARGAINED, SOLD and CONVEYED, and by these presents does GRANT, BARGAIN, SELL and CONVEY the Property unto 2999TC, whose mailing address is 13901 Midway Rd., Suite 102-243, Dallas, Texas 75244.

This conveyance is made and accepted subject to (a) the terms of the Agreed Order, and (b) the restriction, running with the Property, and binding upon 2999TC and its successors and assigns, that the Property may only be used for hotel and residential condominium purposes.

TO HAVE AND TO HOLD the Property, free, clear and discharged of and from all former grants, charges, taxes, judgments, mortgages and other liens of whatsoever nature, except for the restriction above and encumbrances and matters of title as recorded in the real property records of Dallas County, Texas which are incorporated herein by reference, together with all and singular the rights and appurtenances thereto and in any wise belonging unto 2999TC, its legal representatives and successors, forever; and HNGH does hereby bind itself, its legal representatives and successors, to Warrant and Forever Defend all and singular the Property unto 2999TC, its legal representatives and successors, against every person whomsoever lawfully claiming or to claim the same or any part thereof, by, through or under HNGH, but not otherwise.

For the same consideration, but without representation, recourse or warranty, HNGH hereby GRANTS, BARGAINS, SELLS and CONVEYS, to 2999TC, (i) any and all rights, titles, powers, privileges, easements, licenses, rights-of-way and interests appurtenant to the Property, (ii) all rights, titles, powers, privileges, licenses, easements, rights-of-way and interests, if any, of HNGH, either at law or in equity, in possession or in expectancy, in and to any real estate lying in the streets, highways, roads, alleys, rights-of-way or sidewalks, open or proposed, in front of, above, over, under, through or adjoining the Property and in and to any strips or gores of real estate adjoining the Property, and (iii) all rights, titles, power, privileges, interest, licenses, easements and rights-of-way appurtenant or incident to any of the foregoing.

*[Signature Page to Follow]*

IN WITNESS WHEREOF, HNGH and 2999TC have executed this Special Warranty Deed on the 27th day of May, 2022.

**HNGH Turtle Creek, LLC**,
a Texas limited liability company

By: [signature]
Name: Vipin Nambiar
Title.

STATE OF TEXAS

COUNTY OF DALLAS

BEFORE ME, the undersigned Notary Public, on this day personally appeared Vipin Nambiar, known to me to be the person and officer whose name is subscribed to the foregoing instrument on behalf of **HNGH Turtle Creek, LLC**, and acknowledged to me that he executed the same for the purposes and consideration therein expressed, as the act and deed of said limited liability company and in the capacity therein stated.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this the 27 day of May, 2022.

WCK

Notary Public in and for the State of Texas
My Commission expires: 11/10/2024

NOTARY PUBLIC STATE OF TEXAS
WILLIAM C. KEISER
Notary Public, State of Texas
Comm. Expires 11-10-2024
Notary ID 132775558

WCK

**2999TC ACQUISITIONS, LLC,**
a Delaware limited liability company
formerly known as MO 2999TC, LLC

By: ______________________________
Name: Timothy Barton
Title. President

STATE OF TEXAS

COUNTY OF DALLAS

BEFORE ME, the undersigned Notary Public, on this day personally appeared Timothy Barton, known to me to be the person and officer whose name is subscribed to the foregoing instrument on behalf of 2999TC Acquisitions, LLC, and acknowledged to me that he executed the same for the purposes and consideration therein expressed, as the act and deed of said limited liability company and in the capacity therein stated.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this the ___ day of ____________, 2022.

______________________________
Notary Public in and for the State of Texas
My Commission expires: _______________

# EXHIBIT A

PROPERTY

BEING a tract of land situated in the James A Sylvester Survey Abstract No. 1383, and the John Grisby Survey, Abstract No. 495, City of Dallas Block No. A/1031, Texas and being all of Lot 4, Block A/1031, of TURTLE CREEK OFFICE ADDITION, an Addition to the City of Dallas, Texas, according to the plat thereof recorded in Volume 2003162, Page 48, Deed Records, Dallas County, Texas.

# EXHIBIT B

DEED-IN-LIEU

[see attached]

# **EXHIBIT C**

AGREED ORDER

[see attached]

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE OUT ANY OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVERS LICENSE NUMBER

**AGREED RESCISSION**
**OF**
**SPECIAL WARRANTY DEED**
***(Instrument number 2021 003 271 72***
***recorded in the real property records of Dallas County, Texas on November 1, 2021)***

THE STATE OF TEXAS

KNOW ALL MEN BY THESE PRESENTS:

COUNTY OF DALLAS

WHEREAS Turtle Creek Dickason, Ltd conveyed certain property located at 2999 Turtle Creek Blvd, Dallas, Dallas County, Texas as further described on Exhibit A and incorporated herein including all improvements ("**Property**") to 2999TC Acquisitions, LLC, f/k/a MO 2999TC, LLC, a Delaware limited liability company, as evidenced by the Special Warranty Deed executed on September 20, 2019 and recorded on September 23, 2019 as instrument number 201900253449 in the real property records of Dallas county, Texas on which was subject to a Deed of Trust, Security Agreement, and Fixture Filing to 2999 Turtle Creek, LLC recorded on September 23, 2019 as instrument number 201900253450 in the real property records of Dallas County, Texas.

WHEREAS 2999TC Acquisitions, LLC, a Delaware limited liability company (the "**Grantor**") and HNGH Turtle Creek, LLC, a Delaware limited liability company (the "**Grantee**") as the successor in interest to and/or as the assignee of 2999 Turtle Creek, LLC (the "Original Lender") entered into a written agreement ("Agreement") under which Grantor agreed to convey the Property to Grantee upon the occurrence of certain agreed conditions.

WHEREAS Grantor executed the undated special warranty deed (the "**Deed**") on March 1, 2021, and delivered to Grantee to be held in escrow and to be effective and recorded only upon the occurrence of such agreed conditions as set forth in the Agreement;

WHEREAS Grantee dated the Deed as of October 29, 2021 (which dating was not consented to by Grantor) and recorded the Deed as **instrument number 2021 003 271 72** in the real property records of Dallas County, Texas on November 1, 2021 (which recordation, too, was not consented to by Grantor, and made the subject of an adversary proceeding in the Bankruptcy Court, defined below);

WHEREAS Grantor filed for bankruptcy protection in the United States Bankruptcy Court for the Northern District of Texas ("Bankruptcy Court") on October 29, 2021 (Case no. 21-31954-hdh11) wherein Grantor disputed the right of Grantee to record the Deed and alleged that such recording was improper;

WHEREAS Grantor has retained sole and exclusive possession of the Property at all times and Grantee never occupied nor took possession of the Property; and

WHEREAS Grantee and Grantor have agreed as ordered by the Bankruptcy Court by Order signed December 10, 2021 (Dkt 64), as amended on March 17 2022, for the Grantee to rescind and avoid the Deed, which shall be retroactive and effective as of October 29, 2021, and acknowledging and agreeing that no grant, sale, bargain, transfer, or conveyance of the Property occurred to the same extent as if the Deed had never been executed or recorded.

NOW THEREFORE Grantor and Grantee hereby incorporate by reference the recitals above, and **HEREBY RESCIND AND AVOID** in full, ***ab initio***, the execution, delivery, granting, and recording of the Deed and any and all grants, bargains, sales, transfers, and conveyances related to the Property otherwise effected in the hereby rescinded Deed, including any and all restrictions made therein, are HEREBY **EXPRESSLY RESCINDED** in full, ***ab initio***.

Further, as a result of such rescission, ***ab initio***, the parties hereto hereby expressly covenant, confirm, and agree that the lien(s) in favor of Grantee encumbering the Property prior to the recordation of the Deed rescinded hereby, namely:

(a) that certain Secured Promissory Note dated September 20, 2019 (the "Note"), in the original principal amount of $32,500,000, payable by the Grantor, as maker, to the order of Original Lender, as assigned to HNGH, the current payee and holder of the Note, and

(b) the lien on and security interest against the Property created by that certain Deed of Trust, Security Agreement and Fixture Filing dated September 20, 2019 and recorded on September 23, 2019 as instrument number 201900253450 in the real property records of Dallas County, Texas;

**SHALL BE AND ARE HEREBY REINSTATED** and did not merge into the greater fee estate of the Grantee upon the recordation of the Deed rescinded hereby.

Grantee represents, warrants, and affirms (i) that it never occupied nor took possession of the Property; (ii) that it has not caused or permitted the Property to be encumbered in any way except which have otherwise been fully released as recorded in the property records of Dallas County, Texas; (iii) that it has no claims related to the Property; (iv) and that it has acquired no rights, title, or interests of any kind in the Property.

The effect of this rescission shall be as if any conveyance, transfer, sale, bargain, or grant of the Property by way of the Deed never happened and Grantor and Grantee and as such, the Deed is void and of no force and effect, from the beginning.

*[Signature Pages to Follow]*

IN WITNESS WHEREOF, Grantor has executed this AGREED RESCISSION OF SPECIAL WARRANTY DEED on the____ day of _________________ 2022.

**2999TC ACQUISITIONS, LLC,**
a Delaware limited liability company
formerly known as MO 2999TC, LLC

By: ______________________________
Name: Timothy Barton
Title: President

STATE OF TEXAS

COUNTY OF ________________

BEFORE ME, the undersigned Notary Public, on this day personally appeared Timothy Barton, known to me to be the person and officer whose name is subscribed to the foregoing instrument on behalf of 2999TC Acquisitions, LLC, and acknowledged to me that he executed the same for the purposes and consideration therein expressed, as the act and deed of said limited liability company and in the capacity therein stated, and furthermore represents he has such authority.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this the _____ day of______________ 2022.

___________________________
Notary Public in and for the State of ________________
My Commission Expires: _________________

IN WITNESS WHEREOF, Grantee has executed this AGREED RESCISSION OF SPECIAL WARRANTY DEED on the____ day of _________________ 2022.

**HNGH TURTLE CREEK, LLC**
a Delaware limited liability company

By: ______________________________
Name: ______________________________
Title: ______________________________

STATE OF TEXAS

COUNTY OF ________________

BEFORE ME, the undersigned Notary Public, on this day personally appeared ____________________known to me to be the person and officer whose name is subscribed to the foregoing instrument on behalf of HNGH Turtle Creek, LLC, and acknowledged to me that he executed the same for the purposes and consideration therein expressed, as the act and deed of said limited liability company and in the capacity therein stated and furthermore represents he and it has such authority, as the successor in interest of the Original Lender (as defined hereinabove), and the sole owner and holder of the Note and associated liens.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this the _____ day of______________ 2022.

___________________________
Notary Public in and for the State of ________________
My Commission Expires: _________________

# EXHIBIT A
# PROPERTY DESCRIPTION

BEING a tract of land situated in the James A. Sylvester Survey Abstract No. 1383, and the John Grisby Survey, Abstract No. 495, City of Dallas Block No. A/1031, Texas and being all of Lot 4, Block A/1031, of TURTLE CREEK OFFICE ADDITION, an Addition to the City of Dallas, Texas, according to the plat thereof recorded in Volume 2003162, Page 48, Deed Records, Dallas County, Texas.