**Payments to HNGH**

| Payment Date | Amount | Description (Forbearance Agreement & BK Agreed Order) |
|---|---|---|
| 1/5/2021 | $100,000.00 | Delay Payment / Interest |
| 2/2/2021 | $100,000.00 | Delay Payment / Interest |
| 3/1/2021 | $100,000.00 | Mo. Interest |
| 3/18/2021 | $35,000.00 | Legal Fees |
| 4/12/2021 | $50,000.00 | Mo. Interest |
| 4/14/2021 | $50,000.00 | Mo. Interest |
| 5/10/2021 | $50,000.00 | Mo. Interest |
| 5/10/2021 | $50,000.00 | Mo. Interest |
| 5/31/2021 | $337,827.55 | Taxes (to HNGH or Taxing Auth?) |
| 6/1/2021 | $50,000.00 | Mo. Interest |
| 6/4/2021 | $50,000.00 | Mo. Interest |
| 7/1/2021 | $100,000.00 | Mo. Interest |
| 7/30/2021 | $744,422.00 | Remaining Interest Reserve |
| 7/30/2021 | $784,074.00 | Extension Deposit (applied to interest) |
| 3/15/2022 | $1,000,000.00 | Agreed Order (towards Allowed Claim of $2M) |
| 3/25/2022 | $3,500,000.00 | Agreed Order ($1M remainder of allowed claim: $2.5M towards payoff) |

**TOTAL** **$7,101,323.55**

**EXHIBIT "D15"**