**From:** Joyce Lindauer
**Sent:** Monday, May 16, 2022 1:46 PM
**To:** John J. Kane <jkane@krcl.com>
**Subject:** RE: Status Update and Conf Order

I suggested you just sign the dismissal order (no judge signature yet) and place in hand with the recission deed you are holding. That way Mr. K can show it is signed by you even if not by the Judge.

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Monday, May 16, 2022 1:43 PM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Subject:** RE: Status Update and Conf Order

I hear you, but it's hard for me, personally, to put a bunch of weight on those concerns if the proposed lender is remotely sophisticated. There is a federal court order mandating the resolution of the guaranty suit concurrently with the payoff.

**JOHN J. KANE**
Director
KRCL 30 years
**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4261 **Cell** 972.672.6915
**krcl.com | krclblogs.com**

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Monday, May 16, 2022 11:48 AM
**To:** John J. Kane <jkane@krcl.com>
**Subject:** RE: Status Update and Conf Order

Sure that would be a good idea
I know I am hearing noise about the guaranty suit

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Monday, May 16, 2022 11:27 AM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Subject:** Status Update and Conf Order

**EXHIBIT "D18"**

Joyce,

Did you circulate a proposed confirmation order? If so I may have missed it and apologize. Would you mind sending it over?

Also, any chance we can have a status conference call sometime in the next couple of days so we can get a good idea of where your team stands?

John

**JOHN J. KANE**
Director
KRCL 30 years
**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4261 **Cell** 972.672.6915
**krcl.com | krclblogs.com**

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.