**From:** Joyce Lindauer
**Sent:** Monday, May 30, 2022 10:45 AM
**To:** John J. Kane <jkane@krcl.com>
**Subject:** RE: Re:

I should have revised documents and explanations to you in about 1 ½ hours
So you can see where we are on documents for closing

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Monday, May 30, 2022 10:03 AM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Subject:** Re:

I will be driving from Oklahoma City in about 90 minutes so will have time to chat in the car.

What's the news?

John J. Kane
972-672-6915

On May 30, 2022, at 9:55 AM, Joyce Lindauer <joyce@joycelindauer.com> wrote:

Are you available today?

**PLEASE NOTE OUR NEW ADDRESS IN DOWNTOWN DALLAS**

JOYCE LINDAUER
Attorney at Law
And Mediator

*Joyce Lindauer*
Joyce W. Lindauer Attorney, PLLC
1412 Main Street

**EXHIBIT "D21"**

Suite 500
Dallas, TX 75202
PH 972-503-4033
FAX 972-503-4034
CEL 214-957-8039