---

**From:** Joyce Lindauer
**Sent:** Monday, May 30, 2022 8:03 PM
**To:** John J. Kane <jkane@krcl.com>
**Subject:** RE: Closing Checklist [IWOV-iManage.FID2137592]

I am asking your questions it is really what does our lender and title require to close
My letter was an amalgamation of those requirements.

---

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Monday, May 30, 2022 6:05 PM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Subject:** Closing Checklist [IWOV-iManage.FID2137592]

Joyce,

Need to know what is actually necessary to close. This list of deliverables included in the drop box, provided at 3:24 the day before closing must take place, is ridiculous. I've been involved in enough sales and payoffs to know that most of this stuff isn't necessary to get this deal done, especially considering implementation of plan remains subject to BK court jurisdiction and we have two orders establishing the obligations of the parties.

What does your side *actually need to close*?

**JOHN J. KANE**
Director
KRCL 30 years
**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4261 **Cell** 972.672.6915
**krcl.com | krclblogs.com**

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

---

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Monday, May 30, 2022 3:28 PM
**To:** John J. Kane <jkane@krcl.com>
**Subject:**

On the Recission we want to go with the Agreed Recission.

**PLEASE NOTE OUR NEW ADDRESS IN DOWNTOWN DALLAS**



**EXHIBIT "D22"**

JOYCE
LINDAUER
Attorney at Law
And Mediator

*Joyce Lindauer*
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202
PH 972-503-4033
FAX 972-503-4034
CEL 214-957-8039