**From:** Joyce Lindauer
**Sent:** Tuesday, May 31, 2022 3:53 PM
**To:** John J. Kane <jkane@krcl.com>
**Subject:** RE: HNGH - Wiring Instructions for Title Co [IWOV-iManage.FID2137592]

I assume you saw the motion we filed – I assume I can show you opposed to the expedite request.

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Tuesday, May 31, 2022 3:52 PM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Subject:** HNGH - Wiring Instructions for Title Co [IWOV-iManage.FID2137592]

See attached for funding.

**JOHN J. KANE**
Director
KRCL 30 years
**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4261 **Cell** 972.672.6915
**krcl.com | krclblogs.com**

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

**EXHIBIT "D23"**