# APPRAISAL REPORT
# REAL ESTATE APPRAISAL

**Of**

Single-Tenant Office Building & Excess Land Area



2999 Turtle Creek Boulevard
Dallas, Dallas County, TX 75219

**Report Date**
May 23, 2022

**Prepared For**
Mr. Garrison Kickham
KDM Financial
Austin, Texas 78731

**Prepared by**
PRESTON AMHERST VALUATION & ADVISORY
Adam Musiel
President
3232 McKinney Avenue, Suite 500
Dallas, Texas 75204

**EXHIBIT "D25"**

PRESTON AMHERST VALUATION & ADVISORY

3232 McKinney Avenue, Suite 500
Dallas, Texas 75204

214.785.2399
adam@prestonamherst.com
www.prestonamherst.com

May 23, 2022

Mr. K. Walji, Esq
Law Office of K. Walji P.C.
10701 Corporate Drive, Suite 350
Stafford, TX 77477

Re: Appraisal Report, Real Estate Appraisal
Single-Tenant Office Building & Excess Land Area
2999 Turtle Creek Boulevard
Dallas, Dallas County, TX 75219

Dear Mr. Walji:

At your request, I have prepared an appraisal for the above referenced property, which may be briefly described as follows:

The subject of this report consists of a 2004-built, three-story, excellent quality, Class C constructed, single-tenant office building(s) and approximately 1.5 acres of excess land. The existing improvements are an iconic symbol in the City of Dallas and the subject is a prestigious trophy property. Refer to the body of this report for a detailed description of the property being appraised.

Comparable data and market conditions pertinent to the valuation analyses of the property were investigated. The following appraisal report sets forth the analyses and conclusions derived from the market data collected and is subject to the accompanying Assumptions and Limiting Conditions. The report has been made in compliance with the requirements of the Code of Professional Ethics and Standards of Professional Appraisal Practice by the Appraisal Institute, as well as the Appraisal Foundation's Uniform Standards of Professional Appraisal Practice (USPAP). The value estimate contained within is made in conformance with the appraisal guidelines established by FIRREA and Interagency Appraisal and Evaluation Guidelines.

Please reference page 9 of this report for important information regarding the scope of research and analysis for this appraisal, including property identification, inspection, highest and best use analysis and valuation methodology.

I certify that I have no present or contemplated future interest in the property beyond this estimate of value. The appraiser has not provided services involving the subject property as an appraiser, or in any other capacity, within the three-year period preceding acceptance of the assignment.

Your attention is directed to the Limiting Conditions and Assumptions section of this report (page 7). Acceptance of this report constitutes an agreement with these conditions and assumptions. In particular, I note the following:

Hypothetical Conditions:

- There are no hypothetical conditions for this appraisal.

Extraordinary Assumptions:

- A title policy pertaining to the subject was not provided to the appraisers for review and analysis. It is a specific assumption of this report that the subject does not encroach on the adjacent sites, or in the event of an encroachment, the value of the subject is not thereby adversely affected. Any adverse easement or encroachment could inhibit the marketability and warrant modification of the appraisal value.

- A physical inspection by a licensed professional is highly recommended. The appraisers are not qualified to detect defects in mechanical systems, roofing, foundation settlement, lead based paint, asbestos or mold. The electrical and mechanical components are assumed to be in satisfactory working condition. This appraisal report should not be relied upon to disclose any apparent or latent defects in the subject property condition.

Based on the appraisal described in the accompanying report, subject to the Limiting Conditions and Assumptions, Extraordinary Assumptions and Hypothetical Conditions (if any), I have made the following value conclusion(s):

**Current As Is Market Value – Single Tenant Office Building on 0.97 Acres:**
Then estimated market value of the leased fee interest in the subject property, in "as is" condition, as of May 17, 2022 was estimated to be:

**Sixty Million Dollars**
**($60,000,000)**

The market exposure time preceding May 17, 2022 would have been 12 months and the estimated marketing period as of May 17, 2022 is 12 months.

**Current As Is Market Value – 1.50 Acres of Excess Land Area**
Then estimated market value of the fee simple interest in the subject property, in "as is" condition, as of May 17, 2022 was estimated to be:

**Forty Million Dollars**
**(40,000,000)**

The market exposure time preceding May 17, 2022 would have been 12 months and the estimated marketing period as of May 17, 2022 is 12 months.

**Current As Is Market Value – Subject Property in its Entirety**
Then estimated market value of the leased fee and fee simple interests in the subject property, in "as is" condition, as of May 17, 2022 was estimated to be:

**One Hundred Million Dollars**
**($100,000,000)**

Respectfully submitted,
Preston Amherst Valuation & Advisory

Adam Musiel
Certified General Real Property Appraiser
TX-1380526-G

# Table of Contents


Summary of Important Facts and Conclusions ..... 5
Limiting Conditions and Assumptions ..... 7
Scope of Work ..... 9
Definition of Market Value ..... 11
Competency of the Appraiser ..... 11
Dallas Fort-Worth Regional Analysis ..... 12
Market Area Analysis ..... 22
Uptown/Turtle Creek Office Submarket Analysis ..... 23
- Location Map ..... 25

Property Description ..... 26
- Survey ..... 29
- Floor Plan ..... 33
- Subject Photographs ..... 36

Assessment and Taxes ..... 45
- Assessment Analysis ..... 45

Zoning ..... 46
- Zoning Map ..... 46

Highest and Best Use ..... 47
Valuation Methodology ..... 48
- Analyses Applied ..... 48

Sales Comparison Approach – Excess Land Valuation ..... 49
- Land Comparables ..... 49
- Comparables Map ..... 54
- Analysis Grid ..... 54
- Analytical Comments ..... 56
- Comparable Land Sale Adjustments ..... 57
- Sales Comparison Approach Conclusion – Excess Land Valuation ..... 59

Sales Comparison Approach ..... 60
- Comparables ..... 60
- Comparables Map ..... 65
- Analysis Grid ..... 65
- Analytical Comments ..... 66
- Comparable Sale Adjustments ..... 68
- Sales Comparison Approach Conclusion ..... 70

Income Approach ..... 71
- Direct Capitalization Analysis ..... 71
- Potential Gross Income (PGI) ..... 71
- Space Types & Occupancy ..... 72
- Rent Roll ..... 72
- Market Rent ..... 74
- Comparables Map ..... 77
- Analysis Grid ..... 77
- Comparable Rent Adjustments ..... 79
- Market Rent Reconciliation ..... 79
- Summary of Market Rent ..... 79
- Potential Gross Income Summary ..... 80
- Other Income ..... 81
- Vacancy and Collection Loss ..... 81
- Effective Gross Income ..... 82
- Expense Analysis & Projection ..... 82
- Net Operating Income ..... 84
- Capitalization Rate ..... 85
- Capitalization to Value ..... 89
- Direct Capitalization Analysis Conclusion ..... 89
- Final Reconciliation ..... 90
- Value Indications ..... 90
- Value Conclusion ..... 90

Certification Statement ..... 91
Addenda ..... 92
Glossary ..... 100

# Summary of Important Facts and Conclusions

## GENERAL

**Subject:** Single-Tenant Office Building & Excess Land Area
2999 Turtle Creek Boulevard
Dallas, Dallas County, TX 75219

**Owner:** HNGH Turtle Creek, LLC

**Legal Description:** Refer to Addenda

**Date of Report:** May 23, 2022

**Intended Use:** The intended use is for loan underwriting and/or credit decisions by the clients. Any other use or user are not intended or authorized. The appraisal is based in part upon documents and information owned and possessed by Preston-Amherst and the information, analyses and conclusions contained within the report are to be held strictly confidential. Unless stated herein, no third parties are allowed to rely upon this valuation analysis, or any data contained in this report without the written consent of Preston-Amherst.

**Intended User(s):** Client, Mr. Garrison Kickham, KDM Financial

**Assessment:**

Real Estate Assessment and Taxes

| Tax ID | Land | Improvements | Other | Total Assessment | City Rate | County Rate | ISD Rate | Tax Rate | Taxes |
|---|---|---|---|---|---|---|---|---|---|
| 001031000A0040000 | $3,725,700 | $11,355,960 | $0 | $15,081,660 | $0.773300 | $0.616456 | $1.248235 | $2.637991 | $397,853 |
| Totals | $3,725,700 | $11,355,960 | $0 | $15,081,660 | | | | | $397,853 |

**Sale History:** A transfer involving the 9/23/2019 between Turtle Creek Mansion Dickason Ltd. (grantor) and MO 2999TC, LLC (grantee) for an unknown consideration. The details of the transfer were not made available to the appraiser. A transfer also occurred on November 1, 2021 between HNGH Turtle Creek LLC (grantee) and MO 2999TC, LLC for an unknown consideration. The details of the transfer were not reported to the appraiser.

**Current Listing/Contract(s):** The subject property is not listed for sale or under contract to purchase.

**Land:**

| Land Summary | | | | | | |
|---|---|---|---|---|---|---|
| Parcel ID | Gross Land Area (Acres) | Gross Land Area (Sq Ft) | Usable Land Area (Acres) | Excess Land Area (Acre) | Topography | Shape |
| 001031000A0040000 | 2.47 | 107,724 | 2.47 | 1.50 | Gently sloping | Irregular |

**Improvements:**

| Building Summary | | | | |
|---|---|---|---|---|
| Building Name/ID | Year Built | Condition | Number of Stories | Rentable Area |
| Single-Tenant Office Building | 2004 | Good | 3.0 | 41,361 |

**Zoning:** PD-193

**Highest and Best Use of the Site:** Mixed-Use Development

**Highest and Best Use as Improved:** Continued office development and mixed-use development on excess land area

**Type of Value:** Market Value

| Summary of Values | |
|---|---|
| **Value Premise** | **As Is** |
| Date of Value | 5/17/2022 |
| Value Type | Market Value |
| Value Perspective | Current |
| Interest Appraised | Leased Fee & Fee Simple |
| Excess Land Analysis | $40,000,000 |
| Cost Analysis | N/A |
| Improved Sales Analysis | $57,900,000 |
| Income Capitalization | $60,000,000 |
| **Value Conclusion:** | **$100,000,000** |

# Limiting Conditions and Assumptions

The Certificate of Appraisal is subject to the following conditions and to such other specific and limiting conditions as set forth by the appraiser in the report.

1. The appraiser shall not be required to give testimony in any legal hearing, deposition, or before any court of law because of having made this appraisal, with reference to the property in question, unless prior arrangements have been made. These arrangements include agreement on just and fair compensation for such services. In addition, the appraiser will be allowed adequate time, as deemed necessary by the appraiser, to prepare for any hearing, deposition, or trial.

2. Disclosure of the contents of the appraisal report is governed by the Bylaws and Regulations of the professional appraisal organizations with which the appraiser is affiliated: specifically, the Appraisal Institute.

3. The signatory of this appraisal report is a Candidate Member of the Appraisal Institute. The Bylaws and Regulations of the Institute require each Member to control the use and distribution of each appraisal report signed by such Member. Therefore, except as hereinafter provided, the party for whom this appraisal report was prepared may distribute copies of this appraisal report, in its entirety, to such third parties as may be selected by the party for whom this appraisal report was prepared. However, selected portions of this appraisal report shall not be given to third parties without the prior written consent of the appraiser. Neither all nor any part of the report, or copy thereof shall be disseminated to the general public by the use of advertising, public relations, news, sales, or other media for public communication without the prior written consent and approval of the appraiser. Nor shall the appraiser, firm, or professional organizations of which the appraiser is a member be identified without written consent of the appraiser.

4. The submitted legal description and survey utilized in this report are assumed to be correct. It is further assumed that no easements, encroachments or rights-of-way exist which would adversely affect the value or marketability of the subject property as improved.

5. Any sketch in this report may show approximate dimensions and is included only to assist the reader in visualizing the property. The appraiser has made no survey of the property and no responsibility is assumed in connection with such matters.

6. No responsibility is assumed for matters of a legal nature affecting the property appraised or the title thereto, nor is an opinion of title rendered. All mortgages, liens, encumbrances, encroachments, leases, and servitudes have been disregarded unless so specified within the report. It is assumed that the title of the subject property is under single ownership and is good and marketable. The property is appraised as though under responsible ownership and competent management.

7. Information, estimates, and opinions furnished to the appraiser, and contained herein, were obtained from sources considered reliable and believed to be true and correct. A reasonable effort has been made to verify such information. However, no responsibility for accuracy of such items is assumed by the appraiser.

8. It is assumed that there are no hidden or unapparent conditions of the property, subsoil, or structures which would render it more or less valuable. No responsibility is assumed for such conditions or for engineering that may be required to discover such factors.

9. Opinions of value contained herein are estimates. There is no guarantee, written or implied, that the subject property will sell or lease for the indicated amounts.

10. The distribution of the total valuation in this report between land and improvements applies only under the existing program of utilization. The allocations of value for land and improvements must not be used in conjunction with any other appraisal and are invalid if so used.

11. Mortgage financing is assumed to be available for the property. Assumptions in this valuation are based on conventional mortgage sources, terms, and conditions.

12. Full compliance with all applicable federal, state, and local environmental regulations and laws is assumed unless noncompliance is stated, defined, and considered in the appraisal report.

13. All applicable zoning and use regulations and restrictions are assumed to have been complied with, unless a nonconformity has been stated, defined, and considered in the appraisal report.

14. It is assumed that all required licenses, permits, consents or other legislative or administrative authority from any local, state, or national governmental or private entity or organization have been or can be obtained or renewed for any use on which the value estimate contained in this report is based.

15. In this appraisal assignment, the existence of potentially hazardous material used in the construction or maintenance of the building, such as the presence of urea-formaldehyde foam insulation, and/or existence of toxic waste, which may or may not be present on the property, was not observed by the appraiser; nor does the appraiser have any knowledge of the existence of such materials on or in the property. The appraiser, however, is not qualified to detect such substances. The existence of urea-formaldehyde foam insulation or other potentially hazardous waste material may have an effect on the value of the property. The appraiser urges the client to retain an expert in this field if desired.

16. Americans with Disabilities Act (ADA) of 1990: A civil rights act passed by Congress guaranteeing individuals with disabilities equal opportunity in public accommodations, employment, transportation, government services, and telecommunications. Statutory deadlines become effective on various dates between 1990 and 1997. Preston-Amherst Valuation & Advisory has not made a determination regarding the subject's ADA compliance or non-compliance. Non-compliance could have a negative impact on value, however this has not been considered or analyzed in this appraisal.

# Scope of Work

According to the Uniform Standards of Professional Appraisal Practice, it is the appraiser's responsibility to develop and report a scope of work that results in credible results that are appropriate for the appraisal problem and intended user(s). Therefore, the appraiser must identify and consider:

- the client and intended users;
- the intended use of the report;
- the type and definition of value;
- the effective date of value;
- assignment conditions;
- typical client expectations; and
- typical appraisal work by peers for similar assignments.

This appraisal is prepared for Mr. Garrison Kickham, KDM Financial. The problem to be solved is to estimate the market value of the leased fee (single-tenant office building) and fee simple (excess land area) interests, in 'as is' condition, as of effective date of the report. The intended use is for loan underwriting and/or credit decisions by the clients. Any other use or user are not intended or authorized. The appraisal is based in part upon documents and information owned and possessed by Preston-Amherst and the information, analyses and conclusions contained within the report are to be held strictly confidential. Unless stated herein, no third parties are allowed to rely upon this valuation analysis, or any data contained in this report without the written consent of Preston-Amherst. This appraisal is intended for the use of client.

| SCOPE OF WORK | |
|---|---|
| Report Type: | This is an Appraisal Report as defined by Uniform Standards of Professional Appraisal Practice under Standards Rule 2-2(a). This format provides a summary or description of the appraisal process, subject and market data and valuation analyses. |
| Property Identification: | The subject property has been identified by its legal description, municipal address, and property identification number. |
| Inspection: | Comprehensive site inspection completed, plans and specifications reviewed, photographs taken, and neighborhood observation. |
| Market Area and Analysis of Market Conditions: | A comprehensive analysis of market conditions has been made. The appraiser maintains and has access to databases (CoStar, LoopNet, NTREIS) for the market area and has reviewed leases, asking rents, sales and listings relevant to this analysis. |

Highest and Best Use Analysis: A complete as vacant and as improved highest and best use analysis for the subject has been made. Physically possible, legally permissible and financially feasible uses were considered, and the maximally productive use was concluded.

Type of Value: Market Value

Valuation Analyses

Cost Approach: A cost approach was not applied as the age of the improvements makes the depreciation difficult to accurately measure.

Sales Comparison Approach: A sales approach was applied as there is adequate data to develop a value estimate and this approach reflects market behavior for this property type.

Income Approach: An income approach was applied as the subject is an income producing property and there is adequate data to develop a value estimate with this approach.

Hypothetical Conditions:

- There are no hypothetical conditions for this appraisal.

Extraordinary Assumptions:

- A title policy pertaining to the subject was not provided to the appraisers for review and analysis. It is a specific assumption of this report that the subject does not encroach on the adjacent sites, or in the event of an encroachment, the value of the subject is not thereby adversely affected. Any adverse easement or encroachment could inhibit the marketability and warrant modification of the appraisal value.

- A physical inspection by a licensed professional is highly recommended. The appraisers are not qualified to detect defects in mechanical systems, roofing, foundation settlement, lead based paint, asbestos or mold. The electrical and mechanical components are assumed to be in satisfactory working condition. This appraisal report should not be relied upon to disclose any apparent or latent defects in the subject property condition.

# Definition of Market Value

**Market Value** is defined as being the most probable price that a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

a. buyer and seller are typically motivated;

b. both parties are well informed or well advised, and acting in what they consider their own best interests;

c. a reasonable time is allowed for exposure in the open market;

d. payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and

e. the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.[1]

# Competency of the Appraiser

Adam M. Musiel is a state certified general real estate appraiser in the State of Texas. He has completed assignments involving complex commercial properties throughout Texas, Nebraska, Iowa, Kansas, and California. Mr. Musiel has knowledge and experience in all major property types. **His expertise and competency were developed by 17+ years of appraisal practice coupled by an extensive real estate background**. He has kept his education current with numerous courses, seminars, and lectures.

The firm of Preston Amherst has been in existence since 2019 and has established a reputation for preparing competent and thorough appraisals on all property types. Each individual in the firm regularly attends courses and seminars to continue their education and expertise in the appraisal field. Due to our established qualification and prior experience in appraising similar property types, the principal appraiser of this report is deemed to be in compliance with the Competency Provision of USPAP.

[1] 12 C.F.R. Part 34.42(g); 55 Federal Register 34696, August 24, 1990, as amended at 57 Federal Register 12202, April 9, 1992; 59 Federal Register 29499, June 7, 1994; The Dictionary of Real Estate Appraisal 6th Edition, Page 27

# Dallas Fort-Worth Regional Analysis

## Overview

The DFW region is an innovation hub with a wealth of resources that make it an ideal business location. The DFW region's attractive quality of life, strong regional and state economy, low cost of living, skilled labor force, pro-business mindset, and absence of corporate and personal income taxes all contribute to the thriving Dallas-Fort Worth location.

Due to its central location and world-class transportation infrastructure, Dallas-Fort Worth is a major international gateway. The DFW excels in passenger air travel and air cargo operations. The region is home to the Dallas Fort-Worth International Airport, the nation's fourth-busiest airport; Dallas Love Field Airport, home to Southwest Airlines, the largest domestic airline in the country; and Fort Worth Alliance Airport, the world's first major industrial airport, home to newly announced Amazon Air hub.

The region ranks among the top three U.S. metropolitan areas for business expansions, relocations, and employment growth. The 4.0 million-person workforce is being bolstered by an influx of young, credentialed and talented professionals, providing companies with an abundance of options in skill level they need to make their businesses a success.

## Population

Dallas–Fort Worth is continually ranked among the nation's fastest-growing areas. Continuing job growth is a key factor for this growth. The population growth has, in turn, fueled real estate development as retailers and service providers expand to meet increasing demand. Population and job growth have pushed Dallas and Fort Worth to redevelop and re-energize their central business districts, creating mixed-use buildings with residential, office, and retail space in high-end urban environments. While Dallas and Fort Worth represent the largest population centers, four suburbs—Irving, Garland, Plano, and Arlington—have populations exceeding 200,000.




TEN LARGEST METROPOLITAN AREAS

| METROPOLITAN STATISTICAL AREA (MSA) | 2017 POPULATION | 2010-2017 PERCENT CHANGE |
|---|---|---|
| New York-Newark-Jersey City, NY-NJ-PA | 20,320,876 | 3.9% |
| Los Angeles-Long Beach-Anaheim, CA | 13,353,907 | 4.1% |
| Chicago-Naperville-Elgin, IL-IN-WI | 9,533,040 | 0.8% |
| **Dallas-Fort Worth-Arlington, TX** | **7,399,662** | **15.1%** |
| Houston-The Woodlands-Sugar Land, TX | 6,892,427 | 16.4% |
| Washington-Arlington-Alexandria, DC-VA-MD-WV | 6,216,589 | 10.3% |
| Miami-Fort Lauderdale-West Palm Beach, FL | 6,158,824 | 10.6% |
| Philadelphia-Camden-Wilmington, PA-NJ-DE-MD | 6,096,120 | 2.2% |
| Atlanta-Sandy Springs-Roswell, GA | 5,884,736 | 11.3% |
| Boston-Cambridge-Newton, MA-NH | 4,836,531 | 6.2% |

# Dallas-Fort Worth Area Economic Summary

**Updated July 01, 2021**

This summary presents a sampling of economic information for the area; supplemental data are provided for regions and the nation. Subjects include **unemployment, employment, wages, prices, spending,** and **benefits**. All data are not seasonally adjusted and some may be subject to revision. Area definitions may differ by subject. For more area summaries and geographic definitions, see www.bls.gov/regions/economic-summaries.htm.

Unemployment rates for the nation and selected areas




Source: U.S. BLS, Local Area Unemployment Statistics.

Average weekly wages for all industries by county

**Dallas-Fort Worth area, fourth quarter 2020**

(U.S. = $1,339; Area = $1,399)




Source: U.S. BLS, Quarterly Census of Employment and Wages.

Over-the-year changes in employment on nonfarm payrolls and employment by major industry sector




Source: U.S. BLS, Current Employment Statistics.

| Dallas-Fort Worth area employment (number in thousands) | May 2021 | Change from May 2020 | |
|---|---|---|---|
| | | Number | Percent |
| Total nonfarm | 3,759.3 | 260.2 | 7.4 |
| Mining, logging, and construction | 215.7 | -2.9 | -1.3 |
| Manufacturing | 280.9 | 8.5 | 3.1 |
| Trade, transportation, and utilities | 813.2 | 54.9 | 7.2 |
| Information | 79.7 | 3.0 | 3.9 |
| Financial activities | 328.4 | 8.4 | 2.6 |
| Professional and business services | 651.3 | 48.3 | 8.0 |
| Education and health services | 453.5 | 22.3 | 5.2 |
| Leisure and hospitality | 361.2 | 81.0 | 28.9 |
| Other services | 119.0 | 18.8 | 18.8 |
| Government | 456.4 | 17.9 | 4.1 |

Source: U.S. BLS, Current Employment Statistics.

Over-the-year change in the prices paid by urban consumers for selected categories




Source: U.S. BLS, Consumer Price Index.

Over-the-year changes in the selling prices received by producers for selected industries nationwide




Source: U.S. BLS, Producer Price Index.

Average annual spending and percent distribution for selected categories




Source: U.S. BLS, Consumer Expenditure Survey.

Average hourly wages for selected occupations

| Occupation | Dallas-Fort Worth area | United States |
|---|---|---|
| All occupations | $27.01 | $27.07 |
| Human resources managers | 65.23 | 64.70 |
| Accountants and auditors | 40.31 | 39.26 |
| Registered nurses | 37.50 | 38.47 |
| Construction laborers | 17.39 | 20.67 |
| Retail salespersons | 14.22 | 14.87 |
| Cooks, fast food | 10.38 | 11.68 |

Source: U.S. BLS, Occupational Employment and Wage Statistics, May 2020.

Employer costs per hour worked for wages and selected employee benefits by geographic division

| Private industry, March 2021 | West South Central (1) | United States |
|---|---|---|
| Total compensation | $31.35 | $36.64 |
| Wages and salaries | 22.82 | 25.80 |
| Total benefits | 8.53 | 10.83 |
| Paid leave | 2.13 | 2.72 |
| Vacation | 1.06 | 1.39 |
| Supplemental pay | 1.25 | 1.27 |
| Insurance | 2.01 | 2.83 |
| Retirement and savings | 0.84 | 1.25 |
| Legally required benefits | 2.30 | 2.77 |

(1) The states that compose the West South Central census division are: AR, LA, OK, and TX.

Source: U.S. BLS, Employer Costs for Employee Compensation.

Over-the-year changes in wages and salaries




Source: U.S. BLS, Employment Cost Index.

Southwest Information Office • BLSinfoDallas@bls.gov • https://www.bls.gov/regions/southwest • 972-850-4800

BLS

## Economy

Similar to the rest of the United States, the Dallas-Fort Worth economy faced tremendous headwinds in 2020. In 20Q1, Dallas-Fort Worth's economy indicated continued growth while reaching an employment level of 3.8 million. By the end of the third quarter, the metroplex had lost nearly 300,000 jobs. As of mid-2021, the economy is indicating a stable recovery, with employment reaching 3.7 million.

Over time, Dallas-Fort Worth's economic fabric has become more diversified with a global reach that closely resembles the broader U.S. economy. Abundant job opportunities have spurred significant population growth, adding 118,100 new residents in 2020. The Dallas-Fort Worth area gained more residents than any other metropolitan area in the country. It was behind more than one-third of Texas' population growth during that period. Employment growth is expected to outperform the national benchmark over the next five years. Meanwhile, household incomes continue to rise for North Texans. Over recent years, median household incomes have grown about 4% annually and are now tracking near $80,000.

Due to the region's low cost of doing business and highly skilled labor force, companies across various sectors have relocated or expanded operations. For example, Appen Inc., an Australia-based tech company that develops products for machine learning and artificial intelligence applications, announced in early 2020 that it will set up a new office in Plano. The 50,000-SF space will house 300 employees.

Aviation supply company Incora announced it would be moving its global headquarters from southern California to Fort Worth. The company plans a $6 million capital investment at the new facility that would have up to 240 workers initially, with room for future growth.

In late 2019, Charles Schwab announced acquiring TD Ameritrade in a $26 billion transaction, moving its headquarters to Tarrant County from San Francisco. Charles Schwab recently completed the first phase of a new regional office, and TD Ameritrade completed a large project nearby, as well. The two companies combined will bring thousands of jobs to Dallas-Fort Worth in the long run. TripActions, a Palo Alto-based company specializing in corporate travel, expanded its presence in Downtown Dallas. In late 2018, McKesson Corp., the nation's largest pharmaceutical distributor, announced relocating its headquarters to Irving in mid-2019. USAA added a 150,000-SF office building adjacent to its existing Plano location to bring the total headcount to 2,000 in North Texas, up by 800 employees.

The industrial sector is actively growing, also. Amazon has taken an additional 6 million SF through 2020, making it the region's largest industrial tenant. Other big-box retailers, consumer goods, and distribution firms have developed and taken massive amounts of space. Recently, Home Depot developed a 1.5 million-SF distribution facility near Grand Prairie. Stanley Black & Decker completed a 1.2 million-SF distribution center in Alliance, Texas, adding 300 additional jobs to the region.

| NAICS Industry | CURRENT JOBS | | CURRENT GROWTH | | 10 YR HISTORICAL | | 5 YR FORECAST | |
|---|---|---|---|---|---|---|---|---|
| | JOBS | LQ | MARKET | US | MARKET | US | MARKET | US |
| Manufacturing | 290K | 0.9 | 2.23% | 3.47% | 1.09% | 0.68% | -0.48% | -0.09% |
| Trade, Transportation and Utilities | 817K | 1.1 | 1.59% | 2.50% | 2.66% | 0.94% | 0.49% | 0.35% |
| Retail Trade | 379K | 0.9 | 2.16% | 1.83% | 1.83% | 0.44% | 0.30% | 0.35% |
| Financial Activities | 343K | 1.5 | 0.79% | 1.52% | 3.37% | 1.42% | 1.48% | 0.60% |
| Government | 444K | 0.8 | 0.29% | 2.47% | 1.20% | 0.03% | 0.78% | 0.62% |
| Natural Resources, Mining and Construction | 223K | 1.0 | -1.07% | 3.14% | 2.87% | 2.48% | 0.63% | 0.66% |
| Education and Health Services | 467K | 0.7 | 3.26% | 4.11% | 2.25% | 1.68% | 1.58% | 1.11% |
| Professional and Business Services | 678K | 1.2 | 5.81% | 4.44% | 3.58% | 1.94% | 1.35% | 1.08% |
| Information | 81K | 1.1 | 3.41% | 6.50% | 0.06% | 0.55% | 0.74% | 1.32% |
| Leisure and Hospitality | 404K | 1.0 | 15.27% | 16.19% | 3.16% | 1.47% | 1.90% | 2.02% |
| Other Services | 130K | 0.9 | 8.08% | 5.34% | 1.69% | 0.69% | 1.03% | 0.58% |
| **TOTAL EMPLOYMENT** | **3.9M** | **1.0** | **3.71%** | **4.57%** | **2.48%** | **1.17%** | **1.00%** | **0.82%** |

Source: Oxford Economics
LQ = Location Quotient

**JOB GROWTH (YOY)**




**UNEMPLOYMENT RATE (%)**



## Multi-Family Real Estate Market

The Dallas-Fort Worth apartment market set record-level performances over the past year. Leasing activity has surged in 2021, roughly double pre-pandemic norms. With a spike in absorption, rents accelerated, establishing a new highwater mark for growth. The trend is pervasive across asset classes and communities in both urban and suburban settings. That rapid turnaround is after steep rent cuts in the urban core and supply-heavy submarkets, leaving rent growth in the market essentially flat last year.

Robust economic underpinnings have fostered a healthy apartment market, and Dallas-Fort Worth's employment base has essentially recovered from the pandemic and recession through September 2021. Healthy job growth and continuous in-migration are two primary drivers of apartment demand in the metroplex; before the latest recession, Dallas-Fort Worth consistently added jobs at an annual rate of around 3.5%, down from a peak of 6% set in 2017. In terms of demographic growth, the metroplex led the country in nominal population growth, up 120,000 new residents from 2019 to 2020. Despite a continuous flow of new properties coming to the market, the renter pool continues to absorb new units at a steady pace.

The market routinely ranks among the top areas for leasing activity and deliveries of new apartment communities. Even so, the pace of construction has slowed due to uncertainty from the recession, with overall construction levels trending at the lowest level since 2017. Since 2010, the market has added about 145,000 new multifamily units, growing inventory 25%, the most of any market in the country. Continuous supply and leading absorption levels make Dallas-Fort Worth one of the country's fastest-growing and balanced multifamily markets. The multifamily market has been an example of resilience across asset classes and investors remain bullish on the Dallas-Fort Worth apartment market. The metroplex remains a leader for total sales volume in the country in 2021. Most deals are found in value-add opportunities, with the Mid-Cities and older sections of the metroplex such as East Dallas as active areas for investment. Meanwhile, core investors often target areas with amenity-rich assets found within urban areas like Uptown.

The Dallas-Fort Worth multifamily market has fared better than other markets in previous downturns. Still, the market is vulnerable to risks, particularly at the lower end of the market and among renters-by-necessity. Those renters who are feeling greater economic pressure have largely been supported through multiple rounds of fiscal stimulus. Even so, the longer workers remain on the sidelines, the more difficult it will become to re-enter the workforce, further threatening these households' livelihoods and their ability to pay rent.

| AVAILABILITY | MARKET | NATIONAL INDEX |
|---|---|---|
| Vacancy Rate | 5.4% ↓ | 4.6% ↓ |
| Vacant Units | 42.7K ↓ | 818K ↓ |
| Market Asking Rent/Unit | $1,416 ↑ | $1,543 ↑ |
| Market Effective Rent/Unit | $1,408 ↑ | $1,533 ↑ |
| Concession Rate | 0.6% ↓ | 0.6% ↓ |
| Studio Asking Rent | $1,112 ↑ | $1,412 ↑ |
| 1 Bedroom Asking Rent | $1,256 ↑ | $1,395 ↑ |
| 2 Bedroom Asking Rent | $1,588 ↑ | $1,610 ↑ |
| 3 Bedroom Asking Rent | $1,876 ↑ | $1,970 ↑ |

| INVENTORY | MARKET | NATIONAL INDEX |
|---|---|---|
| Inventory Units | 788,984 ↑ | 17,940,011 ↑ |
| Existing Buildings | 4,798 ↑ | 383,875 ↑ |
| Avg Units Per Bldg | 164 ↑ | 47 ↑ |
| 12 Mo Demolished Units | 262 ↑ | 4,670 ↑ |
| 12 Mo Occupancy % At Delivery | 24.3% ↑ | 36.7% ↑ |
| Under Construction Units | 27,702 ↓ | 673,740 ↓ |
| 12 Mo Construction Starts Units | 16,761 ↓ | 361,349 ↓ |
| 12 Mo Delivered Units | 23,985 ↓ | 371,705 ↓ |
| 12 Mo Avg Delivered Units | 263 ↑ | 142 ↓ |

| SALES | MARKET | NATIONAL INDEX |
|---|---|---|
| Market Sale Price/Unit | $174K | $237K |
| 12 Mo Asking Sale Price/Unit | $173K | $186K |
| 12 Mo Sale to Asking Price Diff | -4.6% | -4.9% |
| Market Cap Rate | 4.9% | 5.2% |
| 12 Mo Sales Volume | $4.1B | $226B |
| 12 Mo Transactions | 612 | 22,842 |
| Months To Sale Past Year | 5.7 | 5.5 |
| For Sale Listings | 21 | 4,711 |
| For Sale Units | 704 | 68,624 |

| DEMAND | MARKET | NATIONAL INDEX |
|---|---|---|
| 12 Mo Absorption Units | 48,814 | 714,095 |
| 12 Mo Absorption % of Inv | 6.2% | 4.0% |
| Median Household Income | $74,693 | $69,028 |
| Population Growth 5 Yrs | 7.3% | 2.5% |
| Pop Growth 5 Yrs 20-29 | 3.0% | -3.7% |
| Pop Growth 5 Yrs 30-39 | 2.2% | 2.2% |
| Pop Growth 5 Yrs 40-54 | 7.6% | 2.4% |
| Pop Growth 5 Yrs 55+ | 20.0% | 8.3% |

## Office Real Estate Market

Similar to many office markets across the country, the metroplex has experienced fallout from the pandemic and recession. Net annual absorption is well into negative territory, with 460,000 SF over the last 12 months. For the first time since 2010, the market has reported five consecutive quarters of negative net absorption. Since April, the area has reported 1.1 million SF of positive net absorption. The pandemic has accelerated the flight to the quality narrative, as office jobs were some of the lightest hit employment sectors during the pandemic. While 4 & 5 Star properties encompass 43% of the total inventory, they capture 71% of the total net absorption during this period. Leasing activity is improving, as well, with 3.6 million SF, for a total of 7.1 million SF for the first half of the year.

Several large build-to-suits accounted for the lion's share of positive absorption, including American Airlines moving into its new 1.7 million-SF headquarters in Fort Worth and Charles Schwab moving into its 580,000-SF Westlake Campus. Keurig Dr Pepper and the PGA headquarters are building new headquarters facilities in Frisco. JP Morgan Chase moved into its 540,000-SF space in Legacy West. High-quality, recently renovated product in downtown Dallas is performing well. For example, Integrity Marketing Group moved into its 100,000-SF space in the iconic Fountain Place.

The amount of sublet space has put additional stress on the market. Sublet space available has increased by 3.6 million SF since early 2020, reaching 9.9 million SF. In late 2020, the former Braniff Headquarters, a five-building campus that is now home to Thryv, was put on the market when the company announced an indefinite "remote first" policy. The move added 340,000 SF of sublease space. Uber Technologies has just over 100,000 SF of sublease space available in the Epic in Deep Ellum.

Construction activity has been relatively restrained as many developers have held off breaking ground on new projects. As a result, the construction starts in the third quarter were 1.1 million SF. There has been 5.4 million SF delivered in the last 12 months and 7.5 million SF of space currently underway. There is a significant amount of spec space underway or recently delivered in the last 12 months. For example, the 215,000-SF The Stack in Deep Ellum was completed in early 2021. In the Victory Park section of Uptown, Hillwood is delivered the 365,000-SF Victory Commons One in late 2021. In Preston Center, the 12-story, 297,000-SF Weir's Plaza is expected to deliver in December 2021. As of late November, the building is 82% preleased. Law firm Kirkland & Ellis has leased the top three floors, totaling 65,900 SF. It is joined by Fortress Investment, which also signed at 47,850-SF lease.

Annual rent growth is positive at 1.2%. While the majority of submarkets have fallen into negative territory, West LBJ Freeway, East LBJ Freeway, and Stemmons Freeway are holding steady with no growth. The greatest rent losses are found in DFW Freeport/Coppell, Office Ctr/West LBJ Ext, Urban Center/Wingren, and Uptown/Turtle Creek.

| AVAILABILITY | MARKET | NATIONAL INDEX |
|---|---|---|
| Market Rent/SF | $28.00 | $34.47 |
| Vacancy Rate | 17.7% | 12.3% |
| Vacant SF | 72.4M | 1B |
| Availability Rate | 20.2% | 15.5% |
| Available SF | 84.4M | 1.3B |
| Sublet SF | 9.7M | 167M |
| Months on Market | 16.1 | 15.3 |

| DEMAND | MARKET | NATIONAL INDEX |
|---|---|---|
| 12 Mo Net Absorption SF | 457K | (48.3M) |
| 6 Mo Leasing Probability | 31.5% | 34.3% |

| INVENTORY | MARKET | NATIONAL INDEX |
|---|---|---|
| Existing Buildings | 14,350 | 343,780 |
| Inventory SF | 409M | 8.2B |
| Average Building SF | 28.5K | 24K |
| Under Construction SF | 7.5M | 144M |
| 12 Mo Delivered SF | 5.8M | 71.2M |

| SALES | MARKET | NATIONAL INDEX |
|---|---|---|
| 12 Mo Transactions | 1,310 | 22,093 |
| Market Sale Price/SF | $226 | $329 |
| Average Market Sale Price | $6.5M | $8M |
| 12 Mo Sales Volume | $2.2B | $97.2B |
| Market Cap Rate | 7.0% | 7.0% |

## Industrial Real Estate Market

Dallas-Fort WorthThe metroplex is the fourth largest metropolitan area in the United States, with a population of 7.6 million. It is also one of the fastest-growing, adding 1.2 million new residents over the last decade. The region surpassed Los Angeles as the second-largest industrial market with an inventory of over 1 billion SF, just behind Chicago's 1.3 billion SF. The industrial sector has proven to be the most resilient among CRE sectors since the onset of the pandemic and has thrived since early 2020. The region has benefited from a diverse set of demand drivers ranging from e-commerce, manufacturing, and third-party logistics firms, all looking to increase their existing presence or enter the market. E-commerce giant Amazon has made an outsized impact on the market in recent years and is now the region's largest occupier of industrial space with 16 million SF, eight buildings of which measure greater than 1 MSF. To put the magnitude of Amazon's presence in perspective, the second-largest occupier of space is Home Depot, with 8.3 million SF. Shipping firms DHL and FedEx each have about 4.5 million SF of space.

While demand is spread through the entire metroplex, four submarkets captured 50% of the move-ins over the last 12 months, with NE Tarrant/Alliance (6.4 million SF), SE Dallas/I-45 (5.2 million SF), E DFW Air/Las Colinas (4.8 million SF), and NE Dallas Garland (2.8 million SF).

Over the past 12 months, the market has added 26.6 million SF of inventory. However, vacancies have remained stable at 5.3% due to a combination of impressive demand for speculative projects and several significant build-to-suits being delivered. The market has been keeping up, absorbing 44.2 million SF over the past 12 months. The metroplex leads the nation in construction, with 62.9 million SF underway.

At 9.8%, annual rent growth has remained positive and remains among one of the strongest large metros. Such robust growth is especially impressive considering the metroplex has added 171 million SF of new space over the last decade, a close second to the 175 million SF added to the Inland Empire.

| AVAILABILITY | MARKET | NATIONAL INDEX |
|---|---|---|
| Market Rent/SF | $7.61 | $9.77 |
| Vacancy Rate | 5.3% | 4.3% |
| Vacant SF | 54.7M | 748M |
| Availability Rate | 9.5% | 6.7% |
| Available SF | 103M | 1.2B |
| Sublet SF | 3.1M | 61.6M |
| Months on Market | 5.9 | 8.5 |

| DEMAND | MARKET | NATIONAL INDEX |
|---|---|---|
| 12 Mo Net Absorption SF | 44.2M | 487M |
| 6 Mo Leasing Probability | 37.3% | 43.1% |

| INVENTORY | MARKET | NATIONAL INDEX |
|---|---|---|
| Existing Buildings | 23,113 | 465,330 |
| Inventory SF | 1B | 17.6B |
| Average Building SF | 44.3K | 37.7K |
| Under Construction SF | 62.9M | 508M |
| 12 Mo Delivered SF | 27.9M | 306M |

| SALES | MARKET | NATIONAL INDEX |
|---|---|---|
| 12 Mo Transactions | 1,597 | 25,801 |
| Market Sale Price/SF | $93 | $133 |
| Average Market Sale Price | $4.3M | $5.1M |
| 12 Mo Sales Volume | $1.7B | $104B |
| Market Cap Rate | 5.9% | 6.3% |

## Retail Real Estate Market

While Dallas-Fort Worth's retail segment felt an outsized impact from the pandemic and recession, the retail segment was marked by resurgent demand in 2021. By many measures, foot traffic and in-person spending picked up closer to pre-pandemic levels. And retailers, more confident, committed to more space. Even so, the virus remains an immediate threat, and current and future variants could disrupt positive momentum in the market.

Leasing activity rebounded in 2021, allowing net absorption to trend positive. . In the past year, the market logged four quarters of negative net absorption. Moveouts accelerated through 20Q4 as bankruptcies among major retailers and store closures mount. Furthermore, many national retailers based in Dallas-Fort Worth have experienced distress in 2020 due to the recession with several liquidating or recently exiting bankruptcy, including JC Penney and Pier 1. At the same time, 1.5 million SF of new space hit the market, putting the metroplex among the top markets for deliveries. Most growth is concentrated in fast-growing suburban centers and is tied directly with robust demographic growth in areas like Collin and Denton counties. The good news is developers have not over-extended themselves with new projects as they have during previous building cycles, further insulating vacancy rates during the recession.

Looking back, many national retailers based in the metroplex have experienced bankruptcy and liquidated in the past year. As a result, these retailers have vacated large amounts of pace, which have led to expanding vacancy rates. The trajectory of Dallas-Fort Worth's economy and the impact on the retail segment depends on the virus's path and how long precautions like social distancing will need to be maintained. While the labor market is steadily improving, the economic disruption disproportionately impacts workers in the leisure and hospitality segment. Based on the latest employment data through August, this segment is still below pre-pandemic levels by 6%.

# Neighborhood Analysis

## Neighborhood Boundaries

The immediate neighborhood area is generally defined by Wycliff Avenue and North Fitzhugh Avenue to the north, US-75 to the east, Woodall Rodgers Freeway to the south, and Dallas North Tollway and IH-35E to the west.

## Linkages

Primary arterial routes in the neighborhood consist of Woodall Rodgers Freeway, Dallas North Tollway, US-75, and IH-35E. Primary thoroughfares consist of Wycliff Avenue, North Fitzhugh Avenue, Avondale Avenue, Turtle Creek Boulevard, Lemmon Avenue, Blackburn Street, Oak Lawn Avenue, McKinney Avenue, Cole Avenue, North Hall Street, Douglas Avenue, Cedar Springs Road, Maple Avenue, McKinnon Street, Harry Hines Boulevard, North Pearl Street, North Field Street, and North Akard Street. Secondary streets provide adequate access to interior portions of the neighborhood. Overall, linkages to arterial routes, employment centers, retail, and educational facilities are adequate.

## Demand Generators

Neighborhood demand generators consist of the subject's location in the Turtle Creek neighborhood, proximity to the Uptown and Downtown Dallas neighborhoods, single-family housing affordability, and proximity to arterial routes.

## Development Conformity/Density

The neighborhood is made up of a compatible mix of single-family, multi-family, and commercial properties. Properties are generally in average to good condition with average maintenance levels. The neighborhood features medium development density with average conformity levels. No oversupplies were observed in the market area. No external factors having a detrimental impact on marketability or utility were observed in the neighborhood.

## Economic Life Cycle

The complementary land uses that make up neighborhoods and the homogeneous land uses within districts typically evolve through four stages:

1. Growth—a period during which the market area gains public favor and acceptance
2. Stability—a period of equilibrium without marked gains or losses
3. Decline—a period of diminishing demand
4. Revitalization—a period of renewal, redevelopment, modernization, and increasing demand

The subject neighborhood was thought to be in the **Revitalization** stage of its economic life cycle. Property values are anticipated to increase between 4 to 7 per cent per year.

# Market Area Analysis

**Area & Property Use Characteristics**

| | | | | | | | | Up | Stbl | Dn |
|---|---|---|---|---|---|---|---|---|---|---|
| Location | X | Urban | | Suburban | | Rural | Population Trend | X | | |
| Built Up ☐ Fully Dev. | X | Over 75% | | 25% to 75% | | Under 25% | Employment Trend | X | | |
| Development Pace | | Rapid | X | Steady | | Slow | Personal Income Level | | X | |
| Property Values | X | Increasing | | Stable | | Declining | Retail Sales | | X | |
| Demand/Supply | X | Shortage | | In Balance | | Over Supply | New Construction | | X | |
| Vacancy Trend | | Increasing | X | Stable | | Declining | Vacancy Trend | | X | |
| Change in Economic Base | | Likely | X | Unlikely | | Taking Place | Rental Demand | | X | |

**Land Use Trends**

| | Supply/Demand | | |
|---|---|---|---|
| **Present Land Use** | **Under** | **In Bal** | **Over** |
| 20% 1 Family | X | | |
| 35% Retail | | X | |
| 24% Multifamily | X | | |
| 20% Office | | X | |
| 0% Industrial | | X | |
| 1% Vacant | X | | |
| 100% | | | |

| **Change in Land Use** | | |
|---|---|---|
| | Likely | |
| | Not Likely | X |
| | Taking Place | |




## Turtle Creek Neighborhood

Turtle Creek is a neighborhood running along Turtle Creek and adjacent to Turtle Creek Boulevard in the Oak Lawn area of Dallas, Texas. The iconic Rosewood Mansion on Turtle Creek is located within this neighborhood, as well as The Warwick Melrose. Oak Lawn Park, Reverchon Park, and Turtle Creek Park are all public parks near the subject property. The Four Seasons Hotel and Private Residences Dallas Turtle Creek is proposed to be built adjacent to the northeast of the subject property. This development will be a 240-room, 5-star, world class hotel with 95-120 hotel-serviced luxury residences. There will also be restaurants, a health club, and a spa.

## Conclusion

No external factors were observed in the neighborhood. The neighborhood is in the "Revitalization" stage of its economic life cycle. The area remains an attractive investment market for professional office and hospitality users. Supporting commercial and residential uses are available and surrounding land uses are compatible. It is my opinion, that the neighborhood should experience continued desirability due to the solid foundation that is currently in place.

## Uptown/Turtle Creek Office Submarket Analysis

The area is one of the most sought-after parts of the metroplex, offering all of the transportation, infrastructure, and amenity advantages of a central business district but has newer stock than the neighboring Dallas CBD. The area is the premier live/work/play environment, home to over 200 restaurants and 160 shops, making it one of the most pedestrian-friendly places in Texas. Since the start of 2010, more than 10,000 apartment units have been delivered within this submarket's boundaries, among the most in any submarket in the nation. High-end apartment construction makes Uptown/Turtle Creek a more desirable employment node by bringing in new households, greater density, and higher incomes.

The submarket should continue to perform well across all metrics in the long term. Nearly 75% of the submarket's office product is 4 & 5 Star, and several buildings are considered trophy assets. In addition, the area has a stable tenant base comprised of law firms, financial firms, and other professional services companies. These factors, coupled with land constraints unique to this area, make Uptown/Turtle Creek an attractive submarket for institutional investors.

| AVAILABILITY | SUBMARKET | MARKET |
|---|---|---|
| Market Rent/SF | $44.09 | $28.37 |
| Vacancy Rate | 16.7% | 17.8% |
| Vacant SF | 2.9M | 73.4M |
| Availability Rate | 23.5% | 20.6% |
| Available SF | 4.3M | 86.5M |
| Sublet SF | 410K | 10.5M |
| Months on Market | 23.1 | 14.6 |

| DEMAND | SUBMARKET | MARKET |
|---|---|---|
| 12 Mo Net Absorption SF | 442K | 2.2M |
| 6 Mo Leasing Probability | 25.0% | 31.4% |

| INVENTORY | SUBMARKET | MARKET |
|---|---|---|
| Existing Buildings | 304 | 14,491 |
| Inventory SF | 17.6M | 413M |
| Average Building SF | 58K | 28.5K |
| Under Construction SF | 834K | 7.3M |
| 12 Mo Delivered SF | 656K | 5.7M |

| SALES | SUBMARKET | MARKET |
|---|---|---|
| 12 Mo Transactions | 29 | 1,545 |
| Market Sale Price/SF | $357 | $237 |
| Average Market Sale Price | $21.5M | $6.8M |
| 12 Mo Sales Volume | $289K | $2.8B |
| Market Cap Rate | 6.3% | 6.9% |

## Dallas CBD/Market Center Hospitality Submarket Analysis

Dallas CBD/Market Center is among the largest U.S. hotel submarkets, and contains around 20,000 rooms spread across some 97 properties. The submarket is characterized by very large hotels. The average hotel in Dallas CBD/Market Center contains 210 rooms, placing it in the top 5% of U.S. hotel submarkets.

The Dallas CBD/Market Center submarket is characterized by high-end hotels. Over half of the rooms are Luxury or Upper Upscale, a proportion found in less than 5% of U.S. submarkets (most of which are downtown areas). Likewise, the Dallas market as a whole has a larger proportion of high-end lodging than the typical U.S. market.

The occupancy rate in the Dallas CBD/Market Center hotel submarket collapsed to 12.1% in April of 2020, shortly after the onset of global pandemic that would severely impact the hospitality sector across the U.S. But with the low-point of the pandemic now in the rearview mirror, conditions are improving. Around 420,000 rooms were sold in the month of April, a massive 40.9% increase compared to the same month the prior year.

Twelve-month RevPAR in the Dallas CBD/Market Center hotel submarket was up sharply as of April, and climbed at a 132.7% year-over-year rate. That's a stronger uptick than the already impressive 87.5% increase observed in the broader Dallas market.

The pipeline is active in the Dallas CBD/Market Center submarket, and around 960 rooms (spread across several projects) are currently under construction. This marks a continuation of new development in the submarket: About 1,500 rooms delivered within the past three years, driving a sizable net inventory expansion even after factoring in a comparatively small amount of demolition activity.

Broadly speaking, Dallas CBD/Market Center is not among the more actively traded US hotel submarkets. But investment activity in the past year (7 trades) easily exceeded the submarket's three-year average.

| INVENTORY | SUBMARKET | MARKET |
|---|---|---|
| Existing Buildings | 97 ↑ | 797 ↑ |
| Avg Rooms Per Building | 210 ↓ | 122 ↓ |
| 12 Mo Delivered Rooms | 39 ↓ | 1,455 ↓ |
| 12 Mo Delivered Buildings | 1 ↓ | 14 ↓ |
| 12 Mo Opened Rooms | 83 ↓ | 1,266 ↓ |
| 12 Mo Opened Buildings | 2 ↓ | 13 ↓ |
| Under Construction Buildings | 4 ↕ | 34 ↓ |

| SALES | SUBMARKET | MARKET |
|---|---|---|
| 12 Mo Transactions | 13 ↑ | 95 ↑ |
| 12 Mo Sales Volume | $571M ↑ | $1B ↑ |
| 12 Mo Average Price Per Building | $81.6M ↑ | $33.6M ↑ |
| Market Sale Price/Room | $223K ↓ | $119K ↓ |
| Market Cap Rate | 7.4% ↑ | 8.6% ↑ |

| PERFORMANCE | SUBMARKET | MARKET |
|---|---|---|
| Occupancy | 68.5% ↑ | 70.7% ↑ |
| ADR | $184.02 ↑ | $119.14 ↑ |
| RevPAR | $126.02 ↑ | $84.19 ↑ |
| 3 Mo Occupancy | 64.6% ↑ | 67.5% ↑ |
| 3 Mo ADR | $179.50 ↑ | $114.85 ↑ |
| 3 Mo RevPAR | $115.90 ↑ | $77.49 ↑ |
| YTD Occupancy | 60.3% ↑ | 64.0% ↑ |
| YTD ADR | $176.05 ↑ | $112.12 ↑ |
| YTD RevPAR | $106.11 ↑ | $71.82 ↑ |
| 12 Mo Occupancy | 54.2% ↑ | 62.0% ↑ |
| 12 Mo ADR | $162.65 ↑ | $104.96 ↑ |
| 12 Mo RevPAR | $88.24 ↑ | $65.05 ↑ |

## Location Map



# Property Description

| Land Summary | | | | | | |
|---|---|---|---|---|---|---|
| Parcel ID | Gross Land Area (Acres) | Gross Land Area (Sq Ft) | Usable Land Area (Acres) | Excess Land Area (Acre) | Topography | Shape |
| 001031000A0040000 | 2.47 | 107,724 | 2.47 | 1.50 | Gently sloping | Irregular |

## SITE

| | |
|---|---|
| Location: | The subject property is located at the northwest corner of Turtle Creek and Dickason Avenue, in the City of Dallas, Dallas County, Texas. |
| Current Use of the Property: | Office and excess land |
| Site Size: | Total: 2.47 acres; 107,724 square feet<br><br>Usable: 2.47 acres; 107,724 square feet<br><br>Excess: 1.50 acres; 65,340 square feet |
| Shape: | The site is irregular in shape with an adequate depth-to-frontage ratio. Site shape is non-adverse. |
| Frontage/Access: | The subject property has Adequate access with frontage as follows:<br><br>• Turtle Creek Boulevard: 189 feet<br>• Dickason Avenue: 404 feet<br>• Gillespie Street: 100 feet<br><br>The site has an average depth of adequate depth-to-frontage ratio feet. The subject property is a corner lot. |
| Visibility: | Good for mixed-use development |
| Topography: | Topography is gently sloping from north to south and conducive for development. No adverse topographical issues are known to exist. |
| Soil Conditions: | The soil conditions observed at the subject appear to be typical of the region and adequate to support development. |
| Utilities: | Electricity: Public electricity<br>Sewer: City sewer |

Water: City water
Natural Gas: Private gas
Underground Utilities: All available
Adequacy: Adequate

Site Improvements:

- Street lighting
- Sidewalks
- Curb and Gutter
- The subject property features excellent quality landscaping and receives routine maintenance.
- Concrete flatwork

Flood Zone: The subject is located in an area mapped by the Federal Emergency Management Agency (FEMA). The subject is located in FEMA flood zone X, which No classified as a flood hazard area.

FEMA Map Number: 48113C0345J
FEMA Map Date: August 23, 2001

The subject is outside the 500 year flood plain. The appraiser is not an expert in this matter and is reporting data from FEMA maps.

Wetlands/Watershed: Based on a review of maps published by the National Wetlands Inventory, the subject property is not located within a wetlands area.

Environmental Issues: During the site visit, no conditions were observed that would indicate the presence or existence of hazardous substances such as petroleum leakage, asbestos, agricultural chemicals or other adverse environmental conditions. An environmental study was not provided to the appraiser. Environmental due diligence is suggested prior to any underwriting. The value stated within this report is subject to change if any hazardous substances or conditions are detected by an expert in this field. The appraisers are not qualified to detect hazardous circumstances or materials and it is specially assumed that the property is free of adverse environmental conditions. Please reference Limiting Conditions and Assumptions.

Encumbrance / Easements: The subject site is encumbered by the following easements: 1) 15-foot-wide driveway easement; 2) 3-foot-wide telephone easement; 3) City of Dallas Street easement. The easements parallel the east property boundary (non-adverse) and not have a detrimental impact on the site's utility or development potential.

Site Comments: The subject site contains 2.473 acres of gross land area. Approximately 1.5 acres is excess land area. Ingress/egress is adequate and available from Turtle Creek Boulevard, Dickason Avenue, and Gillespie Avenue. The site is afforded average visibility and exposure characteristics. Topography is downward sloping and conducive for development. The site is not adversely affected by easements or encroachments. Linkages to employment facilities, arterial routes, and housing are thought to be excellent. Overall, the subject site has good marketability and utility for mixed-use development incorporating retail, office, and multi-family land uses.

# Survey


DICKASON AVENUE
TURTLE CREEK BLVD.
GILLESPIE AVENUE
ALTA/NSPS LAND TITLE SURVEY - LOT 4, BLOCK A/1031 TURTLE CREEK OFFICE ADDITION

## IMPROVEMENTS DESCRIPTION

| | |
|---|---|
| Development/Property Name: | Single-Tenant Office Building & Excess Land Area |

**Building Summary**

| Building Name/ID | Year Built | Condition | Number of Stories | Rentable Area |
|---|---|---|---|---|
| Single-Tenant Office Building | 2004 | Good | 3.0 | 41,361 |

## GENERAL - SINGLE-TENANT OFFICE BUILDING

| | |
|---|---|
| Building Identification: | Single-Tenant Office Building |
| Building Description: | The subject property consists of two detached building structures. Building No. 1 is a three-story, excellent quality, Class C constructed, single-tenant office building (could be converted into multi-tenant). The building contains 37,270 square feet of rentable building area. Building No. 2 is a one-story and identical in construction quality containing 4,091 square feet. In all, the subject property contains a rentable building area totaling 41,361 square feet. The building improvements are further described in the ensuing pages of this report. |
| Building Class: | A |
| Construction: | Class C |
| Construction Quality: | Excellent |
| Year Built: | 2004 |
| Renovations: | Ongoing |
| Effective Age: | 15 years |
| Remaining Useful Life: | 45 |
| Condition: | Good |
| Appeal/Appearance: | Excellent |
| Areas, Ratios & Numbers: | Number of Stories: 3.00<br>Rentable Area: 41,361 |

| FOUNDATION, FRAME & EXTERIOR - SINGLE-TENANT OFFICE BUILDING | |
|---|---|
| Foundation: | The foundation is presumed to consist of reinforced concrete slab over vapor barrier and granular fill. |
| Basement/Sublevels: | 23,315 square feet; 1 sublevel(s) |
| Basement Use: | Parking |
| Structural Frame: | Masonry |
| Exterior: | Exterior walls consist of smooth-faced limestone block. Exterior accents include dormers and iron rod railing. |

| INTERIOR - SINGLE-TENANT OFFICE BUILDING | |
|---|---|
| Interior Layout: | Building No. 1's interior layout consists of parlor or waiting area, front desk reception, several private offices, conference rooms, and restrooms. Building No. 2's interior layout consist of full commercial kitchen, large meeting and assembly areas, and private offices. Overall, the interior layout is adequate and no functional obsolescence exists. |
| Floor Cover: | Floor coverings include marble, ceramic tile, wood, and commercial grade carpet. |
| Walls: | Interior walls are of wood frame construction with wood and painted gypsum wallboard surfaces; lined with wood baseboards. |
| Ceilings & Ceiling Height: | Ceiling cover consists of wood and smooth surfaced gypsum wallboard. / 12 feet |
| Lighting: | A mix of fluorescent and incandescent lighting |
| Restrooms: | Adequate supply of men’s and women’s restrooms |

| MECHANICAL SYSTEMS - SINGLE-TENANT OFFICE BUILDING | |
|---|---|
| HVAC: | The building is 100% heated and cooled. The HVAC system was reported to be in good condition and routinely serviced. |
| Electrical: | The electrical system is presumed to consist of three-phase four-wire. |
| Plumbing Condition: | The plumbing system is presumed to be in good condition. Plumbing fixtures are of excellent quality |
| Sprinkler: | The building is protected by a fire sprinkler system |

| | |
|---|---|
| Elevators/Escalators: | The building is serviced by two elevators |
| Security: | The building improvements contain video surveillance and intrusion alarm. |
| Other: | |
| Comments, Single-Tenant Office Building: | In conclusion, the building improvements are an iconic symbol in the City of Dallas, which are in the City's most prestigious neighborhood. The subject property has excellent marketability and utility. |

| **PARKING** | |
|---|---|
| Parking Type and Number of Spaces: | Type: Parking structure<br>Spaces: Adequate supply<br>Condition: Good |
| Parking Ratio: | Meets zoning regulators |

| **PROPERTY ANALYSIS** | |
|---|---|
| Design & Functional Utility: | The overall design/appeal and functional utility is rated excellent. |
| Deferred Maintenance: | None |
| Capital Improvements: | Planned capital improvements were not reported to the appraiser. The building improvements are in good condition, have been adequately maintained, and have an estimated remaining economic life 45 years. |
| Other: | |
| Comments: | The subject property is an iconic or trophy property located in Turtle Creek neighborhood. The building structure and interior finish-out feature excellent quality building materials. Overall, the subject property is a one-of-a-kind type of property and has excellent market appeal. |

# Floor Plan


GROUND FLOOR PLAN
A NEW BUILDING FOR
2999 TURTLE CREEK
DALLAS, TEXAS
SMITH, EKBLAD & ASSOCIATES, INC.
ARCHITECTS & ENGINEERS
INT-01
1722
Office
Lobby
Rotunda
Reception
Conference
Library
Breakroom
Security
Stair #2


A NEW BUILDING FOR
2999 TURTLE CREEK
DALLAS, TEXAS
SMITH, EKBLAD & ASSOCIATES, INC.
ARCHITECTS & ENGINEERS
INT-02
1722


REVISED PER CITY OF DALLAS REQUIREMENTS. 5/24/05
01 ATTIC FLOOR PLAN
01 ATTIC FLOOR PLAN
TRUE NORTH
PLAN NORTH
02 ENGINEER'S OFFICE (BASEMENT)
Breakroom
Office
03 EXIT STAIRS TO LOWER TERRACE
Upper Terrace
Lower Terrace
INT-18
2999 TURTLE CREEK
DALLAS, TEXAS
SMITH, EKBLAD & ASSOCIATES, INC.
ARCHITECTS & ENGINEERS

# Subject Photographs



Subject Exterior



Subject Exterior




Subject Exterior



Subject Exterior



Street Scene




Street Scene



Kitchen



Meeting/Assembly



Bathroom



Basement Level Garage



Conference Room




Foyer



Private office



Parlor




Private Office



Subject Interior



Subject Interior



Subject Interior

# Assessment and Taxes

**Taxing Authority** The subject's taxing jurisdictions include City of Dallas, Dallas ISD, Dallas County (including College & Hospital).

**Assessment Year** 2021

| Real Estate Assessment and Taxes | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Tax ID** | **Land** | **Improvements** | **Other** | **Total Assessment** | **City Rate** | **County Rate** | **ISD Rate** | **Tax Rate** | **Taxes** |
| 001031000A0040000 | $3,725,700 | $11,355,960 | $0 | $15,081,660 | $0.773300 | $0.616456 | $1.248235 | $2.637991 | $397,853 |
| Totals | $3,725,700 | $11,355,960 | $0 | $15,081,660 | | | | | $397,853 |

## Assessment Analysis

Based upon analysis of comparable properties, the subject projected tax liability appears reasonable for the area. The ad valorem tax charge is expected to increase in the future as the demand for increased public services within the area will have a gradual affect on the subject. According to the Dallas County Tax Office, the tax payment liability for the subject property is current.

# Zoning

| Zoning Summary | |
|---|---|
| Zoning Authority | City of Dallas |
| Zoning District | PD - Planned Development |
| Zoning Code | PD-193 |
| Zoning Type/Description | Mixed-Use |
| Current Use Legally Conforming | Yes |
| Zoning Change Requested | No |
| Zoning Data Source | City of Dallas |

## Zoning Map



# Highest and Best Use

Highest and best use may be defined as the reasonably probable and legal use of vacant land or improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value.

1. **Legally Permissible:** What uses are permitted by zoning and other legal restrictions?

2. **Physically Possible:** To what use is the site physically adaptable?

3. **Financially Feasible:** Which possible and permissible use will produce any net return to the owner of the site?

4. **Maximally Productive.** Among the feasible uses which use will produce the highest net return, (i.e., the highest present worth)?

## Highest and Best Use of the Site As Vacant

At present, the subject area is over 98% built-up. The existing inventory of vacant land sites appears to be sufficient in quantity for the short-term outlook. Under prevailing market conditions, it is estimated the highest and best use of the site "as if vacant" condition, would be for mixed use development incorporating office, multi-family and hospitality uses. Timing for development is now.

## Highest and Best Use as Improved

The subject's construction quality and condition are thought to be average to good; and it appears as though the improvements are capable of providing an adequate return to both the land and the improvements. With consideration to the foregoing, the estimated highest and best use of the subject property, in "as is" condition, is continued office development and to improve the excess land area with a mixed-use development (retail, office, hospitality). Time is now.

A reasonable marketing time estimated for the subject property is 12 months. It should be noted that exposure and marketing times are two distinct periods; exposure time ends on the date of effective date the of value and marketing time begins on the effective date of the appraisal. The most probable buyer for the subject property would be an investor.

# Valuation Methodology

Three basic approaches may be used to arrive at an estimate of market value. They are:

1. The Cost Approach
2. The Income Approach
3. The Sales Comparison Approach

## Cost Approach

The Cost Approach is summarized as follows:

Cost New
- Depreciation
<u>+ Land Value</u>
= Value

## Income Approach

The Income Approach converts the anticipated flow of future benefits (income) to a present value estimate through a capitalization and or a discounting process.

## Sales Comparison Approach

The Sales Comparison Approach compares sales of similar properties with the subject property. Each comparable sale is adjusted for its inferior or superior characteristics. The values derived from the adjusted comparable sales form a range of value for the subject. By process of correlation and analysis, a final indicated value is derived.

## Final Reconciliation

The appraisal process concludes with the Final Reconciliation of the values derived from the approaches applied for a single estimate of market value. Different properties require different means of analysis and lend themselves to one approach over the others.

## Analyses Applied

A **cost analysis** was considered and was not developed because the age of the improvements makes the depreciation difficult to accurately measure.

A **sales comparison analysis** was considered and was developed because there is adequate data to develop a value estimate and this approach reflects market behavior for this property type.

An **income analysis** was considered and was developed because the subject is an income producing property and there is adequate data to develop a value estimate with this approach.

# Sales Comparison Approach – Excess Land Valuation

The Sales Comparison Approach is based on the premise that a buyer would pay no more for a specific property than the cost of obtaining a property with the same quality, utility, and perceived benefits of ownership. It is based on the principles of supply and demand, balance, substitution and externalities. The following steps describe the applied process of the Sales Comparison Approach.

- The market in which the subject property competes is investigated; comparable sales, contracts for sale and current offerings are reviewed.
- The most pertinent data is further analyzed and the quality of the transaction is determined.
- The most meaningful unit of value for the subject property is determined.
- Each comparable sale is analyzed and where appropriate, adjusted to equate with the subject property.
- The value indication of each comparable sale is analyzed and the data reconciled for a final indication of value via the Sales Comparison Approach.

## Land Comparables

I have researched four comparables for this analysis; these are documented on the following pages followed by a location map and analysis grid. All sales have been researched through numerous sources, inspected and verified by a party to the transaction.

| Comp | Address<br>City | Date<br>Price | Acres<br>Price Per Acre | Land SF<br>Price Per Land SF |
|---|---|---|---|---|
| **Subject** | 2999 Turtle Creek Boulevard<br>Dallas | <br>-- | 1.50<br>-- | 65,340<br>-- |
| 1 | 2523 McKinney Avenue<br>Dallas | 12/1/2021<br>$33,700,000 | 1.20<br>$28,130,217 | $52,185.00<br>$645.78 |
| 2 | 2017 and 2025 Cedar Springs Road<br>Dallas | 12/9/2019<br>$9,914,000 | 0.53<br>$18,867,996 | $22,888.00<br>$433.15 |
| 3 | 1899 McKinney Avenue<br>Dallas | 3/22/2019<br>$13,047,718 | 0.45<br>$29,227,449 | $19,446.00<br>$670.97 |
| 4 | 2414-2422 North Akard Street<br>Dallas | 10/15/2018<br>$13,550,000 | 0.68<br>$19,868,035 | $29,708.00<br>$456.11 |

**Land Comparable 1**




**Transaction**

| | | | |
|---|---|---|---|
| **Address** | 2523 McKinney Avenue | **Date** | 12/1/2021 |
| **City** | Dallas | **Price** | $33,700,000 |
| **Zip** | 75204 | **Price per Acre** | $28,130,217.03 |
| **County** | Dallas | **Price Per Land SF** | $645.78 |
| **State** | TX | **Property Rights** | Fee Simple |
| **Grantor** | OR Asset Holdings LP | **Days on Market** | 183 |
| **Grantee** | Confidential | **Financing** | Cash Equivalent |
| **Tax ID** | Multiple | **Conditions of Sale** | Arm's Length |

**Site**

| | | | |
|---|---|---|---|
| **Acres** | 1.20 | **Topography** | Level |
| **Land SF** | 52,185 | **Zoning** | PD-193 & PD-9 - Planned |
| **Road Frontage** | 448 | **Flood Zone** | Zone X |
| **Shape** | Rectangular | **Encumbrance or Easement** | None adverse known to exist |
| **Utilities** | All available | **Access** | Adequate |

**Comments**

This comparable represents the sale of a 1.198-acre site located at the southwest corner of McKinney Avenue and Routh Street. The site is rectangular in shape and has a generally level topography. All utilities are available to the site. The buyer plans to develop a 251-room Marriott Autograph Collection hotel after the sale. The property addresses consist of 2523 & 2533 McKinney Avenue, 2609 Routh Street, and 2615 Routh Street. The property was improved at the time of sale with a restaurant and office that will provide interim income that will offset demolition costs. The property is currently under contract for $33,700,000, or $645.78 per square foot. Confirmation source: Appraiser's files.

**Land Comparable 2**




**Transaction**

| | | | |
|---|---|---|---|
| **Address** | 2017 and 2025 Cedar Springs Road | **Date** | 12/9/2019 |
| **City** | Dallas | **Price** | $9,914,000 |
| **Zip** | 75201 | **Price per Acre** | $18,867,996.35 |
| **County** | Dallas | **Price Per Land SF** | 433.1527438 |
| **State** | TX | **Property Rights** | Fee Simple |
| **Grantor** | Crescent Point LP/Pemco | **Days on Market** | -- |
| **Grantee** | 5th Investor T2 Development, LLC | **Financing** | Cash Equivalent |
| **Tax ID** | Multiple | **Conditions of Sale** | Arm's Length |

**Site**

| | | | |
|---|---|---|---|
| **Acres** | 0.53 | **Topography** | Level |
| **Land SF** | 22,888 | **Zoning** | PD-193 (Subdistrict 150) - Planned |
| **Road Frontage** | 471 | **Flood Zone** | Zone X |
| **Shape** | Irregular | **Encumbrance or Easement** | None adverse known to exist |
| **Utilities** | All available | **Access** | Adequate |

**Comments**

This comparable represents the acquisition of a 0.53-acre of land located at 2017 and 2025 Cedar Springs Road in Dallas, Texas. The property is triangular in shape, has generally level topography and is situated at the southwest corner of Cedar Springs Road and Olive Street in the core of the Uptown neighborhood. The site is within the large PD-193 zoning district and recently has been approved as Subdistrict 150 for the planned 230 room luxury hotel development (162,000 SF building) along with the planned underground garage. The new maximum FAR is 7.1 to 1. The site was acquired in December 2019 for a reported consideration of $9,334,000 or $407.81 per square foot. In addition, the buyer reportedly has spent $500,000 in obtaining a zoning change allowing the 7.1: to 1 FAR. The estimated cost to raze the existing older 14,548 square foot retail/office building was $80,000. These two costs were added to the contract price and totals $9,914,000 or $433.15 per square foot of land or $61.20 per square foot of planned 162,000 sq. ft. hotel's building area.

**Land Comparable 3**



**Transaction**

| | | | |
|---|---|---|---|
| **Address** | 1899 McKinney Avenue | **Date** | 3/22/2019 |
| **City** | Dallas | **Price** | $13,047,718 |
| **Zip** | 75201 | **Price per Acre** | $29,227,449.49 |
| **County** | Dallas | **Price Per Land SF** | 670.9718194 |
| **State** | TX | **Property Rights** | Fee Simple |
| **Grantor** | WC 1899 McKinney Avenue, LLC | **Days on Market** | -- |
| **Grantee** | RPC 1899 McKinney, LLC | **Financing** | Cash Equivalent |
| **Tax ID** | 1.06768E+11 | **Conditions of Sale** | Arm's Length |

**Site**

| | | | |
|---|---|---|---|
| **Acres** | 0.45 | **Topography** | Level |
| **Land SF** | 19,446 | **Zoning** | PD-193 (PDS 154) - Planned |
| **Road Frontage** | 621 | **Flood Zone** | Zone X |
| **Shape** | Irregular | **Encumbrance or Easement** | None adverse known to exist |
| **Utilities** | All available | **Access** | Adequate |

**Comments**

This comparable represents a 0.45-acre site located at 1899 McKinney Avenue, Dallas, Dallas County, Texas. The site is triangular in shape and is bordered by McKinney Avenue, Akard Street, and Saint Paul Street. The property is currently improved with a 7,953-square foot retail facility constructed in 1966. However the improvements were slated for demolition and the site is to be redeveloped into a multifamily/mixed-use project. The property features a planned development zoning designation (PD 193), and a planned development subdistrict designation of PDS 154, which allows for a variety of commercial land uses. The max FAR under the zoning designation is 16.5 : 1. The property sold in March 2019 for a reported sale price of $13,000,000. CBRE has added an approximate demolition allowance for the existing improvements of $6.00 per square foot, or $47,718, for a total consideration of $13,047,718, or $670.97 per square foot. The price per SF of potential building area is $40.66.

**Land Comparable 4**



**Transaction**

| | | | |
|---|---|---|---|
| **Address** | 2414-2422 North Akard Street | **Date** | 10/15/2018 |
| **City** | Dallas | **Price** | $13,550,000 |
| **Zip** | 75201 | **Price per Acre** | $19,868,035.19 |
| **County** | Dallas | **Price Per Land SF** | 456.1060994 |
| **State** | TX | **Property Rights** | Fee Simple |
| **Grantor** | Thiton 2414-2422 LLC | **Days on Market** | -- |
| **Grantee** | KDP Akard Development Partners | **Financing** | Cash Equivalent |
| **Tax ID** | Multiple | **Conditions of Sale** | Arm's Length |

**Site**

| | | | |
|---|---|---|---|
| **Acres** | 0.68 | **Topography** | Level |
| **Land SF** | 29,708 | **Zoning** | PD-193 (I-2) - Planned Development |
| **Road Frontage** | 666.87 | **Flood Zone** | Zone X |
| **Shape** | Irregular | **Encumbrance or Easement** | None adverse known to exist |
| **Utilities** | All available | **Access** | Adequate |

**Comments**

This represents the acquisition of a 0.682-acre redevelopment site at 2414-2422 North Akard Street in the popular Uptown neighborhood of Dallas, Texas. The site is located at the south corner of Harry Hines Boulevard and Olive Street, with additional frontage on North Akard Street and Ashland Street. The site is slightly irregular in shape with sloping topography, but is considered functional for development. It is zoned PD 193 (I-2), which allows for various uses and an attractive floor-to-area ratio (FAR) in this neighborhood of 10-to-1. The seller received three actionable offers from interested buyers intending to develop the site with office, hotel or mixed use projects. The property was acquired for the development of the proposed 300,000-square-foot, Class A+ office project known as The Link. The property reportedly sold for a contract price of $11,000,000, or $370.27 per square foot. According to the seller, there were two other contingent offers for 13% to 18% above the reported contract price. However, the lower contract price was accepted because it was an all cash, 15-day close and the buyer guaranteed to lease a future restaurant space in the proposed development to the seller, upon completion. The restaurant lease offer reportedly carried the promise of a future tenant improvement allowance in the amount of $1,000,000. The seller acknowledged these benefits resulted in a material discounting of the contract price for this buyer compared to market. To account for this discount, the appraisers have adjusted the sale price upward 15% to $12,650,000 (15% is the mid-point of the range for the other offers). Finally, at the time of sale the site was improved with an aging office, parking garage and church totaling 131,620 square feet. The cost to demolish the existing improvements was estimated using Marshall Valuation Service at $900,000 ($6.85/SF x 131,620 SF, rounded). This cost was added to the conditions-of-sale-adjusted price of $12,650,000 to derive an effective consideration for the property, as if vacant, of $13,550,000, or $456.11 per square foot. The adjusted purchase price, as if vacant, equates to $45.61 per square foot of allowable FAR.

## Comparables Map




## Analysis Grid

The above sales have been analyzed and compared with the subject property. I have considered adjustments in the areas of:

- Property Rights Sold
- Financing
- Conditions of Sale
- Market Trends
- Location
- Physical Characteristics

On the following page is a sales comparison grid displaying the subject property, the comparables and the adjustments applied.

| Land Analysis Grid | | Comp 1 | Comp 2 | Comp 3 | Comp 4 |
|---|---|---|---|---|---|
| |  |  |  |  |  |
| Address | 2999 Turtle Creek | 2523 McKinney Avenue | 2017 and 2025 Cedar Springs Road | 1899 McKinney Avenue | 2414-2422 North Akard Street |
| City | Dallas | Dallas | Dallas | Dallas | Dallas |
| State | TX | TX | TX | TX | TX |
| Date | 5/17/2022 | 12/1/2021 | 12/9/2019 | 3/22/2019 | 10/15/2018 |
| Price | -- | $33,700,000 | $9,914,000 | $13,047,718 | $13,550,000 |
| Land SF | 2 | 52,185 | 22,888 | 19,446 | 29,708 |
| Land SF Unit Price | $0.00 | $645.78 | $433.15 | $670.97 | $456.11 |
| **Transaction Adjustments** | | | | | |
| Property Rights | Fee Simple | Fee Simple 0.0% | Fee Simple 0.0% | Fee Simple 0.0% | Fee Simple 0.0% |
| Financing | Cash Equivalent | Cash Equivalent 0.0% | Cash Equivalent 0.0% | Cash Equivalent 0.0% | Cash Equivalent 0.0% |
| Conditions of Sale | Arm's Length | Arm's Length 0.0% | Arm's Length 0.0% | Arm's Length 0.0% | Arm's Length 0.0% |
| **Adjusted Land SF Unit Price** | | **$645.78** | **$433.15** | **$670.97** | **$456.11** |
| Market Trends Through 5/17/2022 | 5.0% | 2.3% | 12.6% | 16.6% | 19.1% |
| **Adjusted Land SF Unit Price** | | **$660.36** | **$487.87** | **$782.67** | **$543.39** |
| City | Dallas | Dallas | Dallas | Dallas | Dallas |
| % Adjustment | | 0% | 0% | -15% | 10% |
| $ Adjustment | | $0.00 | $0.00 | -$117.40 | $54.34 |
| Acres | 1.50 | 1.20 | 0.53 | 0.45 | 0.68 |
| % Adjustment | | 0% | 0% | 0% | 0% |
| $ Adjustment | | $0.00 | $0.00 | $0.00 | $0.00 |
| Topography | Gently sloping | Level | Level | Level | Level |
| % Adjustment | | 0% | 0% | 0% | 0% |
| $ Adjustment | | $0.00 | $0.00 | $0.00 | $0.00 |
| Shape | Irregular | Rectangular | Irregular | Irregular | Irregular |
| % Adjustment | | 0% | 0% | 0% | 0% |
| $ Adjustment | | $0.00 | $0.00 | $0.00 | $0.00 |
| Utilities | All available | All available | All available | All available | All available |
| % Adjustment | | 0% | 0% | 0% | 0% |
| $ Adjustment | | $0.00 | $0.00 | $0.00 | $0.00 |
| Zoning | PD-193 | PD-193 & PD-9 - Planned | PD-193 (Subdistrict 150) - Planned | PD-193 (PDS 154) - Planned | PD-193 (I-2) - Planned |
| % Adjustment | | 0% | 0% | 0% | 0% |
| $ Adjustment | | $0.00 | $0.00 | $0.00 | $0.00 |
| **Adjusted Land SF Unit Price** | | **$660.36** | **$487.87** | **$665.27** | **$597.73** |
| Net Adjustments | | 0.0% | 0.0% | -15.0% | 10.0% |
| Gross Adjustments | | 0.0% | 0.0% | 15.0% | 10.0% |

## Analytical Comments

A comparative analysis is the general term used to identify the process in the sales comparison approach in which quantitative and qualitative techniques are applied to comparable sales data to derive a value indication. An appraiser may use both quantitative adjustments and qualitative analysis in comparative analysis. Several techniques are available to quantify adjustments to the sale prices of comparable properties:

Data analysis techniques such as paired data analysis, grouped data analysis, and secondary data analysis

- Statistical analysis, including graphic analysis and scenario analysis
- Cost-related adjustments (cost-to-cure, depreciated cost)
- Capitalization of income differences

Qualitative analysis recognizes the inefficiencies of real estate markets and the difficulty of expressing adjustments with mathematical precision. Several techniques are available using qualitative analysis.

- Trend analysis
- Relative comparison analysis
- Ranking analysis

In analyzing the market data, I gave consideration to the features of comparison deemed most important in the market. The adjustments applied are not necessarily representative of paired data analysis and are not intended to be viewed in a precise or absolute context. Rather, they are intended to offer general insight with regard to the order of magnitude afforded each of the adjustment categories, as determined by the appraiser by virtue of my investigations into the market place.

The adjustment of comparable data is illustrated in tabular format on the following page of this report. After reviewing the adjustment data table, narrative comments describing the adjustments applied, in addition to specific traits deemed noteworthy among the individual data items, are provided.

## Comparable Land Sale Adjustments

### Property Rights

As each of the comparable land sales involved the sale of a fee simple interest, no adjustment for property rights conveyed was necessary since this is the same circumstance applying to the subject property.

### Financing

Since the terms of financing can affect the overall sale price of a given market transaction, at times it becomes necessary to adjust for certain differences in financing arrangements. The value estimate in this report is based on a cash sale to the seller, typically using institutional financing at the appropriate loan-to-value ratio and interest rate. Owner financing and/or special terms tend to drive the sale price upward due to favorable incentives including non-recourse loans, low down payments, superior interest rates and payment schedules.

The financing arrangements for the comparable properties are analyzed and adjusted to cash equivalency if needed. All of the sales were reportedly sold for cash equivalent terms or cash to seller, therefore, no adjustments for financing were deemed necessary for this analysis.

### Conditions of Sale

The sales used are required to be arms-length transactions since the personal motivations of buyers and sellers are difficult to estimate. Market-based adjustments are inaccurate if applied to sale prices manipulated by “interested” parties. Downward adjustments are necessary if the buyer paid a premium for assemblage purposes. Upward adjustments would be required if a buyer liquidated a property with a shortened marketing time (in order to raise cash or dispose of a non-performing asset).

Each of the comparable sales utilized in this analysis was reported to be an arms-length transaction. Therefore, adjustment consideration based upon conditions of sale was not warranted.

### Economic Trends/Market Conditions

Market conditions often change between the sale dates of the comparables and the effective date of the appraisal. These conditions tend to vary with respect to the local and regional business climate, sub-market demand levels, population and employment growth, and the inflation rate. It should be noted that the adjustments made to the comparable sales, if required, are based upon market conditions, and not time itself. Therefore, if market conditions have remained unchanged and although the elapsed time is sometimes considerable, adjustment would not be warranted. All the comparables transpired in inferior market conditions and upward adjustment consideration was warranted.

## City/Location

Location adjustments take into consideration the relation of the tract to nearby roadways, surrounding land uses and the overall analysis of the immediate area. The accessibility characteristics of any parcel to have a direct effect on property value. The proximity to major area transportation routes and the conformity and quality of surrounding development are other variables, which may affect property value. Each of these locational variables is examined in this analysis.

The subject property is in the prestigious Uptown/Turtle Creek Neighborhood. Sale 3 is superior in location due to its micro-locale (more densely developed area in Uptown adjacent to Victory Park) and warranted downward adjustment consideration.

## Acres/Size

Typically, adjustments on size differences were based on the premise that a purchaser would pay more per square foot for a smaller parcel than for a comparable, but larger tract. This is true when the purchaser has the knowledge that all other factors were equal and the size differences have a relative percentage variation.

In redeveloping urban areas similar to the subject this premise can be skewed due to assemblage of smaller sites for future development. Larger tracts in these areas can be more desirable due to the fact that assemblage of smaller sites is not necessary; therefore, adjustment consideration was not warranted.

## Topography

Topography conditions included are land's contour, grades, drainage adequacies, and general physical usability. The subject's topography is sloping and conducive for development. The comparable were similar and adjustment consideration was not warranted.

## Shape

The subject lot is irregular in shape with an adequate depth-to-frontage ratio (non-adverse). The comparables are similar in shape and adjustment consideration was not warranted.

## Zoning

The vast majority of cities and municipalities have some form of zoning ordinances and plans, which dictate what development can occur on a parcel. The various ordinances are usually a part of a larger comprehensive zoning plan or master plan established for the citywide area. Site plan approval is required in many cities, which allows the zoning board an opportunity to see the proposed development. Zoning of particular sites or parcels is based upon long-term development goals, master plans and conformity to existing development or land use patterns.

Deed or private restrictions can also be placed on parcels of land. These restrictions require certain types of uses and can prohibit types of construction, design and building codes. Changes in existing zoning ordinances are considered when there is a reasonable probability that a change would be granted. Re-zoning is frequently due to long-term changes in land use and/or shifting economic and social forces.

The subject is approved for mixed-use development. As near-term use is evident for the subject property (due to increasing demand levels), development is projected for the near future. Therefore, the appraisers have confirmed recent land transactions in the subject area with similar development potential as the subject tract.

The comparables possess a zoning designation that is similar to the subject in permitted uses and development density. Therefore, adjustments for zoning were not warranted for these comparable sales.

### Utilities

The subject property has all municipal utilities available in adequate capacity for development. The comparables were similar and adjustment consideration was not warranted.

## Sales Comparison Approach Conclusion – Excess Land Valuation

The comparables reveal an adjusted unit value range of $487.87 to $665.27 per square foot. The average adjusted unit value was calculated to be $602.81 per square foot and the median was $629.05. All of the comparables were given equal consideration; therefore, the central tendencies of the data were relied on in the final correlation to value.

| **Land Value Ranges & Reconciled Value** | | | |
|---|---|---|---|
| **Number of Comparables: 4** | **Unadjusted** | **Adjusted** | **% Δ** |
| **Low:** | $433.15 | $561.06 | 30% |
| **High:** | $670.97 | $665.27 | -1% |
| **Average:** | $551.50 | $621.11 | 13% |
| **Median:** | $550.94 | $629.05 | 14% |
| **Reconciled Value/Unit Value:** | | $620.00 | land sf |
| **Subject Size:** | | 65,340.00 | |
| **Indicated Value:** | | $40,510,800 | |
| **Reconciled Final Value:** | | **$40,000,000** | |
| | **Forty Million Dollars** | | |

# Sales Comparison Approach

The Sales Comparison Approach is based on the premise that a buyer would pay no more for a specific property than the cost of obtaining a property with the same quality, utility, and perceived benefits of ownership. It is based on the principles of supply and demand, balance, substitution and externalities. The following steps describe the applied process of the Sales Comparison Approach.

- The market in which the subject property competes is investigated; comparable sales, contracts for sale and current offerings are reviewed.
- The most pertinent data is further analyzed and the quality of the transaction is determined.
- The most meaningful unit of value for the subject property is determined.
- Each comparable sale is analyzed and where appropriate, adjusted to equate with the subject property.
- The value indication of each comparable sale is analyzed and the data reconciled for a final indication of value via the Sales Comparison Approach.

## Comparables

I have researched four comparables for this analysis; these are documented on the following pages followed by a location map and analysis grid. All sales have been researched through numerous sources, inspected and verified by a party to the transaction. **The subject is prestigious asset and would attract regional and global investors. The appraiser was required to include comparable sales nationwide of similar buildings located in highly desired neighborhoods in their MSA's due to the limited supply of comparable data in the immediate area.**

| Comp | Address<br>City | Grantor<br>Grantee | Price<br>Date | Price Per SF<br>GBA | Rentable Area<br>Year Built | Quality<br>Construction |
|---|---|---|---|---|---|---|
| **Subject** | 2999 Turtle Creek Boulevard<br>Dallas | | -- | --<br>41,361 | 41,361.00<br>2004 | Excellent<br>Class C |
| 1 | 405 West 14th Street<br>Austin | 405 West 14th Street, LLC<br>Same Same, LLC | $4,800,000<br>4/12/2022 | $1,570.68<br>3,056 | 3,056<br>1965 | Average<br>Class D |
| 2 | 250 Fillmore Street<br>Denver | Civica Office, LLC<br>MEC Fillmore Cherry Creek, LLC | $108,000,000<br>9/27/2021 | $888.89<br>121,500 | 121,500<br>2018 | Good<br>Class A |
| 3 | 180 Royal Palm Way<br>Palm Beach Florida | PEMS Partnership, Ltd<br>Frisbie Group | $17,783,021<br>12/28/2020 | $911.95<br>19,500 | 19,500<br>1971 | Average<br>Class C |
| 4 | 213 3rd Avenue North<br>Nashville | NA<br>NA | $16,680,000<br>Listing | $1,150.34<br>14,500 | 14,500<br>1890 | Excellent<br>Class C |

**Comparable 1**



**Transaction**

| | | | |
|---|---|---|---|
| **Address** | 405 West 14th Street | **Date** | 4/12/2022 |
| **City** | Austin | **Price** | $4,800,000 |
| **Zip** | 78701 | **Price Per SF** | $1,570.68 |
| **County** | Travis | **Transaction Type** | Closed Sale |
| **State** | TX | **Financing** | Cash Equivalent |
| **Grantor** | 405 West 14th Street, LLC | **Property Rights** | Fee Simple |
| **Grantee** | Same Same, LLC | **Days on Market** | 261 |
| **Tax ID** | 199801 | **Book/Page or Reference Doc** | Not yet recorded online |

**Site**

| | | | |
|---|---|---|---|
| **Acres** | 0.20 | **Topography** | Level |
| **Land SF** | 8,712 | **Zoning** | SF-3-NP |
| **Road Frontage** | Average | **FAR** | 0.350780533 |
| **Shape** | Rectangular | **Land To Building Ratio** | 2.85078534 |
| **Utilities** | All available | **Access** | Adequate |

**Improvements & Financial Data**

| | | | |
|---|---|---|---|
| **Property Type** | Office Building | **PGI** | $321,120 |
| **Rentable Area** | 3,056 | **EGI** | $314,698 |
| **Quality** | Average | **Expense Ratio** | 20.65% |
| **Year Built** | 1965 | **NOI** | $249,698 |
| **Condition** | Good | **Cap Rate** | 5.20% |
| **Renovations** | Recent | **NOI Per RA SF** | $81.71 |

**Comments**

This is an owner-user purchase of a single-tenant office located in Downtown Austin, Texas. Median household income in the immediate area is reported to be $127,782 per year. The building was 100% remodeled and is good condition and located in Downtown, Austin near the University of Texas College Campus. No unusual conditions of sale were known to exist. Confirmation sources: CoStar, county records, and Sotheby's International Realty (210.477.9418).

**Comparable 2**



**Transaction**

| | | | |
|---|---|---|---|
| **Address** | 250 Fillmore Street | **Date** | 9/27/2021 |
| **City** | Denver | **Price** | $108,000,000 |
| **Zip** | 80206 | **Price Per SF** | $888.89 |
| **County** | Denver | **Transaction Type** | Closed Sale |
| **State** | CO | **Financing** | Cash Equivalent |
| **Grantor** | Civica Office, LLC | **Property Rights** | Leased Fee |
| **Grantee** | MEC Fillmore Cherry Creek, | **Days on Market** | NA |
| **Tax ID** | NA | **Book/Page or Reference Doc** | 183067 |

**Site**

| | | | |
|---|---|---|---|
| **Acres** | 0.57 | **Topography** | Level |
| **Land SF** | 24,829 | **Zoning** | CCN7 |
| **Road Frontage** | Average | **FAR** | 4.89 |
| **Shape** | Rectangular | **Land To Building Ratio** | 0.20 |
| **Utilities** | All available | **Access** | Adequate; unrestricted |

**Improvements & Financial Data**

| | | | |
|---|---|---|---|
| **Property Type** | Office Building | **PGI** | $7,375,000 |
| **Rentable Area** | 121,500 | **EGI** | $7,231,630 |
| **Quality** | Good | **Expense Ratio** | 31.34% |
| **Year Built** | 2018 | **NOI** | $4,965,260 |
| **Condition** | Good | **Cap Rate** | 4.60% |
| **Renovations** | None | **NOI Per RA SF** | $40.87 |

**Comments**

This is an investor purchase of a multi-tenant office building located in the prestigious Cherry Creek neighborhood in the City of Denver, Colorado. Median household income in the immediate area is reported to be $110,988 per year. The building was 96.9% occupied at the date of sale. The in-place capitalization rate was reported to be 4.60%. This transaction represents the sale of a seven-story, 117,235 SF multi-tenant Class A office building situated on a .56-acre parcel located in the Cherry Creek neighborhood of Denver. The building delivered in 2018, with features that include touchless fixtures and efficient HVAC systems, floor to ceiling glass that adjusts to the sun for shade or natural light, and amenities that include a Great Room with fireside lounge, private wine cellar, rooftop terrace, and underground executive parking. The building is LEED Silver certified. Occupancy at the time of sale was 96% with 13 tenants that include Spaces, Capitol Peak Partners, and Front Range Capital Partners , with 8.2 years WALT. The reported cap rate is based on the in-place income and expenses. Confirmation sources: CoStar, county records, and JLL (303.515.8026).

**Comparable 3**



**Transaction**

| | | | |
|---|---|---|---|
| **Address** | 180 Royal Palm Way | **Date** | 12/28/2020 |
| **City** | Palm Beach Florida | **Price** | $17,783,021 |
| **Zip** | 33480 | **Price Per SF** | $911.95 |
| **County** | Palm Beach | **Transaction Type** | Closed Sale |
| **State** | FL | **Financing** | Cash Equivalent |
| **Grantor** | PEMS Partnership, Ltd | **Property Rights** | Leased Fee |
| **Grantee** | Frisbie Group | **Days on Market** | NA |
| **Tax ID** | 50-43-43-23-05-026-0340 | **Book/Page or Reference Doc** | 32057/00582 |

**Site**

| | | | |
|---|---|---|---|
| **Acres** | 0.46 | **Topography** | Level |
| **Land SF** | 20,038 | **Zoning** | C-TS |
| **Road Frontage** | Average | **FAR** | 0.97 |
| **Shape** | Rectangular | **Land To Building Ratio** | 1.03 |
| **Utilities** | All available | **Access** | Adequate; unrestricted |

**Improvements & Financial Data**

| | | | |
|---|---|---|---|
| **Property Type** | Office Building | **PGI** | $995,250 |
| **Rentable Area** | 19,500 | **EGI** | $965,392 |
| **Quality** | Good | **Expense Ratio** | 20.72% |
| **Year Built** | 1971 | **NOI** | $765,392 |
| **Condition** | Average | **Cap Rate** | 4.30% |
| **Renovations** | Recent | **NOI Per RA SF** | $39.25 |

**Comments**

This is an investor purchase of a multi-tenant office building located in the heart of the prestigious Palm Beach Island's Financial District. Median household income in the area is reported to be $141,328 per year. The purchase included an additional property identified as 301-305 South County Road, Palm Beach, Florida. The total purchase price was $26,000,000; the allocated price for 180 Royal Palm Way was reported to be $17,783,021. The building was reported to be a stabilized occupancy at the date of sale. The property was purchased by the Frisbie Group, which is a private real estate investment firm based in Palm Beach, Florida, specializing in the revitalization of prime real estate assets in strategic locations. Focusing on innovative investment strategies, FG strives to not only create value at the asset level, but also enhance the surrounding community. This concept of placemaking is central to our investment philosophy, and serves as a strong driver behind the enthusiasm to partner with world-class architects and designers to proactively re-envision our communities so they are safely positioned for future generations. Employing fundamental analysis, FG identifies opportunistic and value-add properties backed by market leading research and data. With a vertically integrated platform, FG successfully operates with in-house expertise dedicated to acquisitions, asset management, design, construction management, sales, branding, marketing, and communications. Confirmation sources: CoStar, county records, and Frisbie Group (561.717.9803).

**Comparable 4**



**Transaction**

| | | | |
|---|---|---|---|
| **Address** | 213 3rd Avenue North | **Date** | NA |
| **City** | Nashville | **Price** | $16,680,000 |
| **Zip** | 37201 | **Price Per SF** | $1,150.34 |
| **County** | Davidson | **Transaction Type** | Listing |
| **State** | TN | **Financing** | Presumed Cash |
| **Grantor** | NA | **Property Rights** | Fee Simple |
| **Grantee** | NA | **Days on Market** | NA |
| **Tax ID** | NA | **Book/Page or Reference Doc** | NA |

**Site**

| | | | |
|---|---|---|---|
| **Acres** | 0.12 | **Topography** | Gently sloping |
| **Land SF** | 5,227 | **Zoning** | NA |
| **Road Frontage** | Average | **FAR** | 2.77 |
| **Shape** | Rectangular | **Land To Building Ratio** | 0.36 |
| **Utilities** | All available | **Access** | Adequate; unrestricted |

**Improvements & Financial Data**

| | | | |
|---|---|---|---|
| **Property Type** | Mixed Use | **PGI** | $1,087,500 |
| **Rentable Area** | 14,500 | **EGI** | $1,065,750 |
| **Quality** | Excellent | **Expense Ratio** | 21.06% |
| **Year Built** | 1890 | **NOI** | $841,250 |
| **Condition** | Good | **Cap Rate** | 5.04% |
| **Renovations** | Recent | **NOI Per RA SF** | $58.02 |

**Comments**

This is a market listing for a mixed-use building (office/single-family) located in the historic downtown neighborhood of Nashville, Tennessee. Median household income in the immediate area is reported to be $87,931 per year. This property is a rare opportunity to acquire a historic building situated in the heart of Downtown Nashville, Tennessee. The property features ± 14,500 gross building area of mixed-use space, currently configured as both a commercial and residential property. The property represents an attractive opportunity for an investor to have multiple STR properties or maintain as a premier personal residence. The current zoning provides an investor a multitude of options to reconfigure the building into different uses, or add an additional three levels in order to maximize density. The current zoning allowances (MUIA) provide an investor a multitude of options to reconfigure the building into different uses, or add an additional Confirmation sources: CoStar and Core Real Estate (615.278.6576).

## Comparables Map




## Analysis Grid

The above sales have been analyzed and compared with the subject property. I have considered adjustments in the areas of:

- Property Rights Sold
- Financing
- Conditions of Sale
- Market Trends
- Location
- Physical Characteristics

On the following page is a sales comparison grid displaying the subject property, the comparables and the adjustments applied.

## Analytical Comments

A comparative analysis is the general term used to identify the process in the sales comparison approach in which quantitative and qualitative techniques are applied to comparable sales data to derive a value indication. An appraiser may use both quantitative adjustments and qualitative analysis in comparative analysis. Several techniques are available to quantify adjustments to the sale prices of comparable properties:

Data analysis techniques such as paired data analysis, grouped data analysis, and secondary data analysis

- Statistical analysis, including graphic analysis and scenario analysis
- Cost-related adjustments (cost-to-cure, depreciated cost)
- Capitalization of income differences

Qualitative analysis recognizes the inefficiencies of real estate markets and the difficulty of expressing adjustments with mathematical precision. Several techniques are available using qualitative analysis.

- Trend analysis
- Relative comparison analysis
- Ranking analysis

In analyzing the market data, I gave consideration to the features of comparison deemed most important in the market. The adjustments applied are not necessarily representative of paired data analysis and are not intended to be viewed in a precise or absolute context. Rather, they are intended to offer general insight with regard to the order of magnitude afforded each of the adjustment categories, as determined by the appraiser by virtue of my investigations into the market place.

The adjustment of comparable data is illustrated in tabular format on the following page of this report. After reviewing the adjustment data table, narrative comments describing the adjustments applied, in addition to specific traits deemed noteworthy among the individual data items, are provided.

| Analysis Grid | | Comp 1 | | Comp 2 | | Comp 3 | | Comp 4 | |
|---|---|---|---|---|---|---|---|---|---|
| |  |  | |  | |  | |  | |
| Address | 2999 Turtle Creek | 405 West 14th Street | | 250 Fillmore Street | | 180 Royal Palm Way | | 213 3rd Avenue North | |
| City | Dallas | Austin | | Denver | | Palm Beach Florida | | Nashville | |
| State | TX | TX | | CO | | FL | | TN | |
| Date | 5/17/2022 | 4/12/2022 | | 9/27/2021 | | 12/28/2020 | | 1/0/1900 | |
| Price | -- | $4,800,000 | | $108,000,000 | | $17,783,021 | | $16,680,000 | |
| GBA | 41,361 | 3,056 | | 121,500 | | 19,500 | | 14,500 | |
| Price Per SF | $0.00 | $1,570.68 | | $888.89 | | $911.95 | | $1,150.34 | |
| **Transaction Adjustments** | | | | | | | | | |
| Property Rights | Leased Fee | Fee Simple | 0.0% | Leased Fee | 0.0% | Leased Fee | 0.0% | Fee Simple | 0.0% |
| Financing | Conventional | Cash Equivalent | 0.0% | Cash Equivalent | 0.0% | Cash Equivalent | 0.0% | Presumed Cash Equivalent | 0.0% |
| Conditions of Sale | Cash | Arm's Length | 0.0% | Arm's Length | 0.0% | Arm's Length | 0.0% | Presumed Arm's Length | -10.0% |
| **Adjusted Price/SF** | | **$1,570.68** | | **$888.89** | | **$911.95** | | **$1,035.31** | |
| Market Trends Through 5/17/2022 | 5.0% | 0.5% | | 3.1% | | 7.0% | | 0.0% | |
| **Adjusted Price/SF** | | **$1,578.05** | | **$916.89** | | **$975.64** | | **$1,035.31** | |
| City | Dallas | Austin | | Denver | | Palm Beach Florida | | Nashville | |
| % Adjustment | | 0% | | 0% | | -5% | | 0% | |
| $ Adjustment | | $0.00 | | $0.00 | | -$48.78 | | $0.00 | |
| Visibility | Average | Average | | Average | | Average | | Average | |
| % Adjustment | | 0% | | 0% | | 0% | | 0% | |
| $ Adjustment | | $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| Year Built | 2004/Good | 1965/Good | | 2018/Good | | 19781/Average | | 1890/Good | |
| % Adjustment | | 0% | | -5% | | 20% | | 25% | |
| $ Adjustment | | $0.00 | | -$45.84 | | $195.13 | | $258.83 | |
| Quality | Excellent | Good | | Good | | Good | | Excellent | |
| % Adjustment | | 25% | | 25% | | 25% | | 0% | |
| $ Adjustment | | $394.51 | | $229.22 | | $243.91 | | $0.00 | |
| Rentable Area | 41,361 | 3,056 | | 121,500 | | 19,500 | | 14,500 | |
| % Adjustment | | -20% | | 5% | | 0% | | 0% | |
| $ Adjustment | | -$315.61 | | $45.84 | | $0.00 | | $0.00 | |
| Land To Building Ratio | 1.02 | 2.85 | | 0.20 | | 1.03 | | 0.36 | |
| % Adjustment | | -10% | | 10% | | 0% | | 10% | |
| $ Adjustment | | -$157.80 | | $91.69 | | $0.00 | | $103.53 | |
| **Adjusted Price/SF** | | **$1,499.14** | | **$1,237.80** | | **$1,365.89** | | **$1,397.67** | |
| Net Adjustments | | -5.0% | | 35.0% | | 40.0% | | 35.0% | |
| Gross Adjustments | | 55.0% | | 45.0% | | 50.0% | | 35.0% | |

# Comparable Sale Adjustments

## Property Rights

Each of the comparable building sales involved the sale of the leased fee interest or fee simple interest, with no leasehold or partial interests. There was no data apparent in the market to warrant an adjustment for property rights conveyed.

## Financing

The financing arrangements for the comparable properties are analyzed and adjusted to cash equivalency, if needed. Since the value estimate for the subject property is based on a cash to seller transaction, adjustment consideration is necessary when the financing terms of the comparable sales appear to have significantly influenced their sale price.

Real estate transactions are typically done on a cash to seller basis, with the buyer obtaining third party financing. Owner financing that includes special terms tends to drive the sale price upward. Favorable incentives which could influence value include non-recourse loans, low equity down payments, superior interest rates, and flexible payment schedules. In this analysis, each of the sales utilized were reportedly cash to seller transactions. Therefore, adjustment consideration based upon financing terms was not necessary.

## Conditions of Sale

This adjustment category reflects the motivation of the buyer and seller involved in the transaction of real estate. The comparable sales used in the analysis should represent arms-length transactions, since the personal or non-market motivations of buyers and sellers are difficult to estimate. Market-based adjustments are inaccurate if applied to sale prices manipulated by "interested" parties. Downward adjustments are necessary if the buyer paid a premium for assemblage purposes. Upward adjustments would be required if a buyer liquidated a property with a shortened marketing time (in order to raise cash or dispose of a non-performing asset). The comparables were reported to be arm's length transactions and adjustment consideration was not warranted. Sale 4 is a listing and adjusted downward to reflect an allowance for sale negotiation.

## Economic Trends/Market Conditions

Market conditions often change between the sale dates of the comparables and the effective date of the appraisal. These conditions tend to vary with respect to the local and regional business climate, sub-market demand levels, population and employment growth, and the inflation rate. It should be noted that the adjustments made to the comparable sales, if required, are based upon market conditions, and not time itself. Therefore, if market conditions have remained unchanged and although the elapsed time is sometimes considerable, adjustment would not be warranted. All the comparables transpired in inferior market conditions and upward adjustment consideration was warranted.

## City/Location

Location adjustments take into consideration the relation of the tract to nearby roadways, surrounding land uses and the overall analysis of the immediate area. The accessibility characteristics of any parcel to have a direct effect on property value. The proximity to major area transportation routes and the conformity and quality of surrounding development are other variables, which may affect property value. Each of these locational variables is examined in this analysis.

The subject property is in the prestigious Uptown/Turtle Creek Neighborhood. Sale 3 is superior in location due to its demographics and superior micro-locale characteristics; therefore, downward adjustment consideration was warranted.

## Visibility

The subject property is afforded good visibility and exposure characteristics office usage. Traffic counts are reported to be 15,000 to 20,000 cars per day. The comparables were thought to be similar and adjustment consideration was not warranted.

## Year Built/Condition

Typically, physical depreciation and the resultant loss of aesthetic appeal causes older buildings to have a lower value than newer buildings, all else being equal. By deducting an allocation for land value, the comparative loss or gain in value due to physical condition of the improvements can be estimated. The age/condition adjustment is also based upon the direct comparison of market sales data.

The subject improvements were constructed in 2004 and considered to be in good condition. Based on a comparison of effective ages, Sales 3 and 4 are inferior and upward adjustment consideration was warranted. Sale 2 is superior and downward adjustment consideration was warranted.

## Quality/Interior Finish-Out

The subject property is an excellent quality, Class C building structure. Sales 1-3 are good quality structures, inferior in quality, and warranted upward adjustment consideration.

## Rentable Area

The subject property contains 41,361 square feet of rentable area. On a price per square foot basis, Sale 1 is smaller than the subject and warranted downward adjustment consideration. Sale 2 is larger and warranted upward adjustment consideration.

## Land to Building Ratio

The subject's land to building ratio was calculated to be 1.02/1:00 (primary site area only). Sale 1 was superior when compared to the subject and upward adjustment consideration was warranted. Sale 2 was inferior when compared to the subject and upward adjustment consideration was warranted.

## Sales Comparison Approach Conclusion

The comparables reveal an adjusted unit value range of $1,237.80 to $1,499.14 per square foot. The average adjusted unit value was calculated to be $1,375.13 per square foot and the median was $1,381.78. per square foot. All of the comparables were given equal consideration in estimating market value for the subject property; therefore, the central tendencies of the data were relied on in the final correlation to value.

| Value Ranges & Reconciled Value | | | | |
|---|---|---|---|---|
| **Number of Comps:** | **4** | **Unadjusted** | **Adjusted** | **% Δ** |
| | **Low:** | $888.89 | $1,237.80 | 39% |
| | **High:** | $1,570.68 | $1,499.14 | -5% |
| | **Average:** | $1,130.47 | $1,375.13 | 22% |
| | **Median:** | $1,031.15 | $1,381.78 | 34% |
| | **Reconciled Value/Unit Value:** | | $1,400.00 | |
| | **Subject Size:** | | 41,361 | |
| | **Indicated Value:** | | $57,905,400 | |
| | **Reconciled Final Value:** | | **$57,900,000** | |
| **Fifty Seven Million Nine Hundred Thousand Dollars** | | | | |

# Income Approach

The Income Approach to value is based on the present worth of the future rights to income. This type of analysis considers the property from an investor's point of view, the basic premise being that the amount and quality of the income stream are the basis for value of the property.

## Direct Capitalization Analysis

The steps involved in capitalizing the subject's net operating income are as follows:

- Develop the subject's Potential Gross Income (PGI) through analysis of the subject's actual historic income and an analysis of competitive current market income rates.
- Estimate and deduct vacancy and collection losses to develop the Effective Gross Income (EGI).
- Develop and subtract operating expenses to derive the Net Operating Income (NOI).
- Develop the appropriate capitalization rate ($R_o$).
- Divide the net operating income by the capitalization rate for an estimate of value through the income approach.

## Potential Gross Income (PGI)

### Current Contract Income

The subject's lease commenced October 1, 2019 and expired April 30, 2022. The base rent was reported to be $2,688,465 or $65.00 per square foot. The tenant exercised their option to extend the term of the lease from May 1, 2022 to April 30, 2026. The base rent in the option period was reported to be $3,159,980 or $76.40 per square foot.

| Income Summary | | | |
|---|---|---|---|
| | Appraisal | | |
| Unit/Space Type | Amount | $/SF | $/Unit |
| Large Office | $3,159,980 | $76.40 | $3,159,980 |
| **Totals** | **$3,159,980** | **$76.40** | **$3,159,980** |

## Space Types & Occupancy

The following table details the space types we have defined for the subject, and current occupancy. The subject is a single tenant building, but could easily be converted for multi-tenant occupancy.

| Space Type | Units/ Tenants | SF Total | % of Total | SF Leased | SF Vacant | % Vacant |
|---|---|---|---|---|---|---|
| Large Office | 1 | 41,361 | 100.0% | 41,361 | 0 | 0.0% |
| Totals | 1 | 41,361 | 100.0% | 41,361 | 0 | 0.0% |

## Lease Structure

The subject is leased on a triple-net expense basis. The tenant is responsible for all real estate taxes, common area maintenance/repairs, and insurance. The remaining property expenses are paid by the property owner.

## Rent Roll

The following rent roll details the current occupancy and rent status on a unit by unit basis.

| Rent Roll<br>Tenant/Lessee | Space Type | No. of<br>Units | SF | % of<br>Total | Lease Date<br>Start | Lease Date<br>End | Lease<br>Term | Lease<br>Type | Contract<br>Rent* | Contract<br>Rent/SF | Asking $<br>Rent/SF | Market<br>Rent | Cntr./Ask<br>Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENOCH Investments, LLC | Large Office | 1 | 41,361 | 100.0% | 5/1/2022 | 4/30/2026 | 47.99 Mos. | Triple-Net | $3,159,980 | $76.40 | | $76.40 | 0% |
| | Totals | 1 | 41,361 | 100.0% | | | | Total | $3,159,980 | $76.40 | | | |
| | Leased | 1 | 41,361 | 100.0% | | | | Total Commercial | $3,159,980 | $76.40 | Rent/SF/Year | | |
| | Vacant | 0 | 0 | 0.0% | | | | Total Multifamily | $0 | $0.00 | | | |

*Contract Rent = Annualized rent as of appraisal date

Rent per SF for occupied space

# Market Rent

## Market Rent Comparables

I have researched three comparables for this analysis; these are documented on the following pages followed by a location map and analysis grid. All sales have been researched through numerous sources, inspected and verified by a party to the transaction.

| Comp # | Address<br>City/State | Year Built<br>Condition | Date | Lease Term | Lease Type | SF | Base Rent/SF |
|---|---|---|---|---|---|---|---|
| 1 | 3107-3119 Knox Street<br>Dallas, TX | 2010<br>Good | 9/1/2018 | 7-Years | Triple-Net | 800 | $58.00 |
| 2 | 2401 Cedar Springs<br>Dallas, TX | 1987/Renovated<br>Good | 8/22/2021 | 10-Years | Triple-Net | 8,500 | $50.00 |
| 3 | 3819 Maple Avenue<br>Dallas, TX | 1913<br>Good | Listing | 3-10 Years | Triple-Net | Neogtiable | $100.00 |

**Lease Comparable 1**




| Location | | Building | |
|---|---|---|---|
| **Address** | 3107-3119 Knox Street | **Year Built** | 2010 |
| **City** | Dallas | **Condition** | Good |
| **Zip** | 75204 | **No. of Buildings** | 1 |
| **County** | Dallas | **Quality** | Good |
| **State** | TX | **Rentable Area** | 14,000 |
| **Property Major Type** | Office | **Design Appeal** | Good |
| **Property Type** | Office Building | **Vacancy** | 0.0% |

**Leases**

| Tenant | Size | Base Rent/SF | Type | Date | Term |
|---|---|---|---|---|---|
| Confidential | 800 | $58.00 | Triple-Net | 9/1/2018 | 7-Years |

**Comments**

This is contract lease information pertaining to a mixed-use building located in Dallas, Texas (Park Cities). The tenant was provided second floor office space in shell condition. Tenant finish allowance was not reported to the appraiser. Sources: CoStar and III Realty Partners (214-614-8464).

**Lease Comparable 2**



| Location | | Building | |
|---|---|---|---|
| **Address** | 2401 Cedar Springs | **Year Built** | 1987/Renovated |
| **City** | Dallas | **Condition** | Good |
| **Zip** | 75201 | **No. of Buildings** | 1 |
| **County** | Dallas | **Quality** | Good |
| **State** | TX | **Rentable Area** | 170,000 |
| **Property Major Type** | Office | **Design Appeal** | Good |
| **Property Type** | Office Building | **Vacancy** | 25.0% |

**Leases**

| Tenant | Size | Base Rent/SF | Type | Date | Term |
|---|---|---|---|---|---|
| Nun Steakhouse | 8,500 | $50.00 | Triple-Net | 8/22/2021 | 10-Years |

**Comments**

This is contract lease information pertaining to a Class A office building in Uptown/Turtle Creek Neighborhood of the City of Dallas. The tenant was not provided abated rent or tenant finish allowance. Source: CompStak and confidential source (retained in work file).

**Lease Comparable 3**



| Location | | Building | |
|---|---|---|---|
| **Address** | 3819 Maple Avenue | **Year Built** | 1913 |
| **City** | Dallas | **Condition** | Good |
| **Zip** | 75219 | **No. of Buildings** | 9 |
| **County** | Dallas | **Quality** | Excellent |
| **State** | TX | **Rentable Area** | 70,000 |
| **Property Major Type** | Office | **Design Appeal** | Excellent |
| **Property Type** | Office Building | **Vacancy** | Confidential |

**Leases**

| Tenant | Size | Base Rent/SF | Type | Date | Term |
|---|---|---|---|---|---|
| Market Listing | Negotiable | $100.00 | Triple-Net | 1/0/1900 | 3-10 Years |

**Comments**

This is listing information pertaining to a prestigious or trophy type office development located in the Uptown/Turtle Creek neighborhood of Dallas, Texas. Tenants are provided second generation office space without TI allowance or abated rent. The development is owned and partially occupied by Crow Holdings, which is a privately-owned, Dallas-based real estate investment and development firm with a 70-year operating history and $21 billion of assets under management. With a strong track record of performance across property types and market cycles, its activities span a range of strategies and return profiles. Operating from 17 offices across the U.S., Crow Holdings has extensive industry reach with expertise in multifamily, industrial, office and specialty sectors.

## Comparables Map




## Analysis Grid

The above rentals have been analyzed and compared with the subject property. I have considered adjustments in the areas of:

- Lease Terms
- Conditions of Lease
- Other
- Economic Trends (time)
- Location
- Physical Characteristics

On the following page is a rental comparison grid displaying the subject property, the comparables and the adjustments applied.

| **Lease Analysis Grid** | | **Comp 1** | **Comp 2** | **Comp 3** |
|---|---|---|---|---|
| |  |  |  |  |
| Address | 2999 Turtle Creek | 3107-3119 Knox Street | 2401 Cedar Springs | 3819 Maple Avenue |
| City | Dallas | Dallas | Dallas | Dallas |
| State | TX | TX | TX | TX |
| Tenant | | Confidential | Nun Steakhouse | Market Listing |
| Start Date | 5/17/2022 | 9/1/2018 | 8/22/2021 | Listing |
| Base Rent/SF | | $58.00 | $50.00 | $100.00 |
| Lease Type | | Triple-Net | Triple-Net | Triple-Net |
| Term | | 7-Years | 10-Years | 3-10 Years |
| Size | | 800 | 8,500 | Negotiable |
| **Transaction Adjustments** | | | | |
| Conditions of Lease | | Arm's Length 0% | Arm's Length 0% | Arm's Length 0% |
| TI Allowance | | None 0% | None 0% | None 0% |
| **Adjusted Rent** | | **$58.00** | **$50.00** | **$100.00** |
| Market Trends/Year | 5.0% | 19.8% | 3.6% | 0.0% |
| **Adjusted Rent** | | **$69.51** | **$51.82** | **$100.00** |
| **Expenses** | | $0.00 | $0.00 | $0.00 |
| **Adjusted Rent** | | **$69.51** | **$51.82** | **$100.00** |
| City | Dallas | Dallas | Dallas | Dallas |
| % Adjustment | | 0% | 0% | 0% |
| $ Adjustment | | $0.00 | $0.00 | $0.00 |
| Rentable Area | 41,361 | 14,000 | 170,000 | 70,000 |
| % Adjustment | | 0% | 0% | 0% |
| $ Adjustment | | $0.00 | $0.00 | $0.00 |
| Year Built | 2004 | 2010 | 1987/Renovated | 1913/2018 Renovated |
| % Adjustment | | -5% | 10% | -10% |
| $ Adjustment | | -$3.48 | $5.18 | -$10.00 |
| Condition | Good | Good | Good | Good |
| % Adjustment | | 0% | 0% | 0% |
| $ Adjustment | | $0.00 | $0.00 | $0.00 |
| Quality | Excellent | Good | Good | Excellent |
| % Adjustment | | 10% | 10% | 0% |
| $ Adjustment | | $6.95 | $5.18 | $0.00 |
| Design/Appeal | Excellent | Good | Good | Prestigious |
| % Adjustment | | 10% | 10% | -10% |
| $ Adjustment | | $6.95 | $5.18 | -$10.00 |
| **Adjusted Rent** | | **$79.93** | **$67.37** | **$80.00** |
| **Net Adjustments** | | 15.0% | 30.0% | -20.0% |
| **Gross Adjustments** | | 25.0% | 30.0% | 20.0% |

## Market Rent Reconciliation

Following adjustments, the comparables indicated a market rent of $67.37 to $80.00, with a median value of $79.93.

## Comparable Rent Adjustments

The market rental rate estimate is also based on the amount and quality of directly competitive space within the immediate locale. The neighborhood is a developed area with good micro-locale characteristics for office development.

With regard to the location, interior finish-out, and age/condition of the subject property in comparison to the properties surveyed, the subject is believed to be capable of commanding a lease rate within the range of the comparables surveyed. **The subject's contract rent is thought to be at market tolerance levels and utilized in the pro forma analysis.**

## Market Rent Reconciliation

The comparables reveal an adjusted unit value range of $67.37 to $80.00 per square foot. The average adjusted unit value was calculated to be $75.77 per square foot and the median is $79.93 per square foot. All of the comparables were given equal consideration in estimating market rent for the subject property.

| Comp | Adjusted Rent | Comparability |
|---|---|---|
| 3 | $80.00 | |
| 1 | $79.93 | |
| Subject | $76.40 | |
| 2 | $67.37 | |

| Ranges & Reconciled Rent | | | | |
|---|---|---|---|---|
| Number of Comps: | 3 | Unadjusted | Adjusted | % Δ |
| | Low: | $50.00 | $67.37 | 35% |
| | High: | $100.00 | $80.00 | -20% |
| | Average: | $69.33 | $75.77 | 9% |
| | Median: | $58.00 | $79.93 | 38% |
| Reconciled Market Rent: | | | **$76.40** | |
| Seventy Six Dollars and Forty Cents | | | | |

## Summary of Market Rent

| Market Rent by Space Type | | | | | |
|---|---|---|---|---|---|
| Space Type | Rent | Increases | Type | Term | Notes / Concessions |
| Large Office | $76.40 | years | Triple-Net | 3-10 Years | None |

# Potential Gross Income Summary

**Potential Gross Income - Occupied Space**

| Occupied Space | Rent/SF | Units | Contract Rent | Contract Rent/SF | Market Rent | Market Rent/SF | Contract V. Mkt. Rent |
|---|---|---|---|---|---|---|---|
| Occupied Space Totals | 41,361 | 1 | $3,159,980 | $76.40 | $3,159,980 | $76.40 | 100.0% |

*Contract Rent = Annualized rent as of appraisal date

**Potential Gross Income - Vacant Space**

| Potential Gross Rent Vacant Space | Rent/SF | Units | Market Rent | Market Rent/SF |
|---|---|---|---|---|
| Vacant Space Totals | 0 | 0 | $0 | $0.00 |

**Potential Gross Income Summary**

| Market Rent | | Contract & Market Rent | |
|---|---|---|---|
| Market PGI For Occupied Space | $3,159,980 | Contract Rent For Occupied Space | $3,159,980 |
| Market PGI For Vacant Space | $0 | Market PGI For Vacant Space | $0 |
| Market Potential Gross Income | $3,159,980 | Contract & Market PGI | $3,159,980 |
| Market PGI per SF | $76.40 | Contract & Market PGI per SF | $76.40 |
| | | Contract to Market Ratio | 100.0% |




## Other Income

Other Income is projected at $0.

## Vacancy and Collection Loss

This expense category is used to account for the probability of losses due to tenant turnover, vacancy, or lack of payment during the ownership period forecasted herein. This factor is usually expressed as a percent of potential gross income and then converted to a dollar amount. It is deducted from the potential gross income estimate, resulting in an estimate of the effective gross income attributable to the property.

The submarket has had a natural vacancy rate of ±5% to 10% over the past 5 years. The natural vacancy rate is the prevailing rate over an extended time period and indicates the effective balance of supply and demand. Office demand levels in the area have begun to reemerge over the past year and consist of Class A-C type tenants.

The subject is prestigious trophy property in a premier neighborhood with excellent appeal/design. Based on a review of market conditions and the subject's operating history I have projected vacancy and collection loss at 5.00%.

## Effective Gross Income

| | |
|---|---|
| **Potential Gross Income (Rental/Reimbursements)** | $3,650,896 |
| **Other Income** | $0 |
| **Less: Vacancy & Collection Loss** | 5.00% |
| **Effective Gross Income** | $3,468,351 |

## Expense Analysis & Projection

Operating expenses are cash outflows incurred by the owner of an income-producing property as a necessary cost of generating the income stream that it is expected to produce. A list of operating expenses was not made available to the appraisers. The expense figures utilized in this analysis are estimated on the basis of projected data, comparative analysis, secondary data sources that compile and publish such data, and actual fee quotes from independent sources. **Historical expense figures for the subject property were not provided to the appraiser.**

| Expense Summary | | | | |
|---|---|---|---|---|
| | Appraisal | | | |
| **Expense** | **Amount** | **$/SF** | **$/Unit** | **% EGI** |
| Tax Expense | $397,853 | $9.62 | $397,853 | 11.5% |
| Insurance | $20,681 | $0.50 | $20,681 | 0.6% |
| Management | $69,367 | $1.68 | $69,367 | 2.0% |
| Repairs and Maintenance | $10,340 | $0.25 | $10,340 | 0.3% |
| Cleaning and Janitorial | $31,021 | $0.75 | $31,021 | 0.9% |
| CAM | $62,042 | $1.50 | $62,042 | 1.8% |
| General and Administrative | $6,204 | $0.15 | $6,204 | 0.2% |
| Reserves | $4,136 | $0.10 | $4,136 | 0.1% |
| **Total Expenses:** | **$601,643** | **$14.55** | **$601,643** | **17.3%** |

Notes: $/SF and/or $/Unit are based on totals for the pr

## Real Estate Tax Expense

The tax expense estimate provided above utilizes the current assessment. Based upon the current tax rate, the subject's annual tax burden is estimated at $397,853. This figure equates to $9.62 per square foot of building area.

## Insurance

The type of property insurance typically carried by similarly improved projects includes owner's liability, fire and hazard coverage, vandalism, and malicious mischief. The market range is typically from $0.25 to $1.50 per square foot. With emphasis given to similar properties in the area, a factor of $0.50 per square foot was utilized in this analysis.

## Management

This expense is usually based on a percentage of collectible (effective gross) income. Fees for local (off-site) property management services were quoted to be in the 2% to 7% range. Considering the size of the subject property, a management expense calculated at 2.0% of effective gross income is thought to be appropriate for this analysis.

## Repairs and Maintenance

All expenses incurred for the general repairs and maintenance of the building including common areas and general upkeep. Repairs and maintenance expense includes elevator, HVAC, electrical and plumbing, structural/roof, and other repairs and maintenance expense items. Based on similar properties and third-party data, a stabilized maintenance expense level for $0.25 per square foot is estimated for the subject property.

## Cleaning/Janitorial

This expense category accounts for the costs of the daily cleaning service for the office suites and common areas. This expense is typically in the form of a janitorial contract based on the size and design of the property. On the basis of comparative analysis, a factor of $0.75/SF or $31,021 annually was estimated for the subject property.

## CAM

Common area maintenance (CAM) is the expense of operating and maintaining common areas of the property. The common area is the total area within a property that is not designed for rental, but is available for common use by all owners, tenants, or their invitees, e.g., parking and its appurtenances, malls, sidewalks, landscaped areas, recreation areas, public toilets, cleaning, trash removal, truck and service facilities. Based on similar properties and third-party data, a stabilized maintenance expense level for $1.50 per square foot is estimated for the subject property.

## General and Administrative

The day-to-day administrative functions associated with projects of this nature typically include legal and professional services, tenant relations, advertising costs, postage and office costs, and the general coordination of project-related operational activities. On the basis of comparative analysis of similar office properties, an estimated expense level of $0.15 per square foot or $6,204 is thought to be appropriate for the subject property.

## Reserves

An allowance that provides for the periodic replacement of building components that wear out more rapidly than the building itself and must be replaced periodically during the building's useful or economic life. Reserves are also called reserve(s) for replacement or replacement allowance. These components may include one or more of the following: roof covering; carpeting; kitchen, bath, and laundry equipment; compressors, elevators, and boilers; specific structural items and equipment that have limited economic life expectancies; interior improvements to tenant space that are made periodically by the landlord, usually at lease renewal; sidewalks, driveways; parking areas; and exterior painting. This expense was estimated to $0.10 per square foot.

| Expense Reimbursements | | | |
|---|---|---|---|
| **Expense** | **Reimbursed** | **Amount** | **Notes** |
| Tax Expense | Yes | $397,853 | |
| Insurance | Yes | $20,681 | |
| Management | No | | |
| Repairs and Maintenance | Yes | $10,340 | |
| Cleaning and Janitorial | No | | |
| CAM | Yes | $62,042 | |
| General and Administrative | No | | |
| Reserves | No | | |
| | Total | $490,915 | |




## Net Operating Income

| | |
|---|---|
| **Effective Gross Income** | $3,468,351 |
| **Less: Less Expenses** | $601,643 |
| **Add: Expense Reimbursements** | $490,915 |
| **Net Operating Income** | $2,866,708 |




| Cash Flow | Potential Gross Income | Effective Gross Income | Expenses | Exp. Reim-bursements | NOI |
|---|---|---|---|---|---|
| Amount | $3,650,896 | $3,468,351 | $601,643 | $490,915 | $2,866,708 |

## Capitalization Rate

The capitalization rate is the factor that converts the stabilized net operating income (NOI) to a present value. It is the ratio of net income to value or sale price.

NOI ÷ Sale Price = Capitalization Rate

For example, if a property sells for $500,000, and has a stabilized NOI of $50,000, the indicated capitalization rate is 10%.

## Market Extracted Rates

The table below details capitalization rates extracted from the market.

| Comparable Sale Cap Rates | | | | | |
|---|---|---|---|---|---|
| Comparable | City | Price | Expense Ratio | NOI Per RA SF | Cap Rate |
| 1 | Austin | $4,800,000 | 20.65% | $81.71 | 5.20% |
| 2 | Denver | $108,000,000 | 31.34% | $40.87 | 4.60% |
| 3 | Florida | $17,783,021 | 20.72% | $39.25 | 4.30% |
| 4 | Nashville | $16,680,000 | 21.06% | $58.02 | 5.04% |

## Band of Investment

This technique utilizes lender and real estate investor investment criteria to develop, or synthesize a capitalization rate. There are four key inputs necessary for this method:

1. The loan-to-value ratio (M)
2. The mortgage interest rate (i)
3. The loan term (n)
4. The equity cap rate or equity dividend rate ($R_E$)

The mortgage variables are used to build the mortgage constant ($R_M$), which is the total amount of the payments made in one year, expressed as a percentage of the original loan amount.

Payments x 12 / Original Loan Amount = Mortgage Constant ($R_M$)

The equity cap rate is the annual return to the investor, expressed as a percent of the original amount invested. The annual return to the investor is also known as the equity dividend rate; it is the profit remaining after debt service and all other expenses.

After Debt Service Profit / Equity Investment = Equity Cap Rate ($R_E$)

Note that the equity cap rate is not the same (usually, that is) as the equity yield rate. The equity yield rate reflects the total return to the investor over the life of the investment. Factors such as appreciation and mortgage pay down affect and usually increase this return to a point higher than the equity dividend rate. In markets where substantial appreciation is expected, investors will often accept a low or even negative equity dividend rate, anticipating a compensating payoff when the property is eventually sold. In markets where little appreciation is expected, much more weight is given to the annual equity dividend.

**Formula:**

| | |
|---|---|
| $R_M$ x M | = rate |
| $R_E$ x (1-M) | = rate |
| | = Cap Rate ($R_o$) |

## Debt Coverage Ratio Analysis

This technique develops a capitalization rate based on typical mortgage terms. There are four variables necessary for this method:

1. The loan-to-value ratio (M)
2. The mortgage interest rate (i)
3. The loan term (n)
4. The debt coverage ratio (DCR)

Items 1 through 3 are discussed above under the Band of Investment section. In this method it is also used to develop the mortgage constant ($R_M$). The debt coverage ratio is the factor by which income exceeds debt on an annual basis.

**Formula:**

Debt Coverage Ratio x Loan to Value Ratio x Mortgage Constant = $R_o$

or: DCR x M x $R_M = R_o$

I have researched mortgage rates and terms typical for the subject within the market area. The table below details the Band of Investment and Debt Coverage Ratio Analyses calculations.

**Capitalization Rate Calculations**

| **Capitalization Rate Variables** | |
|---|---|
| Mortgage Interest Rate | 4.00% |
| Loan Term (Years) | 30 |
| Loan To Value Ratio | 80.% |
| Debt Coverage Ratio | 1.14 |
| Equity Dividend Rate | 4.50% |

**Band of Investment Analysis**

| Mortgage Constant | | Loan Ratio | Contributions | |
|---|---|---|---|---|
| 0.057289835 | x | 80.% | = | 4.58% |
| Equity Dividend Rate | | Equity Ratio | | |
| 4.50% | x | 20.% | = | 0.90% |
| | | **Band of Investment Capitalization Rate** | | **5.48%** |

**Debt Coverage Ratio Analysis**

| Debt Coverage Ratio x Loan to Value Ratio x Mortgage Constant | | |
|---|---|---|
| 1.14 x 0.8 x 0.0572898354558551 | = | 5.22% |
| **Debt Coverage Ratio Capitalization Rate** | | **5.22%** |

## Survey Data

First Quarter 2022

| | OVERALL CAP RATES | | BASIS-POINT CHANGE | | EXPECTED SHIFT (IN SIX MONTHS)* | | |
|---|---|---|---|---|---|---|---|
| | Range | Average | Quarterly | Year Ago | Increase | Decrease | Hold Steady |
| **National Markets** | | | | | | | |
| Regional Mall | 4.50% – 12.50% | 7.23% | 0 | – 12 | 0% | 0% | 100% |
| Power Center | 5.50% – 8.00% | 6.53% | – 10 | – 15 | 25% | 25% | 50% |
| Strip Shopping Center | 5.00% – 10.00% | 7.15% | – 2 | – 20 | 33% | 17% | 50% |
| CBD Office | 4.25% – 8.50% | 5.64% | – 16 | – 6 | 40% | 0% | 60% |
| Suburban Office | 4.50% – 9.00% | 6.13% | – 6 | 11 | 0% | 40% | 60% |
| Net Lease | 5.00% – 7.50% | 5.95% | – 27 | – 21 | 50% | 0% | 50% |
| Medical Office Buildings | 4.00% – 10.00% | 6.36% | 0 | – 10 | 0% | 40% | 60% |
| Secondary Office | 6.00% – 9.25% | 7.49% | – 3 | – 6 | 43% | 14% | 43% |
| **Warehouse Markets** | | | | | | | |
| National | 2.60% – 6.50% | 4.22% | – 9 | – 58 | 0% | 40% | 60% |
| East Coast Region | 3.00% – 5.50% | 4.20% | – 11 | n/a | 0% | 33% | 67% |
| East North Central Region | 3.25% – 5.50% | 4.40% | – 13 | – 58 | 20% | 20% | 60% |
| Pacific Region | 3.00% – 4.00% | 3.53% | – 10 | – 58 | 0% | 20% | 80% |
| **Apartment Markets** | | | | | | | |
| National | 3.00% – 7.00% | 4.40% | – 2 | – 64 | 18% | 27% | 55% |
| Mid-Atlantic Region | 3.75% – 6.50% | 4.55% | – 3 | – 50 | 0% | 20% | 80% |
| Pacific Region | 3.00% – 4.50% | 3.85% | 5 | – 65 | 20% | 20% | 60% |
| Southeast Region | 3.25% – 5.00% | 4.25% | – 3 | – 53 | 0% | 20% | 80% |

## Capitalization Rate Conclusion

The appraiser considered all data sources in estimating an overall capitalization to be applied to the income analysis. A capitalization rate of 4.75% was utilized in the income analysis, which is thought to be reasonable and supportable.

## Capitalization to Value

**Income Capitalization Analysis**

| Unit/Space Type | Income | Method | Units/SF | Annual | % of PGI |
|---|---|---|---|---|---|
| Large Office | $76.40 | $/SF/Year | 41,361 | $3,159,980 | 86.6% |
| | | | Total Rental Income: | $3,159,980 | 86.6% |
| | | | Base Rent Abatement: | | 0.0% |
| | | | Expense Reimbursements: | $490,915 | 13.4% |
| | | | Net Parking Income: | | 0.0% |
| | | | Percentage Rent: | | 0.0% |
| | | | Other Income: | | 0.0% |
| | | | Potential Gross Income: | $3,650,896 | 100% |
| | | | Vacancy & Collection Loss: | $182,545 | 5.00% |
| | | | Effective Gross Income (EGI): | $3,468,351 | 95.0% |
| | | | Effective Gross Rental Income (EGRI): | $3,001,981 | 82.2% |

| Expense | Amount | Method | | Annual | $/SF |
|---|---|---|---|---|---|
| Tax Expense | $397,853 | $/Year | | $397,853 | $9.62 |
| Insurance | $0.50 | $/SF | | $20,681 | $0.50 |
| Management | 2.0% | % of EGI | | $69,367 | $1.68 |
| Repairs and Maintenance | $0.25 | $/SF | | $10,340 | $0.25 |
| Cleaning and Janitorial | $0.75 | $/SF | | $31,021 | $0.75 |
| CAM | $1.50 | $/SF | | $62,042 | $1.50 |
| General and Administrative | $0.15 | $/SF | | $6,204 | $0.15 |
| Reserves | $0.10 | $/SF | | $4,136 | $0.10 |
| | | | Total Expenses: | $601,643 | $14.55 |
| | | | Expense Ratio (Expenses/EGI): | 17.35% | |
| | | | Net Operating Income (NOI): | $2,866,708 | $69.31 |
| | | | Capitalization Rate: | 4.75% | |
| | | | Value (NOI/Cap Rate): | $60,351,739 | $1,459.15 |
| | | | Rounded: | $60,000,000 | $1,450.64 |

## Direct Capitalization Analysis Conclusion

Based on the above analysis detailed above, as of May 17, 2022 I have reconciled to a direct capitalization approach value of:

**$60,000,000**

**Sixty Million Dollars**

# Final Reconciliation

The process of reconciliation involves the analysis of each approach to value. The quality of data applied, the significance of each approach as it relates to market behavior and defensibility of each approach are considered and weighed. Finally, each is considered separately and comparatively with each other.

## Value Indications

| | |
|---|---|
| **Excess Land Value:** | $40,000,000 |
| **Sales Comparison Approach:** | $57,900,000 |
| **Income Approach:** | |
| **Direct Capitalization** | $60,000,000 |

### Sales Comparison Approach

The Sales Comparison Approach is considered a generally reliable method because the Sale Price per SF method is directly based upon market sales activity. The method includes thorough analysis of each property's physical attributes in comparison to the subject property. Adjustments were made for differences in size and utility characteristics which appeared to affect their respective sale prices. This approach typically provides a good indication of value since the sales transactions tend to reflect investor perceptions of current market trends. **However, the reliability of this approach was weakened due to the lack of similar project sales. The quality and quantity of data was thought to be fair to average. This approach is given secondary consideration in the final reconciliation.**

### Income Approach – Direct Capitalization

The Income Approach is generally considered to be an appropriate valuation method due to the rental potential of the subject property. The income potential of the subject property was estimated on the basis of prevailing economic rental trends and actual rent levels of similar properties in the local market area. The potential gross income, stabilized vacancy rate and operating expenses projected in this analysis are reasonable and well supported. The remaining net operating income was processed and converted to an indication of value by means of direct capitalization. **This method is considered to be a reliable indicator of value. The quality and quantity of data was thought to be good. This approach is given primary consideration in the final reconciliation.**

## Value Conclusion

Based on the data and analyses developed in this appraisal, I have reconciled to the following value conclusion(s), as of May 17, 2022, subject to the Limiting Conditions and Assumptions of this appraisal.

**Reconciled Value(s):** Premise: As Is
Interest: Leased Fee & Fee Simple
Value Conclusion: $100,000,000
One Hundred Million Dollars

# Certification Statement

I certify that, to the best of my knowledge and belief:

1. The statements of fact contained in this report are true and correct.
2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and is the appraisers' personal, impartial, and unbiased professional analyses, opinions, and conclusions.
3. I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
4. I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
5. My engagement in this assignment was not contingent upon developing or reporting predetermined results. The appraisal assignment was not based on a requested minimum valuation, a specific valuation or the approval of a loan.
6. My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
7. Adam M. Musiel has not performed services involving the subject property of this report within the three-year period immediately preceding acceptance of this assignment as an appraiser, or in any other capacity.
8. The reported analysis, opinions, and conclusions were developed, and this report has been prepared, in conformity with the *Code of Professional Ethics and Standards of Professional Appraisal Practice* of the Appraisal Institute, as well as with Title XI of the Federal Financial Institutions Reform and Enforcement Act of 1989 (FIRREA) and its regulations, and the *Uniform Standards of Professional Appraisal Practice*.
9. Mr. Adam Musiel has made a personal observation of the property that is the subject of this report.
10. No persons provided significant real property appraisal assistance to the persons signing this certification.
11. As of the date of this report, I have completed the continuing education programs for Candidate Members of the Appraisal Institute. The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

Adam Musiel
State Certified TX-1380526-G

# Addenda

PRESTON AMHERST
VALUATION & ADVISORY

# Adam Musiel

PRESIDENT AND CHIEF EXECUTIVE OFFICER

Adam@prestonamherst.com
3232 McKinney Avenue, Suite 500 Dallas, TX 75204
214-785-2399 | office
214-713-9715 | mobile
www.prestonamherst.com

## APPRAISAL APPLICATIONS

- Single Family
- Condominiums
- Apartments
- Office Buildings
- Shopping Centers
- Restaurants
- Industrial Facilities
- Subdivisions
- Convenience Stores
- Ranches
- Vacant Land
- Houses of Worship
- Mixed Use

## EDUCATION

Bachelor of Business Administration
*Nebraska Wesleyan University*

## PROFESSIONAL SUMMARY

Mr. Musiel has been active in the appraisal of real estate since 2003. He has completed assignments involving complex commercial properties throughout Texas, Nebraska, Iowa, Kansas, and California, and he prides himself in providing accurate, dependable and precise services.

Mr. Musiel has knowledge and experience in all major property types. His expertise and competency were developed by 21+ years of appraisal practice coupled by an extensive real estate background. He has kept his education current with numerous courses, seminars, and lectures.

Notable appraisal assignments include: BSR Cable Park (Waco, TX), Bosque Resort Event Castle (Lake Whitney, TX, Dam Site Project 15A (Omaha, NE), and Stamps.com Corporate Headquarters (El Segundo, CA).

He has extensive experience in the valuation of investment- grade real estate, primarily for regional and local financial institutions as well as federal regulatory agencies. He has also completed several eminent domain and tax appeal assignments.

## CERTIFICATIONS

Certified General Real Property – State of Texas
*TX 1380526*

Certified General Real Property – State of California
*TX 3008505*

Licensed Real Estate Agent – State of Texas
*TX 731888*

## AFFILIATIONS

Appraisal Institute
*Candidate Member*

National Association of Realtors
*Licensed Member*

PRESTON AMHERST
VALUATION & ADVISORY

# Adam Musiel

PRESIDENT AND CHIEF EXECUTIVE OFFICER

## EXPERIENCE

President and CEO
*Preston-Amherst Valuation & Advisory | Dallas, TX | January 2019 - Current*

Senior Commercial Real Estate Appraiser
*C.L. McDade & Company | Dallas, TX | July 2016 – January 2019*

Senior Vice President
*RealCorp, Inc. | Omaha, NE | Jan 2012 – July 2016*

Associate
*Curtis-Rosenthal, Inc | Los Angeles, CA | August 2010 – December 2011*

Associate
*Valuation Services, Inc | Omaha, NE | February 2006 – May 2010*

## APPRSAISAL EDUCATION

**Real Estate Appraisal Education**

- National USPAP Course
- Appraisal of Owner-Occupied Commercial Properties
- Appraiser Valuation Modeling
- Basic Appraisal Principles
- Residential Report Writing & Case Studies
- 15 Hour National USPAP Course
- Statistics, Modeling & Finance
- General Appraiser Income Approach Part II
- General Appraiser Sales Comparison Approach
- Advanced Internet Search Strategies
- Forecasting Revenue What Commercial Clients Want to Know
- Sales Comparison Approach
- Appraisal of Assisted Living Facilities
- Appraising Small Apartments
- Basic Appraisal Procedures
- Advanced Residential Applications & Case Studies
- General Appraiser Market Analysis & Highest & Best Use
- General Appraiser Report Writing & Case Studies
- General Appraiser Income Approach Part I
- General Appraiser Site Valuation & Cost Approach
- Cool Tools: New Technology
- On-line Appraising Convenience Stores
- Essentials of Real Estate Finance
- Fundamentals of Real Estate Appraisal

PRESTON AMHERST
VALUATION & ADVISORY

# PARTIAL LIST OF CLIENTS

| | |
|---|---|
| American Commercial Bank & Trust | American Federal Mortgage |
| Amplify | Benchmark Bank |
| City National Bank | Ennis State Bank / Trinity Capital Bank of Texas |
| Texas Financial | FirstBank Southwest |
| FirstCapital Bank of Texas | First Federal Bank |
| First IC Bank | FirstLockhart National Bank |
| The First National Bank of Ballinger | 1 National Bank of Hughes Springs |
| TNB The First National Bank Your Bank For Life | fnbo |

PRESTON AMHERST
VALUATION & ADVISORY

# PARTIAL LIST OF CLIENTS

| | |
|---|---|
| First Pryority Bank | First State Bank |
| First State Bank Southwest | Heritage Land Bank |
| Guaranty Bank & Trust | Horizon Bank |
| INB | Independent Financial |
| Keystone Bank | NewFirst National Bank |
| premier bank | Quad City Bank & Trust |
| Southern Bank | stonebriar mortgage |
| Stronghill Capital | Texas Bank |

PRESTON AMHERST
VALUATION & ADVISORY

# PARTIAL LIST OF CLIENTS

| | |
|---|---|
| TEXAS HERITAGE | TEXAS REPUBLIC BANK Banking like it oughta be! |
| CREDIT UNION | The COWBOY BANK of Texas |
| Liberty National BANK | Thrive MORTGAGE |
| Western Bank | WINTRUST MORTGAGE |

**BEING a tract of land situated in the James A. Sylvester Survey Abstract No. 1383, and the John Grisby Survey, Abstract No. 495, City of Dallas Block No. A/1031, Texas and being all of Lot 4, BlockA/1031, of TURTLE CREEK OFFICE ADDITION, an Addition to the City of Dallas, Texas, according to the plat thereof recorded in Volume 2003162, Page 48, Deed Records, Dallas County, Texas.**

TALCB
TEXAS APPRAISER LICENSING & CERTIFICATION BOARD

# Certified General Real Estate Appraiser

Appraiser: **Adam Matthew Musiel**
License #: **TX 1380526 G** License Expires: **02/29/2024**

Having provided satisfactory evidence of the qualifications required by the Texas Appraiser Licensing and Certification Act, Occupations Code, Chapter 1103, authorization is granted to use this title: Certified General Real Estate Appraiser

For additional information or to file a complaint please contact TALCB at www.talcb.texas.gov.

Chelsea Buchholtz
Commissioner

# Glossary

This glossary contains the definitions of common words and phrases, used throughout the appraisal industry, as applied within this document. Please refer to the publications listed in the **Works Cited** section below for more information.

**Works Cited:**


- Appraisal Institute. *The Appraisal of Real Estate.* 13th ed. Chicago: Appraisal Institute, 2008. Print.
- Appraisal Institute. *The Dictionary of Real Estate Appraisal.* 5th ed. 2010. Print.


**Band of Investment**

A technique in which the capitalization rates attributable to components of a capital investment are weighted and combined to derive a weighted-average rate attributable to the total investment. (Dictionary, 5th Edition)

**Common Area**

1. The total area within a property that is not designed for sale or rental but is available for common use by all owners, tenants, or their invitees, e.g., parking and its appurtenances, malls, sidewalks, landscaped areas, recreation areas, public toilets, truck and service facilities.
2. In a shopping center, the walkways and areas onto which the stores face and which conduct the flow of customer traffic. (ICSC) (Dictionary, 5th Edition)

**Common Area Maintenance (CAM)**

1. The expense of operating and maintaining common areas; may or may not include management charges and usually does not include capital expenditures on tenant improvements or other improvements to the property.
   - CAM can be a line-item expense for a group of items that can include maintenance of the parking lot and landscaped areas and sometimes the exterior walls of the buildings.
   - CAM can refer to all operating expenses.
   - CAM can refer to the reimbursement by the tenant to the landlord for all expenses reimbursable under the lease. Sometimes reimbursements have what is called an administrative load. An example would be a 15% addition to total operating expenses, which are then prorated among tenants. The administrative load, also called an administrative and marketing fee, can be a substitute for or an addition to a management fee.
2. The amount of money charged to tenants for their shares of maintaining a center's common area. The charge that a tenant pays for shared services and facilities such as electricity, security, and maintenance of parking lots. The area maintained in common by all tenants, such as parking lots and common passages. The area is often defined in the lease and may or may not include all physical area to be paid for by all tenants. Items charged to

common area maintenance may include cleaning services, parking lot sweeping and maintenances, snow removal, security, and upkeep. (ICSC) (Dictionary, 5th Edition)

**Debt Coverage Ratio (DCR)**
The ratio of net operating income to annual debt service (DCR = NOI/Im), which measures the relative ability of a property to meet its debt service out of net operating income; also called debt service coverage ratio (DSCR). A larger DCR indicates a greater ability for a property to withstand a downturn in revenue, providing an improved safety margin for a lender. (Dictionary, 5th Edition)

**Discount Rate**
A yield rate used to convert future payments or receipts into present value; usually considered to be a synonym for yield rate. (Dictionary, 5th Edition)

**Effective Age**
The age of property that is based on the amount of observed deterioration and obsolescence it has sustained, which may be different from its chronological age. (Dictionary, 5th Edition)

**Effective Date**
1. The date on which the analyses, opinion, and advice in an appraisal, review, or consulting service apply.
2. In a lease document, the date upon which the lease goes into effect. (Dictionary, 5th Edition)

**Exposure Time**
1. The time a property remains on the market.
2. The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal; a retrospective estimate based on an analysis of past events assuming a competitive and open market. (Dictionary, 5th Edition)

**External Obsolescence**
An element of depreciation; a diminution in value caused by negative externalities and generally incurable on the part of the owner, landlord, tenant. (Dictionary, 5th Edition)

**Extraordinary Assumption**
An assumption, directly related to a specific assignment, which, if found to be false, could alter the appraiser's opinions or conclusions. Extraordinary assumptions presume as fact otherwise uncertain information about physical, legal, or economic characteristics of the subject property; or about conditions external to the property such as market conditions or trends; or about the integrity of data used in an analysis. (Dictionary, 5th Edition)
An assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinion or conclusions.
(USPAP, 2020-2021 ed.)

**Fee Simple Estate**
Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat. (Dictionary, 5th Edition)

**Functional Obsolescence**
The impairment of functional capacity of a property according to market tastes and standards. (Dictionary, 5th Edition)

**Functional Utility**
The ability of a property or building to be useful and o perform the function for which it is intended according to current market tastes and standards; the efficiency of a building's use in terms of architectural style, design and layout, traffic patterns, and the size and type of rooms. (The Appraisal of Real Estate, 13th Edition)

**Gross Building Area (GBA)**
Total floor area of a building, excluding unenclosed areas, measured from the exterior of the walls of the above-grade area. This includes mezzanines and basements if and when typically included in the region. (Dictionary, 5th Edition)

**Gross Leasable Area (GLA)**
Total floor area designed for the occupancy and exclusive use of tenants, including basements and mezzanines; measured from the center of joint partitioning to the outside wall surfaces. (Dictionary, 5th Edition)

**Highest & Best Use**
The reasonably probable and legal use of vacant land or an improved property that is physically possible, appropriately supported, financially feasible, and that results in the highest value. The four criteria the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum productivity. Alternatively, the probable use of land or improved property—specific with respect to the user and timing of the use—that is adequately supported and results in the highest present value. (Dictionary, 5th Edition)

**Highest and Best Use of Land or a Site as Though Vacant**
Among all reasonable, alternative uses, the use that yields the highest present land value, after payments are made for labor, capital, and coordination. The use of a property based on the assumption that the parcel of land is vacant or can be made vacant by demolishing any improvements. (Dictionary, 5th Edition)

**Highest and Best Use of Property as Improved**
The use that should be made of a property as it exists. An existing improvement should be renovated or retained as is so long as it continues to contribute to the total market value of the property, or until the return from a new improvement would more than offset the cost of demolishing the existing building and constructing a new one. (Dictionary, 5th Edition)

**Hypothetical Condition**
That which is contrary to what exists but is supposed for the purpose of analysis. Hypothetical conditions assume conditions contrary to known facts about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis. (Dictionary, 5th Edition)

**Leased Fee Interest**
A freehold (ownership interest) where the possessory interest has been granted to another party by creation of a contractual landlord-tenant relationship (i.e., a lease). (Dictionary, 5th Edition)

**Market Area**
The area associated with a subject property that contains its direct competition. (Dictionary, 5th Edition)

**Market Rent**

The most probably rent that a property should bring is a competitive and open market reflecting all conditions and restrictions of the lease agreement, including permitted uses, use restrictions, expense obligations, term, concessions, renewal and purchase options, and tenant improvements (TIs). (Dictionary, 5th Edition)

**Market Value**

The major focus of most real property appraisal assignments. Both economic and legal definitions of market value have been developed and refined.

1. The most widely accepted components of market value are incorporated in the following definition: The most probable price that the specified property interest should sell for in a competitive market after a reasonable exposure time, as of a specified date, in cash, or in terms equivalent to cash, under all conditions requisite to a fair sale, with the buyer and seller each acting prudently, knowledgeably, for self-interest, and assuming that neither is under duress.
2. Market value is described in the Uniform Standards of Professional Appraisal Practice (USPAP) as follows: A type of value, stated as an opinion, that presumes the transfer of a property (i.e., a right of ownership or a bundle of such rights), as of a certain date, under specific conditions set forth in the value definition that is identified by the appraiser as applicable in an appraisal. (USPAP, 2020-2021 ed.) USPAP also requires that certain items be included in every appraisal report. Among these items, the following are directly related to the definition of market value:
    - Identification of the specific property rights to be appraised.
    - Statement of the effective date of the value opinion.
    - Specification as to whether cash, terms equivalent to cash, or other precisely described financing terms are assumed as the basis of the appraisal.
    - If the appraisal is conditioned upon financing or other terms, specification as to whether the financing or terms are at, below, or above market interest rates and/or contain unusual conditions or incentives. The terms of above—or below—market interest rates and/or other special incentives must be clearly set forth; their contribution to, or negative influence on, value must be described and estimated; and the market data supporting the opinion of value must be described and explained.
3. The following definition of market value is used by agencies that regulate federally insured financial institutions in the United States: The most probable price that a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and the seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
    - Buyer and seller are typically motivated;
    - Both parties are well informed or well advised, and acting in what they consider their best interests;

- A reasonable time is allowed for exposure in the open market;
- Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
- The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale. (12 C.F.R. Part 34.42(g); 55 Federal Register 34696, August 24, 1990, as amended at 57 Federal Register 12202, April 9, 1992; 59 Federal Register 29499, June 7, 1994)

4. The International Valuation Standards Council defines market value for the purpose of international standards as follows: The estimated amount for which a property should exchange on the date of valuation between a willing buyer and a willing seller in an arm's-length transaction after proper marketing wherein the parties had each acted knowledgeably, prudently, and without compulsion. (International Valuation Standards, 8th ed., 2007)
5. Market value is the amount in cash, or on terms reasonably equivalent to cash, for which in all probability the property would have sold on the effective date of the appraisal, after a reasonable exposure of time on the open competitive market, from a willing and reasonably knowledgeable seller to a willing and reasonably knowledgeable buyer, with neither acting under any compulsion to buy or sell, giving due consideration to all available economic uses of the property at the time of the appraisal. (Uniform Standards for Federal Land Acquisitions) (Dictionary, 5th Edition)

**Marketing Time**
An opinion of the amount of time it might take to sell a real or personal property interest at the concluded market value level during the period immediately after the effective date of the appraisal. Marketing time differs from exposure time, which is always presumed to precede the effective date of an appraisal. (Advisory Opinion 7 of the Standards Board of The Appraisal Foundation and Statement on Appraisal Standards No. 6, "Reasonable Exposure Time in Real Property and Personal Property Market Value Opinions" address the determination of reasonable exposure and marketing time). (Dictionary, 5th Edition)

**Net Operating Income (NOI)**
The actual or anticipated net income that remains after all operating expenses are deducted from effective gross income but before mortgage debt service and book depreciation are deducted. (Dictionary, 5th Edition)

**Obsolescence**
One cause of depreciation; an impairment of desirability and usefulness caused by new inventions, changes in design, improved processes for production, or external factors that make a property less desirable and valuable for a continued use; may be either functional or external. (Dictionary, 5th Edition)

**Parking Ratio**
A ratio of parking area or parking spaces to an economic or physical unit of comparison. Minimum required parking ratios of various land uses are often stated in zoning ordinances. (Dictionary, 5th Edition)

**Rentable Area**
For office buildings, the tenant's pro rata portion of the entire office floor, excluding elements of the building that penetrate through the floor to the areas below. The rentable area of a floor is computed by measuring to the inside finished surface of the dominant portion of the permanent building walls, excluding any major vertical penetrations of the floor. Alternatively, the amount of space on which the rent is based; calculated according to local practice. (Dictionary, 5th Edition)

**Replacement Cost**
The estimated cost to construct, at current prices as of the effective appraisal date, a substitute for the building being appraised, using modern materials and current standards, design, and layout. (Dictionary, 5th Edition)

**Scope of Work**
The type and extent of research and analyses in an assignment. (Dictionary, 5th Edition)

**Stabilized Occupancy**
An expression of the expected occupancy of a property in its particular market considering current and forecasted supply and demand, assuming it is priced at market rent. (Dictionary, 5th Edition)

**Tenant Improvements (TIs)**

1. Fixed improvements to the land or structures installed and paid for use by a lessee.
2. The original installation of finished tenant space in a construction project; subject to periodic change for succeeding tenants. (Dictionary, 5th Edition)

**Vacancy and Collection Loss**
A deduction from potential gross income (PGI) made to reflect income reductions due to vacancies, tenant turnover, and non-payment of rent; also called vacancy and credit loss or vacancy and contingency loss. Often vacancy and collection loss is expressed as a percentage of potential gross income and should reflect the competitive market. Its treatment can differ according to the interest being appraised, property type, capitalization method, and whether the property is at stabilized occupancy. (Dictionary, 5th Edition)