Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-swe** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**SUPPLEMENTAL RESPONSE TO MOTION TO
ENFORCE AGREED ORDERS**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW 2999TC Acquisitions, LLC, Debtor in the above-styled and numbered case ("Debtor"), and files this its Supplemental Response to Motion to Enforce Agreed Orders, and in support would respectfully show the Court as follows:

1. On the morning of June 8, 2022, the Debtor filed its Opposition to Motion to Enforce Agreed Orders filed by HNGH Turtle Creek, LLC ("HNGH") (Doc. No. 134). Additional developments dictate that this additional pleading be filed in connection with that Motion.[1] The parties disagree on a number of points, including who has breached the provisions of the Debtor's Plan and the Agreed Orders. Resolution of those issues will be fact intensive, lengthy, and expensive for all parties. Fortunately, there is a simple solution that will accomplish the objective of all of the parties.

[1] All defined terms are the same as defined in the Debtor's Opposition to the Motion.

2. The Plan stated that the Deed in Lieu transaction would be rescinded, the Note and related documents would be reinstated, the Debtor would transfer the Property to a new entity, obtain a loan for that new entity in the Payoff Amount and pay HNGH. This is consistent with the Agreed Orders. Of course, all of this would be done simultaneously with appropriate documentation and a traditional closing. Notwithstanding the disagreements of the parties, this result can be easily and swiftly accomplished. First, this Court should appoint a knowledgeable individual as a third-party mediator or expert (this can be done under Rule 706 of the Federal Rules of Evidence) to assist the parties, and potentially resolve disagreements as follows:

a. The Court would appoint a Third-Party Mediator or Rule 706 Expert ("Expert") during the hearing scheduled for Friday, June 10, 2022, at 10:30 a.m. (or submit an Agreed Order if agreement reached between Debtor and HNGH – "the parties"). The Third-Party Mediator or Expert shall be the Highest Integrity Neutral Real Estate Lawyer who is a no-recourse closing mediator that calls all balls and strikes for closing. The Third-Party Mediator or Expert shall be an elite Real Estate lawyer from neutral white shoe firm to address requests, direct title company, oversee closing checklist, address appropriateness of drafts of closing documents.

b. Third Party Mediator or Expert shall appoint a title company of his or her choosing ("Title Company") to obtain and submit all documentation required and requested by and from the parties by Monday, June 13, 2022, at 4:00 p.m. All court-filed records to be obtained by Title Company are excluded from this requirement for the parties to provide.

c. Debtor shall provide to the Third-Party Mediator or Expert, on a confidential basis, the binding loan commitment from Debtor's selected lender/s committed to providing funding to Debtor for this transaction Along with this commitment, there will be good proof of funds ready to fund and close in an amount necessary to close this transaction. These shall be provided to the Third-Party Mediator or Expert no later than three (3) days from the appointment of the Third-Party Mediator or Expert who will certify to HNGH and Debtor of good proof of funds ready to close with no contingencies other than customary title/lien release deliverables pursuant to the Agreed Orders Dkt 64 and Dkt 94 of the Court.

d. The deadline for HNGH to respond to Third-Party Mediator or Expert and Debtor's Counsel with comments regarding such documentation is Wednesday, June 15, 2022, at 4:00 p.m.

e. Any disagreement, controversy, or conflict concerning the need for a particular document, its form, substance, and suggested amendments, changes, and/or corrections thereto shall be resolved by the Third-Party Mediator or Expert by Friday, June 17, 2022, at 4:00 p.m.

f. All closing documents shall be completed with Title Company by Monday, June 20, 2022, for execution by the Parties.

g. Closing shall occur at Title Company on Tuesday, June 21, 2022, by 5:00 p.m. All funds shall be delivered to Title Company, and all required closing documents shall be in the possession of the Title Company by the aforementioned closing deadline, and the Third-Party Mediator or Expert shall supervise the closing transaction.

h. The Payoff Amount at closing is a stipulated amount previously set to HNGH plus any additional amounts as determined by the Third-Party Mediator.

i. The Third-Party Mediator or Expert shall report to the Court on Wednesday, June 22, 2022, as to whether the transaction between the Parties has closed, and if not, the reason or reasons for the failure of the Parties to close.

j. The Court shall set a status hearing for Thursday, June 23, 2022, for the Court to consider the aforementioned Third-Party Mediator or Expert Report.

k. All litigation would be suspended during the period of time outlined herein (i.e., until June 23, 2022).

3. This straightforward solution will accomplish the objectives of all parties in an expedited fashion, consistent with the Plan and the Agreed Orders, and avoid additional unproductive litigation or delay.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully requests that this Court enter an order granting the relief requested herein, and for such other and further relief to which it may be justly entitled.

June 9, 2022.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Debtor

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 9, 2022, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer