Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**<u>DEBTOR'S OBJECTIONS TO HNGH TURTLE CREEK, LLC'S EXHIBITS FOR HEARING ON JUNE 10, 2022</u>**

COMES NOW 2999TC Acquisitions, LLC, Debtor herein ("Debtor") and objects to HNGH Turtle Creek, LLC's exhibits as follows:

| **Exhibit No.** | **Objection** |
|---|---|
| 1 | Admitted for Notice (not as to the truth of the matters asserted therein) |
| 2 | Admitted for Notice (not as to the truth of the matters asserted therein) |
| 3 | Admitted for Notice (not as to the truth of the matters asserted therein) |
| 4 | Admitted for Notice (not as to the truth of the matters asserted therein) |
| 5 | Admitted |
| 6 | Admitted |
| 7 | Admitted |
| 8 | Admitted |
| 9 | Admitted |
| 10 | Admitted for Notice (not as to the truth of the matters asserted therein) |
| 11 | Admitted for Notice (not as to the truth of the matters asserted therein) |
| 12 | Admitted for Notice (not as to the truth of the matters asserted therein) |
| 13 | Admitted for Notice (not as to the truth of the matters asserted therein) |
| 14 | Admitted |
| 15 | Admitted |
| 16 | Admitted |
| 17 | Admitted for Notice (not as to the truth of the matters asserted therein) |
| 18 | Admitted |
| 19 | Admitted |
| 20 | Admitted for Notice (not as to the truth of the matters asserted therein) |

| **Exhibit No.** | **Objection** |
|---|---|
| 21 | Admitted |
| 22 | Admitted |
| 23 | Hearsay, No Foundation and Incomplete |
| 24 | Hearsay, No Foundation |
| 25 | Hearsay, No Foundation |
| 26 | Hearsay, No Foundation |
| 26a | Subject to Seal Not Admissible |
| 27 | Hearsay, No Foundation |
| 28 | Hearsay, No Foundation |
| 29 | Hearsay, No Foundation |
| 30 | Hearsay, No Foundation |
| 31 | Hearsay, No Foundation |
| 31a | Hearsay, No Foundation |
| 32 | Hearsay, No Foundation |
| 33 | Hearsay, No Foundation |
| 33a | Hearsay, No Foundation |
| 34 | Hearsay, No Foundation |
| 35 | Hearsay, No Foundation |
| 36 | Hearsay, No Foundation |
| 36a | Hearsay, No Foundation |
| 37 | Hearsay, No Foundation |
| 38 | Hearsay, No Foundation |
| 39 | Hearsay, No Foundation |
| 39a | Subject to Seal Not Admissible |
| 40 | Hearsay, No Foundation |
| 41 | Hearsay, No Foundation |
| 42 | Hearsay, No Foundation |
| 43 | Hearsay, No Foundation |
| 44 | Hearsay, No Foundation |
| 45 | Hearsay, No Foundation |
| 46 | Hearsay, No Foundation |
| 47 | Hearsay, No Foundation |
| 48 | Hearsay, No Foundation |
| 49 | Hearsay, No Foundation |
| 50 | Hearsay, No Foundation |
| 51 | Hearsay, No Foundation |
| 52 | Hearsay, No Foundation |
| 53 | Hearsay, No Foundation |
| 54 | Hearsay, No Foundation |
| 54a | Hearsay, No Foundation |
| 55 | Hearsay, No Foundation |
| 56 | Hearsay, No Foundation |
| 56a | Hearsay, No Foundation |
| 57 | Hearsay, No Foundation |

| **Exhibit No.** | **Objection** |
|---|---|
| 57a | Hearsay, No Foundation |
| 57b | Admitted |
| 57c | Admitted |
| 58 | Hearsay, No Foundation |
| 59 | Hearsay, No Foundation |
| 60 | Hearsay, No Foundation |
| 60a | Hearsay, No Foundation |
| 61 | Hearsay, No Foundation |
| 62 | Hearsay, No Foundation |
| 63 | Hearsay, No Foundation |
| 64 | Hearsay, No Foundation |
| 65 | Hearsay, No Foundation |
| 65a | Hearsay, No Foundation |
| 65b | Hearsay, No Foundation |
| 65c | Hearsay, No Foundation |
| 65d | Hearsay, No Foundation |
| 66 | Hearsay, No Foundation |
| 67 | Hearsay, No Foundation |
| 67a | Hearsay, No Foundation |
| 68 | Hearsay, No Foundation |
| 69 | Hearsay, No Foundation |
| 69a | Hearsay, No Foundation |
| 70 | Hearsay, No Foundation |
| 71 | Hearsay, No Foundation |
| 72 | Hearsay, No Foundation |
| 72a | Hearsay, No Foundation |
| 73 | Hearsay, No Foundation |
| 74 | Hearsay, No Foundation |
| 75 | Hearsay, No Foundation |
| 76 | Hearsay, No Foundation |
| 77 | Hearsay, No Foundation |
| 78 | Hearsay, No Foundation |
| 79 | Hearsay, No Foundation |
| 80 | Hearsay, No Foundation |
| 80a | Admitted |
| 81 | Hearsay, No Foundation |
| 82 | Hearsay, No Foundation |
| 82a | Hearsay, No Foundation |
| 83 | Hearsay, No Foundation |
| 84 | Hearsay, No Foundation |
| 85 | Hearsay, No Foundation |
| 86 | Hearsay, No Foundation |
| 87 | Hearsay, No Foundation |
| 87a | Hearsay, No Foundation |

| **Exhibit No.** | **Objection** |
|---|---|
| 88 | Hearsay, No Foundation |
| 88a | Hearsay, No Foundation |
| 89 | Hearsay, No Foundation |
| 90 | Hearsay, No Foundation |
| 91 | Hearsay, No Foundation |
| 92 | Hearsay, No Foundation |
| 93 | Hearsay, No Foundation |
| 94 | Hearsay, No Foundation |
| 95 | Hearsay, No Foundation |
| 95a | Hearsay, No Foundation |
| 96 | Hearsay, No Foundation |
| 97 | Hearsay, No Foundation |
| 98 | Hearsay, No Foundation |
| 99 | Admitted |
| 100 | Hearsay, No Foundation |
| 101 | Hearsay, No Foundation |
| 102 | Hearsay, No Foundation |
| 103 | Hearsay, No Foundation |
| 104 | Hearsay, No Foundation |
| 105 | Hearsay, No Foundation |
| 106 | Hearsay, No Foundation |
| 106a | Hearsay, No Foundation |
| 107 | Hearsay, No Foundation |
| 108 | Hearsay, No Foundation |
| 109 | Hearsay, No Foundation |
| 110 | Hearsay, No Foundation |
| 111 | Hearsay, No Foundation |
| 112 | Hearsay, No Foundation |
| 113 | Hearsay, No Foundation |
| 114 | Hearsay, No Foundation |
| 115 | Hearsay, No Foundation |
| 116 | Missing; Hearsay, No Foundation |
| 117 | Hearsay, No Foundation |
| 118 | Hearsay, No Foundation |
| 119 | Hearsay, No Foundation |
| 120 | Hearsay, No Foundation |

Dated: June 9, 2022.

Respectfully submitted,

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: 972-503-4033
Facsimile: 972-503-4034
Email: joyce@joycelindauer.com
*Attorneys for the Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2022, a true and correct copy of the foregoing document was served via the Court's ECF system upon the parties receiving electronic notice in this case.

/s/ *Joyce W. Lindauer*
Joyce W. Lindauer