John J. Kane (TX Bar No. 24066794)
**KANE RUSSELL COLEMAN LOGAN PC**
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299

***Counsel for HNGH Turtle Creek, LLC***

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 21-31954-HDH-11** |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CHAPTER 11** |
| | § | |
| **DEBTOR.** | § | |
| | § | |

## BUSINESS RECORDS AFFIDAVIT

| | |
|---|---|
| COUNTY OF DALLAS | § |
| | § |
| STATE OF TEXAS | § |

Before me, the undersigned authority, personally appeared, John J. Kane, who, being by me duly sworn, deposed as follows:

1. "My name is John J. Kane. I am over the age of 18 years old, of sound mind, capable of making this affidavit. I swear under penalty of perjury that the facts stated herein are true, accurate, and within my personal knowledge.

2. I am a commercial bankruptcy lawyer duly licensed to practice law in the State of Texas, before all United States District Courts and Bankruptcy Courts in the State of Texas, and before the United States Fifth Circuit Court of Appeals. I am currently in good standing. I am a Director at the law firm of Kane Russell Coleman Logan PC, where I have practiced since I was licensed in 2009.

3. On June 7, 2022, I timely filed a *Witness and Exhibit List for Hearing on June [10], 2022 at 10:30 a.m. (Prevailing Central Time)* [Dkt. No. 141], that included 120 exhibits pertinent to HNGH Turtle Creek, LLC's case in chief at the hearing on its *Motion to Enforce Agreed Orders* [Dkt. No. 134] (the "Hearing"). On June 8, 2022, I noticed that Exhibit 88a was not filed with the rest of my exhibits, and so filed it of record at Docket No. 146.

4. On June 7, 2022, I provided counsel for the Debtor, Mr. Barton, and the United States Trustee a fileshare link to all of HNGH's 120 exhibits, plus attachments.

5. Exhibits 18 and 24-120 all consists of e-mail correspondence to which I was personally a party. Those exhibits consist of emails from me, to me, or on which I am copied. Certain of those emails contain attachments that I received, or that I prepared and delivered to the email recipient.

6. The emails included as exhibits 18 and 24-120 are kept by me in the regular course of my business and it was my regular practice to receive, draft, and send emails related to my cases, included this case, 21-31954. Emails sent and received from my email address, jkane@krcl.com, are automatically saved in a mirrored server through Mimecast at the time the emails are sent and received. They are also contemporaneously saved and stored in my own Outlook Inbox and Sentbox until deleted. Even when deleted from my Inbox and Sentbox, they remain accessible to me through Mimecast for many years thereafter.

7. In preparation for the Hearing, I searched through my Inbox, Sentbox and Mimecast Server for the email correspondence labeled as exhibits 18 and 24-120, plus their attachments, if any. I attest and affirm that those exhibits are exact copies of the originals as they appear in my Inbox, Sentbox, and Mimecast server.

Further, affiant sayeth not."

John J. Kane

SWORN TO AND SUBSCRIBED before me on the 9th day of June, 2022.

SALLY STEWART
Notary Public, State of Texas
Notary ID # 803929-5
My Commission Exp. 06-21-2022

Notary Public, State of Texas

(Seal)