**SIMMONS LEGAL PLLC**
6060 N. Central Expressway, Suite 500
Dallas, Texas 75206
Telephone: (214) 643-6192
Facsimile: (800) 698-9913
Camisha L. Simmons, Esq.

*Co-Counsel to Reorganized Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| 2999TC Acquisitions, LLC, | § | Case No. 21-31954-swe-11 |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| | § | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Simmons Legal PLLC, as co-counsel to 2999TC Acquisitions, LLC, the reorganized debtor in the above-captioned case (the "***Reorganized Debtor***"), hereby enters its appearance in this case and requests that all notices given or required to be given in this case and all papers served or required to be served in this case to the Reorganized Debtor be served upon the undersigned at the office, postal address, telephone number, telecopy number and email addresses listed as follows:

SIMMONS LEGAL PLLC
6060 N. Central Expressway, Suite 500
Dallas, Texas 75206
Attn.: Camisha L. Simmons, Esq.
Telephone: (214) 643-6192
Facsimile: (800) 698-9913
camisha@simmonslegal.solutions

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, notices of any application, complaint, demand, hearing, motion, order,

pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

Dated: June 12, 2022

Respectfully submitted,

**SIMMONS LEGAL PLLC**

*/s/ Camisha L. Simmons*
**Camisha L. Simmons**
6060 N. Central Expressway, Suite 500
Dallas, Texas 75206
214.643.6192 (Telephone)
800.698.9913 (Facsimile)

*Co-Counsel to Reorganized Debtor*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that, on June 12, 2022, a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Papers* was served electronically upon the counsel and parties of record through the Court's Electronic Case Filing System on those parties that have consented to such service.

/s/ *Camisha L. Simmons*
Camisha L. Simmons