**FEE SMITH SHARP & VITULLO, LLP**
13155 Noel RD Suite 1000
Dallas, Texas 75240
Telephone: (972) 934-9100
Facsimile: (972) 934-9200
Oscar Rey Rodriguez
Senior Appellate Counsel
State Bar of Texas 00791557
rrodriguez@feesmith.com
*Co-Counsel to Reorganized Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| 2999TC Acquisitions, LLC, | § | Case No. 21-31954-swe-11 |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| | § | |

**NOTICE OF APPEARANCE OR REORGANIZED DEBTOR'S**
**SENIOR APPELLATE COUNSEL AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Fee Smith Sharp & Vitullo, LLP, as co-counsel to 2999TC Acquisitions, LLC, the reorganized debtor in the above-captioned case (the "***Reorganized Debtor***"), hereby enters its appearance in this case and requests that all notices given or required to be given in this case and all papers served or required to be served in this case to the Reorganized Debtor be served upon the undersigned at the office, postal address, telephone number, telecopy number and email addresses listed as follows:

**FEE SMITH SHARP & VITULLO, LLP**
13155 Noel RD Suite 1000
Dallas, Texas 75240
Telephone: (972) 934-9100 Facsimile: (972) 934-9200
Oscar Rey Rodriguez
State Bar of Texas 00791557
Senior Appellate Counsel,
Board Certified Texas Board of Legal Specialization – Civil Appellate Law

rrodriguez@feesmith.com
*Co-Counsel to Reorganized Debtor*

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

Dated: June 12, 2022

Respectfully submitted,

**FEE SMITH SHARP & VITULLO, LLP**

*/s/ O. Rey Rodriguez*
**Oscar Rey Rodriguez**
State Bar of Texas No. 00791557
rrodriguez@feesmith.com
13155 Noel RD Suite 1000
Dallas, Texas 75206
(972) 934-9100 (Telephone)
(972) 934-9200 (Facsimile)

*Co-Counsel to Reorganized Debtor*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that, on June 12, 2022, a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Papers* was served electronically upon the counsel and parties of record through the Court's Electronic Case Filing System on those parties that have consented to such service.

/s/ *O. Rey Rodriguez*
Oscar Rey Rodriguez