**SIMMONS LEGAL PLLC**
6060 N. Central Expressway, Suite 500
Dallas, Texas 75206
Telephone: (214) 643-6192
Facsimile: (800) 698-9913
Camisha L. Simmons, Esq.

*Co-Counsel to Reorganized Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| 2999TC Acquisitions, LLC, | § | Case No. 21-31954-swe-11 |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| | § | |

**REORGANIZED DEBTOR'S MOTION TO CONTINUE EVIDENTIARY HEARING ON HNGH TURTLE CREEK LLC's MOTION TO ENFORCE AGREED ORDERS**

2999TC Acquisitions, LLC (the "***Reorganized Debtor***") files this Motion to Continue ("***Motion for Continuance***") the evidentiary hearing on *HNGH Turtle Creek LLC's Motion to Enforce Agreed Orders* [Dkt. No. 134] (the "***Motion to Enforce***"), and in support thereof would respectfully show the Court as follows:

## JURISDICTION

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(b)(2).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

3. On June 3, 2022, HNGH Turtle Creek, LLC ("***HNGH***") filed the Motion to Enforce. On June 8, 2022, in response to the Motion to Enforce, the Reorganized Debtor filed

the *Debtor's Opposition to Motion to Enforce Agreed Orders* [Dkt. No. 145] (the "***Objection***"). The Court set the expedited evidentiary hearing ("***Evidentiary Hearing***") on the Motion to Enforce to commence on June 10, 2022.

***First Day of Evidentiary Hearing and Voluminous Evidence to be Presented Going Forward***

4. On June 7, 2022, three (3) days before the expedited Evidentiary Hearing, HNGH filed its first witness and exhibit list, which contained over 100 exhibits that HNGH planned to introduce into evidence during the Evidentiary Hearing. The Reorganized Debtor likewise filed its witness and exhibit list on the same date. On June 8, 2022, two (2) days before the expedited Evidentiary Hearing commenced, HNGH filed an amended witness and exhibit list which contained 120 exhibits HNGH intended to introduce into evidence.

5. Moreover, on June 9, 2022, the day before commencement of the Evidentiary Hearing, John Kane, counsel to HNGH, filed a *Business Records Affidavit* [Dkt. No. 151] purporting to have personal knowledge of the certain exhibits and business records of the law firm Kane Russell Coleman Logan PC.

6. The Evidentiary Hearing commenced on June 10, 2022. And though the first day of the Evidentiary Hearing consumed five (5) hours of the Court's and the parties' time, little progress was made in terms of presentation of evidence. Opening statements by both parties were completed. Additionally, at the first day of the Evidentiary Hearing, HNGH opted to rest its case-in-chief after only its opening statement and admission of certain exhibits into evidence. Subsequently, the initial part of the Reorganized Debtor's first witness's testimony commenced on the afternoon of the first day and continued to Monday, June 13, 2022.

7. Unlike HNGH, the Reorganized Debtor plans to fully present all evidence in

support of its Objection to the Motion to Enforce.

***Reorganized Debtor's Supplemental Witness and Exhibit List and Proposed Order of Witnesses***

8. Contemporaneously with this Motion for Continuance or shortly thereafter, the Reorganized Debtor is filing a supplemental witness and exhibit list ("***Supplemental Witness and Exhibit List***"). As set forth in the Supplemental Witness and Exhibit List, the Reorganized Debtor plans to call John Kane, counsel to HNGH, as a fact witness.

9. Further, during the remainder of the Evidentiary Hearing, the Reorganized Debtor plans to call, in the following proposed order, the below listed witnesses, some of whom are witnesses HNGH planned to call, but opted not to, or has designated as rebuttal witnesses.

i. **Randy Marx, attorney for Reorganized Debtor**

ii. **John Inabnett, attorney for HNGH**

iii. **Charles Aster, attorney for HNGH**

iv. **Vipin Nambiar, HNGH**

v. **Nate Christensen, HNGH**

vi. **Julie Blakely, Happy State Bank**

vii. **John Kane, HNGH attorney and affiant for purported business records**

viii. **Joyce Lindauer, attorney for Reorganized Debtor**

ix. **Marshal Dooley, attorney for Reorganized Debtor**

x. **Khudabuksh Walji, attorney for Reorganized Debtor**

xi. **Timothy Barton, President of Reorganized Debtor**

xii. **Any witness designated by any party**

**xiii. Any rebuttal witness designated by any party**

**xiv. Any impeachment necessary**

***Counsel Has Yet to Coordinate Regarding Dates and Times of Availability of Witnesses***

10. To-date, counsel to the Reorganized Debtor and counsel to HNGH have not coordinated and determined the dates and times of availability for all witnesses, including the witnesses HNGH designated on its witness and exhibit list, but decided not to call.

**RELIEF REQUESTED**

11. In respect of the Court's, witnesses' and counsel's time, the Reorganized Debtor believes it is in the best interest of everyone's time that the Evidentiary Hearing be continued to a setting in which the Court has a full day or possibly days to dedicate to the uninterrupted presentation of evidence. Additionally, a continuance will allow counsel for the Reorganized Debtor and HNGH to coordinate with the Court staff to determine what dates the Court has available for an uninterrupted presentation of evidence and contact all witnesses to obtain the dates and times of their availability to testify. The proposed continuance will ensure judicial economy and efficiency and the orderly presentation of evidence.

**CERTIFICATE OF CONFERENCE**

12. The Debtor has previously conferred with counsel to HNGH about this Motion for Continuance. HNGH's Counsel does ***not*** support the continuance. The continuance, however, is in the best interests of all involved and is requested in the spirit of efficiency and so that justice may be done.

**CONCLUSION**

Accordingly, for the foregoing reasons, the Reorganized Debtor respectfully requests that the Court grant the Continuance Motion, reset the Evidentiary Hearing to the next full day

available on the Court's calendar, and grant the Debtor such other and further relief as the Court deems just, proper, and equitable.

Dated: June 12, 2022

Respectfully submitted,

**SIMMONS LEGAL PLLC**

*/s/ Camisha L. Simmons*
**Camisha L. Simmons**
6060 N. Central Expressway, Suite 500
Dallas, Texas 75206
214.643.6192 (Telephone)
800.698.9913 (Facsimile)

*Co-Counsel to Reorganized Debtor*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that, on June 12, 2022, a true and correct copy of the foregoing *Motion for Continuance* was served electronically upon the counsel and parties of record through the Court's Electronic Case Filing System on those parties that have consented to such service.

/s/ *Camisha L. Simmons*
Camisha L. Simmons