**SIMMONS LEGAL PLLC**
6060 N. Central Expressway, Suite 500
Dallas, Texas 75206
Telephone: (214) 643-6192
Facsimile: (800) 698-9913
Camisha L. Simmons, Esq.

*Co-Counsel to Reorganized Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re:<br><br>2999TC Acquisitions, LLC,<br><br>Reorganized Debtor. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No. 21-31954-swe-11 |

**REORGANIZED DEBTOR'S FIRST SUPPLEMENTAL WITNESS LIST
*RE* HNGH TURTLE CREEK LLC's MOTION TO ENFORCE AGREED ORDERS**

2999TC Acquisitions, LLC (the "***Reorganized Debtor***") files this First Supplemental Witness List *re* the evidentiary hearing on *HNGH Turtle Creek LLC's Motion to Enforce Agreed Orders* [Dkt. No. 134] (the "***Motion to Enforce***"), and in support thereof would respectfully show the Court as follows:

**FIRST SUPPLEMENTAL WITNESS LIST**

i. **John Inabnett, attorney for HNGH**

ii. **Charles Aster, attorney for HNGH**

iii. **John Kane, HNGH attorney and new affiant for purported business records**

iv. **Joyce Lindauer, attorney for Reorganized Debtor**

v. **Any witness designated by any party**

vi. **Any rebuttal witness designated by any party**

**vii. Any impeachment necessary**

Accordingly, the Reorganized Debtor respectfully requests that the Court accept this First Supplemental Witness List, and grant the Debtor such other and further relief as the Court deems just, proper, and equitable.

Dated: June 12, 2022

Respectfully submitted,

**SIMMONS LEGAL PLLC**

*/s/ Camisha L. Simmons*
**Camisha L. Simmons**
6060 N. Central Expressway, Suite 500
Dallas, Texas 75206
214.643.6192 (Telephone)
800.698.9913 (Facsimile)

*Co-Counsel to Reorganized Debtor*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that, on June 12, 2022, a true and correct copy of the foregoing *First Supplemental Witness List* was served electronically upon the counsel and parties of record through the Court's Electronic Case Filing System on those parties that have consented to such service.

/s/ *Camisha L. Simmons*
Camisha L. Simmons