**FEE SMITH SHARP & VITULLO, LLP**
13155 Noel RD Suite 1000
Dallas, Texas 75240
Telephone: (972) 934-9100
Facsimile: (972) 934-9200
Oscar Rey Rodriguez
Senior Appellate Counsel
State Bar of Texas 00791557
rrodriguez@feesmith.com
*Co-Counsel to Reorganized Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| 2999TC Acquisitions, LLC, | § | Case No. 21-31954-swe-11 |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| | § | |

**MOTION OF REORGANIZED DEBTOR UNDER FED. R. EVID. 106 TO COMPEL IMMEDIATE PRODUCTION FOR REVIEW AND POTENTIAL ADMISSION OF MISSING DOCUMENTS AND ATTACHMENTS FROM HGNH'S EMAIL EVIDENCE**

**PLEASE TAKE NOTICE** that 2999TC Acquisitions, LLC, the reorganized debtor in the above-captioned case (the "***Reorganized Debtor***"), hereby respectfully moves that the Court compel and order HGNH to immediately produce no later than 5:00 pm CST June 13, 2022, for review and potential admission into evidence under Fed. R. Evid. 106 all missing documents and "Attachment[s]" referenced in or relative to HGNH's exhibits in the pending Motion to Enforce proceedings currently before this Honorable Court.

**PLEASE TAKE FURTHER NOTICE** that the foregoing – and all of Reorganized Debtor's past, present and future filings and submissions – are expressly without waiver of, and expressly subject to, all rights, remedies, challenges and objections in any and all tribunals.

Dated: June 12, 2022

Respectfully submitted,

**FEE SMITH SHARP & VITULLO, LLP**

*/s/ O. Rey Rodriguez*
**Oscar Rey Rodriguez**
State Bar of Texas No. 00791557
rrodriguez@feesmith.com
13155 Noel RD Suite 1000
Dallas, Texas 75206
(972) 934-9100 (Telephone)
(972) 934-9200 (Facsimile)

*Co-Counsel to Reorganized Debtor*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that, on June 12, 2022, a true and correct copy of the foregoing *Motion* was served electronically upon the counsel and parties of record through the Court's Electronic Case Filing System on those parties that have consented to such service.

/s/ *O. Rey Rodriguez*
Oscar Rey Rodriguez