**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| 2999TC Acquisitions, LLC, | § | Case No. 21-31954-swe-11 |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| | § | |

**ORDER GRANTING:**

**MOTION OF REORGANIZED DEBTOR TO CONTINUE EVIDENTIARY HEARING ON HGNH'S MOTION TO ENFORCE**

On this day, the Court took notice of and considered the intra-evidentiary-proceedings Motion of Reorganized Debtor to Continue the Evidentiary Hearing on HNGH Turtle Creek LLC's Motion to Enforce Agreed Orders [Dkt. No. 134] and hereby orders, rules, adjudges and decrees that Reorganized Debtor 2999TC Acquisitions, LLC's Motion to Continue should be and is hereby GRANTED and that all pending proceedings and hearings in this matter are immediately stayed and abated pending further order of the Court setting a new hearing schedule. Counsel for the parties are ordered to confer on the development of a proposed hearing schedule under which all witnesses, litigants, and counsel can be accommodated to appear on a single or successive agreed-upon days on the Court's hearing schedule.

# # # END OF ORDER # # #

Submitted by:
**Oscar Rey Rodriguez**
State Bar of Texas No. 00791557
rrodriguez@feesmith.com
13155 Noel RD Suite 1000
Dallas, Texas 75206
(972) 934-9100 (Telephone)
(972) 934-9200 (Facsimile)
*Co-Counsel to Reorganized Debtor*