**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| 2999TC Acquisitions, LLC, | § | Case No. 21-31954-swe-11 |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| | § | |

**ORDER GRANTING:**

**MOTION OF REORGANIZED DEBTOR UNDER FED. R. EVID. 106 TO COMPEL IMMEDIATE PRODUCTION FOR REVIEW AND POTENTIAL ADMISSION OF MISSING DOCUMENTS AND ATTACHMENTS FROM HGNH'S EMAIL EVIDENCE**

On this day, the Court took notice of and considered the intra-evidentiary-proceedings Motion of Reorganized Debtor Under Fed. R. Evid. 106 to Compel Immediate Production for Review and Potential Admission of Missing Documents and Attachments from HNGH's Email Evidence along with consideration of the Court's file in this matter, the course of proceedings, the Court's prior rulings, and the parties' evidence in the evidentiary-proceedings on HNGH Turtle Creek LLC's Motion to Enforce Agreed Orders [Dkt. No. 134] and hereby orders, rules, adjudges and decrees that Reorganized Debtor 2999TC Acquisitions, LLC's

Motion should be and is hereby GRANTED and that HNGH and its counsel are both ordered to immediately produce to counsel for Reorganized Debtor no later than 5pm CST 6/13/2022 for to review and potential admission into evidence under Fed. R. Evid. 106 any and all missing documents and "Attachment[s]" referenced in or relative to HNGH's admitted exhibits in the pending Motion to Enforce proceedings currently before this Court.

The Court further orders, adjudges and decrees that such full and complete production shall be of any and all attachments, revisions to attachments, track changes, interlineated, commented-upon, or otherwise marked or differentiated versions of each and every one of the Attachments and shall be produced along with all attendant email communications such that no doubt will exist as to which attachment or document relates to which particular email(s).

The Court additionally orders, adjudges and decrees that such full and complete production shall be completed in both hard copy and readily-accessible electronic form (as to the latter, production shall be in both searchable PDF ***and*** Native Data format as those terms are defined under the Federal Rules of Civil Procedure, the Local Rules of the Northern District of Texas and Bankruptcy Courts, and U.S. Court of Appeals Fifth Circuit and U.S. Supreme Court case law).

# # # END OF ORDER # # #

Submitted by:
**Oscar Rey Rodriguez**
State Bar of Texas No. 00791557
rrodriguez@feesmith.com
13155 Noel RD Suite 1000
Dallas, Texas 75206
(972) 934-9100 (Telephone)
(972) 934-9200 (Facsimile)
*Co-Counsel to Reorganized Debtor*